# EXHIBIT 16

IN THE CIRCUIT COURT IN AND FOR ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

UNIVERSAL PROPERTY & CASUALTY
INSURANCE COMPANY a/s/o MAX
FRIEDMAN AND ELLEN FRIEDMAN, et al.,

Plaintiff,

vs.

CHAMPLAIN TOWERS SOUTH
CONDOMINIUM ASSOCIATION, INC.;
MORABITO CONSULTANTS, INC.;
WILLCOTT ENGINEERING, INC.; EIGHTY-
SEVEN PARK, LLC, SCOTT STEWART;
CONCRETE PROTECTION AND
RESTORATION, INC.; 8701 COLLINS
AVENUE CONDOMINIUM ASSOCIATION,
INC.; 8701 COLLINS DEVELOPMENT, LLC;
JOHN MORIARTY & ASSOCIATES OF
FLORIDA, INC.; NV5, INC.; NV5 GLOBAL,
INC.; TERRA WORLD INVESTMENTS, LLC;
TERRA GROUP, LLC; and BIZZI &
PARTNERS DEVELOPMENT, LLC,

Defendants.
_____/

CASE NO.: 2022-001944-CA-01
COMPLEX BUSINESS LITIGATION DIV.
IN RE: CHAMPLAIN TOWERS SOUTH
COLLAPSE LITIGAITON
CASE NO.: 2021-015089-CA-01

## AMENDED COMPLAINT

The Plaintiff, UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY as

subrogee of MAX FRIEDMAN AND ELLEN FRIEDMAN (hereinafter referred to as "Insureds

Friedman"), DEBRA L. GODT and NEAL K. GODT (hereinafter referred to as "Insureds Godt"),

NANCY KRESS (hereinafter referred to as "Insured Kress"), NANCY KRESS, FRANK KLIEMAN

AND JAY KLEIMAN (hereinafter referred to as "Insureds Kress and Klieman"), MAYRA CRUZ

(hereinafter referred to as "Insured Cruz"), RYAN WOLF AND CORT MORITZ (hereinafter

referred to as "Insureds Wolf and Moritz"), ANETTE GOLDSTEIN (hereinafter referred to as

"Insured Goldstein"), GINO CATTAROSSI (hereinafter referred to as "Insured Cattarossi"),



4121005

RAYMOND URGELLES AND MERCEDES URGELLES (hereinafter referred to as "Insureds Urgelles"), MARINA AZEN (hereinafter referred to as "Insured Azen"), MARGARITA BRITO (hereinafter referred to as "Insured Brito"), JOHN BRECKER AND HEATHER WALTERS (hereinafter referred to as "Insureds Brecker and Walters"), CAMILA STERBA AND GARY STERBA (hereinafter referred to as "Insureds Sterba"), ADALBERTO AGUERO AND NIEVES ISABEL AGUERO (hereinafter referred to as "Insureds Aguero"), MARY MCGRAW AND STEVE NIXON (hereinafter referred to as "Insureds McGraw and Nixon"), FRANCESCO CORDARO AND ROSALIA CORDARO (hereinafter referred to as "Insureds Cordaro"), SUSANA RODRIGUEZ (hereinafter referred to as "Insured Rodriguez"), SARITA HARARI (hereinafter referred to as "Insured Harari"), JOSEPH BLASSER AND ELENA BLASSER (hereinafter referred to as "Insureds Blasser"), STEVEN ROSENTHAL (hereinafter referred to as "Insured Rosenthal"), EMILIA MATTEI (hereinafter referred to as "Insured Mattei"), RICARDO ABUAWAD AND OLMSTED CORP (hereinafter referred to as "Insureds Abuawad and Olmsted"), SUSANA ALVAREZ AND HORTENSIA ALVAREZ (hereinafter referred to as "Insureds Alvarez"), LEON OLIWKOWICZ (hereinafter referred to as "Insured Oliwkowicz"), MAGALY DELGADO (hereinafter referred to as "Insured Delgado"), MARCUS J. GUARA, ANAELY RODRIGUEZ AND LA COMPARSITA LLC (hereinafter referred to as "Insureds Guara and Rodriguez"), HELEN KOPEL AND CHERRY 1002 LLC (hereinafter referred to as "Insureds Kopel and Cherry"), JORGE ZARDOYA AND ZYR LLC (hereinafter referred to as "Insureds Zardoya and Zyr"), ADA LOPEZ (hereinafter referred to as "Insured Lopez"), DANIELA SILVA AND IBRAHIM ISSA (hereinafter referred to as "Insureds Silva and Issa"), ESTHER GORFINKEL (hereinafter referred to as "Insured Gorfinkel"), MAGGIE A. MANRARA AND ALBERTO G. MANRARA, THE MAGGIE A. MANRARA DECLARATION OF TRUST (hereinafter referred to as "Insureds Manrara"), JAY K.

MILLER (hereinafter referred to as "Insured Miller"), ANTONIO LOZANO AND GLADYS M. LOZANO (hereinafter referred to as "Insureds Lozano"), REGINALD LONG AND LISA LOVEBY (hereinafter referred to as "Insureds Long and Loveby"), MOISES BEREZDIVIN AND DIANA BEREZDIVIN (hereinafter referred to as "Insureds Berezdivin"), SUSANA BRIEF AND DIFASU USA INC. (hereinafter referred to as "Insureds Brief and Difasu"), JUAN A. MORA AND ANA C. MORA (hereinafter referred to as "Insureds Mora"), SIMON SEGAL (hereinafter referred to as "Insured Segal"), JOSEPH NOREIGA AND HILDA NORIEGA (hereinafter referred to as "Insureds Noreiga"), DAVID EPSTEIN (hereinafter referred to as "Insured Epstein"), AND RICHARD AUGUSTINE AND CAROLE AUGUSTINE (hereinafter referred to as "Insureds Augustine") (herenafter collectively referred to as "Plaintiff's Subrogors"), and through the undersigned attorneys, and sues the Defendants, CHAMPLAIN TOWERS SOUTH CONDOMINIUM ASSOCIATION, INC. (hereinafter referred to as "Defendant Champlain"), MORABITO CONSULTANTS, INC. (hereinafter referred to as "Defendant Morabito"), WILLCOTT ENGINEERING, INC. (hereinafter referred to as "Defendant Willcott"), EIGHTY-SEVEN PARK, LLC (hereinafter referred to as "Defendant Eighty-Seven"), CONCRETE PROTECTION AND RESTORATION, INC. (hereinafter referred to as "Defendant Concrete"), 8701 COLLINS AVENUE CONDOMINIUM ASSOCIATION, INC. (hereinafter referred to as "Defendant 8701 Collins"), 8 7 0 1 COLLINS DEVELOPMENT, LLC (hereinafter referred to as "Defendant Collins Development"),  JOHN MORIARTY & ASSOCIATES OF FLORIDA, INC. (hereinafter referred to as "Defendant  Moriarty"), NV5, INC. (hereinafter referred to as "Defendant NV5"), NV5 GLOBAL, INC.  (hereinafter referred to as "Defendant NV5 Global"), TERRA WORLD INVESTMENTS, LLC  (hereinafter referred to as "Defendant Terra World"),  TERRA GROUP, LLC (hereinafter referred  to as "Defendant Terra Group"),  and BIZZI & PARTNERS DEVELOPMENT, LLC (hereinafter referred to as "Defendant Bizzi"), and alleges as follows:

1.      Upon learning of the tragedy, Universal immediately acted to assist its insureds in

need with a proper tender of first party insurance benefits to Universal's insureds and their loved ones, including by interpleader with the Court when insureds could not be quickly located. Universal, through no fault of its own, finds itself intertwined with the victims in this tragedy based on Universal's legal right to pursue contractual subrogation against those at-fault parties and their insurers. Universal files this action in the hope of working with the victims, their attorneys, and all counsel in this litigation to bring final closure for all parties as expeditiously as Universal has acted in assisting its insureds with immediate relief.

2.      That this is an action for damages in the amount of $6,043,536.33, exclusive of costs and pre-judgment interest.

3.      At all times material hereto, the Plaintiff has had its principal place of business in Broward County, Florida, is a licensed insurer in the State of Florida, and sues by virtue of contractual subrogation.

4.      At all times material hereto, Defendant Champlain was and is a Florida corporation doing business in the county in which suit has been filed, and Defendant Association is an Association within the meaning of Fla. Stat. § 718.103(2). Further, at all times material hereto, Defendant Association was responsible for various managerial tasks including, but not limited to, maintaining, repairing, and/or replacing common elements located throughout the condominium building.

5.      At all times material to this cause, Defendant Morabito was and is a corporation organized under the laws of the State of Maryland, doing business in the State of Florida, or with sufficient contacts with the State of Florida to enable it to be sued in same. Defendant Morabito committed a tort within the State of Florida and is subject to jurisdiction in the State of Florida.

6.     At all times material hereto, Defendant Willcott was and is a Florida corporation doing business in the county in which suit has been filed.

7.     At all times material hereto, Defendant Eighty-Seven was and is a Florida corporation doing business in the county in which suit has been filed.

8.     At all times material hereto, Defendant Stewart was over the age of 18 years, natural persons residing in the county in which this suit has been filed, and otherwise sui juris. To the best of the undersigned's knowledge and belief, the Defendant Stewart is not in the military service of the United States nor that of any of its allies.

9.     At all times material to this cause, Defendant Concrete was and is a corporation organized under the laws of the State of Maryland, doing business in the State of Florida, or with sufficient contacts with the State of Florida to enable it to be sued in same. Defendant Concrete committed a tort within the State of Florida and is subject to jurisdiction in the State of Florida.

10.    At all times material hereto, Defendant 8701 Collins was and is a Florida corporation doing business in the county in which suit has been filed.

11.    At all times material hereto, Defendant Collins Development was and is a Florida corporation doing business in the county in which suit has been filed.

12.    At all times material to this cause, Defendant Moriarty was and is a corporation organized under the laws of the State of Massachusetts, doing business in the State of Florida, or with sufficient contacts with the State of Florida to enable it to be sued in same. Defendant Moriarty committed a tort within the State of Florida and is subject to jurisdiction in the State of Florida.

13.    At all times material to this cause, Defendant NV5 was and is a corporation organized under the laws of the State of Delaware, doing business in the State of Florida, or with sufficient contacts with the State of Florida to enable it to be sued in same. Defendant NV5 committed a tort

within the State of Florida and is subject to jurisdiction in the State of Florida.

14.     At all times material to this cause, Defendant NV5 Global was and is a corporation organized under the laws of the State of Delaware, doing business in the State of Florida, or with sufficient contacts with the State of Florida to enable it to be sued in same. Defendant NV5 Global committed a tort within the State of Florida and is subject to jurisdiction in the State of Florida.

15.     At all times material hereto, Defendant Terra World was and is a Florida corporation doing business in the county in which suit has been filed.

16.     At all times material to this cause, Defendant Bizzi was and is a corporation organized under the laws of the State of Delaware, doing business in the State of New York, or with sufficient contacts with the State of Florida to enable it to be sued in same. Defendant Bizzi committed a tort within the State of Florida and is subject to jurisdiction in the State of Florida.

17.     At all times material hereto, Plaintiff's Insureds Friedman owned the property located at 8777 Collins Ave., Unit 1102, Surfside, Miami-Dade County, Florida (hereinafter referred to as "Plaintiff's Insureds Friedman's Property").

18.     At all times material hereto, Plaintiff's Insureds Godt owned the property located at 8777 Collins Ave., Unit 709, Surfside, Miami-Dade County, Florida (hereinafter referred to as "Plaintiff's Insureds Godt Property").

19.     At all times material hereto, Plaintiff's Insured Kress owned the property located at 8777 Collins Ave., Unit 1109, Surfside, Miami-Dade County, Florida (hereinafter referred to as "Plaintiff's Insured Kress' Property").

20.     At all times material hereto, Plaintiff's Insured Insureds Kress and Klieman owned the property located at 8777 Collins Ave., Unit 712, Surfside, Miami-Dade County, Florida (hereinafter referred to as "Plaintiff's Insureds Insureds Kress and Klieman's Property").

21.     At all times material hereto, Plaintiff's Insured Cruz owned the property located at 8777 Collins Ave., Unit 1205, Surfside, Miami-Dade County, Florida (hereinafter referred to as "Plaintiff's Insured Cruz' Property").

22.     At all times material hereto, Plaintiff's Insureds Wolf and Moritz owned the property located at 8777 Collins Ave., Unit 202, Surfside, Miami-Dade County, Florida (hereinafter referred to as "Plaintiff's Insureds Wolf and Moritz' Property").

23.     At all times material hereto, Plaintiff's Insured Goldstein owned the property located at 8777 Collins Ave., Unit 1112, Surfside, Miami-Dade County, Florida (hereinafter referred to as "Plaintiff's Insured Goldstein's Property").

24.     At all times material hereto, Plaintiff's Insured Cattarossi owned the property located at 8777 Collins Ave., Unit 501, Surfside, Miami-Dade County, Florida (hereinafter referred to as "Plaintiff's Insured Cattarossi's Property").

25.     At all times material hereto, Plaintiff's Insureds Urgelles owned the property located at 8777 Collins Ave., Unit 211, Surfside, Miami-Dade County, Florida (hereinafter referred to as "Plaintiff's Insureds Urgelles' Property").

26.     At all times material hereto, Plaintiff's Insured Azen owned the property located at 8777 Collins Ave., Unit 401, Surfside, Miami-Dade County, Florida (hereinafter referred to as "Plaintiff's Insured Azen's Property").

27.     At all times material hereto, Plaintiff's Insured Brito owned the property located at 8777 Collins Ave., Unit 805, Surfside, Miami-Dade County, Florida (hereinafter referred to as "Plaintiff's Insured Brito's Property").

28.     At all times material hereto, Plaintiff's Insureds Brecker and Walters owned the property located at 8777 Collins Ave., Unit 101, Surfside, Miami-Dade County, Florida (hereinafter

referred to as "Plaintiff's Insureds Brecker and Walters Property").

29.     At all times material hereto, Plaintiff's Insureds Sterba owned the property located at 8777 Collins Ave., Unit 1004, Surfside, Miami-Dade County, Florida (hereinafter referred to as "Plaintiff's Insureds Sterba's Property").

30.     At all times material hereto, Plaintiff's Insureds Aguero owned the property located at 8777 Collins Ave., Unit 1106, Surfside, Miami-Dade County, Florida (hereinafter referred to as "Plaintiff's Insureds Aguero's Property").

31.     At all times material hereto, Plaintiff's Insureds McGraw and Nixon owned the property located at 8777 Collins Ave., Unit 505, Surfside, Miami-Dade County, Florida (hereinafter referred to as "Plaintiff's Insureds McGraw and Nixon's Property").

32.     At all times material hereto, Plaintiff's Insureds Cordaro owned the property located at 8777 Collins Ave., Unit 1003, Surfside, Miami-Dade County, Florida (hereinafter referred to as "Plaintiff's Insureds Cordaro's Property").

33.     At all times material hereto, Plaintiff's Insured Rodriguez owned the property located at 8777 Collins Ave., Unit 607, Surfside, Miami-Dade County, Florida (hereinafter referred to as "Plaintiff's Insured Rodriguez' Property").

34.     At all times material hereto, Plaintiff's Insured Harari owned the property located at 8777 Collins Ave., Unit 305, Surfside, Miami-Dade County, Florida (hereinafter referred to as "Plaintiff's Insured Harari's Property").

35.     At all times material hereto, Plaintiff's Insureds Blasser owned the property located at 8777 Collins Ave., Unit PH11, Surfside, Miami-Dade County, Florida (hereinafter referred to as "Plaintiff's Insureds Blasser's Property").

36.     At all times material hereto, Plaintiff's Insured Rosenthal owned the property located

at 8777 Collins Ave., Unit 705, Surfside, Miami-Dade County, Florida (hereinafter referred to as "Plaintiff's Insured Rosenthal's Property").

37.     At all times material hereto, Plaintiff's Insured Mattei owned the property located at 8777 Collins Ave., Unit 1005, Surfside, Miami-Dade County, Florida (hereinafter referred to as "Plaintiff's Insured Mattei's Property").

38.     At all times material hereto, Plaintiff's Insureds Abuawad and Olmsted owned the property located at 8777 Collins Ave., Unit 612, Surfside, Miami-Dade County, Florida (hereinafter referred to as "Plaintiff's Insureds Abuawad and Olmsted's Property").

39.     At all times material hereto, Plaintiff's Insureds Alvarez owned the property located at 8777 Collins Ave., Unit 1006, Surfside, Miami-Dade County, Florida (hereinafter referred to as "Plaintiff's Insureds Alvarez' Property").

40.     At all times material hereto, Plaintiff's Insured Oliwkowicz owned the property located at 8777 Collins Ave., Unit 704, Surfside, Miami-Dade County, Florida (hereinafter referred to as "Plaintiff's Insured Oliwkowicz' Property").

41.     At all times material hereto, Plaintiff's Insured Delgado owned the property located at 8777 Collins Ave., Unit 911, Surfside, Miami-Dade County, Florida (hereinafter referred to as "Plaintiff's Insured Delgado's Property").

42.     At all times material hereto, Plaintiff's Insureds Guara and Rodriguez owned the property located at 8777 Collins Ave., Unit 802, Surfside, Miami-Dade County, Florida (hereinafter referred to as "Plaintiff's Insureds Guara and Rodriguez' Property").

43.     At all times material hereto, Plaintiff's Insureds Kopel and Cherry owned the property located at 8777 Collins Ave., Unit 1002, Surfside, Miami-Dade County, Florida (hereinafter referred to as "Plaintiff's Insureds Kopel and Cherry's Property").

44.     At all times material hereto, Plaintiff's Insureds Zardoya and Zyr owned the property located at 8777 Collins Ave., Unit 1209, Surfside, Miami-Dade County, Florida (hereinafter referred to as "Plaintiff's Insureds Zardoya and Zyr's Property").

45.     At all times material hereto, Plaintiff's Insured Lopez owned the property located at 8777 Collins Ave., Unit 805, Surfside, Miami-Dade County, Florida (hereinafter referred to as "Plaintiff's Insured Lopez' Property").

46.     At all times material hereto, Plaintiff's Insureds Silva and Issa owned the property located at 8777 Collins Ave., Unit 408, Surfside, Miami-Dade County, Florida (hereinafter referred to as "Plaintiff's Insureds Silva and Issa's Property").

47.     At all times material hereto, Plaintiff's Insured Gorfinkel owned the property located at 8777 Collins Ave., Unit 509, Surfside, Miami-Dade County, Florida (hereinafter referred to as "Plaintiff's Insured Gorfinkel's Property").

48.     At all times material hereto, Plaintiff's Insureds Manrara owned the property located at 8777 Collins Ave., Unit PH1, Surfside, Miami-Dade County, Florida (hereinafter referred to as "Plaintiff's Insureds Manrara's Property").

49.     At all times material hereto, Plaintiff's Insured Miller owned the property located at 8777 Collins Ave., Unit 303, Surfside, Miami-Dade County, Florida (hereinafter referred to as "Plaintiff's Insured Miller's Property").

50.     At all times material hereto, Plaintiff's Insureds Lozano owned the property located at 8777 Collins Ave., Unit 903, Surfside, Miami-Dade County, Florida (hereinafter referred to as "Plaintiff's Insureds Lozano's Property").

51.     At all times material hereto, Plaintiff's Insureds Long and Loveby owned the property located at 8777 Collins Ave., Unit 701, Surfside, Miami-Dade County, Florida (hereinafter referred

to as "Plaintiff's Insureds Long and Loveby's Property").

52.     At all times material hereto, Plaintiff's Insureds Berezdivin owned the property located at 8777 Collins Ave., Unit 811-812, Surfside, Miami-Dade County, Florida (hereinafter referred to as "Plaintiff's Insureds Berezdivin's Property").

53.     At all times material hereto, Plaintiff's Insureds Brief and Difasu owned the property located at 8777 Collins Ave., Unit 403, Surfside, Miami-Dade County, Florida (hereinafter referred to as "Plaintiff's Insureds Brief and Difasu's Property").

54.     At all times material hereto, Plaintiff's Insureds Mora owned the property located at 8777 Collins Ave., Unit 1011, Surfside, Miami-Dade County, Florida (hereinafter referred to as "Plaintiff's Insureds Mora's Property").

55.     At all times material hereto, Plaintiff's Insured Segal owned the property located at 8777 Collins Ave., Unit 1203, Surfside, Miami-Dade County, Florida (hereinafter referred to as "Plaintiff's Insured Segal's Property").

56.     At all times material hereto, Plaintiff's Insured Noreiga owned the property located at 8777 Collins Ave., Unit 602, Surfside, Miami-Dade County, Florida (hereinafter referred to as "Plaintiff's Insured Noreiga's Property").

57.     At all times material hereto, Plaintiff's Insured Epstein owned the property located at 8777 Collins Ave., Unit 901, Surfside, Miami-Dade County, Florida (hereinafter referred to as "Plaintiff's Insured Epstein's Property").

58.     At all times material hereto, Plaintiff's Insureds Augustine owned the property located at 8777 Collins Ave., Unit PH10, Surfside, Miami-Dade County, Florida (hereinafter referred to as "Plaintiff's Insureds Augustine's Property") (hereinafter collectively referred to as "Plaintiff's Subrogors' Properties").

59. On or about June 24, 2021, and at all times material hereto, Champlain Towers South was a beachside residential building located at 8777 Collins Avenue, Surfside, Florida.

60. Prior to the loss, Defendant Champlain was placed on actual notice of the urgent structural deficiencies that existed.

61. On or about June 24, 2021, the Building collapsed.

## COUNT I – NEGLIGENCE (AS TO DEFENDANT CHAMPLAIN TOWERS SOUTH CONDOMINIUM ASSOCIATION, INC.

Plaintiff realleges and incorporates the allegations contained in Paragraphs 1 through 60 as though fully set forth herein and further alleges:

62. At all times material, Defendant Champlain, as the owner of the property located at 8777 Collins Ave, Surfside, FL, 33154, had a non-delegable duty to maintain its property in a reasonably safe condition. This non-delegable duty included inspecting and maintaining the subject condominium building so that conditions on the premises did not create a danger to the public in general and specifically to Plaintiff's subrogors.

63. At all times material, at the time of the Building collapse, the subject condominium building was in a defective, weakened, and dangerous structural condition.

64. At all times material, upon information and belief, Defendant Champlain had actual knowledge and notice of the defective and dangerous structural condition of the building.

65. Notwithstanding such knowledge, Defendant Champlain failed to act and continued to negligently and carelessly maintained the condominium building. Defendant Champlain's failures allowed the condominium building to remain in a dangerous and defective condition up and until the building's collapse.

66. Defendant Champlain breached its statutory duty and duty of ordinary care in one or

more of the following ways: (a) failing to appreciate the significance of the cracking, fractures, and defects in the building's structure; (b) permitting the water to intrude into the structure causing damage to the structural integrity of the building; (c) failing to properly prevent and/or eliminate the risks associated with the fractures, crack, and defects in the building; (d) failing to perform the repairs and/or restoration of the structure; and/or (e) failing to warn Plaintiff's Subrogors that the building was unsafe.

67.     As a direct and proximate result of Defendant Champlain's negligent acts and/or omissions, the subject building was unsafe, unstable and collapsed, resulting in property damage to Plaintiff's Subrogors Properties and/or personal property located therein.

68.     Plaintiff issued a policy of insurance covering insureds, MAX FRIEDMAN AND ELLEN FRIEDMAN, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "A."[1]

69.     Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Friedman, additional insured, or omnibus insured the sum of $109,551.35 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insureds.

70.     Plaintiff issued a policy of insurance covering insureds, DEBRA L. GODT and NEAL K. GODT, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "B."[2]

71.     Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Godt, additional insured, or omnibus insured the sum of $103,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of

---

[1] A full copy of the policy of insurance is available upon request and is incorporated herein.
[2] A full copy of the policy of insurance is available upon request and is incorporated herein.

its insureds.

72. Plaintiff issued a policy of insurance covering insured, NANCY KRESS, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "C."[3]

73. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Kress, additional insured, or omnibus insured the sum of $106,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

74. Plaintiff issued a policy of insurance covering insureds, NANCY KRESS, FRANK KLIEMAN AND JAY KLEIMAN, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "D."[4]

75. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Kress and Kleiman, additional insured, or omnibus insured the sum of $111,900.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured

76. Plaintiff issued a policy of insurance covering insured, MAYRA CRUZ, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "E."[5]

77. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Cruz, additional insured, or omnibus insured the sum of $205,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of

---

[3] A full copy of the policy of insurance is available upon request and is incorporated herein.

[4] A full copy of the policy of insurance is available upon request and is incorporated herein.

[5] A full copy of the policy of insurance is available upon request and is incorporated herein.

its insured.

78.     Plaintiff issued a policy of insurance covering insureds, RYAN WOLF AND CORT MORITZ, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "F."[6]

79.     Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Wolf and Moritz, additional insured, or omnibus insured the sum of $108,846.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

80.     Plaintiff issued a policy of insurance covering insured, ANETTE GOLDSTEIN, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "G."[7]

81.     Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Goldstein, additional insured, or omnibus insured the sum of $510,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

82.     Plaintiff issued a policy of insurance covering insured, GINO CATTAROSSI, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "H."[8]

83.     Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Cattarossi, additional insured, or omnibus insured the sum of $119,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the

---

[6] A full copy of the policy of insurance is available upon request and is incorporated herein.
[7] A full copy of the policy of insurance is available upon request and is incorporated herein.
[8] A full copy of the policy of insurance is available upon request and is incorporated herein.

rights of its insured.

84.    Plaintiff issued a policy of insurance covering insureds, RAYMOND URGELLES AND MERCEDES URGELLES, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "I."[9]

85.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Urgelles, additional insured, or omnibus insured the sum of $200,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

86.    Plaintiff issued a policy of insurance covering insured, MARINA AZEN, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "J."[10]

87.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Azen, additional insured, or omnibus insured the sum of $119,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

88.    Plaintiff issued a policy of insurance covering insured, MARGARITA BRITO, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "K."[11]

89.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Brito, additional insured, or omnibus insured the sum of $122,800.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of

---

[9] A full copy of the policy of insurance is available upon request and is incorporated herein.
[10] A full copy of the policy of insurance is available upon request and is incorporated herein.
[11] A full copy of the policy of insurance is available upon request and is incorporated herein.

its insured.

90.     Plaintiff issued a policy of insurance covering insureds, JOHN BRECKER AND HEATHER WALTERS, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "L."[12]

91.     Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Brecker and Walters, additional insured, or omnibus insured the sum of $325,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

92.     Plaintiff issued a policy of insurance covering insureds, CAMILA STERBA AND GARY STERBA, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "M."[13]

93.     Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Sterba, additional insured, or omnibus insured the sum of $65,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

94.     Plaintiff issued a policy of insurance covering insureds, ADALBERTO AGUERO AND NIEVES ISABEL AGUERO, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "N."

95.     Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Aguero, additional insured, or omnibus insured the sum of $80,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

---

[12] A full copy of the policy of insurance is available upon request and is incorporated herein.

[13] A full copy of the policy of insurance is available upon request and is incorporated herein.

96.     Plaintiff issued a policy of insurance covering insureds, MARY MCGRAW AND STEVE NIXON, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "O."

97.     Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds McGraw and Nixon, additional insured, or omnibus insured the sum of $77,400.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

98.     Plaintiff issued a policy of insurance covering insureds, FRANCESCO CORDARO AND ROSALIA CORDARO, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "P."

99.     Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Cordaro, additional insured, or omnibus insured the sum of $130,550.58 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

100.    Plaintiff issued a policy of insurance covering insured, SUSANA RODRIGUEZ, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "Q."

101.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Rodriguez, additional insured, or omnibus insured the sum of $70,400.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

102.    Plaintiff issued a policy of insurance covering insured, SARITA HARARI, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit

"R."

103.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Harari, additional insured, or omnibus insured the sum of $102,400.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

104.    Plaintiff issued a policy of insurance covering insureds, JOSEPH BLASSER AND ELENA BLASSER, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "S."

105.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Blasser, additional insured, or omnibus insured the sum of $255,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

106.    Plaintiff issued a policy of insurance covering insured, STEVEN ROSENTHAL, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "T."

107.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Rosenthal, additional insured, or omnibus insured the sum of $120,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

108.    Plaintiff issued a policy of insurance covering insured, EMILIA MATTEI, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "U."

109.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Mattei,

additional insured, or omnibus insured the sum of $228,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

110.    Plaintiff issued a policy of insurance covering insureds, RICARDO ABUAWAD AND OLMSTED CORP, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "V."

111.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Abuawad and Olmsted, additional insured, or omnibus insured the sum of $140,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

112.    Plaintiff issued a policy of insurance covering insureds, SUSANA ALVAREZ AND HORTENSIA ALVAREZ, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "W."

113.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Alvarez, additional insured, or omnibus insured the sum of $99,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

114.    Plaintiff issued a policy of insurance covering insured, LEON OLIWKOWICZ, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "X."

115.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Oliwkowicz, additional insured, or omnibus insured the sum of $200,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is

subrogated to the rights of its insured.

116.     Plaintiff issued a policy of insurance covering insured, MAGALY DELGADO, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "Y."

117.     Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Delgado, additional insured, or omnibus insured the sum of \$220,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

118.     Plaintiff issued a policy of insurance covering insureds, MARCUS J. GUARA, ANAELY RODRIGUEZ AND LA COMPARSITA LLC, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "Z."

119.     Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Guara and Rodriguez, additional insured, or omnibus insured the sum of \$20,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

120.     Plaintiff issued a policy of insurance covering insureds, HELEN KOPEL AND CHERRY 1002 LLC, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "AA."

121.     Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Kopel and Cherry, additional insured, or omnibus insured the sum of \$76,075.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

122.     Plaintiff issued a policy of insurance covering insureds, JORGE ZARDOYA AND

ZYR LLC, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "BB."

123.     Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Zardoya and Zyr, additional insured, or omnibus insured the sum of $147,500.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

124.     Plaintiff issued a policy of insurance covering insured, ADA LOPEZ, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "CC."

125.     Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Lopez, additional insured, or omnibus insured the sum of $118,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

126.     Plaintiff issued a policy of insurance covering insureds, DANIELA SILVA AND IBRAHIM ISSA, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "DD."

127.     Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Silva and Issa, additional insured, or omnibus insured the sum of $120,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

128.     Plaintiff issued a policy of insurance covering insured, ESTHER GORFINKEL, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "EE."

129.     Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds

Gorfinkel, additional insured, or omnibus insured the sum of $187,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

130.    Plaintiff issued a policy of insurance covering insureds, MAGGIE A. MANRARA AND ALBERTO G. MANRARA, THE MAGGIE A. MANRARA DECLARATION OF TRUST, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "FF."

131.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Manrara, additional insured, or omnibus insured the sum of $221,407.86 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

132.    Plaintiff issued a policy of insurance covering insured, JAY K. MILLER, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "GG."

133.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Miller, additional insured, or omnibus insured the sum of $108,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

134.    Plaintiff issued a policy of insurance covering insureds, ANTONIO LOZANO AND GLADYS M. LOZANO, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "HH."

135.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Lozano, additional insured, or omnibus insured the sum of $62,500.00 for property damage/loss. Under the

terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

136.   Plaintiff issued a policy of insurance covering insureds, REGINALD LONG AND LISA LOVEBY, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "II."

137.   Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Long and Loveby, additional insured, or omnibus insured the sum of $275,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

138.   Plaintiff issued a policy of insurance covering insureds, MOISES BEREZDIVIN AND DIANA BEREZDIVIN, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "JJ."

139.   Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Berezdivin, additional insured, or omnibus insured the sum of $260,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

140.   Plaintiff issued a policy of insurance covering insureds, SUSANA BRIEF AND DIFASU USA INC., for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "KK."

141.   Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Brief and Difasu, additional insured, or omnibus insured the sum of $120,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

142. Plaintiff issued a policy of insurance covering insureds, JUAN A. MORA AND ANA C. MORA, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "LL."

143. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Mora, additional insured, or omnibus insured the sum of $90,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

144. Plaintiff issued a policy of insurance covering insured, SIMON SEGAL, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "MM."

145. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Segal, additional insured, or omnibus insured the sum of $35,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

146. Plaintiff issued a policy of insurance covering insureds, JOSEPH NOREIGA AND HILDA NORIEGA, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "NN."

147. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Noreiga, additional insured, or omnibus insured the sum of $125,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

148. Plaintiff issued a policy of insurance covering insured, DAVID EPSTEIN, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit

"OO."

149.     Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Epstein, additional insured, or omnibus insured the sum of $200,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

150.     Plaintiff issued a policy of insurance covering insureds, RICHARD AUGUSTINE AND CAROLE AUGUSTINE, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "PP."

151.     Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Augustine, additional insured, or omnibus insured the sum of $137,500.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

**WHEREFORE,** the Plaintiff, UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY as subrogee of MAX FRIEDMAN AND ELLEN FRIEDMAN, et al, demands judgment for damages against the Defendant(s), CHAMPLAIN TOWERS SOUTH CONDOMINIUM ASSOCIATION, INC., in the amount of $6,043,536.33, together with costs and pre-judgment interest (calculated from the date Plaintiff made payment to or on behalf of the Subrogors), and any other relief this Honorable Court may deem just and equitable.

### COUNT II – NEGLIGENCE (AS TO DEFENDANT MORABITO CONSULTANTS, INC.)

Plaintiff realleges and incorporates the allegations contained in Paragraphs 1 through 60 as though fully set forth herein and further alleges:

152.     At time material hereto, Defendan Morabito, its agents, servants, or employees, were engaged in providing engineering, inspecting, and consulting services for the Building. Accordingly,

Defendant Morabito undertook to inspect, evaluate, and advise Defendant Champlain on certain structural and concrete repairs.

153. Defendant Morabito had a duty to incorporate therein nationally recognized safety standards and practices; to follow and incorporate therein the terms and provisions of the applicable building codes; to make a design, plan and specification which would not produce harm, injury or death to the public including Plaintiff's Subrogors, and to perform their services in a safe manner.

154. This duty included providing accurate information as to the condition of the condominium building and potential safety risks and recommending timely evacuation of the condominium building so that conditions on the premises did not create a danger to the public, including Plaintiff's Subrogors.

155. Prior to June 24, 2021, Defendant Morabito inspected the condominium building on at least two separate occasions. Defendant Morabito identified several significant structural defects in the condominium building. Thus, Defendant Morabito knew, or in the exercise of reasonable care should have known that the subject condominium building was in a defective, weakened, and dangerous condition.

156. Defendant Morabito and/or an employee, contractor, or agent of Defendant Morabito, breached its duty to Plaintiff's Subrogors in one or more of the following ways: (a) by negligently, carelessly, and intentionally failed to take the reasonable precautions to protect the public in general, and Plaintiff's Subrogors, from the defective condition of the building; (b) by failing to accurately communicate the urgency of its condition and the danger of its impending collapse; and/or (g) by failing to recommend appropriate measures including immediate repair and evacuation.

157. As a direct and proximate result of Defendant Morabito's negligent acts and/or omissions, the subject building was unsafe, unstable and collapsed, resulting in property damage to

Plaintiff's Subrogors Properties and/or personal property located therein.

158.   Plaintiff issued a policy of insurance covering insureds, MAX FRIEDMAN AND ELLEN FRIEDMAN, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "A."[14]

159.   Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Friedman, additional insured, or omnibus insured the sum of $109,551.35 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insureds.

160.   Plaintiff issued a policy of insurance covering insureds, DEBRA L. GODT and NEAL K. GODT, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "B."[15]

161.   Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Godt, additional insured, or omnibus insured the sum of $103,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insureds.

162.   Plaintiff issued a policy of insurance covering insured, NANCY KRESS, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "C."[16]

163.   Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Kress, additional insured, or omnibus insured the sum of $106,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of

---

[14] A full copy of the policy of insurance is available upon request and is incorporated herein.

[15] A full copy of the policy of insurance is available upon request and is incorporated herein.

[16] A full copy of the policy of insurance is available upon request and is incorporated herein.

its insured.

164.    Plaintiff issued a policy of insurance covering insured, NANCY KRESS, FRANK KLIEMAN AND JAY KLEIMAN, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "D."[17]

165.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Kress and Klieman, additional insured, or omnibus insured the sum of \$111,900.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured

166.    Plaintiff issued a policy of insurance covering insured, MAYRA CRUZ, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "E."[18]

167.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Cruz, additional insured, or omnibus insured the sum of \$205,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

168.    Plaintiff issued a policy of insurance covering insureds, RYAN WOLF AND CORT MORITZ, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "F."[19]

169.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Wolf and Moritz, additional insured, or omnibus insured the sum of \$108,846.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the

---

[17] A full copy of the policy of insurance is available upon request and is incorporated herein.

[18] A full copy of the policy of insurance is available upon request and is incorporated herein.

[19] A full copy of the policy of insurance is available upon request and is incorporated herein.

rights of its insured.

170.    Plaintiff issued a policy of insurance covering insured, ANETTE GOLDSTEIN, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "G."[20]

171.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Goldstein, additional insured, or omnibus insured the sum of $510,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

172.    Plaintiff issued a policy of insurance covering insured, GINO CATTAROSSI, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "H."[21]

173.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Cattarossi, additional insured, or omnibus insured the sum of $119,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

174.    Plaintiff issued a policy of insurance covering insureds, RAYMOND URGELLES AND MERCEDES URGELLES, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "I."[22]

175.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Urgelles, additional insured, or omnibus insured the sum of $200,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of

---

[20] A full copy of the policy of insurance is available upon request and is incorporated herein.
[21] A full copy of the policy of insurance is available upon request and is incorporated herein.
[22] A full copy of the policy of insurance is available upon request and is incorporated herein.

its insured.

176.     Plaintiff issued a policy of insurance covering insured, MARINA AZEN, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "J."[23]

177.     Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Azen, additional insured, or omnibus insured the sum of $119,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

178.     Plaintiff issued a policy of insurance covering insured, MARGARITA BRITO, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "K."[24]

179.     Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Brito, additional insured, or omnibus insured the sum of $122,800.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

180.     Plaintiff issued a policy of insurance covering insureds, JOHN BRECKER AND HEATHER WALTERS, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "L."[25]

181.     Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Brecker and Walters, additional insured, or omnibus insured the sum of $325,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the

---

[23] A full copy of the policy of insurance is available upon request and is incorporated herein.

[24] A full copy of the policy of insurance is available upon request and is incorporated herein.

[25] A full copy of the policy of insurance is available upon request and is incorporated herein.

rights of its insured.

182.    Plaintiff issued a policy of insurance covering insureds, CAMILA STERBA AND GARY STERBA, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "M."[26]

183.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Sterba, additional insured, or omnibus insured the sum of $65,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

184.    Plaintiff issued a policy of insurance covering insureds, ADALBERTO AGUERO AND NIEVES ISABEL AGUERO, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "N."

185.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Aguero, additional insured, or omnibus insured the sum of $80,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

186.    Plaintiff issued a policy of insurance covering insureds, MARY MCGRAW AND STEVE NIXON, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "O."

187.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds McGraw and Nixon, additional insured, or omnibus insured the sum of $77,400.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

---

[26] A full copy of the policy of insurance is available upon request and is incorporated herein.

188.     Plaintiff issued a policy of insurance covering insureds, FRANCESCO CORDARO AND ROSALIA CORDARO, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "P."

189.     Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Cordaro, additional insured, or omnibus insured the sum of $130,550.58 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

190.     Plaintiff issued a policy of insurance covering insured, SUSANA RODRIGUEZ, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "Q."

191.     Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Rodriguez, additional insured, or omnibus insured the sum of $70,400.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

192.     Plaintiff issued a policy of insurance covering insured, SARITA HARARI, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "R."

193.     Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Harari, additional insured, or omnibus insured the sum of $102,400.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

194.     Plaintiff issued a policy of insurance covering insureds, JOSEPH BLASSER AND ELENA BLASSER, for the property at issue. *See* Homeowners Declarations, attached hereto and

incorporated herein as Exhibit "S."

195.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Blasser, additional insured, or omnibus insured the sum of $255,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

196.    Plaintiff issued a policy of insurance covering insured, STEVEN ROSENTHAL, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "T."

197.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Rosenthal, additional insured, or omnibus insured the sum of $120,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

198.    Plaintiff issued a policy of insurance covering insured, EMILIA MATTEI, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "U."

199.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Mattei, additional insured, or omnibus insured the sum of $228,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

200.    Plaintiff issued a policy of insurance covering insureds, RICARDO ABUAWAD AND OLMSTED CORP, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "V."

201.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds

Abuawad and Olmsted, additional insured, or omnibus insured the sum of $140,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

202.    Plaintiff issued a policy of insurance covering insureds, SUSANA ALVAREZ AND HORTENSIA ALVAREZ, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "W."

203.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Alvarez, additional insured, or omnibus insured the sum of $99,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

204.    Plaintiff issued a policy of insurance covering insured, LEON OLIWKOWICZ, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "X."

205.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Oliwkowicz, additional insured, or omnibus insured the sum of $200,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

206.    Plaintiff issued a policy of insurance covering insured, MAGALY DELGADO, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "Y."

207.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Delgado, additional insured, or omnibus insured the sum of $220,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of

its insured.

208.     Plaintiff issued a policy of insurance covering insureds, MARCUS J. GUARA, ANAELY RODRIGUEZ AND LA COMPARSITA LLC, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "Z."

209.     Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Guara and Rodriguez, additional insured, or omnibus insured the sum of $20,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

210.     Plaintiff issued a policy of insurance covering insureds, HELEN KOPEL AND CHERRY 1002 LLC, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "AA."

211.     Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Kopel and Cherry, additional insured, or omnibus insured the sum of $76,075.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

212.     Plaintiff issued a policy of insurance covering insureds, JORGE ZARDOYA AND ZYR LLC, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "BB."

213.     Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Zardoya and Zyr, additional insured, or omnibus insured the sum of $147,500.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

214.     Plaintiff issued a policy of insurance covering insured, ADA LOPEZ, for the property

at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "CC."

215.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Lopez, additional insured, or omnibus insured the sum of $118,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

216.    Plaintiff issued a policy of insurance covering insureds, DANIELA SILVA AND IBRAHIM ISSA, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "DD."

217.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Silva and Issa, additional insured, or omnibus insured the sum of $120,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

218.    Plaintiff issued a policy of insurance covering insured, ESTHER GORFINKEL, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "EE."

219.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Gorfinkel, additional insured, or omnibus insured the sum of $187,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

220.    Plaintiff issued a policy of insurance covering insureds, MAGGIE A. MANRARA AND ALBERTO G. MANRARA, THE MAGGIE A. MANRARA DECLARATION OF TRUST, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "FF."

221.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Manrara, additional insured, or omnibus insured the sum of $221,407.86 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

222.    Plaintiff issued a policy of insurance covering insured, JAY K. MILLER, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "GG."

223.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Miller, additional insured, or omnibus insured the sum of $108,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

224.    Plaintiff issued a policy of insurance covering insureds, ANTONIO LOZANO AND GLADYS M. LOZANO, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "HH."

225.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Lozano, additional insured, or omnibus insured the sum of $62,500.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

226.    Plaintiff issued a policy of insurance covering insureds, REGINALD LONG AND LISA LOVEBY, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "II."

227.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Long and Loveby, additional insured, or omnibus insured the sum of $275,000.00 for property damage/loss.

Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

228.     Plaintiff issued a policy of insurance covering insureds, MOISES BEREZDIVIN AND DIANA BEREZDIVIN, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "JJ."

229.     Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Berezdivin, additional insured, or omnibus insured the sum of $260,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

230.     Plaintiff issued a policy of insurance covering insureds, SUSANA BRIEF AND DIFASU USA INC., for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "KK."

231.     Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Brief and Difasu, additional insured, or omnibus insured the sum of $120,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

232.     Plaintiff issued a policy of insurance covering insureds, JUAN A. MORA AND ANA C. MORA, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "LL."

233.     Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Mora, additional insured, or omnibus insured the sum of $90,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

234. Plaintiff issued a policy of insurance covering insured, SIMON SEGAL, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "MM."

235. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Segal, additional insured, or omnibus insured the sum of $35,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

236. Plaintiff issued a policy of insurance covering insureds, JOSEPH NOREIGA AND HILDA NORIEGA, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "NN."

237. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Noreiga, additional insured, or omnibus insured the sum of $125,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

238. Plaintiff issued a policy of insurance covering insured, DAVID EPSTEIN, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "OO."

239. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Epstein, additional insured, or omnibus insured the sum of $200,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

240. Plaintiff issued a policy of insurance covering insureds, RICHARD AUGUSTINE AND CAROLE AUGUSTINE, for the property at issue. *See* Homeowners Declarations, attached

hereto and incorporated herein as Exhibit "PP."

241.     Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Augustine, additional insured, or omnibus insured the sum of $137,500.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

**WHEREFORE,** the Plaintiff, UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY as subrogee of MAX FRIEDMAN AND ELLEN FRIEDMAN, et al, demands judgment for damages against the Defendant(s), MORABITO CONSULTANTS, INC., in the amount of $6,043,536.33, together with costs and pre-judgment interest (calculated from the date Plaintiff made payment to or on behalf of the Subrogors), and any other relief this Honorable Court may deem just and equitable.

## COUNT III – NEGLIGENCE (AS TO DEFENDANT WILLCOTT ENGINEERING, INC.)

Plaintiff realleges and incorporates the allegations contained in Paragraphs 1 through 60 as though fully set forth herein and further alleges:

242.     At all times material hereto, Defendant Willcott, its agents, servants, or employees, were engaged in providing engineering consulting services for the condominium building.

243.     In 2020, Defendant Willcott inspected the condominium building and provided their Proposal to Defendant Champlain. The condominium building in its entirety was inspected and evaluated for safety. Defendant Willcott identified several defects in the condominium building.

244.     Defendant Willcott had a duty to providing accurate information as to the overall condition of the condominium building and potential safety risks ensuring timely evacuation of the condominium building so that conditions on the premises did not create a danger to the general public, including Plaintiff's Subrogors.

245. At all times material, Defendant Willcott knew, or in the exercise of reasonable care should have known that the condominium building, in particular, the struture was in a defective, weakened, and dangerous condition.

246. Defendant Willcott and/or an employee, contractor, or agent of Defendant Willcott's, breached its duty to Plaintiff's Subrogors in one or more of the following ways: (a) negligently allowing a hazardous and dangerous condition to exist in the subject condominium building; (b) not accurately disclosing the inherent dangers associated with major structural damage and the danger of its impending collapse; (c) failing appreciate the hazardous and dangerous condition of the condominium building; and/or (d) failing to recommend appropriate measures including immediate repair and immediate evacuation.

247. As a direct and proximate result of Defendant Willcott's negligent acts and/or omissions, the subject building was unsafe, unstable and collapsed, resulting in property damage to Plaintiff's Subrogors Properties and/or personal property located therein.

248. Plaintiff issued a policy of insurance covering insureds, MAX FRIEDMAN AND ELLEN FRIEDMAN, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "A."[27]

249. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Friedman, additional insured, or omnibus insured the sum of $109,551.35 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insureds.

250. Plaintiff issued a policy of insurance covering insureds, DEBRA L. GODT and NEAL K. GODT, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated

---

[27] A full copy of the policy of insurance is available upon request and is incorporated herein.

herein as Exhibit "B."[28]

251.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Godt, additional insured, or omnibus insured the sum of $103,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insureds.

252.    Plaintiff issued a policy of insurance covering insured, NANCY KRESS, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "C."[29]

253.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Kress, additional insured, or omnibus insured the sum of $106,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

254.    Plaintiff issued a policy of insurance covering insureds, NANCY KRESS, FRANK KLIEMAN AND JAY KLEIMAN, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "D"[30]

255.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Kress and Klieman, additional insured, or omnibus insured the sum of $111,900.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured

256.    Plaintiff issued a policy of insurance covering insured, MAYRA CRUZ, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit

---

[28] A full copy of the policy of insurance is available upon request and is incorporated herein.
[29] A full copy of the policy of insurance is available upon request and is incorporated herein.
[30] A full copy of the policy of insurance is available upon request and is incorporated herein.

"E."[31]

257.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Cruz, additional insured, or omnibus insured the sum of $205,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

258.    Plaintiff issued a policy of insurance covering insureds, RYAN WOLF AND CORT MORITZ, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "F."[32]

259.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Wolf and Moritz, additional insured, or omnibus insured the sum of $108,846.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

260.    Plaintiff issued a policy of insurance covering insured, ANETTE GOLDSTEIN, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "G."[33]

261.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Goldstein, additional insured, or omnibus insured the sum of $510,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

262.    Plaintiff issued a policy of insurance covering insured, GINO CATTAROSSI, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit

---

[31] A full copy of the policy of insurance is available upon request and is incorporated herein.
[32] A full copy of the policy of insurance is available upon request and is incorporated herein.
[33] A full copy of the policy of insurance is available upon request and is incorporated herein.

"H."[34]

263.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Cattarossi, additional insured, or omnibus insured the sum of $119,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

264.    Plaintiff issued a policy of insurance covering insureds, RAYMOND URGELLES AND MERCEDES URGELLES, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "I."[35]

265.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Urgelles, additional insured, or omnibus insured the sum of $200,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

266.    Plaintiff issued a policy of insurance covering insured, MARINA AZEN, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "J."[36]

267.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Azen, additional insured, or omnibus insured the sum of $119,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

268.    Plaintiff issued a policy of insurance covering insured, MARGARITA BRITO, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as

---

[34] A full copy of the policy of insurance is available upon request and is incorporated herein.
[35] A full copy of the policy of insurance is available upon request and is incorporated herein.
[36] A full copy of the policy of insurance is available upon request and is incorporated herein.

Exhibit "K."[37]

269.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Brito, additional insured, or omnibus insured the sum of $122,800.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

270.    Plaintiff issued a policy of insurance covering insureds, JOHN BRECKER AND HEATHER WALTERS, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "L."[38]

271.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Brecker and Walters, additional insured, or omnibus insured the sum of $325,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

272.    Plaintiff issued a policy of insurance covering insureds, CAMILA STERBA AND GARY STERBA, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "M."[39]

273.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Sterba, additional insured, or omnibus insured the sum of $65,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

274.    Plaintiff issued a policy of insurance covering insureds, ADALBERTO AGUERO AND NIEVES ISABEL AGUERO, for the property at issue. *See* Homeowners Declarations, attached

---

[37] A full copy of the policy of insurance is available upon request and is incorporated herein.
[38] A full copy of the policy of insurance is available upon request and is incorporated herein.
[39] A full copy of the policy of insurance is available upon request and is incorporated herein.

hereto and incorporated herein as Exhibit "N."

275.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Aguero, additional insured, or omnibus insured the sum of $80,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

276.    Plaintiff issued a policy of insurance covering insureds, MARY MCGRAW AND STEVE NIXON, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "O."

277.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds McGraw and Nixon, additional insured, or omnibus insured the sum of $77,400.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

278.    Plaintiff issued a policy of insurance covering insureds, FRANCESCO CORDARO AND ROSALIA CORDARO, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "P."

279.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Cordaro, additional insured, or omnibus insured the sum of $130,550.58 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

280.    Plaintiff issued a policy of insurance covering insured, SUSANA RODRIGUEZ, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "Q."

281.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured

Rodriguez, additional insured, or omnibus insured the sum of $70,400.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

282. Plaintiff issued a policy of insurance covering insured, SARITA HARARI, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "R."

283. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Harari, additional insured, or omnibus insured the sum of $102,400.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

284. Plaintiff issued a policy of insurance covering insureds, JOSEPH BLASSER AND ELENA BLASSER, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "S."

285. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Blasser, additional insured, or omnibus insured the sum of $255,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

286. Plaintiff issued a policy of insurance covering insured, STEVEN ROSENTHAL, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "T."

287. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Rosenthal, additional insured, or omnibus insured the sum of $120,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the

rights of its insured.

288.    Plaintiff issued a policy of insurance covering insured, EMILIA MATTEI, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "U."

289.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Mattei, additional insured, or omnibus insured the sum of $228,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

290.    Plaintiff issued a policy of insurance covering insureds, RICARDO ABUAWAD AND OLMSTED CORP, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "V."

291.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Abuawad and Olmsted, additional insured, or omnibus insured the sum of $140,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

292.    Plaintiff issued a policy of insurance covering insureds, SUSANA ALVAREZ AND HORTENSIA ALVAREZ, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "W."

293.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Alvarez, additional insured, or omnibus insured the sum of $99,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

294.    Plaintiff issued a policy of insurance covering insured, LEON OLIWKOWICZ, for

the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "X."

295. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Oliwkowicz, additional insured, or omnibus insured the sum of $200,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

296. Plaintiff issued a policy of insurance covering insured, MAGALY DELGADO, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "Y."

297. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Delgado, additional insured, or omnibus insured the sum of $220,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

298. Plaintiff issued a policy of insurance covering insureds, MARCUS J. GUARA, ANAELY RODRIGUEZ AND LA COMPARSITA LLC, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "Z."

299. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Guara and Rodriguez, additional insured, or omnibus insured the sum of $20,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

300. Plaintiff issued a policy of insurance covering insureds, HELEN KOPEL AND CHERRY 1002 LLC, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "AA."

301.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Kopel and Cherry, additional insured, or omnibus insured the sum of $76,075.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

302.    Plaintiff issued a policy of insurance covering insureds, JORGE ZARDOYA AND ZYR LLC, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "BB."

303.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Zardoya and Zyr, additional insured, or omnibus insured the sum of $147,500.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

304.    Plaintiff issued a policy of insurance covering insured, ADA LOPEZ, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "CC."

305.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Lopez, additional insured, or omnibus insured the sum of $118,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

306.    Plaintiff issued a policy of insurance covering insureds, DANIELA SILVA AND IBRAHIM ISSA, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "DD."

307.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Silva and Issa, additional insured, or omnibus insured the sum of $120,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the

rights of its insured.

308.   Plaintiff issued a policy of insurance covering insured, ESTHER GORFINKEL, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "EE."

309.   Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Gorfinkel, additional insured, or omnibus insured the sum of $187,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

310.   Plaintiff issued a policy of insurance covering insureds, MAGGIE A. MANRARA AND ALBERTO G. MANRARA, THE MAGGIE A. MANRARA DECLARATION OF TRUST, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "FF."

311.   Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Manrara, additional insured, or omnibus insured the sum of $221,407.86 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

312.   Plaintiff issued a policy of insurance covering insured, JAY K. MILLER, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "GG."

313.   Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Miller, additional insured, or omnibus insured the sum of $108,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

314.     Plaintiff issued a policy of insurance covering insureds, ANTONIO LOZANO AND GLADYS M. LOZANO, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "HH."

315.     Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Lozano, additional insured, or omnibus insured the sum of $62,500.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

316.     Plaintiff issued a policy of insurance covering insureds, REGINALD LONG AND LISA LOVEBY, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "II."

317.     Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Long and Loveby, additional insured, or omnibus insured the sum of $275,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

318.     Plaintiff issued a policy of insurance covering insureds, MOISES BEREZDIVIN AND DIANA BEREZDIVIN, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "JJ."

319.     Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Berezdivin, additional insured, or omnibus insured the sum of $260,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

320.     Plaintiff issued a policy of insurance covering insureds, SUSANA BRIEF AND DIFASU USA INC., for the property at issue. *See* Homeowners Declarations, attached hereto and

incorporated herein as Exhibit "KK."

321. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Brief and Difasu, additional insured, or omnibus insured the sum of $120,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

322. Plaintiff issued a policy of insurance covering insureds, JUAN A. MORA AND ANA C. MORA, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "LL."

323. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Mora, additional insured, or omnibus insured the sum of $90,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

324. Plaintiff issued a policy of insurance covering insured, SIMON SEGAL, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "MM."

325. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Segal, additional insured, or omnibus insured the sum of $35,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

326. Plaintiff issued a policy of insurance covering insureds, JOSEPH NOREIGA AND HILDA NORIEGA, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "NN."

327. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Noreiga,

additional insured, or omnibus insured the sum of $125,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

328.    Plaintiff issued a policy of insurance covering insured, DAVID EPSTEIN, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "OO."

329.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Epstein, additional insured, or omnibus insured the sum of $200,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

330.    Plaintiff issued a policy of insurance covering insureds, RICHARD AUGUSTINE AND CAROLE AUGUSTINE, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "PP."

331.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Augustine, additional insured, or omnibus insured the sum of $137,500.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

**WHEREFORE,** the Plaintiff, UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY as subrogee of MAX FRIEDMAN AND ELLEN FRIEDMAN, et al, demands judgment for damages against the Defendant(s), WILLCOTT ENGINEERING, INC., in the amount of $6,043,536.33, together with costs and pre-judgment interest (calculated from the date Plaintiff made payment to or on behalf of the Subrogors), and any other relief this Honorable Court may deem just and equitable.

## COUNT IV – NEGLIGENCE (AS TO DEFENDANT EIGHTY-SEVEN PARK, LLC)

Plaintiff realleges and incorporates the allegations contained in Paragraphs 1 through 60 as though fully set forth herein and further alleges:

332.    At all times material hereto, upon information and belief, Defendant Eighty-Seven was and is the owner, operator and/or manager of "Eighty-Seven Park", located at 8701 Collins Ave, Surfside Florida, 33154. Eighty-Seven Park is directly next door to Champlain Towers South.

333.    During the construction of Eighty-Seven park between 2016-2020 residents of the condominium building complained to Defendant that the construction was causing their building and the ground inside their units to shake substantially.

334.    At all times material, Defendant Eighty-Seven had a non-delegable duty to maintain its property in a reasonably safe condition ensuring that conditions on their premises did not create a danger to the public, including Plaintiff's Subrogors.

335.    The construction activities performed by Defendant Eighty-Seven or at the Defendant Eighty-Seven's instruction, caused the structural integrity of the condominium building to become weakened and dangerous, creating a hazard to the public, including the Plaintiff's Subrogors.

336.    At all material times, Defendant Eighty-Seven knew, or should have known, that the construction activities that took place on the Project were done in such a manner as to likely cause damage to the structural integrity of the condominium building.

337.    Nevertheless, the construction activities on the Project were performed in a negligent manner without regard for the safety and protection of the public, including the Plaintiff's Subrogors.

338.    Defendant Eighty-Seven's construction activities did, in fact, constitute a known and dangerous condition to Plaintiff's Subrogors, by creating structural damages to the condominium building, and as a result, the building collapsed.

339. Defendant Eighty-Seven and/or an employee, contractor, or agent of Defendant Eighty-Seven's, breached its duty to Plaintiff's Subrogors in one or more of the following ways: (a) failing to follow and abide by accepted industry standards and guidelines by not underpinning and/or bracing the condominium building during the project; (b) creating a hazardous and dangerous structural condition and allowing such to exist at the building; (c) failing to repair the defective structural condition; and/or (d) failing to warn the public in general and Plaintiff's Subrogors of the need to evacuate the condominium building and or of its imminent collapse.

340. As a direct and proximate result of Defendant Eighty-Seven's negligent acts and/or omissions, the subject building was unsafe, unstable and collapsed, resulting in property damage to Plaintiff's Subrogors Properties and/or personal property located therein.

341. Plaintiff issued a policy of insurance covering insureds, MAX FRIEDMAN AND ELLEN FRIEDMAN, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "A."[40]

342. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Friedman, additional insured, or omnibus insured the sum of $109,551.35 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insureds.

343. Plaintiff issued a policy of insurance covering insureds, DEBRA L. GODT and NEAL K. GODT, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "B."[41]

344. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Godt, additional insured, or omnibus insured the sum of $103,000.00 for property damage/loss. Under the

---

[40] A full copy of the policy of insurance is available upon request and is incorporated herein.

[41] A full copy of the policy of insurance is available upon request and is incorporated herein.

terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insureds.

346. Plaintiff issued a policy of insurance covering insured, NANCY KRESS, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "C."[42]

346. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Kress, additional insured, or omnibus insured the sum of $106,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

347. Plaintiff issued a policy of insurance covering insured, NANCY KRESS, FRANK KLIEMAN AND JAY KLEIMAN, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "D."[43]

348. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Kress and Klieman, additional insured, or omnibus insured the sum of $111,900.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured

349. Plaintiff issued a policy of insurance covering insured, MAYRA CRUZ, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "E."[44]

350. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Cruz, additional insured, or omnibus insured the sum of $205,000.00 for property damage/loss. Under the

---

[42] A full copy of the policy of insurance is available upon request and is incorporated herein.

[43] A full copy of the policy of insurance is available upon request and is incorporated herein.

[44] A full copy of the policy of insurance is available upon request and is incorporated herein.

terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

351.    Plaintiff issued a policy of insurance covering insureds, RYAN WOLF AND CORT MORITZ, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "F."[45]

352.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Wolf and Moritz, additional insured, or omnibus insured the sum of $108,846.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

353.    Plaintiff issued a policy of insurance covering insured, ANETTE GOLDSTEIN, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "G."[46]

354.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Goldstein, additional insured, or omnibus insured the sum of $510,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

355.    Plaintiff issued a policy of insurance covering insured, GINO CATTAROSSI, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "H."[47]

356.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Cattarossi, additional insured, or omnibus insured the sum of $119,000.00 for property damage/loss.

---

[45] A full copy of the policy of insurance is available upon request and is incorporated herein.

[46] A full copy of the policy of insurance is available upon request and is incorporated herein.

[47] A full copy of the policy of insurance is available upon request and is incorporated herein.

Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

357.    Plaintiff issued a policy of insurance covering insureds, RAYMOND URGELLES AND MERCEDES URGELLES, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "I."[48]

358.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Urgelles, additional insured, or omnibus insured the sum of $200,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

359.    Plaintiff issued a policy of insurance covering insured, MARINA AZEN, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "J."[49]

360.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Azen, additional insured, or omnibus insured the sum of $119,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

361.    Plaintiff issued a policy of insurance covering insured, MARGARITA BRITO, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "K."[50]

362.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Brito, additional insured, or omnibus insured the sum of $122,800.00 for property damage/loss. Under the

---

[48] A full copy of the policy of insurance is available upon request and is incorporated herein.

[49] A full copy of the policy of insurance is available upon request and is incorporated herein.

[50] A full copy of the policy of insurance is available upon request and is incorporated herein.

terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

363.    Plaintiff issued a policy of insurance covering insureds, JOHN BRECKER AND HEATHER WALTERS, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "L."[51]

364.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Brecker and Walters, additional insured, or omnibus insured the sum of $325,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

365.    Plaintiff issued a policy of insurance covering insureds, CAMILA STERBA AND GARY STERBA, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "M."[52]

366.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Sterba, additional insured, or omnibus insured the sum of $65,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

367.    Plaintiff issued a policy of insurance covering insureds, ADALBERTO AGUERO AND NIEVES ISABEL AGUERO, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "N."

368.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Aguero, additional insured, or omnibus insured the sum of $80,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of

---

[51] A full copy of the policy of insurance is available upon request and is incorporated herein.

[52] A full copy of the policy of insurance is available upon request and is incorporated herein.

its insured.

369.    Plaintiff issued a policy of insurance covering insureds, MARY MCGRAW AND STEVE NIXON, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "O."

370.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds McGraw and Nixon, additional insured, or omnibus insured the sum of $77,400.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

371.    Plaintiff issued a policy of insurance covering insureds, FRANCESCO CORDARO AND ROSALIA CORDARO, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "P."

372.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Cordaro, additional insured, or omnibus insured the sum of $130,550.58 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

373.    Plaintiff issued a policy of insurance covering insured, SUSANA RODRIGUEZ, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "Q."

374.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Rodriguez, additional insured, or omnibus insured the sum of $70,400.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

375.    Plaintiff issued a policy of insurance covering insured, SARITA HARARI, for the

property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "R."

376.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Harari, additional insured, or omnibus insured the sum of $102,400.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

377.    Plaintiff issued a policy of insurance covering insureds, JOSEPH BLASSER AND ELENA BLASSER, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "S."

378.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Blasser, additional insured, or omnibus insured the sum of $255,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

379.    Plaintiff issued a policy of insurance covering insured, STEVEN ROSENTHAL, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "T."

380.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Rosenthal, additional insured, or omnibus insured the sum of $120,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

381.    Plaintiff issued a policy of insurance covering insured, EMILIA MATTEI, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "U."

382. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Mattei, additional insured, or omnibus insured the sum of $228,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

383. Plaintiff issued a policy of insurance covering insureds, RICARDO ABUAWAD AND OLMSTED CORP, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "V."

384. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Abuawad and Olmsted, additional insured, or omnibus insured the sum of $140,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

385. Plaintiff issued a policy of insurance covering insureds, SUSANA ALVAREZ AND HORTENSIA ALVAREZ, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "W."

386. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Alvarez, additional insured, or omnibus insured the sum of $99,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

387. Plaintiff issued a policy of insurance covering insured, LEON OLIWKOWICZ, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "X."

388. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Oliwkowicz, additional insured, or omnibus insured the sum of $200,000.00 for property

damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

389.    Plaintiff issued a policy of insurance covering insured, MAGALY DELGADO, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "Y."

390.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Delgado, additional insured, or omnibus insured the sum of $220,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

391.    Plaintiff issued a policy of insurance covering insureds, MARCUS J. GUARA, ANAELY RODRIGUEZ AND LA COMPARSITA LLC, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "Z."

392.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Guara and Rodriguez, additional insured, or omnibus insured the sum of $20,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

393.    Plaintiff issued a policy of insurance covering insureds, HELEN KOPEL AND CHERRY 1002 LLC, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "AA."

394.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Kopel and Cherry, additional insured, or omnibus insured the sum of $76,075.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

395.   Plaintiff issued a policy of insurance covering insureds, JORGE ZARDOYA AND ZYR LLC, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "BB."

396.   Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Zardoya and Zyr, additional insured, or omnibus insured the sum of $147,500.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

397.   Plaintiff issued a policy of insurance covering insured, ADA LOPEZ, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "CC."

398.   Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Lopez, additional insured, or omnibus insured the sum of $118,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

399.   Plaintiff issued a policy of insurance covering insureds, DANIELA SILVA AND IBRAHIM ISSA, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "DD."

400.   Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Silva and Issa, additional insured, or omnibus insured the sum of $120,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

401.   Plaintiff issued a policy of insurance covering insured, ESTHER GORFINKEL, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "EE."

402. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Gorfinkel, additional insured, or omnibus insured the sum of $187,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

403. Plaintiff issued a policy of insurance covering insureds, MAGGIE A. MANRARA AND ALBERTO G. MANRARA, THE MAGGIE A. MANRARA DECLARATION OF TRUST, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "FF."

404. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Manrara, additional insured, or omnibus insured the sum of $221,407.86 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

405. Plaintiff issued a policy of insurance covering insured, JAY K. MILLER, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "GG."

406. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Miller, additional insured, or omnibus insured the sum of $108,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

407. Plaintiff issued a policy of insurance covering insureds, ANTONIO LOZANO AND GLADYS M. LOZANO, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "HH."

408. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Lozano,

additional insured, or omnibus insured the sum of $62,500.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

409.    Plaintiff issued a policy of insurance covering insureds, REGINALD LONG AND LISA LOVEBY, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "II."

410.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Long and Loveby, additional insured, or omnibus insured the sum of $275,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

411.    Plaintiff issued a policy of insurance covering insureds, MOISES BEREZDIVIN AND DIANA BEREZDIVIN, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "JJ."

412.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Berezdivin, additional insured, or omnibus insured the sum of $260,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

413.    Plaintiff issued a policy of insurance covering insureds, SUSANA BRIEF AND DIFASU USA INC., for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "KK."

414.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Brief and Difasu, additional insured, or omnibus insured the sum of $120,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the

rights of its insured.

415.    Plaintiff issued a policy of insurance covering insureds, JUAN A. MORA AND ANA C. MORA, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "LL."

416.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Mora, additional insured, or omnibus insured the sum of $90,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

417.    Plaintiff issued a policy of insurance covering insured, SIMON SEGAL, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "MM."

418.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Segal, additional insured, or omnibus insured the sum of $35,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

419.    Plaintiff issued a policy of insurance covering insureds, JOSEPH NOREIGA AND HILDA NORIEGA, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "NN."

420.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Noreiga, additional insured, or omnibus insured the sum of $125,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

421.    Plaintiff issued a policy of insurance covering insured, DAVID EPSTEIN, for the

property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "OO."

422.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Epstein, additional insured, or omnibus insured the sum of $200,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

423.    Plaintiff issued a policy of insurance covering insureds, RICHARD AUGUSTINE AND CAROLE AUGUSTINE, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "PP."

424.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Augustine, additional insured, or omnibus insured the sum of $137,500.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

**WHEREFORE,** the Plaintiff, UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY as subrogee of MAX FRIEDMAN AND ELLEN FRIEDMAN, et al, demands judgment for damages against the Defendant(s), EIGHTY-SEVEN PARK, LLC, in the amount of $6,043,536.33, together with costs and pre-judgment interest (calculated from the date Plaintiff made payment to or on behalf of the Subrogors), and any other relief this Honorable Court may deem just and equitable.

## COUNT V – NEGLIGENCE (AS TO DEFENDANT SCOTT STEWART)

Plaintiff realleges and incorporates the allegations contained in Paragraphs 1 through 60 as though fully set forth herein and further alleges:

425.    At all times material, Defendant Stewart was the manager of the condominium

building, Champlain Towers South Condominium Association, Inc., located at 8777 Collins Ave, Surfside, FL, 33145, and had duty to maintain the property in a reasonably safe condition. This duty included inspecting and maintaining the subject condominium building so that conditions on the premises did not create a danger to the public, including Plaintiff's Subrogors.

426. Upon information and belief, at the time of the accident described above, the subject condominium building's concrete, structural integrity, rebar, and other foundational materials were in unsafe condition and required immediate remediation.

427. At all times material hereto upon information and belief, Defendant Stewart had actual knowledge and notice of the defective and dangerous condition of the condominium building.

428. Notwithstanding such knowledge, Defendant Stewart failed to take action and continued to negligently and carelessly maintain the condominium building.

429. Defendant Stewart breached its duties to Plaintiff's Subrogors by: (a) Failing to appreciate the significance of the cracking, fractures, and defects in the structure; (b) permitting water to intrude into the structure of subject building causing damage to the structural integrity of the subject building; (c) failing to properly analyze, review, communicate, prevent and/or eliminate the risks associated with the fractures, crack, and defects in the subject structure; (e) failing to disclose to the Plaintiff's Subrogors, that the cracks and defects observed on the structure were a safety concern and created a dangerous condition; (f) failing to perform, manage, supervise, oversee, and/or inspect the repairs and/or restoration of the structure; (g) failing to notify the Plaintiff's Subrogors to timely evacuate the subject building; and/or (h) Otherwise negligently failing to disclose any dangerous condition relative to the structure in the circumstances

430. As a direct and proximate result of Defendant Stewart's negligent acts and/or omissions, the subject building was unsafe, unstable and collapsed, resulting in property damage to

Plaintiff's Subrogors Properties and/or personal property located therein.

431.    Plaintiff issued a policy of insurance covering insureds, MAX FRIEDMAN AND ELLEN FRIEDMAN, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "A."[53]

432.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Friedman, additional insured, or omnibus insured the sum of $109,551.35 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insureds.

433.    Plaintiff issued a policy of insurance covering insureds, DEBRA L. GODT and NEAL K. GODT, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "B."[54]

434.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Godt, additional insured, or omnibus insured the sum of $103,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insureds.

435.    Plaintiff issued a policy of insurance covering insured, NANCY KRESS, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "C."[55]

436.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Kress, additional insured, or omnibus insured the sum of $106,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of

---

[53] A full copy of the policy of insurance is available upon request and is incorporated herein.

[54] A full copy of the policy of insurance is available upon request and is incorporated herein.

[55] A full copy of the policy of insurance is available upon request and is incorporated herein.

its insured.

437.     Plaintiff issued a policy of insurance covering insured, NANCY KRESS, FRANK KLIEMAN AND JAY KLEIMAN, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "D."[56]

438.     Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Kress and Klieman, additional insured, or omnibus insured the sum of $111,900.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured

439.     Plaintiff issued a policy of insurance covering insured, MAYRA CRUZ, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "E."[57]

440.     Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Cruz, additional insured, or omnibus insured the sum of $205,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

441.     Plaintiff issued a policy of insurance covering insureds, RYAN WOLF AND CORT MORITZ, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "F."[58]

442.     Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Wolf and Moritz, additional insured, or omnibus insured the sum of $108,846.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the

---

[56] A full copy of the policy of insurance is available upon request and is incorporated herein.

[57] A full copy of the policy of insurance is available upon request and is incorporated herein.

[58] A full copy of the policy of insurance is available upon request and is incorporated herein.

rights of its insured.

443.    Plaintiff issued a policy of insurance covering insured, ANETTE GOLDSTEIN, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "G."[59]

444.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Goldstein, additional insured, or omnibus insured the sum of $510,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

445.    Plaintiff issued a policy of insurance covering insured, GINO CATTAROSSI, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "H."[60]

446.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Cattarossi, additional insured, or omnibus insured the sum of $119,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

447.    Plaintiff issued a policy of insurance covering insureds, RAYMOND URGELLES AND MERCEDES URGELLES, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "I."[61]

448.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Urgelles, additional insured, or omnibus insured the sum of $200,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of

---

[59] A full copy of the policy of insurance is available upon request and is incorporated herein.
[60] A full copy of the policy of insurance is available upon request and is incorporated herein.
[61] A full copy of the policy of insurance is available upon request and is incorporated herein.

its insured.

449.    Plaintiff issued a policy of insurance covering insured, MARINA AZEN, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "J."[62]

450.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Azen, additional insured, or omnibus insured the sum of $119,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

451.    Plaintiff issued a policy of insurance covering insured, MARGARITA BRITO, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "K."[63]

452.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Brito, additional insured, or omnibus insured the sum of $122,800.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

453.    Plaintiff issued a policy of insurance covering insureds, JOHN BRECKER AND HEATHER WALTERS, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "L."[64]

454.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Brecker and Walters, additional insured, or omnibus insured the sum of $325,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the

---

[62] A full copy of the policy of insurance is available upon request and is incorporated herein.

[63] A full copy of the policy of insurance is available upon request and is incorporated herein.

[64] A full copy of the policy of insurance is available upon request and is incorporated herein.

rights of its insured.

455. Plaintiff issued a policy of insurance covering insureds, CAMILA STERBA AND GARY STERBA, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "M."[65]

456. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Sterba, additional insured, or omnibus insured the sum of \$65,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

457. Plaintiff issued a policy of insurance covering insureds, ADALBERTO AGUERO AND NIEVES ISABEL AGUERO, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "N."

458. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Aguero, additional insured, or omnibus insured the sum of \$80,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

459. Plaintiff issued a policy of insurance covering insureds, MARY MCGRAW AND STEVE NIXON, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "O."

460. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds McGraw and Nixon, additional insured, or omnibus insured the sum of \$77,400.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

---

[65] A full copy of the policy of insurance is available upon request and is incorporated herein.

461. Plaintiff issued a policy of insurance covering insureds, FRANCESCO CORDARO AND ROSALIA CORDARO, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "P."

462. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Cordaro, additional insured, or omnibus insured the sum of $130,550.58 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

463. Plaintiff issued a policy of insurance covering insured, SUSANA RODRIGUEZ, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "Q."

464. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Rodriguez, additional insured, or omnibus insured the sum of $70,400.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

465. Plaintiff issued a policy of insurance covering insured, SARITA HARARI, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "R."

466. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Harari, additional insured, or omnibus insured the sum of $102,400.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

467. Plaintiff issued a policy of insurance covering insureds, JOSEPH BLASSER AND ELENA BLASSER, for the property at issue. *See* Homeowners Declarations, attached hereto and

incorporated herein as Exhibit "S."

468.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Blasser, additional insured, or omnibus insured the sum of $255,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

469.    Plaintiff issued a policy of insurance covering insured, STEVEN ROSENTHAL, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "T."

470.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Rosenthal, additional insured, or omnibus insured the sum of $120,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

471.    Plaintiff issued a policy of insurance covering insured, EMILIA MATTEI, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "U."

472.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Mattei, additional insured, or omnibus insured the sum of $228,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

473.    Plaintiff issued a policy of insurance covering insureds, RICARDO ABUAWAD AND OLMSTED CORP, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "V."

474.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds

Abuawad and Olmsted, additional insured, or omnibus insured the sum of $140,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

475. Plaintiff issued a policy of insurance covering insureds, SUSANA ALVAREZ AND HORTENSIA ALVAREZ, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "W."

476. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Alvarez, additional insured, or omnibus insured the sum of $99,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

477. Plaintiff issued a policy of insurance covering insured, LEON OLIWKOWICZ, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "X."

478. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Oliwkowicz, additional insured, or omnibus insured the sum of $200,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

479. Plaintiff issued a policy of insurance covering insured, MAGALY DELGADO, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "Y."

480. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Delgado, additional insured, or omnibus insured the sum of $220,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of

its insured.

481. Plaintiff issued a policy of insurance covering insureds, MARCUS J. GUARA, ANAELY RODRIGUEZ AND LA COMPARSITA LLC, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "Z."

482. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Guara and Rodriguez, additional insured, or omnibus insured the sum of $20,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

483. Plaintiff issued a policy of insurance covering insureds, HELEN KOPEL AND CHERRY 1002 LLC, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "AA."

484. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Kopel and Cherry, additional insured, or omnibus insured the sum of $76,075.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

485. Plaintiff issued a policy of insurance covering insureds, JORGE ZARDOYA AND ZYR LLC, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "BB."

486. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Zardoya and Zyr, additional insured, or omnibus insured the sum of $147,500.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

487. Plaintiff issued a policy of insurance covering insured, ADA LOPEZ, for the property

at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "CC."

488. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Lopez, additional insured, or omnibus insured the sum of $118,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

489. Plaintiff issued a policy of insurance covering insureds, DANIELA SILVA AND IBRAHIM ISSA, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "DD."

490. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Silva and Issa, additional insured, or omnibus insured the sum of $120,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

491. Plaintiff issued a policy of insurance covering insured, ESTHER GORFINKEL, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "EE."

492. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Gorfinkel, additional insured, or omnibus insured the sum of $187,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

493. Plaintiff issued a policy of insurance covering insureds, MAGGIE A. MANRARA AND ALBERTO G. MANRARA, THE MAGGIE A. MANRARA DECLARATION OF TRUST, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "FF."

494.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Manrara, additional insured, or omnibus insured the sum of $221,407.86 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

495.    Plaintiff issued a policy of insurance covering insured, JAY K. MILLER, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "GG."

496.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Miller, additional insured, or omnibus insured the sum of $108,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

497.    Plaintiff issued a policy of insurance covering insureds, ANTONIO LOZANO AND GLADYS M. LOZANO, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "HH."

498.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Lozano, additional insured, or omnibus insured the sum of $62,500.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

499.    Plaintiff issued a policy of insurance covering insureds, REGINALD LONG AND LISA LOVEBY, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "II."

500.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Long and Loveby, additional insured, or omnibus insured the sum of $275,000.00 for property damage/loss.

Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

501.    Plaintiff issued a policy of insurance covering insureds, MOISES BEREZDIVIN AND DIANA BEREZDIVIN, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "JJ."

502.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Berezdivin, additional insured, or omnibus insured the sum of $260,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

503.    Plaintiff issued a policy of insurance covering insureds, SUSANA BRIEF AND DIFASU USA INC., for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "KK."

504.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Brief and Difasu, additional insured, or omnibus insured the sum of $120,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

505.    Plaintiff issued a policy of insurance covering insureds, JUAN A. MORA AND ANA C. MORA, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "LL."

506.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Mora, additional insured, or omnibus insured the sum of $90,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

507.    Plaintiff issued a policy of insurance covering insured, SIMON SEGAL, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "MM."

508.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Segal, additional insured, or omnibus insured the sum of $35,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

509.    Plaintiff issued a policy of insurance covering insureds, JOSEPH NOREIGA AND HILDA NORIEGA, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "NN."

510.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Noreiga, additional insured, or omnibus insured the sum of $125,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

511.    Plaintiff issued a policy of insurance covering insured, DAVID EPSTEIN, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "OO."

512.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Epstein, additional insured, or omnibus insured the sum of $200,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

513.    Plaintiff issued a policy of insurance covering insureds, RICHARD AUGUSTINE AND CAROLE AUGUSTINE, for the property at issue. *See* Homeowners Declarations, attached

hereto and incorporated herein as Exhibit "PP."

514.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Augustine, additional insured, or omnibus insured the sum of $137,500.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

**WHEREFORE,** the Plaintiff, UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY as subrogee of MAX FRIEDMAN AND ELLEN FRIEDMAN, et al, demands judgment for damages against the Defendant(s), SCOTT STEWART., in the amount of $6,043,536.33, together with costs and pre-judgment interest (calculated from the date Plaintiff made payment to or on behalf of the Subrogors), and any other relief this Honorable Court may deem just and equitable.

## COUNT VI – NEGLIGENCE (AS TO DEFENDANT CONCRETE PROTECTION AND RESTORATION, INC.)

Plaintiff realleges and incorporates the allegations contained in Paragraphs 1 through 60 as though fully set forth herein and further alleges:

515.    At all times material hereto, Defendant Concrete, its agents, servants or employees, were engaged in inspecting, assessing and making restorations to the concrete of the condominium building and had a duty to maintain the condominium building in a reasonably afe condition for use by the public, including Plaintiff's Subrogors.

516.    At all times material, Defendant Concrete employed a number of workers, servants, agents, and employees to perform the work incidental to the concrete restoration process yet still working within the nature, course, and scope of their employment.

517.    Defendant Concrete's activities did, in fact, constitute a known and dangerous condition to Plaintiff's Subrogors, and as a result of the Defendant Concrete's conduct, the building collapsed.

518.     Defendant Concrete and/or an employee, contractor, or agent of Defendant Concrete's, breached its duty to Plaintiff's Subrogors in one or more of the following ways: (a) negligently failing to follow industry standards while working on the structural aspects of the condominium building; (b) failing to repair the defective condition; (c) failing to warn the public and Plaintiff's Subrogors of the imminent collapse; (d) failing appreciate the dangerous condition of the condominium building; (e) failing to communicate the urgency of its condition and the danger of its impending collapse; and/or (f) failing to recommend appropriate measures including immediate repair and evacuation.

519.     As a direct and proximate result of Defendant Concrete's negligent acts and/or omissions, the subject building was unsafe, unstable and collapsed, resulting in property damage to Plaintiff's Subrogors Properties and/or personal property located therein.

520.     Plaintiff issued a policy of insurance covering insureds, MAX FRIEDMAN AND ELLEN FRIEDMAN, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "A."[66]

521.     Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Friedman, additional insured, or omnibus insured the sum of $109,551.35 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insureds.

522.     Plaintiff issued a policy of insurance covering insureds, DEBRA L. GODT and NEAL K. GODT, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "B."[67]

523.     Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Godt,

---

[66] A full copy of the policy of insurance is available upon request and is incorporated herein.

[67] A full copy of the policy of insurance is available upon request and is incorporated herein.

additional insured, or omnibus insured the sum of $103,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insureds.

524.    Plaintiff issued a policy of insurance covering insured, NANCY KRESS, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "C."[68]

525.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Kress, additional insured, or omnibus insured the sum of $106,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

526.    Plaintiff issued a policy of insurance covering insureds, NANCY KRESS, FRANK KLIEMAN AND JAY KLEIMAN, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "D."[69]

527.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Kress and Klieman, additional insured, or omnibus insured the sum of $111,900.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured

528.    Plaintiff issued a policy of insurance covering insured, MAYRA CRUZ, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "E."[70]

529.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Cruz,

---

[68] A full copy of the policy of insurance is available upon request and is incorporated herein.

[69] A full copy of the policy of insurance is available upon request and is incorporated herein.

[70] A full copy of the policy of insurance is available upon request and is incorporated herein.

additional insured, or omnibus insured the sum of $205,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

530.    Plaintiff issued a policy of insurance covering insureds, RYAN WOLF AND CORT MORITZ, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "F."[71]

531.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Wolf and Moritz, additional insured, or omnibus insured the sum of $108,846.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

532.    Plaintiff issued a policy of insurance covering insured, ANETTE GOLDSTEIN, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "G."[72]

533.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Goldstein, additional insured, or omnibus insured the sum of $510,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

534.    Plaintiff issued a policy of insurance covering insured, GINO CATTAROSSI, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "H."[73]

535.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured

---

[71] A full copy of the policy of insurance is available upon request and is incorporated herein.
[72] A full copy of the policy of insurance is available upon request and is incorporated herein.
[73] A full copy of the policy of insurance is available upon request and is incorporated herein.

Cattarossi, additional insured, or omnibus insured the sum of $119,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

536.    Plaintiff issued a policy of insurance covering insureds, RAYMOND URGELLES AND MERCEDES URGELLES, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "I."[74]

537.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Urgelles, additional insured, or omnibus insured the sum of $200,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

538.    Plaintiff issued a policy of insurance covering insured, MARINA AZEN, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "J."[75]

539.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Azen, additional insured, or omnibus insured the sum of $119,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

540.    Plaintiff issued a policy of insurance covering insured, MARGARITA BRITO, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "K."[76]

541.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Brito,

---

[74] A full copy of the policy of insurance is available upon request and is incorporated herein.
[75] A full copy of the policy of insurance is available upon request and is incorporated herein.
[76] A full copy of the policy of insurance is available upon request and is incorporated herein.

additional insured, or omnibus insured the sum of $122,800.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

542.    Plaintiff issued a policy of insurance covering insureds, JOHN BRECKER AND HEATHER WALTERS, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "L."[77]

543.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Brecker and Walters, additional insured, or omnibus insured the sum of $325,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

544.    Plaintiff issued a policy of insurance covering insureds, CAMILA STERBA AND GARY STERBA, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "M."[78]

545.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Sterba, additional insured, or omnibus insured the sum of $65,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

546.    Plaintiff issued a policy of insurance covering insureds, ADALBERTO AGUERO AND NIEVES ISABEL AGUERO, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "N."

547.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Aguero, additional insured, or omnibus insured the sum of $80,000.00 for property damage/loss. Under the

---

[77] A full copy of the policy of insurance is available upon request and is incorporated herein.

[78] A full copy of the policy of insurance is available upon request and is incorporated herein.

terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

548.    Plaintiff issued a policy of insurance covering insureds, MARY MCGRAW AND STEVE NIXON, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "O."

549.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds McGraw and Nixon, additional insured, or omnibus insured the sum of $77,400.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

550.    Plaintiff issued a policy of insurance covering insureds, FRANCESCO CORDARO AND ROSALIA CORDARO, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "P."

551.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Cordaro, additional insured, or omnibus insured the sum of $130,550.58 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

552.    Plaintiff issued a policy of insurance covering insured, SUSANA RODRIGUEZ, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "Q."

553.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Rodriguez, additional insured, or omnibus insured the sum of $70,400.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

554. Plaintiff issued a policy of insurance covering insured, SARITA HARARI, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "R."

555. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Harari, additional insured, or omnibus insured the sum of $102,400.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

556. Plaintiff issued a policy of insurance covering insureds, JOSEPH BLASSER AND ELENA BLASSER, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "S."

557. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Blasser, additional insured, or omnibus insured the sum of $255,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

558. Plaintiff issued a policy of insurance covering insured, STEVEN ROSENTHAL, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "T."

559. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Rosenthal, additional insured, or omnibus insured the sum of $120,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

560. Plaintiff issued a policy of insurance covering insured, EMILIA MATTEI, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit

"U."

561. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Mattei, additional insured, or omnibus insured the sum of $228,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

562. Plaintiff issued a policy of insurance covering insureds, RICARDO ABUAWAD AND OLMSTED CORP, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "V."

563. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Abuawad and Olmsted, additional insured, or omnibus insured the sum of $140,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

564. Plaintiff issued a policy of insurance covering insureds, SUSANA ALVAREZ AND HORTENSIA ALVAREZ, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "W."

565. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Alvarez, additional insured, or omnibus insured the sum of $99,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

566. Plaintiff issued a policy of insurance covering insured, LEON OLIWKOWICZ, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "X."

567. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured

Oliwkowicz, additional insured, or omnibus insured the sum of $200,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

568. Plaintiff issued a policy of insurance covering insured, MAGALY DELGADO, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "Y."

569. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Delgado, additional insured, or omnibus insured the sum of $220,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

570. Plaintiff issued a policy of insurance covering insureds, MARCUS J. GUARA, ANAELY RODRIGUEZ AND LA COMPARSITA LLC, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "Z."

571. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Guara and Rodriguez, additional insured, or omnibus insured the sum of $20,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

572. Plaintiff issued a policy of insurance covering insureds, HELEN KOPEL AND CHERRY 1002 LLC, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "AA."

573. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Kopel and Cherry, additional insured, or omnibus insured the sum of $76,075.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the

rights of its insured.

574.    Plaintiff issued a policy of insurance covering insureds, JORGE ZARDOYA AND ZYR LLC, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "BB."

575.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Zardoya and Zyr, additional insured, or omnibus insured the sum of $147,500.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

576.    Plaintiff issued a policy of insurance covering insured, ADA LOPEZ, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "CC."

577.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Lopez, additional insured, or omnibus insured the sum of $118,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

578.    Plaintiff issued a policy of insurance covering insureds, DANIELA SILVA AND IBRAHIM ISSA, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "DD."

579.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Silva and Issa, additional insured, or omnibus insured the sum of $120,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

580.    Plaintiff issued a policy of insurance covering insured, ESTHER GORFINKEL, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as

Exhibit "EE."

581. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Gorfinkel, additional insured, or omnibus insured the sum of $187,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

582. Plaintiff issued a policy of insurance covering insureds, MAGGIE A. MANRARA AND ALBERTO G. MANRARA, THE MAGGIE A. MANRARA DECLARATION OF TRUST, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "FF."

583. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Manrara, additional insured, or omnibus insured the sum of $221,407.86 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

584. Plaintiff issued a policy of insurance covering insured, JAY K. MILLER, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "GG."

585. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Miller, additional insured, or omnibus insured the sum of $108,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

586. Plaintiff issued a policy of insurance covering insureds, ANTONIO LOZANO AND GLADYS M. LOZANO, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "HH."

587. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Lozano, additional insured, or omnibus insured the sum of $62,500.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

588. Plaintiff issued a policy of insurance covering insureds, REGINALD LONG AND LISA LOVEBY, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "II."

589. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Long and Loveby, additional insured, or omnibus insured the sum of $275,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

590. Plaintiff issued a policy of insurance covering insureds, MOISES BEREZDIVIN AND DIANA BEREZDIVIN, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "JJ."

591. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Berezdivin, additional insured, or omnibus insured the sum of $260,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

592. Plaintiff issued a policy of insurance covering insureds, SUSANA BRIEF AND DIFASU USA INC., for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "KK."

593. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Brief and Difasu, additional insured, or omnibus insured the sum of $120,000.00 for property damage/loss.

Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

594.   Plaintiff issued a policy of insurance covering insureds, JUAN A. MORA AND ANA C. MORA, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "LL."

595.   Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Mora, additional insured, or omnibus insured the sum of $90,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

596.   Plaintiff issued a policy of insurance covering insured, SIMON SEGAL, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "MM."

597.   Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Segal, additional insured, or omnibus insured the sum of $35,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

598.   Plaintiff issued a policy of insurance covering insureds, JOSEPH NOREIGA AND HILDA NORIEGA, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "NN."

599.   Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Noreiga, additional insured, or omnibus insured the sum of $125,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

600.    Plaintiff issued a policy of insurance covering insured, DAVID EPSTEIN, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "OO."

601.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Epstein, additional insured, or omnibus insured the sum of $200,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

602.    Plaintiff issued a policy of insurance covering insureds, RICHARD AUGUSTINE AND CAROLE AUGUSTINE, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "PP."

603.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Augustine, additional insured, or omnibus insured the sum of $137,500.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

**WHEREFORE,** the Plaintiff, UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY as subrogee of MAX FRIEDMAN AND ELLEN FRIEDMAN, et al, demands judgment for damages against the Defendant(s), CONCRETE PROTECTION AND RESTORATION, INC, in the amount of $6,043,536.33, together with costs and pre-judgment interest (calculated from the date Plaintiff made payment to or on behalf of the Subrogors), and any other relief this Honorable Court may deem just and equitable.

## COUNT VII – NEGLIGENCE (AS TO DEFENDANT 8701 COLLINS DEVELOPMENT, LLC)

Plaintiff realleges and incorporates the allegations contained in Paragraphs 1 through 60 as though fully set forth herein and further alleges:

604.    At all times material hereto, upon information and belief, Defendant 8701 Collins owned and/operated, constructed, managed, supervised and/or developed a construction project known as "Eighty-Seven Park", located at 8701 Collins Ave, Surfside Florida, 33154. The project is directly next door to Champlain Towers South Condominium Association, Inc.

605.    At all times material, Eighty-Seven Park was and is an condominium building located next door to the condominium building.

606.    During the construction of Eighty-Seven Park, around 2016-2020, residents of the Champlain Towers South condominium building complained to Defendant 8701 Collins that the construction was causing their building and the ground inside their units to shake substantially.

607.    At all times material, Defendant 8701 Collins had a non-delegable duty to maintain its property in a reasonably safe condition including to not endanger the public.

608.    The construction process taken by Defendant 8701 Collins or at Defendant 8701 Collins's instruction, caused the structural integrity of the condominium building to become weakened and dangerous, creating a hazard to the public, including the Plaintiff's Subrogors.

609.    During the construction process, Defendant 8701 Collins was made aware that its construction activities were a danger to the structures surrounding the project, including the condominium building.

610.    Defendant 8701 Collins failed to underpin or otherwise brace the condominium building during the construction and failed to comply with the applicable rules, codes and regulations governing undermining, underpinning, and bracing of adjacent properties.

611.    At all material times, Defendant 8701 Collins knew, or should have known, that the construction activities that took place on the Project were done in such a manner as to likely cause damage to the structural integrity of the Champlain Towers South condominium building, and as a

result the building collapsed.

612.    Defendant 8701 Collins and/or an employee, contractor, or agent of Defendant 8701
Collins's, breached its duty to Plaintiff's Subrogors in one or more of the following ways: (a) failing
to follow and abide by accepted industry standards and guidelines during the construction process;
(b) negligently, carelessly, and intentionally failing or refusing to take the appropriate or reasonable
precautions generally recognized to protect the public in general; (c) creating a hazardous and
dangerous condition and allowing such to exist at the condominium building; (d) failing to repair the
hazardous and dangerous condition created by Defendant 8701 Collins's conduct during the
construction process on the Eighty-Seven Park Property; and/or (e) failing to warn the public and
Plaintiff's Subrogors of the need to evacuate the condominium building and or of its imminent
collapse.

613.    As a direct and proximate result of Defendant 8701 Collins's negligent acts and/or
omissions, the subject building was unsafe, unstable and collapsed, resulting in property damage to
Plaintiff's Subrogors Properties and/or personal property located therein.

614.    Plaintiff issued a policy of insurance covering insureds, MAX FRIEDMAN AND
ELLEN FRIEDMAN, for the property at issue. *See* Homeowners Declarations, attached hereto and
incorporated herein as Exhibit "A."[79]

615.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds
Friedman, additional insured, or omnibus insured the sum of $109,551.35 for property damage/loss.
Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the
rights of its insureds.

616.    Plaintiff issued a policy of insurance covering insureds, DEBRA L. GODT and NEAL

---

[79] A full copy of the policy of insurance is available upon request and is incorporated herein.

K. GODT, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "B."[80]

617. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Godt, additional insured, or omnibus insured the sum of $103,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insureds.

618. Plaintiff issued a policy of insurance covering insured, NANCY KRESS, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "C."[81]

619. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Kress, additional insured, or omnibus insured the sum of $106,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

620. Plaintiff issued a policy of insurance covering insured, NANCY KRESS, FRANK KLIEMAN AND JAY KLEIMAN, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "D."[82]

621. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Kress and Kleiman, additional insured, or omnibus insured the sum of $111,900.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured

622. Plaintiff issued a policy of insurance covering insured, MAYRA CRUZ, for the

---

[80] A full copy of the policy of insurance is available upon request and is incorporated herein.

[81] A full copy of the policy of insurance is available upon request and is incorporated herein.

[82] A full copy of the policy of insurance is available upon request and is incorporated herein.

property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "E."[83]

623.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Cruz, additional insured, or omnibus insured the sum of $205,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

624.    Plaintiff issued a policy of insurance covering insureds, RYAN WOLF AND CORT MORITZ, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "F."[84]

625.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Wolf and Moritz, additional insured, or omnibus insured the sum of $108,846.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

626.    Plaintiff issued a policy of insurance covering insured, ANETTE GOLDSTEIN, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "G."[85]

627.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Goldstein, additional insured, or omnibus insured the sum of $510,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

628.    Plaintiff issued a policy of insurance covering insured, GINO CATTAROSSI, for the

---

[83] A full copy of the policy of insurance is available upon request and is incorporated herein.

[84] A full copy of the policy of insurance is available upon request and is incorporated herein.

[85] A full copy of the policy of insurance is available upon request and is incorporated herein.

property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "H."[86]

629. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Cattarossi, additional insured, or omnibus insured the sum of $119,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

630. Plaintiff issued a policy of insurance covering insureds, RAYMOND URGELLES AND MERCEDES URGELLES, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "I."[87]

631. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Urgelles, additional insured, or omnibus insured the sum of $200,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

632. Plaintiff issued a policy of insurance covering insured, MARINA AZEN, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "J."[88]

633. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Azen, additional insured, or omnibus insured the sum of $119,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

634. Plaintiff issued a policy of insurance covering insured, MARGARITA BRITO, for

---

[86] A full copy of the policy of insurance is available upon request and is incorporated herein.

[87] A full copy of the policy of insurance is available upon request and is incorporated herein.

[88] A full copy of the policy of insurance is available upon request and is incorporated herein.

the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "K."[89]

635.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Brito, additional insured, or omnibus insured the sum of $122,800.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

636.    Plaintiff issued a policy of insurance covering insureds, JOHN BRECKER AND HEATHER WALTERS, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "L."[90]

637.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Brecker and Walters, additional insured, or omnibus insured the sum of $325,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

638.    Plaintiff issued a policy of insurance covering insureds, CAMILA STERBA AND GARY STERBA, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "M."[91]

639.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Sterba, additional insured, or omnibus insured the sum of $65,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

640.    Plaintiff issued a policy of insurance covering insureds, ADALBERTO AGUERO

---

[89] A full copy of the policy of insurance is available upon request and is incorporated herein.

[90] A full copy of the policy of insurance is available upon request and is incorporated herein.

[91] A full copy of the policy of insurance is available upon request and is incorporated herein.

AND NIEVES ISABEL AGUERO, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "N."

641.     Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Aguero, additional insured, or omnibus insured the sum of $80,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

642.     Plaintiff issued a policy of insurance covering insureds, MARY MCGRAW AND STEVE NIXON, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "O."

643.     Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds McGraw and Nixon, additional insured, or omnibus insured the sum of $77,400.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

644.     Plaintiff issued a policy of insurance covering insureds, FRANCESCO CORDARO AND ROSALIA CORDARO, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "P."

645.     Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Cordaro, additional insured, or omnibus insured the sum of $130,550.58 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

646.     Plaintiff issued a policy of insurance covering insured, SUSANA RODRIGUEZ, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "Q."

647.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Rodriguez, additional insured, or omnibus insured the sum of $70,400.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

648.    Plaintiff issued a policy of insurance covering insured, SARITA HARARI, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "R."

649.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Harari, additional insured, or omnibus insured the sum of $102,400.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

650.    Plaintiff issued a policy of insurance covering insureds, JOSEPH BLASSER AND ELENA BLASSER, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "S."

651.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Blasser, additional insured, or omnibus insured the sum of $255,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

652.    Plaintiff issued a policy of insurance covering insured, STEVEN ROSENTHAL, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "T."

653.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Rosenthal, additional insured, or omnibus insured the sum of $120,000.00 for property damage/loss.

Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

654.    Plaintiff issued a policy of insurance covering insured, EMILIA MATTEI, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "U."

655.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Mattei, additional insured, or omnibus insured the sum of \$228,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

656.    Plaintiff issued a policy of insurance covering insureds, RICARDO ABUAWAD AND OLMSTED CORP, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "V."

657.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Abuawad and Olmsted, additional insured, or omnibus insured the sum of \$140,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

658.    Plaintiff issued a policy of insurance covering insureds, SUSANA ALVAREZ AND HORTENSIA ALVAREZ, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "W."

659.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Alvarez, additional insured, or omnibus insured the sum of \$99,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

660.    Plaintiff issued a policy of insurance covering insured, LEON OLIWKOWICZ, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "X."

661.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Oliwkowicz, additional insured, or omnibus insured the sum of $200,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

662.    Plaintiff issued a policy of insurance covering insured, MAGALY DELGADO, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "Y."

663.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Delgado, additional insured, or omnibus insured the sum of $220,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

664.    Plaintiff issued a policy of insurance covering insureds, MARCUS J. GUARA, ANAELY RODRIGUEZ AND LA COMPARSITA LLC, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "Z."

665.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Guara and Rodriguez, additional insured, or omnibus insured the sum of $20,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

666.    Plaintiff issued a policy of insurance covering insureds, HELEN KOPEL AND CHERRY 1002 LLC, for the property at issue. *See* Homeowners Declarations, attached hereto and

incorporated herein as Exhibit "AA."

667. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Kopel and Cherry, additional insured, or omnibus insured the sum of $76,075.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

668. Plaintiff issued a policy of insurance covering insureds, JORGE ZARDOYA AND ZYR LLC, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "BB."

669. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Zardoya and Zyr, additional insured, or omnibus insured the sum of $147,500.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

670. Plaintiff issued a policy of insurance covering insured, ADA LOPEZ, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "CC."

671. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Lopez, additional insured, or omnibus insured the sum of $118,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

672. Plaintiff issued a policy of insurance covering insureds, DANIELA SILVA AND IBRAHIM ISSA, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "DD."

673. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Silva and Issa, additional insured, or omnibus insured the sum of $120,000.00 for property damage/loss.

Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

674.   Plaintiff issued a policy of insurance covering insured, ESTHER GORFINKEL, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "EE."

675.   Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Gorfinkel, additional insured, or omnibus insured the sum of $187,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

676.   Plaintiff issued a policy of insurance covering insureds, MAGGIE A. MANRARA AND ALBERTO G. MANRARA, THE MAGGIE A. MANRARA DECLARATION OF TRUST, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "FF."

677.   Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Manrara, additional insured, or omnibus insured the sum of $221,407.86 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

678.   Plaintiff issued a policy of insurance covering insured, JAY K. MILLER, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "GG."

679.   Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Miller, additional insured, or omnibus insured the sum of $108,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of

its insured.

680.     Plaintiff issued a policy of insurance covering insureds, ANTONIO LOZANO AND GLADYS M. LOZANO, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "HH."

681.     Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Lozano, additional insured, or omnibus insured the sum of $62,500.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

682.     Plaintiff issued a policy of insurance covering insureds, REGINALD LONG AND LISA LOVEBY, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "II."

683.     Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Long and Loveby, additional insured, or omnibus insured the sum of $275,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

684.     Plaintiff issued a policy of insurance covering insureds, MOISES BEREZDIVIN AND DIANA BEREZDIVIN, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "JJ."

685.     Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Berezdivin, additional insured, or omnibus insured the sum of $260,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

686.     Plaintiff issued a policy of insurance covering insureds, SUSANA BRIEF AND

DIFASU USA INC., for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "KK."

687.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Brief and Difasu, additional insured, or omnibus insured the sum of $120,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

688.    Plaintiff issued a policy of insurance covering insureds, JUAN A. MORA AND ANA C. MORA, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "LL."

689.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Mora, additional insured, or omnibus insured the sum of $90,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

690.    Plaintiff issued a policy of insurance covering insured, SIMON SEGAL, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "MM."

691.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Segal, additional insured, or omnibus insured the sum of $35,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

692.    Plaintiff issued a policy of insurance covering insureds, JOSEPH NOREIGA AND HILDA NORIEGA, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "NN."

693. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Noreiga, additional insured, or omnibus insured the sum of $125,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

694. Plaintiff issued a policy of insurance covering insured, DAVID EPSTEIN, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "OO."

695. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Epstein, additional insured, or omnibus insured the sum of $200,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

696. Plaintiff issued a policy of insurance covering insureds, RICHARD AUGUSTINE AND CAROLE AUGUSTINE, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "PP."

697. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Augustine, additional insured, or omnibus insured the sum of $137,500.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

**WHEREFORE,** the Plaintiff, UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY as subrogee of MAX FRIEDMAN AND ELLEN FRIEDMAN, et al, demands judgment for damages against the Defendant(s), 8701 COLLINS DEVELOPMENT, LLC, in the amount of $6,043,536.33, together with costs and pre-judgment interest (calculated from the date Plaintiff made

payment to or on behalf of the Subrogors), and any other relief this Honorable Court may deem just and equitable.

## COUNT VIII – NEGLIGENCE (AS TO DEFENDANT JOHN MORIARTY & ASSOCIATES OF FLORIDA, INC)

Plaintiff realleges and incorporates the allegations contained in Paragraphs 1 through 60 as though fully set forth herein and further alleges:

698.    At all times material hereto, Defendant Moriarty, its agents, servants, or employees, were engaged in providing general contracting services for the construction of Eighty-Seven Park located next door to the condominium building.

699.    At all times material, Defendant Moriarty had a duty to incorporate therein nationally recognized safety standards and practices and to make a design, plan and specification which would not produce harm, injury or death to the public, including Plaintiff's Subrogors.

700.    This duty included providing accurate information regarding the hazardous and dangerous conditions that existed at the condominium building as a result of the Eighty-Seven Park construction.

701.    At all times material, Defendant Moriarty knew, or in the exercise of reasonable care should have known that Eighty-Seven Park construction would damage the condominium building's structural integrity and negligently, carelessly, and intentionally failed or refused to take the appropriate or reasonable precautions generally recognized to protect the public in general, and Plaintiff's Subrogors, from the dangers they created.

702.    Defendant Moriarty and/or an employee, contractor, or agent of Defendant Moriarty's, breached its duty to Plaintiff's Subrogors in one or more of the following ways: (a) creating and allowing a hazardous and dangerous condition to exist at the condominium building that resulted from Defendant Moriarty's conduct on the Eighty-Seven Park property; (b) failing to repair

the defective condition created by Defendant Moriarty's conduct on the Eighty-Seven Park property during the construction process; (c) failing to warn the public and Plaintiff's Subrogors of the need to evacuate the Champlain Towers South building; (d) failing to appreciate the hazardous and dangerous conditions the Eighty-Seven Park construction created at the condominium building; (e) failing to communicate the urgency of such conditions and the danger of its impending collapse (f) failing to recommend appropriate measures including immediate repair and evacuation of the condominium building and/or (g) failing to warn the public and Plaintiff's Subrogors of Champlain Towers South's imminent collapse.

703.    As a direct and proximate result of Defendant Moriarty's negligent acts and/or omissions, the subject building was unsafe, unstable and collapsed, resulting in property damage to Plaintiff's Subrogors Properties and/or personal property located therein.

704.    Plaintiff issued a policy of insurance covering insureds, MAX FRIEDMAN AND ELLEN FRIEDMAN, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "A."[92]

705.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Friedman, additional insured, or omnibus insured the sum of \$109,551.35 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insureds.

706.    Plaintiff issued a policy of insurance covering insureds, DEBRA L. GODT and NEAL K. GODT, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "B."[93]

707.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Godt,

---

[92] A full copy of the policy of insurance is available upon request and is incorporated herein.

[93] A full copy of the policy of insurance is available upon request and is incorporated herein.

additional insured, or omnibus insured the sum of $103,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insureds.

708.     Plaintiff issued a policy of insurance covering insured, NANCY KRESS, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "C."[94]

709.     Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Kress, additional insured, or omnibus insured the sum of $106,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

710.     Plaintiff issued a policy of insurance covering insured, NANCY KRESS, FRANK KLIEMAN AND JAY KLEIMAN, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "D."[95]

711.     Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Kress and Klieman, additional insured, or omnibus insured the sum of $111,900.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured

712.     Plaintiff issued a policy of insurance covering insured, MAYRA CRUZ, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "E."[96]

713.     Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Cruz,

---

[94] A full copy of the policy of insurance is available upon request and is incorporated herein.

[95] A full copy of the policy of insurance is available upon request and is incorporated herein.

[96] A full copy of the policy of insurance is available upon request and is incorporated herein.

additional insured, or omnibus insured the sum of $205,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

714.    Plaintiff issued a policy of insurance covering insureds, RYAN WOLF AND CORT MORITZ, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "F."[97]

715.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Wolf and Moritz, additional insured, or omnibus insured the sum of $108,846.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

716.    Plaintiff issued a policy of insurance covering insured, ANETTE GOLDSTEIN, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "G."[98]

717.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Goldstein, additional insured, or omnibus insured the sum of $510,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

718.    Plaintiff issued a policy of insurance covering insured, GINO CATTAROSSI, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "H."[99]

719.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured

---

[97] A full copy of the policy of insurance is available upon request and is incorporated herein.

[98] A full copy of the policy of insurance is available upon request and is incorporated herein.

[99] A full copy of the policy of insurance is available upon request and is incorporated herein.

Cattarossi, additional insured, or omnibus insured the sum of $119,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

720.    Plaintiff issued a policy of insurance covering insureds, RAYMOND URGELLES AND MERCEDES URGELLES, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "I."[100]

721.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Urgelles, additional insured, or omnibus insured the sum of $200,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

722.    Plaintiff issued a policy of insurance covering insured, MARINA AZEN, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "J."[101]

723.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Azen, additional insured, or omnibus insured the sum of $119,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

724.    Plaintiff issued a policy of insurance covering insured, MARGARITA BRITO, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "K."[102]

725.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Brito,

---

[100] A full copy of the policy of insurance is available upon request and is incorporated herein.
[101] A full copy of the policy of insurance is available upon request and is incorporated herein.
[102] A full copy of the policy of insurance is available upon request and is incorporated herein.

additional insured, or omnibus insured the sum of $122,800.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

726. Plaintiff issued a policy of insurance covering insureds, JOHN BRECKER AND HEATHER WALTERS, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "L."[103]

727. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Brecker and Walters, additional insured, or omnibus insured the sum of $325,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

728. Plaintiff issued a policy of insurance covering insureds, CAMILA STERBA AND GARY STERBA, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "M."[104]

729. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Sterba, additional insured, or omnibus insured the sum of $65,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

730. Plaintiff issued a policy of insurance covering insureds, ADALBERTO AGUERO AND NIEVES ISABEL AGUERO, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "N."

731. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Aguero, additional insured, or omnibus insured the sum of $80,000.00 for property damage/loss. Under the

---

[103] A full copy of the policy of insurance is available upon request and is incorporated herein.

[104] A full copy of the policy of insurance is available upon request and is incorporated herein.

terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

732. Plaintiff issued a policy of insurance covering insureds, MARY MCGRAW AND STEVE NIXON, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "O."

733. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds McGraw and Nixon, additional insured, or omnibus insured the sum of $77,400.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

734. Plaintiff issued a policy of insurance covering insureds, FRANCESCO CORDARO AND ROSALIA CORDARO, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "P."

735. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Cordaro, additional insured, or omnibus insured the sum of $130,550.58 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

736. Plaintiff issued a policy of insurance covering insured, SUSANA RODRIGUEZ, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "Q."

737. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Rodriguez, additional insured, or omnibus insured the sum of $70,400.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

738.    Plaintiff issued a policy of insurance covering insured, SARITA HARARI, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "R."

739.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Harari, additional insured, or omnibus insured the sum of $102,400.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

740.    Plaintiff issued a policy of insurance covering insureds, JOSEPH BLASSER AND ELENA BLASSER, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "S."

741.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Blasser, additional insured, or omnibus insured the sum of $255,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

742.    Plaintiff issued a policy of insurance covering insured, STEVEN ROSENTHAL, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "T."

743.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Rosenthal, additional insured, or omnibus insured the sum of $120,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

744.    Plaintiff issued a policy of insurance covering insured, EMILIA MATTEI, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit

"U."

745.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Mattei, additional insured, or omnibus insured the sum of $228,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

746.    Plaintiff issued a policy of insurance covering insureds, RICARDO ABUAWAD AND OLMSTED CORP, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "V."

747.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Abuawad and Olmsted, additional insured, or omnibus insured the sum of $140,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

748.    Plaintiff issued a policy of insurance covering insureds, SUSANA ALVAREZ AND HORTENSIA ALVAREZ, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "W."

749.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Alvarez, additional insured, or omnibus insured the sum of $99,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

750.    Plaintiff issued a policy of insurance covering insured, LEON OLIWKOWICZ, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "X."

751.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured

Oliwkowicz, additional insured, or omnibus insured the sum of $200,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

752.    Plaintiff issued a policy of insurance covering insured, MAGALY DELGADO, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "Y."

753.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Delgado, additional insured, or omnibus insured the sum of $220,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

754.    Plaintiff issued a policy of insurance covering insureds, MARCUS J. GUARA, ANAELY RODRIGUEZ AND LA COMPARSITA LLC, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "Z."

755.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Guara and Rodriguez, additional insured, or omnibus insured the sum of $20,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

756.    Plaintiff issued a policy of insurance covering insureds, HELEN KOPEL AND CHERRY 1002 LLC, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "AA."

757.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Kopel and Cherry, additional insured, or omnibus insured the sum of $76,075.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the

rights of its insured.

758.    Plaintiff issued a policy of insurance covering insureds, JORGE ZARDOYA AND ZYR LLC, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "BB."

759.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Zardoya and Zyr, additional insured, or omnibus insured the sum of $147,500.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

760.    Plaintiff issued a policy of insurance covering insured, ADA LOPEZ, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "CC."

761.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Lopez, additional insured, or omnibus insured the sum of $118,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

762.    Plaintiff issued a policy of insurance covering insureds, DANIELA SILVA AND IBRAHIM ISSA, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "DD."

763.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Silva and Issa, additional insured, or omnibus insured the sum of $120,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

764.    Plaintiff issued a policy of insurance covering insured, ESTHER GORFINKEL, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as

Exhibit "EE."

765.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Gorfinkel, additional insured, or omnibus insured the sum of $187,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

766.    Plaintiff issued a policy of insurance covering insureds, MAGGIE A. MANRARA AND ALBERTO G. MANRARA, THE MAGGIE A. MANRARA DECLARATION OF TRUST, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "FF."

767.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Manrara, additional insured, or omnibus insured the sum of $221,407.86 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

768.    Plaintiff issued a policy of insurance covering insured, JAY K. MILLER, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "GG."

769.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Miller, additional insured, or omnibus insured the sum of $108,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

770.    Plaintiff issued a policy of insurance covering insureds, ANTONIO LOZANO AND GLADYS M. LOZANO, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "HH."

771.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Lozano, additional insured, or omnibus insured the sum of $62,500.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

772.    Plaintiff issued a policy of insurance covering insureds, REGINALD LONG AND LISA LOVEBY, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "II."

773.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Long and Loveby, additional insured, or omnibus insured the sum of $275,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

774.    Plaintiff issued a policy of insurance covering insureds, MOISES BEREZDIVIN AND DIANA BEREZDIVIN, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "JJ."

775.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Berezdivin, additional insured, or omnibus insured the sum of $260,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

776.    Plaintiff issued a policy of insurance covering insureds, SUSANA BRIEF AND DIFASU USA INC., for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "KK."

777.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Brief and Difasu, additional insured, or omnibus insured the sum of $120,000.00 for property damage/loss.

Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

778.    Plaintiff issued a policy of insurance covering insureds, JUAN A. MORA AND ANA C. MORA, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "LL."

779.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Mora, additional insured, or omnibus insured the sum of $90,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

780.    Plaintiff issued a policy of insurance covering insured, SIMON SEGAL, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "MM."

781.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Segal, additional insured, or omnibus insured the sum of $35,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

782.    Plaintiff issued a policy of insurance covering insureds, JOSEPH NOREIGA AND HILDA NORIEGA, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "NN."

783.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Noreiga, additional insured, or omnibus insured the sum of $125,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

784.     Plaintiff issued a policy of insurance covering insured, DAVID EPSTEIN, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "OO."

785.     Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Epstein, additional insured, or omnibus insured the sum of $200,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

786.     Plaintiff issued a policy of insurance covering insureds, RICHARD AUGUSTINE AND CAROLE AUGUSTINE, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "PP."

787.     Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Augustine, additional insured, or omnibus insured the sum of $137,500.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

**WHEREFORE,** the Plaintiff, UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY as subrogee of MAX FRIEDMAN AND ELLEN FRIEDMAN, et al, demands judgment for damages against the Defendant(s), JOHN MORIARTY & ASSOCIATES OF FLORIDA, INC, in the amount of $6,043,536.33, together with costs and pre-judgment interest (calculated from the date Plaintiff made payment to or on behalf of the Subrogors), and any other relief this Honorable Court may deem just and equitable.

### COUNT IX – NEGLIGENCE (AS TO DEFENDANTS NV5, INC AND NV5 GLOBAL, INC.)

Plaintiff realleges and incorporates the allegations contained in Paragraphs 1 through 60 as though fully set forth herein and further alleges:

788.    At all times material hereto, Defendants N45 and N45 Global, their agents, servants, or employees, were engaged in providing geotechnical engineering services for the construction of Eighty-Seven Park located next door to the condominium building.

789.    At all times material, Defendants N45 and N45 Global had a duty to incorporate therein nationally recognized safety standards and practices and to make a design, plan and specification which would not produce harm, injury or death to the public including the Plaintiff's Subrogors.

790.    At all times material, Defendants N45 and N45 Global knew, or in the exercise of reasonable care should have known that Eighty-Seven Park construction would damage the condominium building's structural integrity.

791.    At all times material, Defendants N45 and N45 Global knew, or in the exercise of reasonable care should have known that that as a result of the Eighty-Seven Park construction, the condominium building was in a defective, weakened, and dangerous condition and negligently, carelessly, and intentionally failed or refused to take the appropriate or reasonable precautions generally recognized to protect the public in general, and Plaintiff's Subrogors, from the dangers they created.

792.    Defendants N45 and N45 Global and/or an employee, contractor, or agent of Defendants N45 and N45 Global, breached its duty to Plaintiff's Subrogors in one or more of the following ways: (a) creating and allowing a hazardous and dangerous condition to exist at the condominium building that resulted from Defendants N45 and N45 Global conduct on the Eighty-Seven Park property; (b) failing to repair the defective condition created by Defendants N45 and N45 Global conduct on the Eighty-Seven Park property during the construction process; (c) failing to warn the public and Plaintiff's Subrogors of the need to evacuate the condominium building; (d) failing to

appreciate the hazardous and dangerous conditions the Eighty-Seven Park construction created at the condominium building; (e) failing to communicate the urgency of such conditions and the danger of its impending collapse; (f) failing to recommend appropriate measures including immediate repair of the condominium building; (g) failing to recommend appropriate measures including evacuation of the condominium building; and/or (h) failing to warn the public and Plaintiff's Subrogors of the condominium building's imminent collapse.

793.    As a direct and proximate result of Defendants N45 and N45 Global negligent acts and/or omissions, the subject building was unsafe, unstable and collapsed, resulting in property damage to Plaintiff's Subrogors Properties and/or personal property located therein.

794.    Plaintiff issued a policy of insurance covering insureds, MAX FRIEDMAN AND ELLEN FRIEDMAN, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "A."[105]

795.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Friedman, additional insured, or omnibus insured the sum of $109,551.35 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insureds.

796.    Plaintiff issued a policy of insurance covering insureds, DEBRA L. GODT and NEAL K. GODT, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "B."[106]

797.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Godt, additional insured, or omnibus insured the sum of $103,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of

---

[105] A full copy of the policy of insurance is available upon request and is incorporated herein.

[106] A full copy of the policy of insurance is available upon request and is incorporated herein.

its insureds.

798.     Plaintiff issued a policy of insurance covering insured, NANCY KRESS, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "C."[107]

799.     Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Kress, additional insured, or omnibus insured the sum of $106,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

800.     Plaintiff issued a policy of insurance covering insured, NANCY KRESS, FRANK KLIEMAN AND JAY KLEIMAN, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "D."[108]

801.     Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Kress and Klieman, additional insured, or omnibus insured the sum of $111,900.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured

802.     Plaintiff issued a policy of insurance covering insured, MAYRA CRUZ, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "E."[109]

803.     Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Cruz, additional insured, or omnibus insured the sum of $205,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of

---

[107] A full copy of the policy of insurance is available upon request and is incorporated herein.
[108] A full copy of the policy of insurance is available upon request and is incorporated herein.
[109] A full copy of the policy of insurance is available upon request and is incorporated herein.

its insured.

804.    Plaintiff issued a policy of insurance covering insureds, RYAN WOLF AND CORT

MORITZ, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated

herein as Exhibit "F."[110]

805.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Wolf

and Moritz, additional insured, or omnibus insured the sum of $108,846.00 for property damage/loss.

Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the

rights of its insured.

806.    Plaintiff issued a policy of insurance covering insured, ANETTE GOLDSTEIN, for

the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as

Exhibit "G."[111]

807.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Goldstein,

additional insured, or omnibus insured the sum of $510,000.00 for property damage/loss. Under the

terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of

its insured.

808.    Plaintiff issued a policy of insurance covering insured, GINO CATTAROSSI, for the

property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit

"H."[112]

809.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured

Cattarossi, additional insured, or omnibus insured the sum of $119,000.00 for property damage/loss.

Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the

---

[110] A full copy of the policy of insurance is available upon request and is incorporated herein.
[111] A full copy of the policy of insurance is available upon request and is incorporated herein.
[112] A full copy of the policy of insurance is available upon request and is incorporated herein.

rights of its insured.

810.    Plaintiff issued a policy of insurance covering insureds, RAYMOND URGELLES AND MERCEDES URGELLES, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "I."[113]

811.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Urgelles, additional insured, or omnibus insured the sum of $200,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

812.    Plaintiff issued a policy of insurance covering insured, MARINA AZEN, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "J."[114]

813.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Azen, additional insured, or omnibus insured the sum of $119,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

814.    Plaintiff issued a policy of insurance covering insured, MARGARITA BRITO, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "K."[115]

815.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Brito, additional insured, or omnibus insured the sum of $122,800.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of

---

[113] A full copy of the policy of insurance is available upon request and is incorporated herein.

[114] A full copy of the policy of insurance is available upon request and is incorporated herein.

[115] A full copy of the policy of insurance is available upon request and is incorporated herein.

its insured.

816. Plaintiff issued a policy of insurance covering insureds, JOHN BRECKER AND HEATHER WALTERS, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "L."[116]

817. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Brecker and Walters, additional insured, or omnibus insured the sum of \$325,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

818. Plaintiff issued a policy of insurance covering insureds, CAMILA STERBA AND GARY STERBA, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "M."[117]

819. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Sterba, additional insured, or omnibus insured the sum of \$65,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

820. Plaintiff issued a policy of insurance covering insureds, ADALBERTO AGUERO AND NIEVES ISABEL AGUERO, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "N."

821. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Aguero, additional insured, or omnibus insured the sum of \$80,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

---

[116] A full copy of the policy of insurance is available upon request and is incorporated herein.

[117] A full copy of the policy of insurance is available upon request and is incorporated herein.

822. Plaintiff issued a policy of insurance covering insureds, MARY MCGRAW AND STEVE NIXON, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "O."

823. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds McGraw and Nixon, additional insured, or omnibus insured the sum of $77,400.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

824. Plaintiff issued a policy of insurance covering insureds, FRANCESCO CORDARO AND ROSALIA CORDARO, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "P."

825. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Cordaro, additional insured, or omnibus insured the sum of $130,550.58 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

826. Plaintiff issued a policy of insurance covering insured, SUSANA RODRIGUEZ, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "Q."

827. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Rodriguez, additional insured, or omnibus insured the sum of $70,400.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

828. Plaintiff issued a policy of insurance covering insured, SARITA HARARI, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit

"R."

829.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Harari, additional insured, or omnibus insured the sum of $102,400.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

830.    Plaintiff issued a policy of insurance covering insureds, JOSEPH BLASSER AND ELENA BLASSER, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "S."

831.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Blasser, additional insured, or omnibus insured the sum of $255,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

832.    Plaintiff issued a policy of insurance covering insured, STEVEN ROSENTHAL, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "T."

833.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Rosenthal, additional insured, or omnibus insured the sum of $120,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

834.    Plaintiff issued a policy of insurance covering insured, EMILIA MATTEI, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "U."

835.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Mattei,

additional insured, or omnibus insured the sum of $228,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

836.    Plaintiff issued a policy of insurance covering insureds, RICARDO ABUAWAD AND OLMSTED CORP, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "V."

837.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Abuawad and Olmsted, additional insured, or omnibus insured the sum of $140,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

838.    Plaintiff issued a policy of insurance covering insureds, SUSANA ALVAREZ AND HORTENSIA ALVAREZ, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "W."

839.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Alvarez, additional insured, or omnibus insured the sum of $99,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

840.    Plaintiff issued a policy of insurance covering insured, LEON OLIWKOWICZ, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "X."

841.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Oliwkowicz, additional insured, or omnibus insured the sum of $200,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is

subrogated to the rights of its insured.

842.    Plaintiff issued a policy of insurance covering insured, MAGALY DELGADO, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "Y."

843.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Delgado, additional insured, or omnibus insured the sum of $220,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

844.    Plaintiff issued a policy of insurance covering insureds, MARCUS J. GUARA, ANAELY RODRIGUEZ AND LA COMPARSITA LLC, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "Z."

845.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Guara and Rodriguez, additional insured, or omnibus insured the sum of $20,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

846.    Plaintiff issued a policy of insurance covering insureds, HELEN KOPEL AND CHERRY 1002 LLC, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "AA."

847.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Kopel and Cherry, additional insured, or omnibus insured the sum of $76,075.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

848.    Plaintiff issued a policy of insurance covering insureds, JORGE ZARDOYA AND

ZYR LLC, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "BB."

849.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Zardoya and Zyr, additional insured, or omnibus insured the sum of $147,500.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

850.    Plaintiff issued a policy of insurance covering insured, ADA LOPEZ, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "CC."

851.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Lopez, additional insured, or omnibus insured the sum of $118,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

852.    Plaintiff issued a policy of insurance covering insureds, DANIELA SILVA AND IBRAHIM ISSA, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "DD."

853.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Silva and Issa, additional insured, or omnibus insured the sum of $120,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

854.    Plaintiff issued a policy of insurance covering insured, ESTHER GORFINKEL, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "EE."

855.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds

Gorfinkel, additional insured, or omnibus insured the sum of $187,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

856. Plaintiff issued a policy of insurance covering insureds, MAGGIE A. MANRARA AND ALBERTO G. MANRARA, THE MAGGIE A. MANRARA DECLARATION OF TRUST, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "FF."

857. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Manrara, additional insured, or omnibus insured the sum of $221,407.86 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

858. Plaintiff issued a policy of insurance covering insured, JAY K. MILLER, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "GG."

859. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Miller, additional insured, or omnibus insured the sum of $108,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

860. Plaintiff issued a policy of insurance covering insureds, ANTONIO LOZANO AND GLADYS M. LOZANO, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "HH."

861. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Lozano, additional insured, or omnibus insured the sum of $62,500.00 for property damage/loss. Under the

terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

862.     Plaintiff issued a policy of insurance covering insureds, REGINALD LONG AND LISA LOVEBY, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "II."

863.     Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Long and Loveby, additional insured, or omnibus insured the sum of $275,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

864.     Plaintiff issued a policy of insurance covering insureds, MOISES BEREZDIVIN AND DIANA BEREZDIVIN, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "JJ."

865.     Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Berezdivin, additional insured, or omnibus insured the sum of $260,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

866.     Plaintiff issued a policy of insurance covering insureds, SUSANA BRIEF AND DIFASU USA INC., for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "KK."

867.     Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Brief and Difasu, additional insured, or omnibus insured the sum of $120,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

868.    Plaintiff issued a policy of insurance covering insureds, JUAN A. MORA AND ANA C. MORA, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "LL."

869.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Mora, additional insured, or omnibus insured the sum of $90,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

870.    Plaintiff issued a policy of insurance covering insured, SIMON SEGAL, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "MM."

871.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Segal, additional insured, or omnibus insured the sum of $35,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

872.    Plaintiff issued a policy of insurance covering insureds, JOSEPH NOREIGA AND HILDA NORIEGA, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "NN."

873.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Noreiga, additional insured, or omnibus insured the sum of $125,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

874.    Plaintiff issued a policy of insurance covering insured, DAVID EPSTEIN, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit

"OO."

875.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Epstein, additional insured, or omnibus insured the sum of $200,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

876.    Plaintiff issued a policy of insurance covering insureds, RICHARD AUGUSTINE AND CAROLE AUGUSTINE, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "PP."

877.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Augustine, additional insured, or omnibus insured the sum of $137,500.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

**WHEREFORE,** the Plaintiff, UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY as subrogee of MAX FRIEDMAN AND ELLEN FRIEDMAN, et al, demands judgment for damages against the Defendant(s), NV5, INC. AND NV5 GLOBAL, INC., in the amount of $6,043,536.33, together with costs and pre-judgment interest (calculated from the date Plaintiff made payment to or on behalf of the Subrogors), and any other relief this Honorable Court may deem just and equitable.

## COUNT X – NEGLIGENCE (AS TO DEFENDANTS TERRA WORLD INVESTMENTS, LLC AND TERRA GROUP, LLC)

Plaintiff realleges and incorporates the allegations contained in Paragraphs 1 through 60 as though fully set forth herein and further alleges:

878.    At all times material hereto, Defendants Terra World and Terra Group made excavations at the construction project known as "Eighty-Seven Park", located at 8701 Collins Ave,

Surfside Florida, 33154, next door to the condominium building.

879. At all times material, Defendants Terra World and Terra Group owed a duty to the Plaintiff's Subrogors and the general public to perform their activities in a reasonably safe manner.

880. During the construction process at Eighty- Seven Park, Defendants Terra World and Terra Group excavated beneath the Eighty-Seven Park property and impacted the structural integrity of the condominium building.

881. Defendants Terra World and Terra Group were made aware that its construction activities were a danger to the structures surrounding the project, including the condominium building.

882. Upon information and belief, Defendants Terra World and Terra Group failed to properly underpin or otherwise brace the condominium building during the construction and failed to comply with the applicable rules, codes and regulations governing undermining, underpinning, and bracing of adjacent properties.

883. At all material times, Defendants Terra World and Terra Group knew, or should have known, that the construction activities that took place on the Project were done in such a manner as to likely cause damage to the structural integrity of the condominium building and performed in a negligent and haphazard manner without regard for the safety and protection of the public, including the Plaintiff's Subrogors.

884. Defendants Terra World and Terra Group activities did, in fact, constitute a known and dangerous condition to Plaintiff's Subrogors, by creating severe and significant instability in the structure of the condominium building, and as a result, the building collapsed.

885. Defendants Terra World and Terra Group and/or an employee, contractor, or agent of Defendants Terra World and Terra Group's, breached its duty to Plaintiff's Subrogors in one or

more of the following ways: (a) failing to follow and abide by accepted industry standards and guidelines by not underpinning and/or bracing the condominium building during the project; (b) negligently, carelessly, and intentionally failing to take the appropriate or reasonable precautions generally recognized to protect the public in general; (c) creating and allowing a hazardous and dangerous condition to exist at the condominium building that resulted from Defendants Terra World and Terra Group conduct on the Eighty-Seven Park property; (d) failing to repair the defective condition created by Defendants Terra World and Terra Group conduct on the Eighty-Seven Park Property; (e) failing to warn the public and Plaintiff's Subrogors of the need to evacuate the condominium building and or of its imminent collapse; and/or (f) failing to warn the public and Plaintiff's Subrogors of the condominium building's imminent collapse.

886.    As a direct and proximate result of Defendants Terra World and Terra Group negligent acts and/or omissions, the subject building was unsafe, unstable and collapsed, resulting in property damage to Plaintiff's Subrogors Properties and/or personal property located therein.

887.    Plaintiff issued a policy of insurance covering insureds, MAX FRIEDMAN AND ELLEN FRIEDMAN, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "A."[118]

888.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Friedman, additional insured, or omnibus insured the sum of $109,551.35 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insureds.

889.    Plaintiff issued a policy of insurance covering insureds, DEBRA L. GODT and NEAL K. GODT, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated

---

[118] A full copy of the policy of insurance is available upon request and is incorporated herein.

herein as Exhibit "B."[119]

890.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Godt, additional insured, or omnibus insured the sum of $103,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insureds.

891.    Plaintiff issued a policy of insurance covering insured, NANCY KRESS, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "C."[120]

892.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Kress, additional insured, or omnibus insured the sum of $106,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

893.    Plaintiff issued a policy of insurance covering insureds, NANCY KRESS, FRANK KLIEMAN AND JAY KLEIMAN, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "D."[121]

894.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Kress and Klieman, additional insured, or omnibus insured the sum of $111,900.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured

895.    Plaintiff issued a policy of insurance covering insured, MAYRA CRUZ, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit

---

[119] A full copy of the policy of insurance is available upon request and is incorporated herein.

[120] A full copy of the policy of insurance is available upon request and is incorporated herein.

[121] A full copy of the policy of insurance is available upon request and is incorporated herein.

"E."[122]

896.     Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Cruz, additional insured, or omnibus insured the sum of $205,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

897.     Plaintiff issued a policy of insurance covering insureds, RYAN WOLF AND CORT MORITZ, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "F."[123]

898.     Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Wolf and Moritz, additional insured, or omnibus insured the sum of $108,846.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

899.     Plaintiff issued a policy of insurance covering insured, ANETTE GOLDSTEIN, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "G."[124]

900.     Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Goldstein, additional insured, or omnibus insured the sum of $510,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

901.     Plaintiff issued a policy of insurance covering insured, GINO CATTAROSSI, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit

[122] A full copy of the policy of insurance is available upon request and is incorporated herein.
[123] A full copy of the policy of insurance is available upon request and is incorporated herein.
[124] A full copy of the policy of insurance is available upon request and is incorporated herein.

"H."[125]

902.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Cattarossi, additional insured, or omnibus insured the sum of $119,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

903.    Plaintiff issued a policy of insurance covering insureds, RAYMOND URGELLES AND MERCEDES URGELLES, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "I."[126]

904.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Urgelles, additional insured, or omnibus insured the sum of $200,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

905.    Plaintiff issued a policy of insurance covering insured, MARINA AZEN, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "J."[127]

906.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Azen, additional insured, or omnibus insured the sum of $119,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

907.    Plaintiff issued a policy of insurance covering insured, MARGARITA BRITO, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as

---

[125] A full copy of the policy of insurance is available upon request and is incorporated herein.

[126] A full copy of the policy of insurance is available upon request and is incorporated herein.

[127] A full copy of the policy of insurance is available upon request and is incorporated herein.

Exhibit "K."[128]

908.     Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Brito, additional insured, or omnibus insured the sum of $122,800.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

909.     Plaintiff issued a policy of insurance covering insureds, JOHN BRECKER AND HEATHER WALTERS, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "L."[129]

910.     Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Brecker and Walters, additional insured, or omnibus insured the sum of $325,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

911.     Plaintiff issued a policy of insurance covering insureds, CAMILA STERBA AND GARY STERBA, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "M."[130]

912.     Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Sterba, additional insured, or omnibus insured the sum of $65,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

913.     Plaintiff issued a policy of insurance covering insureds, ADALBERTO AGUERO AND NIEVES ISABEL AGUERO, for the property at issue. *See* Homeowners Declarations, attached

---

[128] A full copy of the policy of insurance is available upon request and is incorporated herein.

[129] A full copy of the policy of insurance is available upon request and is incorporated herein.

[130] A full copy of the policy of insurance is available upon request and is incorporated herein.

hereto and incorporated herein as Exhibit "N."

914.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Aguero, additional insured, or omnibus insured the sum of $80,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

915.    Plaintiff issued a policy of insurance covering insureds, MARY MCGRAW AND STEVE NIXON, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "O."

916.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds McGraw and Nixon, additional insured, or omnibus insured the sum of $77,400.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

917.    Plaintiff issued a policy of insurance covering insureds, FRANCESCO CORDARO AND ROSALIA CORDARO, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "P."

918.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Cordaro, additional insured, or omnibus insured the sum of $130,550.58 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

919.    Plaintiff issued a policy of insurance covering insured, SUSANA RODRIGUEZ, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "Q."

920.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured

Rodriguez, additional insured, or omnibus insured the sum of $70,400.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

921.    Plaintiff issued a policy of insurance covering insured, SARITA HARARI, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "R."

922.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Harari, additional insured, or omnibus insured the sum of $102,400.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

923.    Plaintiff issued a policy of insurance covering insureds, JOSEPH BLASSER AND ELENA BLASSER, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "S."

924.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Blasser, additional insured, or omnibus insured the sum of $255,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

925.    Plaintiff issued a policy of insurance covering insured, STEVEN ROSENTHAL, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "T."

926.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Rosenthal, additional insured, or omnibus insured the sum of $120,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the

rights of its insured.

927.    Plaintiff issued a policy of insurance covering insured, EMILIA MATTEI, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "U."

928.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Mattei, additional insured, or omnibus insured the sum of $228,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

929.    Plaintiff issued a policy of insurance covering insureds, RICARDO ABUAWAD AND OLMSTED CORP, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "V."

930.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Abuawad and Olmsted, additional insured, or omnibus insured the sum of $140,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

931.    Plaintiff issued a policy of insurance covering insureds, SUSANA ALVAREZ AND HORTENSIA ALVAREZ, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "W."

932.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Alvarez, additional insured, or omnibus insured the sum of $99,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

933.    Plaintiff issued a policy of insurance covering insured, LEON OLIWKOWICZ, for

the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "X."

934.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Oliwkowicz, additional insured, or omnibus insured the sum of $200,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

935.    Plaintiff issued a policy of insurance covering insured, MAGALY DELGADO, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "Y."

936.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Delgado, additional insured, or omnibus insured the sum of $220,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

937.    Plaintiff issued a policy of insurance covering insureds, MARCUS J. GUARA, ANAELY RODRIGUEZ AND LA COMPARSITA LLC, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "Z."

938.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Guara and Rodriguez, additional insured, or omnibus insured the sum of $20,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

939.    Plaintiff issued a policy of insurance covering insureds, HELEN KOPEL AND CHERRY 1002 LLC, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "AA."

940. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Kopel and Cherry, additional insured, or omnibus insured the sum of $76,075.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

941. Plaintiff issued a policy of insurance covering insureds, JORGE ZARDOYA AND ZYR LLC, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "BB."

942. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Zardoya and Zyr, additional insured, or omnibus insured the sum of $147,500.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

943. Plaintiff issued a policy of insurance covering insured, ADA LOPEZ, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "CC."

944. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Lopez, additional insured, or omnibus insured the sum of $118,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

945. Plaintiff issued a policy of insurance covering insureds, DANIELA SILVA AND IBRAHIM ISSA, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "DD."

946. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Silva and Issa, additional insured, or omnibus insured the sum of $120,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the

rights of its insured.

947. Plaintiff issued a policy of insurance covering insured, ESTHER GORFINKEL, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "EE."

948. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Gorfinkel, additional insured, or omnibus insured the sum of $187,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

949. Plaintiff issued a policy of insurance covering insureds, MAGGIE A. MANRARA AND ALBERTO G. MANRARA, THE MAGGIE A. MANRARA DECLARATION OF TRUST, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "FF."

950. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Manrara, additional insured, or omnibus insured the sum of $221,407.86 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

951. Plaintiff issued a policy of insurance covering insured, JAY K. MILLER, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "GG."

952. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Miller, additional insured, or omnibus insured the sum of $108,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

953.     Plaintiff issued a policy of insurance covering insureds, ANTONIO LOZANO AND GLADYS M. LOZANO, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "HH."

954.     Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Lozano, additional insured, or omnibus insured the sum of $62,500.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

955.     Plaintiff issued a policy of insurance covering insureds, REGINALD LONG AND LISA LOVEBY, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "II."

956.     Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Long and Loveby, additional insured, or omnibus insured the sum of $275,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

957.     Plaintiff issued a policy of insurance covering insureds, MOISES BEREZDIVIN AND DIANA BEREZDIVIN, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "JJ."

958.     Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Berezdivin, additional insured, or omnibus insured the sum of $260,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

959.     Plaintiff issued a policy of insurance covering insureds, SUSANA BRIEF AND DIFASU USA INC., for the property at issue. *See* Homeowners Declarations, attached hereto and

incorporated herein as Exhibit "KK."

960.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Brief and Difasu, additional insured, or omnibus insured the sum of $120,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

961.    Plaintiff issued a policy of insurance covering insureds, JUAN A. MORA AND ANA C. MORA, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "LL."

962.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Mora, additional insured, or omnibus insured the sum of $90,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

963.    Plaintiff issued a policy of insurance covering insured, SIMON SEGAL, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "MM."

964.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Segal, additional insured, or omnibus insured the sum of $35,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

965.    Plaintiff issued a policy of insurance covering insureds, JOSEPH NOREIGA AND HILDA NORIEGA, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "NN."

966.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Noreiga,

additional insured, or omnibus insured the sum of $125,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

967.    Plaintiff issued a policy of insurance covering insured, DAVID EPSTEIN, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "OO."

968.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Epstein, additional insured, or omnibus insured the sum of $200,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

969.    Plaintiff issued a policy of insurance covering insureds, RICHARD AUGUSTINE AND CAROLE AUGUSTINE, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "PP."

970.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Augustine, additional insured, or omnibus insured the sum of $137,500.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

**WHEREFORE,** the Plaintiff, UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY as subrogee of MAX FRIEDMAN AND ELLEN FRIEDMAN, et al, demands judgment for damages against the Defendant(s), WORLD INVESTMENTS, LLC AND TERRA GROUP, LLC, in the amount of $6,043,536.33, together with costs and pre-judgment interest (calculated from the date Plaintiff made payment to or on behalf of the Subrogors), and any other relief this Honorable Court may deem just and equitable.

## COUNT XI – NEGLIGENCE (AS TO DEFENDANT BIZZI & PARTNERS DEVELOPMENT, LLC)

Plaintiff realleges and incorporates the allegations contained in Paragraphs 1 through 60 as though fully set forth herein and further alleges:

971. At all times material hereto, Defendant Bizzi made excavations at the construction project known as "Eighty-Seven Park", located at 8701 Collins Ave, Surfside Florida, 33154 which is next door to the condominium building.

972. At all times material, Defendant Bizzi owed a duty to the Plaintiff's Subrogors and the general public to perform their activities in a reasonably safe manner that did not harm or endanger the Plaintiff's Subrogors.

973. Upon information and belief, Defendant Bizzi excavated beneath the Eighty-Seven Park property. This excavation impacted the condominium building to become weakened and dangerous, creating a hazard to the public, including the Plaintiff's Subrogors.

974. Defendant Bizzi was made aware that its construction activities were a danger to the structures surrounding the project, including the condominium building.

975. Upon information and belief, Defendant Bizzi failed to properly underpin or otherwise brace the condominium building during the construction and failed to comply with the applicable rules, codes and regulations governing undermining, underpinning, and bracing of adjacent properties.

976. At all material times, Defendant Bizzi knew, or should have known, that the construction activities that took place on the Project were done in such a manner as to likely cause damage to the structural integrity of the condominium building, and as a result, the building collapsed.

977. Defendant Terra Bizzi and/or an employee, contractor, or agent of Defendant Bizzi's, breached its duty to Plaintiff's Subrogors in one or more of the following ways: (a) failing to follow

and abide by accepted industry standards and guidelines by not underpinning and/or bracing the condominium building during the construction process; (b) creating and allowing a hazardous and dangerous condition to exist at the condominium building that resulted from Defendant Bizzi's conduct on the Eighty-Seven Park property; (c) failing to repair the defective condition created by Defendant Terra Bizzi's conduct on the Eighty-Seven Park Property; (d) failing to warn the public and Plaintiff's Subrogors of the need to evacuate the condominium building; and/or (e) failing to warn the public and Plaintiff's Subrogors of the condominium building's imminent collapse.

978. As a direct and proximate result of Defendant Terra Bizzi's negligent acts and/or omissions, the subject building was unsafe, unstable and collapsed, resulting in property damage to Plaintiff's Subrogors Properties and/or personal property located therein.

979. Plaintiff issued a policy of insurance covering insureds, MAX FRIEDMAN AND ELLEN FRIEDMAN, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "A."[131]

980. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Friedman, additional insured, or omnibus insured the sum of $109,551.35 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insureds.

981. Plaintiff issued a policy of insurance covering insureds, DEBRA L. GODT and NEAL K. GODT, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "B."[132]

982. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Godt, additional insured, or omnibus insured the sum of $103,000.00 for property damage/loss. Under the

---

[131] A full copy of the policy of insurance is available upon request and is incorporated herein.

[132] A full copy of the policy of insurance is available upon request and is incorporated herein.

terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insureds.

983.    Plaintiff issued a policy of insurance covering insured, NANCY KRESS, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "C."[133]

984.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Kress, additional insured, or omnibus insured the sum of $106,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

985.    Plaintiff issued a policy of insurance covering insureds, NANCY KRESS, FRANK KLIEMAN AND JAY KLEIMAN, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "D."[134]

986.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Kress and Klieman, additional insured, or omnibus insured the sum of $111,900.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured

987.    Plaintiff issued a policy of insurance covering insured, MAYRA CRUZ, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "E."[135]

988.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Cruz, additional insured, or omnibus insured the sum of $205,000.00 for property damage/loss. Under the

---

[133] A full copy of the policy of insurance is available upon request and is incorporated herein.

[134] A full copy of the policy of insurance is available upon request and is incorporated herein.

[135] A full copy of the policy of insurance is available upon request and is incorporated herein.

terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

989.    Plaintiff issued a policy of insurance covering insureds, RYAN WOLF AND CORT MORITZ, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "F."[136]

990.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Wolf and Moritz, additional insured, or omnibus insured the sum of $108,846.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

991.    Plaintiff issued a policy of insurance covering insured, ANETTE GOLDSTEIN, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "G."[137]

992.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Goldstein, additional insured, or omnibus insured the sum of $510,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

993.    Plaintiff issued a policy of insurance covering insured, GINO CATTAROSSI, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "H."[138]

994.    Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Cattarossi, additional insured, or omnibus insured the sum of $119,000.00 for property damage/loss.

---

[136] A full copy of the policy of insurance is available upon request and is incorporated herein.
[137] A full copy of the policy of insurance is available upon request and is incorporated herein.
[138] A full copy of the policy of insurance is available upon request and is incorporated herein.

Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

995.     Plaintiff issued a policy of insurance covering insureds, RAYMOND URGELLES AND MERCEDES URGELLES, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "I."[139]

996.     Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Urgelles, additional insured, or omnibus insured the sum of $200,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

997.     Plaintiff issued a policy of insurance covering insured, MARINA AZEN, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "J."[140]

998.     Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Azen, additional insured, or omnibus insured the sum of $119,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

999.     Plaintiff issued a policy of insurance covering insured, MARGARITA BRITO, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "K."[141]

1000. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Brito, additional insured, or omnibus insured the sum of $122,800.00 for property damage/loss. Under the

---

[139] A full copy of the policy of insurance is available upon request and is incorporated herein.

[140] A full copy of the policy of insurance is available upon request and is incorporated herein.

[141] A full copy of the policy of insurance is available upon request and is incorporated herein.

terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

1001. Plaintiff issued a policy of insurance covering insureds, JOHN BRECKER AND HEATHER WALTERS, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "L."[142]

1002. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Brecker and Walters, additional insured, or omnibus insured the sum of $325,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

1003. Plaintiff issued a policy of insurance covering insureds, CAMILA STERBA AND GARY STERBA, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "M."[143]

1004. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Sterba, additional insured, or omnibus insured the sum of $65,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

1005. Plaintiff issued a policy of insurance covering insureds, ADALBERTO AGUERO AND NIEVES ISABEL AGUERO, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "N."

1006. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Aguero, additional insured, or omnibus insured the sum of $80,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of

---

[142] A full copy of the policy of insurance is available upon request and is incorporated herein.

[143] A full copy of the policy of insurance is available upon request and is incorporated herein.

its insured.

1007. Plaintiff issued a policy of insurance covering insureds, MARY MCGRAW AND STEVE NIXON, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "O."

1008. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds McGraw and Nixon, additional insured, or omnibus insured the sum of $77,400.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

1009. Plaintiff issued a policy of insurance covering insureds, FRANCESCO CORDARO AND ROSALIA CORDARO, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "P."

1010. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Cordaro, additional insured, or omnibus insured the sum of $130,550.58 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

1011. Plaintiff issued a policy of insurance covering insured, SUSANA RODRIGUEZ, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "Q."

1012. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Rodriguez, additional insured, or omnibus insured the sum of $70,400.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

1013.  Plaintiff issued a policy of insurance covering insured, SARITA HARARI, for the

property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "R."

1014. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Harari, additional insured, or omnibus insured the sum of $102,400.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

1015. Plaintiff issued a policy of insurance covering insureds, JOSEPH BLASSER AND ELENA BLASSER, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "S."

1016. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Blasser, additional insured, or omnibus insured the sum of $255,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

1017. Plaintiff issued a policy of insurance covering insured, STEVEN ROSENTHAL, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "T."

1018. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Rosenthal, additional insured, or omnibus insured the sum of $120,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

1019. Plaintiff issued a policy of insurance covering insured, EMILIA MATTEI, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "U."

1020. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Mattei, additional insured, or omnibus insured the sum of $228,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

1021. Plaintiff issued a policy of insurance covering insureds, RICARDO ABUAWAD AND OLMSTED CORP, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "V."

1022. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Abuawad and Olmsted, additional insured, or omnibus insured the sum of $140,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

1023. Plaintiff issued a policy of insurance covering insureds, SUSANA ALVAREZ AND HORTENSIA ALVAREZ, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "W."

1024. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Alvarez, additional insured, or omnibus insured the sum of $99,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

1025. Plaintiff issued a policy of insurance covering insured, LEON OLIWKOWICZ, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "X."

1026. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Oliwkowicz, additional insured, or omnibus insured the sum of $200,000.00 for property

damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

1027. Plaintiff issued a policy of insurance covering insured, MAGALY DELGADO, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "Y."

1028. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Delgado, additional insured, or omnibus insured the sum of $220,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

1029. Plaintiff issued a policy of insurance covering insureds, MARCUS J. GUARA, ANAELY RODRIGUEZ AND LA COMPARSITA LLC, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "Z."

1030. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Guara and Rodriguez, additional insured, or omnibus insured the sum of $20,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

1031. Plaintiff issued a policy of insurance covering insureds, HELEN KOPEL AND CHERRY 1002 LLC, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "AA."

1032. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Kopel and Cherry, additional insured, or omnibus insured the sum of $76,075.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

1033. Plaintiff issued a policy of insurance covering insureds, JORGE ZARDOYA AND ZYR LLC, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "BB."

1034. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Zardoya and Zyr, additional insured, or omnibus insured the sum of $147,500.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

1035.  Plaintiff issued a policy of insurance covering insured, ADA LOPEZ, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "CC."

1036. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Lopez, additional insured, or omnibus insured the sum of $118,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

1037. Plaintiff issued a policy of insurance covering insureds, DANIELA SILVA AND IBRAHIM ISSA, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "DD."

1038. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Silva and Issa, additional insured, or omnibus insured the sum of $120,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

1039. Plaintiff issued a policy of insurance covering insured, ESTHER GORFINKEL, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "EE."

1040. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Gorfinkel, additional insured, or omnibus insured the sum of $187,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

1041. Plaintiff issued a policy of insurance covering insureds, MAGGIE A. MANRARA AND ALBERTO G. MANRARA, THE MAGGIE A. MANRARA DECLARATION OF TRUST, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "FF."

1042. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Manrara, additional insured, or omnibus insured the sum of $221,407.86 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

1043. Plaintiff issued a policy of insurance covering insured, JAY K. MILLER, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "GG."

1044. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Miller, additional insured, or omnibus insured the sum of $108,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

1045. Plaintiff issued a policy of insurance covering insureds, ANTONIO LOZANO AND GLADYS M. LOZANO, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "HH."

1046. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Lozano,

additional insured, or omnibus insured the sum of $62,500.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

1047. Plaintiff issued a policy of insurance covering insureds, REGINALD LONG AND LISA LOVEBY, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "II."

1048. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Long and Loveby, additional insured, or omnibus insured the sum of $275,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

1049. Plaintiff issued a policy of insurance covering insureds, MOISES BEREZDIVIN AND DIANA BEREZDIVIN, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "JJ."

1050. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Berezdivin, additional insured, or omnibus insured the sum of $260,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

1051. Plaintiff issued a policy of insurance covering insureds, SUSANA BRIEF AND DIFASU USA INC., for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "KK."

1052. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Brief and Difasu, additional insured, or omnibus insured the sum of $120,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the

rights of its insured.

1053.   Plaintiff issued a policy of insurance covering insureds, JUAN A. MORA AND ANA C. MORA, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "LL."

1054.   Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Mora, additional insured, or omnibus insured the sum of $90,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

1055.   Plaintiff issued a policy of insurance covering insured, SIMON SEGAL, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "MM."

1056.   Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Segal, additional insured, or omnibus insured the sum of $35,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

1057.   Plaintiff issued a policy of insurance covering insureds, JOSEPH NOREIGA AND HILDA NORIEGA, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "NN."

1058.   Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Noreiga, additional insured, or omnibus insured the sum of $125,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

1059.   Plaintiff issued a policy of insurance covering insured, DAVID EPSTEIN, for the

property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "OO."

1060. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insured Epstein, additional insured, or omnibus insured the sum of $200,000.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

1061. Plaintiff issued a policy of insurance covering insureds, RICHARD AUGUSTINE AND CAROLE AUGUSTINE, for the property at issue. *See* Homeowners Declarations, attached hereto and incorporated herein as Exhibit "PP."

1062. Pursuant to said policy of insurance, Plaintiff paid to or on behalf of Insureds Augustine, additional insured, or omnibus insured the sum of $137,500.00 for property damage/loss. Under the terms of the policy of insurance and as a result of its payment, Plaintiff is subrogated to the rights of its insured.

**WHEREFORE,** the Plaintiff, UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY as subrogee of MAX FRIEDMAN AND ELLEN FRIEDMAN, et al, demands judgment for damages against the Defendant(s), BIZZI & PARTNERS DEVELOPMENT, LLC, in the amount of $6,043,536.33, together with costs and pre-judgment interest (calculated from the date Plaintiff made payment to or on behalf of the Subrogors), and any other relief this Honorable Court may deem just and equitable.

DATED: 2/3/22

By:/s/Jourdan Weltman, Esq.
Jourdan Weltman, Esq. FBN: 106789
1110 W Commercial Blvd
Fort Lauderdale, FL 33309
Email: subrogationservice@universalproperty.com
Telephone: (954) 958-3319
Attorney for Plaintiff

By: /s/Ramon A. Abadin, Esq.
Ramon A. Abadin, Esq. FBN: 707988
2333 Ponce de Leon Blvd. Suite 314
Coral Gables, FL 33134
Email: rabadin@abadinlaw.com
Telephone: (305) 768-9839
Attorney for Plaintiff

| Universal Property & Casualty Insurance Company,<br>A Stock Company<br><br>c/o Evolution Risk Advisors, Inc.<br>1110 W. Commercial Blvd<br>Fort Lauderdale, FL 33309 | Homeowners<br><br>**Declaration Effective**<br>10/09/2020<br><br>Renewal Policy | <br>UNIVERSAL<br>PROPERTY<br>& CASUALTY INSURANCE COMPANY |

## THIS IS NOT A BILL

For Policy or Claims Questions  Contact Your Agent Listed Below

| Policy Number | FROM | Policy Period | TO | [INSURED BILLED] | | Agent Code |
|---|---|---|---|---|---|---|
| ▇-3980 | 10/09/2020 | | 10/09/2021 | 12:01 AM Standard Time | | ▇ |

**Named Insured and Address**
MAX and ELLEN FRIEDMAN

**Agent Name and Address**



**Insured Location**
8777 COLLINS AVE APARTMENT 1102 SURFSIDE, FL 33154   MIAMI-DADE COUNTY

### Premium Summary

| Basic Coverages Premium | Attached Endorsements Premium | Assessments / Surcharges | MGA Fees/Policy Fees | Total Policy Premium (Including Assessments & Surcharges) |
|---|---|---|---|---|
| $2,337.00 | ($1,801.00) | $526.00 | $27.00 | $1,089.00 |

### Rating Information

| Form | Construction | Year | Townhouse/ Rowhouse | Number of Families | Occupied | Protection Class | Territory | BCEG |
|---|---|---|---|---|---|---|---|---|
| HO6 | Superior - Fire Resistive | 1981 | N | 1 | Y | 2 | 31 | 99 |

| County | Dwelling Replacement Cost | Personal Property Replacement Cost | Protective Device Credits: | | |
|---|---|---|---|---|---|
| | | | Burglar | Fire | Sprinkler |
| Miami-Dade | Y | N | N | N | Y |

We will provide the insurance described in this policy in  return for the premium and compliance with all applicable provisions of this policy. For renewals: If we elect to continue this insurance, we will renew this policy if you pay the required renewal premium for each successive policy period subject to our premiums, rules and forms then in effect. You must pay us prior to the end of the current policy period or else this policy will expire.

Insurance is provided only with respect to the following coverages for which a limit of liability is specified, subject to all the conditions of this policy.

| COVERAGES - SECTION I | LIMITS | PREMIUMS | COVERAGES - SECTION II | LIMITS | PREMIUMS |
|---|---|---|---|---|---|
| Coverage A - Dwelling | $55,154 | | Coverage E - Personal Liability | $300,000 | $18.00 |
| Coverage B - Other Structure | $0 | | Coverage F - Medical Payments | $2,000 | $4.00 |
| Coverage C - Personal Property | $50,000 | $2,337.00 | | | |
| Coverage D - Loss of Use | $20,000 | | | | |

NOTE:

The portion of your premium for hurricane coverage is: $283.67
The portion of your premium for all other coverages is: $805.33

### Section I Coverages Subject to a 2.0% of Coverage C - $1,000 Hurricane Deductible Per Calendar Year.

Section I Coverages Subject to $500 All Other Perils (Non-Hurricane) Deductible Per Loss.

# THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE LOSSES WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU.

Flood coverage is not provided by Universal Property & Casualty Insurance Company and is not part of this policy.

FIB Insurance

| Countersignature | Date | Chief Executive Officer |
|---|---|---|

## Exhibit "A"

| Universal Property & Casualty Insurance Company, A Stock Company<br>c/o Evolution Risk Advisors, Inc.<br>1110 W. Commercial Blvd<br>Fort Lauderdale, FL 33309 | **Declaration Effective**<br>10/09/2020 | UNIVERSAL<br>PROPERTY<br>& CASUALTY INSURANCE COMPANY<br><br>Renewal Policy |

| THIS IS NOT A BILL | | | | | |
|---|---|---|---|---|---|
| **Policy Number** | **FROM** | **Policy Period** | **TO** | [INSURED BILLED] | **Agent Code** |
| -3980 | 10/09/2020 | | 10/09/2021 | 12:01 AM Standard Time | |

**Additional Interest**

| Mortgagee/Additional Interest 01 | Mortgagee/Additional Interest 02 | Mortgagee/Additional Interest 03 |
|---|---|---|

**Policy Forms & Endorsements Applicable to This Policy**

| NUMBER EDITION | DESCRIPTION | LIMITS | PREMIUMS |
|---|---|---|---|
| UPCIC HO6 15 05 18 | Homeowners 6 Unit Owners Form | | $2,337.00 |
| UPCIC 905 15 03 18 | Outline of Your Homeowner Policy | | |
| UPCIC 801 15 12 17 | Windstorm Protective Devices | | ($1,774.00) |
| HO 23 70 05 13 | Windstorm Exterior Paint or Waterproofing Endorsement | | |
| UPCIC 802 15 12 17 | Premises Alarm or Fire Protection System | | ($49.00) |
| UPCIC 601 15 12 17 | No Coverage for Home Day Care Business | | |
| UPCIC 201 15 02 18 | Calendar Year Hurricane Deductible With Supplemental Reporting Requirement - Florida | | |
| | Year Built Surcharge | | $526.00 |
| | Personal Liability Increase Endorsement | $300,000 | $18.00 |
| | Medical Payment Increase Endorsement | $2,000 | $4.00 |
| | MGA Fee | | $25.00 |
| | Emergency Management Preparedness Assistance Trust Fund | | $2.00 |

| Universal Property & Casualty Insurance Company,<br>A Stock Company<br><br>c/o Evolution Risk Advisors, Inc.<br>1110 W. Commercial Blvd<br>Fort Lauderdale, FL 33309 | Declaration Effective<br>10/09/2020 | <br><br>Renewal Policy |
|---|---|---|

| THIS IS NOT A BILL | | | | | | |
|---|---|---|---|---|---|---|
| **Policy Number** | **FROM** | **Policy Period** | **TO** | **[INSURED BILLED]** | | **Agent Code** |
| ▆▆-3980 | 10/09/2020 | | 10/09/2021 | 12:01 AM Standard Time | | ▆▆ |

PLEASE VISIT UNIVERSALPROPERTY.COM TO VIEW YOUR APPLICABLE POLICY FORMS AND ENDORSEMENTS.  LOG IN AND CLICK MY POLICIES/POLICY DETAILS OR TYPE THIS URL INTO YOUR INTERNET BROWSER: HTTPS://UNIVERSALPROPERTY.COM/ACCOUNT/LOGIN. YOU HAVE THE RIGHT TO REQUEST AND OBTAIN WITHOUT CHARGE A PAPER OR ELECTRONIC COPY OF YOUR POLICY AND ENDORSEMENTS BY CONTACTING YOUR AGENT OR CALLING CUSTOMER SERVICE AT 1-800-425-9113.

## LAW AND ORDINANCE: LAW AND ORDINANCE COVERAGE IS AN IMPORTANT COVERAGE THAT YOU MAY WISH TO PURCHASE.  PLEASE DISCUSS WITH YOUR INSURANCE AGENT.

## FLOOD INSURANCE:  YOU MAY ALSO NEED TO CONSIDER THE PURCHASE OF FLOOD INSURANCE.  YOUR HOMEOWNER'S INSURANCE POLICY DOES NOT INCLUDE COVERAGE FOR DAMAGE RESULTING FROM FLOOD EVEN IF HURRICANE WINDS AND RAIN CAUSED THE FLOOD TO OCCUR.  WITHOUT SEPARATE FLOOD INSURANCE COVERAGE, YOU MAY HAVE UNCOVERED LOSSES CAUSED BY FLOOD.  PLEASE DISCUSS THE NEED TO PURCHASE SEPARATE FLOOD INSURANCE COVERAGE WITH YOUR INSURANCE AGENT.

| Universal Property & Casualty Insurance Company,<br>A Stock Company<br><br>c/o Evolution Risk Advisors, Inc.<br>1110 W. Commercial Blvd<br>Fort Lauderdale, FL 33309 | Homeowners<br><br>**Declaration Effective**<br>10/30/2020<br><br>Renewal Policy | <br>UNIVERSAL PROPERTY<br>& CASUALTY INSURANCE COMPANY |

### THIS IS NOT A BILL

For Policy or Claims Questions  Contact Your Agent Listed Below

| Policy Number | FROM | Policy Period | TO | [INSURED BILLED] | Agent Code |
|---|---|---|---|---|---|
| ██████-0114 | 10/30/2020 | | 10/30/2021 | 12:01 AM Standard Time | ██ |

**Named Insured and Address**
DEBRA L and NEAL K GODT

**Agent Name and Address**

**Insured Location**
8777 COLLINS AVE APARTMENT 709 SURFSIDE, FL 33154   MIAMI-DADE COUNTY

--- **Premium Summary** ---

| Basic Coverages<br>Premium | Attached Endorsements<br>Premium | Assessments / Surcharges | MGA Fees/Policy Fees | Total Policy Premium<br>(Including Assessments & Surcharges) |
|---|---|---|---|---|
| $1,933.00 | ($1,464.00) | $802.00 | $27.00 | $1,298.00 |

**Rating Information**

| Form | Construction | Year | Townhouse/<br>Rowhouse | Number of<br>Families | Occupied | Protection<br>Class | Territory | BCEG |
|---|---|---|---|---|---|---|---|---|
| HO6 | Superior - Masonry<br>Non-Combustible | 1981 | N | 1 | Y | 2 | 31 | 99 |

| County | Dwelling<br>Replacement Cost | Personal Property<br>Replacement Cost | Protective Device Credits: | | |
|---|---|---|---|---|---|
| | | | Burglar | Fire | Sprinkler |
| MIAMI-DADE | Y | Y | N | N | N |

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy. For renewals: If we elect to continue this insurance, we will renew this policy if you pay the required renewal premium for each successive policy period subject to our premiums, rules and forms then in effect. You must pay us prior to the end of the current policy period or else this policy will expire.

Insurance is provided only with respect to the following coverages for which a limit of liability is specified, subject to all the conditions of this policy.

| COVERAGES - SECTION I | LIMITS | PREMIUMS | COVERAGES - SECTION II | LIMITS | PREMIUMS |
|---|---|---|---|---|---|
| Coverage A - Dwelling | $75,000 | | Coverage E - Personal Liability | $300,000 | $18.00 |
| Coverage B - Other Structure | $0 | | Coverage F - Medical Payments | $3,000 | $5.00 |
| Coverage C - Personal Property | $20,000 | $1,933.00 | | | |
| Coverage D - Loss of Use | $8,000 | | | | |

NOTE: The portion of your premium for hurricane coverage is: $452.68
The portion of your premium for all other coverages is: $845.32

### Section I Coverages Subject to a $500 Hurricane Deductible Per Calendar Year.
Section I Coverages Subject to $1,000 All Other Perils (Non-Hurricane) Deductible Per Loss.

# THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE LOSSES WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU.

Flood coverage is not provided by Universal Property & Casualty Insurance Company and is not part of this policy.

Depace Insurance & Financial Services, Inc.

| Countersignature | Date | Chief Executive Officer |
|---|---|---|

## Exhibit "B"

| Universal Property & Casualty Insurance Company, A Stock Company c/o Evolution Risk Advisors, Inc. 1110 W. Commercial Blvd Fort Lauderdale, FL 33309 | **Declaration Effective** 10/30/2020 |  UNIVERSAL PROPERTY A CASUALTY INSURANCE COMPANY Renewal Policy |
|---|---|---|

## THIS IS NOT A BILL

| Policy Number | FROM | Policy Period | TO | [INSURED BILLED] | Agent Code |
|---|---|---|---|---|---|
| -0114 | 10/30/2020 | | 10/30/2021 | 12:01 AM Standard Time | |

**Additional Interest**

Mortgagee/Additional Interest 01        Mortgagee/Additional Interest 02        Mortgagee/Additional Interest 03

## Policy Forms & Endorsements Applicable to This Policy

| NUMBER EDITION | DESCRIPTION | LIMITS | PREMIUMS |
|---|---|---|---|
| UPCIC HO6 15 05 18 | Homeowners 6 Unit Owners Form | | $1,933.00 |
| UPCIC 905 15 03 18 | Outline of Your Homeowner Policy | | |
| UPCIC 801 15 12 17 | Windstorm Protective Devices | | ($1,766.00) |
| HO 23 70 05 13 | Windstorm Exterior Paint or Waterproofing Endorsement | | |
| UPCIC 402 15 05 18 | Unit Owners Coverage A - Special Coverage | | $76.00 |
| UPCIC 406 15 05 18 | Personal Property Replacement Cost | | $203.00 |
| UPCIC 601 15 12 17 | No Coverage for Home Day Care Business | | |
| UPCIC 201 15 02 18 | Calendar Year Hurricane Deductible With Supplemental Reporting Requirement - Florida | | |
| | Year Built Surcharge | | $529.00 |
| | Seasonal Occupancy Surcharge | | $273.00 |
| | Personal Liability Increase Endorsement | $300,000 | $18.00 |
| | Medical Payment Increase Endorsement | $3,000 | $5.00 |
| | MGA Fee | | $25.00 |
| | Emergency Management Preparedness Assistance Trust Fund | | $2.00 |

| Universal Property & Casualty Insurance Company, A Stock Company c/o Evolution Risk Advisors, Inc. 1110 W. Commercial Blvd Fort Lauderdale, FL 33309 | | | | Declaration Effective 10/30/2020 |  UNIVERSAL PROPERTY A CASUALTY INSURANCE COMPANY Renewal Policy | |

| THIS IS NOT A BILL | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| **Policy Number** | **FROM** | **Policy Period** | **TO** | [INSURED BILLED] | | **Agent Code** |
| ████-0114 | 10/30/2020 | | 10/30/2021 | 12:01 AM Standard Time | | ████ |

PLEASE VISIT UNIVERSALPROPERTY.COM TO VIEW YOUR APPLICABLE POLICY FORMS AND ENDORSEMENTS.  LOG IN AND CLICK MY POLICIES/POLICY DETAILS OR TYPE THIS URL INTO YOUR INTERNET BROWSER: HTTPS://UNIVERSALPROPERTY.COM/ACCOUNT/LOGIN. YOU HAVE THE RIGHT TO REQUEST AND OBTAIN WITHOUT CHARGE A PAPER OR ELECTRONIC COPY OF YOUR POLICY AND ENDORSEMENTS BY CONTACTING YOUR AGENT OR CALLING CUSTOMER SERVICE AT 1-800-425-9113.

## LAW AND ORDINANCE: LAW AND ORDINANCE COVERAGE IS AN IMPORTANT COVERAGE THAT YOU MAY WISH TO PURCHASE.  PLEASE DISCUSS WITH YOUR INSURANCE AGENT.

## FLOOD INSURANCE:  YOU MAY ALSO NEED TO CONSIDER THE PURCHASE OF FLOOD INSURANCE.  YOUR HOMEOWNER'S INSURANCE POLICY DOES NOT INCLUDE COVERAGE FOR DAMAGE RESULTING FROM FLOOD EVEN IF HURRICANE WINDS AND RAIN CAUSED THE FLOOD TO OCCUR.  WITHOUT SEPARATE FLOOD INSURANCE COVERAGE, YOU MAY HAVE UNCOVERED LOSSES CAUSED BY FLOOD.  PLEASE DISCUSS THE NEED TO PURCHASE SEPARATE FLOOD INSURANCE COVERAGE WITH YOUR INSURANCE AGENT.

| Universal Property & Casualty Insurance Company, A Stock Company | Homeowners | |
|---|---|---|
| c/o Evolution Risk Advisors, Inc. 1110 W. Commercial Blvd Fort Lauderdale, FL 33309 | **Declaration Effective** 08/14/2020 |  UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY |
| | AMENDED: Coverage(s), Dwelling | |

## THIS IS NOT A BILL

For Policy or Claims Questions  Contact Your Agent Listed Below

| Policy Number | FROM | Policy Period | TO | [INSURED BILLED] | Agent Code |
|---|---|---|---|---|---|
| ███-572 | 08/14/2020 | | 08/14/2021 | 12:01 AM Standard Time | ███ |

### Named Insured and Address
Nancy Kress



8777 COLLINS AVE APT 1109 MIAMI BEACH, FL 33154   MIAMI-DADE COUNTY

### Premium Summary

| Basic Coverages Premium | Attached Endorsements Premium | Assessments / Surcharges | MGA Fees/Policy Fees | Total Policy Premium (Including Assessments & Surcharges) |
|---|---|---|---|---|
| $2,167.00 | ($1,735.00) | $564.00 | $27.00 | $1,023.00 |

### Rating Information

| Form | Construction | Year | Townhouse/ Rowhouse | Number of Families | Occupied | Protection Class | Territory | BCEG |
|---|---|---|---|---|---|---|---|---|
| HO6 | Superior - Masonry Non-Combustible | 1981 | N | 1 | Y | 2 | 31 | 99 |

| County | Dwelling Replacement Cost | Personal Property Replacement Cost | Protective Device Credits: Burglar | Fire | Sprinkler |
|---|---|---|---|---|---|
| Miami-Dade | Y | Y | Y | N | Y |

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy. For renewals: If we elect to continue this insurance, we will renew this policy if you pay the required renewal premium for each successive policy period subject to our premiums, rules and forms then in effect. You must pay us prior to the end of the current policy period or else this policy will expire.

Insurance is provided only with respect to the following coverages for which a limit of liability is specified, subject to all the conditions of this policy.

| COVERAGES - SECTION I | LIMITS | PREMIUMS | COVERAGES - SECTION II | LIMITS | PREMIUMS |
|---|---|---|---|---|---|
| Coverage A - Dwelling | $100,000 | | Coverage E - Personal Liability | $300,000 | $18.00 |
| Coverage B - Other Structure | $0 | | Coverage F - Medical Payments | $2,000 | $4.00 |
| Coverage C - Personal Property | $6,000 | $2,167.00 | | | |
| Coverage D - Loss of Use | $2,400 | | | | |

NOTE:  The portion of your premium for hurricane coverage is: $267.80
The portion of your premium for all other coverages is: $755.20

## Section I Coverages Subject to a $500 Hurricane Deductible Per Calendar Year.
Section I Coverages Subject to $1,000 All Other Perils (Non-Hurricane) Deductible Per Loss.

# THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE LOSSES WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU.

Flood coverage is not provided by Universal Property & Casualty Insurance Company and is not part of this policy.

| Tanenbaum-Harber of Florida | | |
|---|---|---|
| Countersignature | Date | Chief Executive Officer |

## Exhibit "C"

| Universal Property & Casualty Insurance Company, A Stock Company<br>c/o Evolution Risk Advisors, Inc.<br>1110 W. Commercial Blvd<br>Fort Lauderdale, FL 33309 | **Declaration Effective**<br>08/14/2020<br><br>AMENDED: Coverage(s), Dwelling | UNIVERSAL PROPERTY<br>A CASUALTY INSURANCE COMPANY  |

### THIS IS NOT A BILL

| Policy Number | FROM | Policy Period | TO | [INSURED BILLED] | Agent Code |
|---|---|---|---|---|---|
| -572 | 08/14/2020 | | 08/14/2021 | 12:01 AM Standard Time | |

**Additional Interest**

**Mortgagee/Additional Interest 01**     **Mortgagee/Additional Interest 02**     **Mortgagee/Additional Interest 03**

**Policy Forms & Endorsements Applicable to This Policy**

| NUMBER EDITION | DESCRIPTION | LIMITS | PREMIUMS |
|---|---|---|---|
| UPCIC HO6 15 05 18 | Homeowners 6 Unit Owners Form | | $2,167.00 |
| UPCIC 905 15 03 18 | Outline of Your Homeowner Policy | | |
| UPCIC 801 15 12 17 | Windstorm Protective Devices | | ($1,906.00) |
| HO 23 70 05 13 | Windstorm Exterior Paint or Waterproofing Endorsement | | |
| UPCIC 404 15 12 17 | Unit Owners Rental to Others | | $48.00 |
| UPCIC 402 15 05 18 | Unit Owners Coverage A - Special Coverage | | $101.00 |
| UPCIC 406 15 05 18 | Personal Property Replacement Cost | | $67.00 |
| UPCIC 802 15 12 17 | Premises Alarm or Fire Protection System | | ($92.00) |
| UPCIC 407 15 12 17. | Water Back-Up and Sump Discharge or Overflow Coverage | $5,000 | $25.00 |
| UPCIC 701 15 02 18 | Additional Interests - Residence Premises | | |
| UPCIC 601 15 12 17 | No Coverage for Home Day Care Business | | |
| UPCIC 201 15 02 18 | Calendar Year Hurricane Deductible With Supplemental Reporting Requirement - Florida | | |
| | Year Built Surcharge | | $564.00 |
| | Personal Liability Increase Endorsement | $300,000 | $18.00 |
| | Medical Payment Increase Endorsement | $2,000 | $4.00 |
| | MGA Fee | | $25.00 |
| | Emergency Management Preparedness Assistance Trust Fund | | $2.00 |

| Universal Property & Casualty Insurance Company, A Stock Company<br><br>c/o Evolution Risk Advisors, Inc.<br>1110 W. Commercial Blvd<br>Fort Lauderdale, FL 33309 | Declaration Effective<br>08/14/2020 |  UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY<br><br>AMENDED: Coverage(s), Dwelling |
|---|---|---|

| THIS IS NOT A BILL |||||
|---|---|---|---|---|
| Policy Number | FROM | Policy Period | TO | [INSURED BILLED] | Agent Code |
| ███572 | 08/14/2020 | | 08/14/2021 | 12:01 AM Standard Time | ███ |

PLEASE VISIT UNIVERSALPROPERTY.COM TO VIEW YOUR APPLICABLE POLICY FORMS AND ENDORSEMENTS. LOG IN AND CLICK MY POLICIES/POLICY DETAILS OR TYPE THIS URL INTO YOUR INTERNET BROWSER: HTTPS://UNIVERSALPROPERTY.COM/ACCOUNT/LOGIN. YOU HAVE THE RIGHT TO REQUEST AND OBTAIN WITHOUT CHARGE A PAPER OR ELECTRONIC COPY OF YOUR POLICY AND ENDORSEMENTS BY CONTACTING YOUR AGENT OR CALLING CUSTOMER SERVICE AT 1-800-425-9113.

## LAW AND ORDINANCE: LAW AND ORDINANCE COVERAGE IS AN IMPORTANT COVERAGE THAT YOU MAY WISH TO PURCHASE. PLEASE DISCUSS WITH YOUR INSURANCE AGENT.

## FLOOD INSURANCE: YOU MAY ALSO NEED TO CONSIDER THE PURCHASE OF FLOOD INSURANCE. YOUR HOMEOWNER'S INSURANCE POLICY DOES NOT INCLUDE COVERAGE FOR DAMAGE RESULTING FROM FLOOD EVEN IF HURRICANE WINDS AND RAIN CAUSED THE FLOOD TO OCCUR. WITHOUT SEPARATE FLOOD INSURANCE COVERAGE, YOU MAY HAVE UNCOVERED LOSSES CAUSED BY FLOOD. PLEASE DISCUSS THE NEED TO PURCHASE SEPARATE FLOOD INSURANCE COVERAGE WITH YOUR INSURANCE AGENT.



| Universal Property & Casualty Insurance Company, A Stock Company | Homeowners | UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY |
|---|---|---|
| c/o Evolution Risk Advisors, Inc. 1110 W. Commercial Blvd Fort Lauderdale, FL 33309 | **Declaration Effective** 08/21/2020 | |
| | Renewal Policy | |

## THIS IS NOT A BILL

For Policy or Claims Questions Contact Your Agent Listed Below

| Policy Number | FROM | Policy Period | TO | [INSURED BILLED] | Agent Code |
|---|---|---|---|---|---|
| ▮-724 | 08/21/2020 | | 08/21/2021 | 12:01 AM Standard Time | ▮ |

**Named Insured and Address**

**Agent Name and Address**

**Insured Location**
8777 COLLINS AVE APT 702 SURFSIDE, FL 33154   MIAMI-DADE COUNTY

### Premium Summary

| Basic Coverages Premium | Attached Endorsements Premium | Assessments / Surcharges | MGA Fees/Policy Fees | Total Policy Premium (Including Assessments & Surcharges) |
|---|---|---|---|---|
| $2,259.00 | ($1,814.00) | $623.00 | $27.00 | $1,095.00 |

### Rating Information

| Form | Construction | Year | Townhouse/ Rowhouse | Number of Families | Occupied | Protection Class | Territory | BCEG |
|---|---|---|---|---|---|---|---|---|
| HO6 | Superior - Masonry Non-Combustible | 1981 | N | 1 | Y | 2 | 031 | 99 |

| County | Dwelling Replacement Cost | Personal Property Replacement Cost | Protective Device Credits: Burglar | Fire | Sprinkler |
|---|---|---|---|---|---|
| Miami-Dade | Y | Y | Y | N | Y |

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy. For renewals: If we elect to continue this insurance, we will renew this policy if you pay the required renewal premium for each successive policy period subject to our premiums, rules and forms then in effect. You must pay us prior to the end of the current policy period or else this policy will expire.

Insurance is provided only with respect to the following coverages for which a limit of liability is specified, subject to all the conditions of this policy.

| COVERAGES - SECTION I | LIMITS | PREMIUMS | COVERAGES - SECTION II | LIMITS | PREMIUMS |
|---|---|---|---|---|---|
| Coverage A - Dwelling | $81,900 | | Coverage E - Personal Liability | $300,000 | $18.00 |
| Coverage B - Other Structure | $0 | | Coverage F - Medical Payments | $2,000 | $4.00 |
| Coverage C - Personal Property | $30,000 | $2,259.00 | | | |
| Coverage D - Loss of Use | $12,000 | | | | |

NOTE:   The portion of your premium for hurricane coverage is: $297.07
The portion of your premium for all other coverages is: $797.93

## Section I Coverages Subject to a 2.0% of Coverage C - $600 Hurricane Deductible Per Calendar Year.

Section I Coverages Subject to $1,000 All Other Perils (Non-Hurricane) Deductible Per Loss.

# THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE LOSSES WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU.

Flood coverage is not provided by Universal Property & Casualty Insurance Company and is not part of this policy.

Tanenbaum-Harber of Florida

| Countersignature | Date | Chief Executive Officer |
|---|---|---|

## Exhibit "D"

| Universal Property & Casualty Insurance Company, A Stock Company c/o Evolution Risk Advisors, Inc. 1110 W. Commercial Blvd Fort Lauderdale, FL 33309 | Declaration Effective 08/21/2020  Renewal Policy | UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY  |
|---|---|---|

| THIS IS NOT A BILL | | | | | |
|---|---|---|---|---|---|
| **Policy Number** | **FROM** | **Policy Period** | **TO** | **[INSURED BILLED]** | **Agent Code** |
| 592-585-724 | 08/21/2020 | | 08/21/2021 | 12:01 AM Standard Time | AR06 |

**Additional Interest**

**Mortgagee/Additional Interest 01**
Frank Klieman

Additional Insured

**Mortgagee/Additional Interest 02**
Jay Kleiman

Additional Insured

**Mortgagee/Additional Interest 03**

### Policy Forms & Endorsements Applicable to This Policy

| NUMBER EDITION | DESCRIPTION | LIMITS | PREMIUMS |
|---|---|---|---|
| UPCIC HO6 15 05 18 | Homeowners 6 Unit Owners Form | | $2,259.00 |
| UPCIC 905 15 03 18 | Outline of Your Homeowner Policy | | |
| UPCIC 801 15 12 17 | Windstorm Protective Devices | | ($2,116.00) |
| HO 23 70 05 13 | Windstorm Exterior Paint or Waterproofing Endorsement | | |
| UPCIC 402 15 05 18 | Unit Owners Coverage A - Special Coverage | | $83.00 |
| UPCIC 406 15 05 18 | Personal Property Replacement Cost | | $299.00 |
| UPCIC 702 15 05 18 | Additional Insured - Residence Premises | | |
| UPCIC 802 15 12 17 | Premises Alarm or Fire Protection System | | ($102.00) |
| UPCIC 601 15 12 17 | No Coverage for Home Day Care Business | | |
| UPCIC 201 15 02 18 | Calendar Year Hurricane Deductible With Supplemental Reporting Requirement - Florida | | |
| | Year Built Surcharge | | $623.00 |
| | Personal Liability Increase Endorsement | $300,000 | $18.00 |
| | Medical Payment Increase Endorsement | $2,000 | $4.00 |
| | MGA Fee | | $25.00 |
| | Emergency Management Preparedness Assistance Trust Fund | | $2.00 |

| Universal Property & Casualty Insurance Company,<br>A Stock Company<br>c/o Evolution Risk Advisors, Inc.<br>1110 W. Commercial Blvd<br>Fort Lauderdale, FL 33309 | **Declaration Effective**<br>08/21/2020<br><br>Renewal Policy | <br>UNIVERSAL<br>PROPERTY<br>A CASUALTY INSURANCE COMPANY |

| THIS IS NOT A BILL | | | | | |
| --- | --- | --- | --- | --- | --- |
| **Policy Number** | **FROM** | **Policy Period** | **TO** | [INSURED BILLED] | **Agent Code** |
| -724 | 08/21/2020 | | 08/21/2021 | 12:01 AM Standard Time | |

**PLEASE VISIT UNIVERSALPROPERTY.COM TO VIEW YOUR APPLICABLE POLICY FORMS AND ENDORSEMENTS. LOG IN AND CLICK MY POLICIES/POLICY DETAILS OR TYPE THIS URL INTO YOUR INTERNET BROWSER:**
**HTTPS://UNIVERSALPROPERTY.COM/ACCOUNT/LOGIN. YOU HAVE THE RIGHT TO REQUEST AND OBTAIN WITHOUT CHARGE A PAPER OR ELECTRONIC COPY OF YOUR POLICY AND ENDORSEMENTS BY CONTACTING YOUR AGENT OR CALLING CUSTOMER SERVICE AT 1-800-425-9113.**

# LAW AND ORDINANCE: LAW AND ORDINANCE COVERAGE IS AN IMPORTANT COVERAGE THAT YOU MAY WISH TO PURCHASE. PLEASE DISCUSS WITH YOUR INSURANCE AGENT.

# FLOOD INSURANCE: YOU MAY ALSO NEED TO CONSIDER THE PURCHASE OF FLOOD INSURANCE. YOUR HOMEOWNER'S INSURANCE POLICY DOES NOT INCLUDE COVERAGE FOR DAMAGE RESULTING FROM FLOOD EVEN IF HURRICANE WINDS AND RAIN CAUSED THE FLOOD TO OCCUR. WITHOUT SEPARATE FLOOD INSURANCE COVERAGE, YOU MAY HAVE UNCOVERED LOSSES CAUSED BY FLOOD. PLEASE DISCUSS THE NEED TO PURCHASE SEPARATE FLOOD INSURANCE COVERAGE WITH YOUR INSURANCE AGENT.

| Universal Property & Casualty Insurance Company, A Stock Company<br><br>c/o Evolution Risk Advisors, Inc.<br>1110 W. Commercial Blvd<br>Fort Lauderdale, FL 33309 | Homeowners<br>**Declaration Effective**<br>06/18/2021<br><br>Renewal Policy | UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY |
|---|---|---|

## THIS IS NOT A BILL

### For Policy or Claims Questions Contact Your Agent Listed Below

| Policy Number | FROM | Policy Period | TO | [INSURED BILLED] | Agent Code |
|---|---|---|---|---|---|
| ■■■-0004 | 06/18/2021 | | 06/18/2022 | 12:01 AM Standard Time | ■■ |

**Named Insured and Address**
Mayra Cruz

**Agent Name and Address**

**Insured Location**
8777 COLLINS AVE APT 1205 SURFSIDE, FL 33154   MIAMI-DADE COUNTY

### Premium Summary

| Basic Coverages Premium | Attached Endorsements Premium | Assessments / Surcharges | MGA Fees/Policy Fees | Total Policy Premium (Including Assessments & Surcharges) |
|---|---|---|---|---|
| $4,040.00 | ($2,977.00) | $990.00 | $27.00 | $2,080.00 |

### Rating Information

| Form | Construction | Year | Townhouse/ Rowhouse | Number of Families | Occupied | Protection Class | Territory | BCEG |
|---|---|---|---|---|---|---|---|---|
| HO6 | Superior - Fire Resistive | 1981 | N | 1 | Y | 2 | 31 | 99 |

| County | Dwelling Replacement Cost | Personal Property Replacement Cost | Protective Device Credits: Burglar | Fire | Sprinkler |
|---|---|---|---|---|---|
| MIAMI-DADE | Y | N | N | N | Y |

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy. For renewals: If we elect to continue this insurance, we will renew this policy if you pay the required renewal premium for each successive policy period subject to our premiums, rules and forms then in effect. You must pay us prior to the end of the current policy period or else this policy will expire.

Insurance is provided only with respect to the following coverages for which a limit of liability is specified, subject to all the conditions of this policy.

| COVERAGES - SECTION I | LIMITS | PREMIUMS | COVERAGES - SECTION II | LIMITS | PREMIUMS |
|---|---|---|---|---|---|
| Coverage A - Dwelling | $100,000 | | Coverage E - Personal Liability | $300,000 | $18.00 |
| Coverage B - Other Structure | $0 | | Coverage F - Medical Payments | $2,000 | $4.00 |
| Coverage C - Personal Property | $75,000 | $4,040.00 | | | |
| Coverage D - Loss of Use | $30,000 | | | | |

NOTE:   The portion of your premium for hurricane coverage is: $769.88
The portion of your premium for all other coverages is: $1,310.12

**Section I Coverages Subject to a 2.0% of Coverage C - $1,500 Hurricane Deductible Per Calendar Year.**

Section I Coverages Subject to $1,000 All Other Perils (Non-Hurricane) Deductible Per Loss.

# THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE LOSSES WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU.

Flood coverage is not provided by Universal Property & Casualty Insurance Company and is not part of this policy.

| Diaz Insurance | | |
|---|---|---|
| Countersignature | Date | Chief Executive Officer |

Exhibit "E"

| Universal Property & Casualty Insurance Company,<br>A Stock Company<br>c/o Evolution Risk Advisors, Inc.<br>1110 W. Commercial Blvd<br>Fort Lauderdale, FL 33309 | **Declaration Effective**<br>06/18/2021 | <br>UNIVERSAL<br>PROPERTY<br>& CASUALTY INSURANCE COMPANY<br><br>Renewal Policy |
|---|---|---|

| THIS IS NOT A BILL ||||||
|---|---|---|---|---|---|
| **Policy Number** | **FROM** | **Policy Period** | **TO** | [INSURED BILLED] | **Agent Code** |
| -0004 | 06/18/2021 | | 06/18/2022 | 12:01 AM Standard Time | |

**Additional Interest**

Mortgagee/Additional Interest 01          Mortgagee/Additional Interest 02          Mortgagee/Additional Interest 03

## Policy Forms & Endorsements Applicable to This Policy

| NUMBER EDITION | DESCRIPTION | LIMITS | PREMIUMS |
|---|---|---|---|
| UPCIC HO6 15 05 18 | Homeowners 6 Unit Owners Form | | $4,040.00 |
| UPCIC 905 15 03 18 | Outline of Your Homeowner Policy | | |
| UPCIC 801 15 12 17 | Windstorm Protective Devices | | ($3,034.00) |
| HO 23 70 05 13 | Windstorm Exterior Paint or Waterproofing Endorsement | | |
| UPCIC 402 15 05 18 | Unit Owners Coverage A - Special Coverage | | $101.00 |
| UPCIC 802 15 12 17 | Premises Alarm or Fire Protection System | | ($91.00) |
| UPCIC 407 15 12 17 | Water Back-Up and Sump Discharge or Overflow Coverage | $5,000 | $25.00 |
| UPCIC 601 15 12 17 | No Coverage for Home Day Care Business | | |
| UPCIC 201 15 02 18 | Calendar Year Hurricane Deductible With Supplemental Reporting Requirement - Florida | | |
| | Year Built Surcharge | | $990.00 |
| | Personal Liability Increase Endorsement | $300,000 | $18.00 |
| | Medical Payment Increase Endorsement | $2,000 | $4.00 |
| | MGA Fee | | $25.00 |
| | Emergency Management Preparedness Assistance Trust Fund | | $2.00 |

| Universal Property & Casualty Insurance Company, A Stock Company c/o Evolution Risk Advisors, Inc. 1110 W. Commercial Blvd Fort Lauderdale, FL 33309 | Declaration Effective 06/18/2021 |  UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY Renewal Policy |
| --- | --- | --- |

| THIS IS NOT A BILL | | | | | |
| --- | --- | --- | --- | --- | --- |
| Policy Number | FROM | Policy Period | TO | [INSURED BILLED] | Agent Code |
| ███-0004 | 06/18/2021 | | 06/18/2022 | 12:01 AM Standard Time | ███ |

**PLEASE VISIT UNIVERSALPROPERTY.COM TO VIEW YOUR APPLICABLE POLICY FORMS AND ENDORSEMENTS.  LOG IN AND CLICK MY POLICIES/POLICY DETAILS OR TYPE THIS URL INTO YOUR INTERNET BROWSER: HTTPS://UNIVERSALPROPERTY.COM/ACCOUNT/LOGIN. YOU HAVE THE RIGHT TO REQUEST AND OBTAIN WITHOUT CHARGE A PAPER OR ELECTRONIC COPY OF YOUR POLICY AND ENDORSEMENTS BY CONTACTING YOUR AGENT OR CALLING CUSTOMER SERVICE AT 1-800-425-9113.**

# LAW AND ORDINANCE: LAW AND ORDINANCE COVERAGE IS AN IMPORTANT COVERAGE THAT YOU MAY WISH TO PURCHASE.  PLEASE DISCUSS WITH YOUR INSURANCE AGENT.

# FLOOD INSURANCE:  YOU MAY ALSO NEED TO CONSIDER THE PURCHASE OF FLOOD INSURANCE.  YOUR HOMEOWNER'S INSURANCE POLICY DOES NOT INCLUDE COVERAGE FOR DAMAGE RESULTING FROM FLOOD EVEN IF HURRICANE WINDS AND RAIN CAUSED THE FLOOD TO OCCUR.  WITHOUT SEPARATE FLOOD INSURANCE COVERAGE, YOU MAY HAVE UNCOVERED LOSSES CAUSED BY FLOOD.  PLEASE DISCUSS THE NEED TO PURCHASE SEPARATE FLOOD INSURANCE COVERAGE WITH YOUR INSURANCE AGENT.

**IMPORTANT: This replaces all previously issued policy declarations, if any and is subject to all forms and endorsements attached to this policy.**

UPCIC HO DEC 15 02 20                    Printed Date:  6/24/2021 11:15:53 AM                    3 of 3

| Universal Property & Casualty Insurance Company, A Stock Company | Homeowners | |
|---|---|---|
| c/o Evolution Risk Advisors, Inc. | **Declaration Effective** |  |
| 1110 W. Commercial Blvd | 03/27/2021 | |
| Fort Lauderdale, FL 33309 | Renewal Policy | |

### THIS IS NOT A BILL

For Policy or Claims Questions  Contact Your Agent Listed Below

| Policy Number | FROM | Policy Period | TO | [INSURED BILLED] | Agent Code |
|---|---|---|---|---|---|
| █████-5462 | 03/27/2021 | | 03/27/2022 | 12:01 AM Standard Time | ██ |

**Named Insured and Address**
Ryan Wolf and Cort Moritz

██████████

**Agent Name and Address**


8777 COLLINS AVE APT 202 SURFSIDE, FL 33154   MIAMI-DADE COUNTY

#### Premium Summary

| Basic Coverages Premium | Attached Endorsements Premium | Assessments / Surcharges | MGA Fees/Policy Fees | Total Policy Premium (Including Assessments & Surcharges) |
|---|---|---|---|---|
| $2,325.00 | ($1,103.00) | $580.00 | $27.00 | $1,829.00 |

#### Rating Information

| Form | Construction | Year | Townhouse/ Rowhouse | Number of Families | Occupied | Protection Class | Territory | BCEG |
|---|---|---|---|---|---|---|---|---|
| HO6 | Superior - Fire Resistive | 1981 | N | 1 | Y | 2 | 31 | 99 |

| County | Dwelling Replacement Cost | Personal Property Replacement Cost | Protective Device Credits: Burglar | Fire | Sprinkler |
|---|---|---|---|---|---|
| Miami-Dade | Y | N | N | N | N |

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy. For renewals: If we elect to continue this insurance, we will renew this policy if you pay the required renewal premium for each successive policy period subject to our premiums, rules and forms then in effect. You must pay us prior to the end of the current policy period or else this policy will expire.

Insurance is provided only with respect to the following coverages for which a limit of liability is specified, subject to all the conditions of this policy.

| COVERAGES - SECTION I | LIMITS | PREMIUMS | COVERAGES - SECTION II | LIMITS | PREMIUMS |
|---|---|---|---|---|---|
| Coverage A - Dwelling | $80,846 | | Coverage E - Personal Liability | $300,000 | $18.00 |
| Coverage B - Other Structure | $0 | | Coverage F - Medical Payments | $1,000 | $0.00 |
| Coverage C - Personal Property | $20,000 | $2,325.00 | | | |
| Coverage D - Loss of Use | $8,000 | | | | |

NOTE:   The portion of your premium for hurricane coverage is: $977.56
The portion of your premium for all other coverages is: $851.44

### Section I Coverages Subject to a $500 Hurricane Deductible Per Calendar Year.
Section I Coverages Subject to $1,000 All Other Perils (Non-Hurricane) Deductible Per Loss.

# THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE LOSSES WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU.

Flood coverage is not provided by Universal Property & Casualty Insurance Company and is not part of this policy.

| R.A. Brandon & Co, Inc | | |
|---|---|---|
| Countersignature | Date | Chief Executive Officer |

Exhibit "F"

| Universal Property & Casualty Insurance Company, A Stock Company c/o Evolution Risk Advisors, Inc. 1110 W. Commercial Blvd Fort Lauderdale, FL 33309 | **Declaration Effective** 03/27/2021 Renewal Policy |  UNIVERSAL PROPERTY A CASUALTY INSURANCE COMPANY |
|---|---|---|

| **THIS IS NOT A BILL** |
|---|

| **Policy Number** | **FROM** | **Policy Period** | **TO** | **[INSURED BILLED]** | **Agent Code** |
|---|---|---|---|---|---|
| -5462 | 03/27/2021 | | 03/27/2022 | 12:01 AM Standard Time | |

**Additional Interest**

| Mortgagee/Additional Interest 01 | Mortgagee/Additional Interest 02 | Mortgagee/Additional Interest 03 |
|---|---|---|

**Policy Forms & Endorsements Applicable to This Policy**

| **NUMBER EDITION** | **DESCRIPTION** | **LIMITS** | **PREMIUMS** |
|---|---|---|---|
| UPCIC HO6 15 05 18 | Homeowners 6 Unit Owners Form | | $2,325.00 |
| UPCIC 905 15 03 18 | Outline of Your Homeowner Policy | | |
| UPCIC 801 15 12 17 | Windstorm Protective Devices | | ($1,228.00) |
| HO 23 70 05 13 | Windstorm Exterior Paint or Waterproofing Endorsement | | |
| UPCIC 402 15 05 18 | Unit Owners Coverage A - Special Coverage | | $82.00 |
| UPCIC 407 15 12 17 | Water Back-Up and Sump Discharge or Overflow Coverage | $5,000 | $25.00 |
| UPCIC 601 15 12 17 | No Coverage for Home Day Care Business | | |
| UPCIC 201 15 02 18 | Calendar Year Hurricane Deductible With Supplemental Reporting Requirement - Florida | | |
| | Year Built Surcharge | | $580.00 |
| | Personal Liability Increase Endorsement | $300,000 | $18.00 |
| | MGA Fee | | $25.00 |
| | Emergency Management Preparedness Assistance Trust Fund | | $2.00 |

Printed Date: 6/24/2021 12:14:03 PM

| Universal Property & Casualty Insurance Company, A Stock Company | | | Declaration Effective 03/27/2021 |  UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY |
| c/o Evolution Risk Advisors, Inc. | | | | |
| 1110 W. Commercial Blvd | | | | |
| Fort Lauderdale, FL 33309 | | | Renewal Policy | |

**THIS IS NOT A BILL**

| Policy Number | FROM | Policy Period | TO | [INSURED BILLED] | Agent Code |
|---|---|---|---|---|---|
| ▮▮▮-5462 | 03/27/2021 | | 03/27/2022 | 12:01 AM Standard Time | ▮▮▮ |

**PLEASE VISIT UNIVERSALPROPERTY.COM TO VIEW YOUR APPLICABLE POLICY FORMS AND ENDORSEMENTS.  LOG IN AND CLICK MY POLICIES/POLICY DETAILS OR TYPE THIS URL INTO YOUR INTERNET BROWSER: HTTPS://UNIVERSALPROPERTY.COM/ACCOUNT/LOGIN. YOU HAVE THE RIGHT TO REQUEST AND OBTAIN WITHOUT CHARGE A PAPER OR ELECTRONIC COPY OF YOUR POLICY AND ENDORSEMENTS BY CONTACTING YOUR AGENT OR CALLING CUSTOMER SERVICE AT 1-800-425-9113.**

## LAW AND ORDINANCE: LAW AND ORDINANCE COVERAGE IS AN IMPORTANT COVERAGE THAT YOU MAY WISH TO PURCHASE.  PLEASE DISCUSS WITH YOUR INSURANCE AGENT.

## FLOOD INSURANCE:  YOU MAY ALSO NEED TO CONSIDER THE PURCHASE OF FLOOD INSURANCE.  YOUR HOMEOWNER'S INSURANCE POLICY DOES NOT INCLUDE COVERAGE FOR DAMAGE RESULTING FROM FLOOD EVEN IF HURRICANE WINDS AND RAIN CAUSED THE FLOOD TO OCCUR.  WITHOUT SEPARATE FLOOD INSURANCE COVERAGE, YOU MAY HAVE UNCOVERED LOSSES CAUSED BY FLOOD.  PLEASE DISCUSS THE NEED TO PURCHASE SEPARATE FLOOD INSURANCE COVERAGE WITH YOUR INSURANCE AGENT.

| Universal Property & Casualty Insurance Company,<br>A Stock Company<br><br>c/o Evolution Risk Advisors, Inc.<br>1110 W. Commercial Blvd<br>Fort Lauderdale, FL 33309 | Homeowners<br><br>**Declaration Effective**<br><br>11/04/2020<br><br>AMENDED: Coverage(s) |  |
|---|---|---|

| **THIS IS NOT A BILL** ||||||
|---|---|---|---|---|---|
| For Policy or Claims Questions  Contact Your Agent Listed Below ||||||
| **Policy Number** | **FROM** | **Policy Period** | **TO** | [INSURED BILLED] | **Agent Code** |
| ▓▓▓-507 | 11/04/2020 | | 11/04/2021 | 12:01 AM Standard Time | |

**Named Insured and Address**
Anette Goldstein

**Agent Name and Address** 

**Insured Location**
8777 COLLINS AVE APT 1112 SURFSIDE, FL 33154    MIAMI-DADE COUNTY

**Premium Summary**

| Basic Coverages<br>Premium | Attached Endorsements<br>Premium | Assessments / Surcharges | MGA Fees/Policy Fees | Total Policy Premium<br>(Including Assessments & Surcharges) |
|---|---|---|---|---|
| $7,775.00 | ($7,796.00) | $3,927.00 | $27.00 | $3,933.00 |

**Rating Information**

| Form | Construction | Year | Townhouse/<br>Rowhouse | Number of<br>Families | Occupied | Protection<br>Class | Territory | BCEG |
|---|---|---|---|---|---|---|---|---|
| HO6 | Superior - Masonry<br>Non-Combustible | 1981 | N | 1 | Y | 2 | 31 | 99 |

| County | Dwelling<br>Replacement Cost | Personal Property<br>Replacement Cost | Protective Device Credits: |||
|---|---|---|---|---|---|
| | | | Burglar | Fire | Sprinkler |
| Miami-Dade | Y | Y | N | N | N |

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy. For renewals: If we elect to continue this insurance, we will renew this policy if you pay the required renewal premium for each successive policy period subject to our premiums, rules and forms then in effect. You must pay us prior to the end of the current policy period or else this policy will expire.

Insurance is provided only with respect to the following coverages for which a limit of liability is specified, subject to all the conditions of this policy.

| COVERAGES - SECTION I | LIMITS | PREMIUMS | COVERAGES - SECTION II | LIMITS | PREMIUMS |
|---|---|---|---|---|---|
| Coverage A - Dwelling | $300,000 | | Coverage E - Personal Liability | $300,000 | $18.00 |
| Coverage B - Other Structure | $0 | | Coverage F - Medical Payments | $3,000 | $5.00 |
| Coverage C - Personal Property | $150,000 | $7,775.00 | | | |
| Coverage D - Loss of Use | $60,000 | | | | |

NOTE:    The portion of your premium for hurricane coverage is: $998.71
The portion of your premium for all other coverages is: $2,934.29

**Section I Coverages Subject to a 2.0% of Coverage C - $3,000 Hurricane Deductible Per Calendar Year.**
Section I Coverages Subject to $2,500 All Other Perils  (Non-Hurricane) Deductible Per Loss.

# THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE LOSSES WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU.

Flood coverage is not provided by Universal Property & Casualty Insurance Company and is not part of this policy.

Tanenbaum-Harber of Florida

| Countersignature | Date | Chief Executive Officer |
|---|---|---|

# Exhibit "G"

| Universal Property & Casualty Insurance Company, A Stock Company<br>c/o Evolution Risk Advisors, Inc.<br>1110 W. Commercial Blvd<br>Fort Lauderdale, FL 33309 | Declaration Effective<br>11/04/2020<br><br>AMENDED: Coverage(s) |  UNIVERSAL PROPERTY<br>& CASUALTY INSURANCE COMPANY |
|---|---|---|

## THIS IS NOT A BILL

| Policy Number | FROM | Policy Period | TO | [INSURED BILLED] | Agent Code |
|---|---|---|---|---|---|
| ▮▮▮-507 | 11/04/2020 | | 11/04/2021 | 12:01 AM Standard Time | ▮▮▮ |

### Additional Interest

| Mortgagee/Additional Interest 01 | Mortgagee/Additional Interest 02 | Mortgagee/Additional Interest 03 |
|---|---|---|

### Policy Forms & Endorsements Applicable to This Policy

| NUMBER EDITION | DESCRIPTION | LIMITS | PREMIUMS |
|---|---|---|---|
| UPCIC HO6 15 05 18 | Homeowners 6 Unit Owners Form | | $7,775.00 |
| UPCIC 905 15 03 18 | Outline of Your Homeowner Policy | | |
| UPCIC 801 15 12 17 | Windstorm Protective Devices | | ($9,565.00) |
| HO 23 70 05 13 | Windstorm Exterior Paint or Waterproofing Endorsement | | |
| UPCIC 402 15 05 18 | Unit Owners Coverage A - Special Coverage | | $301.00 |
| UPCIC 406 15 05 18 | Personal Property Replacement Cost | | $1,445.00 |
| UPCIC 601 15 12 17 | No Coverage for Home Day Care Business | | |
| UPCIC 201 15 02 18 | Calendar Year Hurricane Deductible With Supplemental Reporting Requirement - Florida | | |
| | Year Built Surcharge | | $2,594.00 |
| | Seasonal Occupancy Surcharge | | $1,333.00 |
| | Personal Liability Increase Endorsement | $300,000 | $18.00 |
| | Medical Payment Increase Endorsement | $3,000 | $5.00 |
| | MGA Fee | | $25.00 |
| | Emergency Management Preparedness Assistance Trust Fund | | $2.00 |

| Universal Property & Casualty Insurance Company, A Stock Company c/o Evolution Risk Advisors, Inc. 1110 W. Commercial Blvd Fort Lauderdale, FL 33309 | Declaration Effective 11/04/2020  UNIVERSAL PROPERTY A CASUALTY INSURANCE COMPANY AMENDED: Coverage(s) |

| THIS IS NOT A BILL | | | | | |
|---|---|---|---|---|---|
| **Policy Number** | **FROM** | **Policy Period** | **TO** | **[INSURED BILLED]** | **Agent Code** |
| -507 | 11/04/2020 | | 11/04/2021 | 12:01 AM Standard Time | |

**PLEASE VISIT UNIVERSALPROPERTY.COM TO VIEW YOUR APPLICABLE POLICY FORMS AND ENDORSEMENTS. LOG IN AND CLICK MY POLICIES/POLICY DETAILS OR TYPE THIS URL INTO YOUR INTERNET BROWSER:**
**HTTPS://UNIVERSALPROPERTY.COM/ACCOUNT/LOGIN. YOU HAVE THE RIGHT TO REQUEST AND OBTAIN WITHOUT CHARGE A PAPER OR ELECTRONIC COPY OF YOUR POLICY AND ENDORSEMENTS BY CONTACTING YOUR AGENT OR CALLING CUSTOMER SERVICE AT 1-800-425-9113.**

# LAW AND ORDINANCE: LAW AND ORDINANCE COVERAGE IS AN IMPORTANT COVERAGE THAT YOU MAY WISH TO PURCHASE. PLEASE DISCUSS WITH YOUR INSURANCE AGENT.

# FLOOD INSURANCE: YOU MAY ALSO NEED TO CONSIDER THE PURCHASE OF FLOOD INSURANCE. YOUR HOMEOWNER'S INSURANCE POLICY DOES NOT INCLUDE COVERAGE FOR DAMAGE RESULTING FROM FLOOD EVEN IF HURRICANE WINDS AND RAIN CAUSED THE FLOOD TO OCCUR. WITHOUT SEPARATE FLOOD INSURANCE COVERAGE, YOU MAY HAVE UNCOVERED LOSSES CAUSED BY FLOOD. PLEASE DISCUSS THE NEED TO PURCHASE SEPARATE FLOOD INSURANCE COVERAGE WITH YOUR INSURANCE AGENT.

| Universal Property & Casualty Insurance Company, | Homeowners |  |
|---|---|---|
| **A Stock Company** | **Declaration Effective** | **UNIVERSAL** |
| c/o Evolution Risk Advisors, Inc. | 11/08/2020 | **PROPERTY** |
| 1110 W. Commercial Blvd | | A CASUALTY INSURANCE COMPANY |
| Fort Lauderdale, FL 33309 | | Renewal Policy |

## THIS IS NOT A BILL

### For Policy or Claims Questions  Contact Your Agent Listed Below

| Policy Number | FROM | Policy Period | TO | [INSURED BILLED] | Agent Code |
|---|---|---|---|---|---|
| -935 | 11/08/2020 | | 11/08/2021 | 12:01 AM Standard Time | |

**Named Insured and Address**
Gino Cattarossi

**Agent Name and Address**

**Insured Location**
8777 COLLINS AVE APT 501 SURFSIDE, FL 33154   MIAMI-DADE COUNTY

### Premium Summary

| Basic Coverages Premium | Attached Endorsements Premium | Assessments / Surcharges | MGA Fees/Policy Fees | Total Policy Premium (Including Assessments & Surcharges) |
|---|---|---|---|---|
| $2,522.00 | ($1,892.00) | $697.00 | $27.00 | $1,354.00 |

### Rating Information

| Form | Construction | Year | Townhouse/ Rowhouse | Number of Families | Occupied | Protection Class | Territory | BCEG |
|---|---|---|---|---|---|---|---|---|
| HO6 | Superior - Fire Resistive | 1981 | N | 1 | Y | 2 | 031 | 99 |

| County | Dwelling Replacement Cost | Personal Property Replacement Cost | Protective Device Credits: Burglar | Fire | Sprinkler |
|---|---|---|---|---|---|
| Miami-Dade | Y | Y | N | Y | Y |

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy. For renewals: If we elect to continue this insurance, we will renew this policy if you pay the required renewal premium for each successive policy period subject to our premiums, rules and forms then in effect. You must pay us prior to the end of the current policy period or else this policy will expire.

Insurance is provided only with respect to the following coverages for which a limit of liability is specified, subject to all the conditions of this policy.

| COVERAGES - SECTION I | LIMITS | PREMIUMS | COVERAGES - SECTION II | LIMITS | PREMIUMS |
|---|---|---|---|---|---|
| Coverage A - Dwelling | $65,000 | | Coverage E - Personal Liability | $300,000 | $18.00 |
| Coverage B - Other Structure | $0 | | Coverage F - Medical Payments | $1,000 | $0.00 |
| Coverage C - Personal Property | $54,000 | $2,522.00 | | | |
| Coverage D - Loss of Use | $21,600 | | | | |

NOTE:

The portion of your premium for hurricane coverage is: $376.49
The portion of your premium for all other coverages is: $977.51

**Section I Coverages Subject to a 2.0% of Coverage C - $1,080 Hurricane Deductible Per Calendar Year.**

Section I Coverages Subject to $500 All Other Perils  (Non-Hurricane) Deductible Per Loss.

# THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE LOSSES WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU.

Flood coverage is not provided by Universal Property & Casualty Insurance Company and is not part of this policy.

Tanenbaum-Harber of Florida

| Countersignature | Date | Chief Executive Officer |
|---|---|---|

## Exhibit "H"

| Universal Property & Casualty Insurance Company,<br>A Stock Company<br>c/o Evolution Risk Advisors, Inc.<br>1110 W. Commercial Blvd<br>Fort Lauderdale, FL 33309 | **Declaration Effective**<br>11/08/2020 | UNIVERSAL<br>PROPERTY<br>& CASUALTY INSURANCE COMPANY<br><br>Renewal Policy |
|---|---|---|

## THIS IS NOT A BILL

| Policy Number | FROM | Policy Period | TO | [INSURED BILLED] | Agent Code |
|---|---|---|---|---|---|
| -935 | 11/08/2020 | | 11/08/2021 | 12:01 AM Standard Time | |

**Additional Interest**

| Mortgagee/Additional Interest 01 | Mortgagee/Additional Interest 02 | Mortgagee/Additional Interest 03 |
|---|---|---|

### Policy Forms & Endorsements Applicable to This Policy

| NUMBER EDITION | DESCRIPTION | LIMITS | PREMIUMS |
|---|---|---|---|
| UPCIC HO6 15 05 18 | Homeowners 6 Unit Owners Form | | $2,522.00 |
| UPCIC 905 15 03 18 | Outline of Your Homeowner Policy | | |
| UPCIC 801 15 12 17 | Windstorm Protective Devices | | ($2,374.00) |
| HO 23 70 05 13 | Windstorm Exterior Paint or Waterproofing Endorsement | | |
| UPCIC 402 15 05 18 | Unit Owners Coverage A - Special Coverage | | $66.00 |
| UPCIC 406 15 05 18 | Personal Property Replacement Cost | | $529.00 |
| UPCIC 802 15 12 17 | Premises Alarm or Fire Protection System | | ($131.00) |
| UPCIC 601 15 12 17 | No Coverage for Home Day Care Business | | |
| UPCIC 201 15 02 18 | Calendar Year Hurricane Deductible With Supplemental Reporting Requirement - Florida | | |
| | Year Built Surcharge | | $697.00 |
| | Personal Liability Increase Endorsement | $300,000 | $18.00 |
| | MGA Fee | | $25.00 |
| | Emergency Management Preparedness Assistance Trust Fund | | $2.00 |

| Universal Property & Casualty Insurance Company, A Stock Company<br><br>c/o Evolution Risk Advisors, Inc.<br>1110 W. Commercial Blvd<br>Fort Lauderdale, FL 33309 | **Declaration Effective**<br>11/08/2020 |  **UNIVERSAL PROPERTY** & CASUALTY INSURANCE COMPANY<br><br>Renewal Policy |
|---|---|---|

| THIS IS NOT A BILL |
|---|

| Policy Number | FROM | Policy Period | TO | [INSURED BILLED] | Agent Code |
|---|---|---|---|---|---|
| ■■■■-935 | 11/08/2020 | | 11/08/2021 | 12:01 AM Standard Time | ■■■ |

**PLEASE VISIT UNIVERSALPROPERTY.COM TO VIEW YOUR APPLICABLE POLICY FORMS AND ENDORSEMENTS. LOG IN AND CLICK MY POLICIES/POLICY DETAILS OR TYPE THIS URL INTO YOUR INTERNET BROWSER: HTTPS://UNIVERSALPROPERTY.COM/ACCOUNT/LOGIN. YOU HAVE THE RIGHT TO REQUEST AND OBTAIN WITHOUT CHARGE A PAPER OR ELECTRONIC COPY OF YOUR POLICY AND ENDORSEMENTS BY CONTACTING YOUR AGENT OR CALLING CUSTOMER SERVICE AT 1-800-425-9113.**

# LAW AND ORDINANCE: LAW AND ORDINANCE COVERAGE IS AN IMPORTANT COVERAGE THAT YOU MAY WISH TO PURCHASE. PLEASE DISCUSS WITH YOUR INSURANCE AGENT.

# FLOOD INSURANCE: YOU MAY ALSO NEED TO CONSIDER THE PURCHASE OF FLOOD INSURANCE. YOUR HOMEOWNER'S INSURANCE POLICY DOES NOT INCLUDE COVERAGE FOR DAMAGE RESULTING FROM FLOOD EVEN IF HURRICANE WINDS AND RAIN CAUSED THE FLOOD TO OCCUR. WITHOUT SEPARATE FLOOD INSURANCE COVERAGE, YOU MAY HAVE UNCOVERED LOSSES CAUSED BY FLOOD. PLEASE DISCUSS THE NEED TO PURCHASE SEPARATE FLOOD INSURANCE COVERAGE WITH YOUR INSURANCE AGENT.

| | |
|---|---|
| **Universal Property & Casualty Insurance Company,**<br>**A Stock Company**<br>c/o Evolution Risk Advisors, Inc.<br>1110 W. Commercial Blvd<br>Fort Lauderdale, FL 33309 | Homeowners<br>**Declaration Effective**<br>08/27/2020<br><br>Renewal Policy |



## THIS IS NOT A BILL

For Policy or Claims Questions  Contact Your Agent Listed Below

| Policy Number | FROM | Policy Period | TO | [INSURED BILLED] | | Agent Code |
|---|---|---|---|---|---|---|
| ████-2347 | 08/27/2020 | | 08/27/2021 | 12:01 AM Standard Time | | |

**Named Insured and Address**
Raymond and Mercedes Urgelles

**Agent Name and Address**



**Insured Location**
8777 COLLINS AVE APARTMENT 211 SURFSIDE, FL 33154   MIAMI-DADE COUNTY

### Premium Summary

| Basic Coverages Premium | Attached Endorsements Premium | Assessments / Surcharges | MGA Fees/Policy Fees | Total Policy Premium (Including Assessments & Surcharges) |
|---|---|---|---|---|
| $4,290.00 | ($3,005.00) | $1,170.00 | $27.00 | $2,482.00 |

### Rating Information

| Form | Construction | Year | Townhouse/ Rowhouse | Number of Families | Occupied | Protection Class | Territory | BCEG |
|---|---|---|---|---|---|---|---|---|
| HO6 | Superior - Fire Resistive | 1981 | N | 1 | Y | 2 | 31 | 99 |

| County | Dwelling Replacement Cost | Personal Property Replacement Cost | Protective Device Credits: | | |
|---|---|---|---|---|---|
| | | | Burglar | Fire | Sprinkler |
| MIAMI-DADE | Y | Y | N | N | N |

We will provide the insurance described in this policy in  return for the premium and compliance with all applicable provisions of this policy. For renewals: If we elect to continue this insurance, we will renew this policy if you pay the required renewal premium for each successive policy period subject to our premiums, rules and forms then in effect. You must pay us prior to the end of the current policy period or else this policy will expire.

Insurance is provided only with respect to the following coverages for which a limit of liability is specified, subject to all the conditions of this policy.

| COVERAGES - SECTION I | LIMITS | PREMIUMS | COVERAGES - SECTION II | LIMITS | PREMIUMS |
|---|---|---|---|---|---|
| Coverage A - Dwelling | $125,000 | | Coverage E - Personal Liability | $300,000 | $18.00 |
| Coverage B - Other Structure | $0 | | Coverage F - Medical Payments | $2,000 | $4.00 |
| Coverage C - Personal Property | $75,000 | $4,290.00 | | | |
| Coverage D - Loss of Use | $30,000 | | | | |

NOTE:   The portion of your premium for hurricane coverage is: $614.90
The portion of your premium for all other coverages is: $1,867.10

**Section I Coverages Subject to a 2.0% of Coverage C - $1,500 Hurricane Deductible Per Calendar Year.**

Section I Coverages Subject to $500 All Other Perils (Non-Hurricane) Deductible Per Loss.

# THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE LOSSES WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU.

Flood coverage is not provided by Universal Property & Casualty Insurance Company and is not part of this policy.

| | | | |
|---|---|---|---|
| Tanenbaum-Harber of Florida | | | |
| Countersignature | | Date | Chief Executive Officer |

## Exhibit "I"

| Universal Property & Casualty Insurance Company,<br>A Stock Company<br>c/o Evolution Risk Advisors, Inc.<br>1110 W. Commercial Blvd<br>Fort Lauderdale, FL 33309 | **Declaration Effective**<br>08/27/2020<br><br>Renewal Policy |  UNIVERSAL<br>PROPERTY<br>& CASUALTY INSURANCE COMPANY |
| --- | --- | --- |

| THIS IS NOT A BILL | | | | | |
| --- | --- | --- | --- | --- | --- |
| **Policy Number** | **FROM** | **Policy Period** | **TO** | [INSURED BILLED] | **Agent Code** |
| -2347 | 08/27/2020 | | 08/27/2021 | 12:01 AM Standard Time | |

**Additional Interest**

Mortgagee/Additional Interest 01      Mortgagee/Additional Interest 02      Mortgagee/Additional Interest 03

**Policy Forms & Endorsements Applicable to This Policy**

| NUMBER EDITION | DESCRIPTION | LIMITS | PREMIUMS |
| --- | --- | --- | --- |
| UPCIC HO6 15 05 18 | Homeowners 6 Unit Owners Form | | $4,290.00 |
| UPCIC 905 15 03 18 | Outline of Your Homeowner Policy | | |
| UPCIC 801 15 12 17 | Windstorm Protective Devices | | ($3,908.00) |
| HO 23 70 05 13 | Windstorm Exterior Paint or Waterproofing Endorsement | | |
| UPCIC 402 15 05 18 | Unit Owners Coverage A - Special Coverage | | $126.00 |
| UPCIC 406 15 05 18 | Personal Property Replacement Cost | | $730.00 |
| UPCIC 407 15 12 17 | Water Back-Up and Sump Discharge or Overflow Coverage | $5,000 | $25.00 |
| UPCIC 601 15 12 17 | No Coverage for Home Day Care Business | | |
| UPCIC 201 15 02 18 | Calendar Year Hurricane Deductible With Supplemental Reporting Requirement - Florida | | |
| | Year Built Surcharge | | $1,170.00 |
| | Personal Liability Increase Endorsement | $300,000 | $18.00 |
| | Medical Payment Increase Endorsement | $2,000 | $4.00 |
| | MGA Fee | | $25.00 |
| | Emergency Management Preparedness Assistance Trust Fund | | $2.00 |

| Universal Property & Casualty Insurance Company, A Stock Company<br>c/o Evolution Risk Advisors, Inc.<br>1110 W. Commercial Blvd<br>Fort Lauderdale, FL 33309 | Declaration Effective<br>08/27/2020 |  UNIVERSAL PROPERTY<br>& CASUALTY INSURANCE COMPANY<br><br>Renewal Policy |

| THIS IS NOT A BILL |
|---|

| Policy Number | FROM | Policy Period | TO | [INSURED BILLED] | Agent Code |
|---|---|---|---|---|---|
| ▓▓-2347 | 08/27/2020 | | 08/27/2021 | 12:01 AM Standard Time | ▓▓ |

**PLEASE VISIT UNIVERSALPROPERTY.COM TO VIEW YOUR APPLICABLE POLICY FORMS AND ENDORSEMENTS.  LOG IN AND CLICK MY POLICIES/POLICY DETAILS OR TYPE THIS URL INTO YOUR INTERNET BROWSER: HTTPS://UNIVERSALPROPERTY.COM/ACCOUNT/LOGIN. YOU HAVE THE RIGHT TO REQUEST AND OBTAIN WITHOUT CHARGE A PAPER OR ELECTRONIC COPY OF YOUR POLICY AND ENDORSEMENTS BY CONTACTING YOUR AGENT OR CALLING CUSTOMER SERVICE AT 1-800-425-9113.**

# LAW AND ORDINANCE: LAW AND ORDINANCE COVERAGE IS AN IMPORTANT COVERAGE THAT YOU MAY WISH TO PURCHASE.  PLEASE DISCUSS WITH YOUR INSURANCE AGENT.

# FLOOD INSURANCE:  YOU MAY ALSO NEED TO CONSIDER THE PURCHASE OF FLOOD INSURANCE.  YOUR HOMEOWNER'S INSURANCE POLICY DOES NOT INCLUDE COVERAGE FOR DAMAGE RESULTING FROM FLOOD EVEN IF HURRICANE WINDS AND RAIN CAUSED THE FLOOD TO OCCUR.  WITHOUT SEPARATE FLOOD INSURANCE COVERAGE, YOU MAY HAVE UNCOVERED LOSSES CAUSED BY FLOOD.  PLEASE DISCUSS THE NEED TO PURCHASE SEPARATE FLOOD INSURANCE COVERAGE WITH YOUR INSURANCE AGENT.

| Universal Property & Casualty Insurance Company, A Stock Company c/o Evolution Risk Advisors, Inc. 1110 W. Commercial Blvd Fort Lauderdale, FL 33309 | Homeowners **Declaration Effective** 05/14/2021  UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY Renewal Policy |
|---|---|

## THIS IS NOT A BILL

For Policy or Claims Questions  Contact Your Agent Listed Below

| Policy Number | FROM | Policy Period | TO | [INSURED BILLED] | | Agent Code |
|---|---|---|---|---|---|---|
| ▇-135 | 05/14/2021 | | 05/14/2022 | 12:01 AM Standard Time | | |

**Named Insured and Address**
Marina Azen

**Agent Name and Address**

**Insured Location**
8777 COLLINS AVE APT 401 MIAMI BEACH, FL 33154   MIAMI-DADE COUNTY

### Premium Summary

| Basic Coverages Premium | Attached Endorsements Premium | Assessments / Surcharges | MGA Fees/Policy Fees | Total Policy Premium (Including Assessments & Surcharges) |
|---|---|---|---|---|
| $2,793.00 | ($2,099.00) | $770.00 | $27.00 | $1,491.00 |

### Rating Information

| Form | Construction | Year | Townhouse/ Rowhouse | Number of Families | Occupied | Protection Class | Territory | BCEG |
|---|---|---|---|---|---|---|---|---|
| HO6 | Superior - Fire Resistive | 1981 | N | 1 | Y | 2 | 031 | 99 |

| County | Dwelling Replacement Cost | Personal Property Replacement Cost | Protective Device Credits: Burglar | Fire | Sprinkler |
|---|---|---|---|---|---|
| Miami-Dade | Y | Y | N | Y | Y |

We will provide the insurance described in this policy in  return for the premium and compliance with all applicable provisions of this policy. For renewals: If we elect to continue this insurance, we will renew this policy if you pay the required renewal premium for each successive policy period subject to our premiums, rules and forms then in effect. You must pay us prior to the end of the current policy period or else this policy will expire.

Insurance is provided only with respect to the following coverages for which a limit of liability is specified, subject to all the conditions of this policy.

| COVERAGES - SECTION I | LIMITS | PREMIUMS | COVERAGES - SECTION II | LIMITS | PREMIUMS |
|---|---|---|---|---|---|
| Coverage A - Dwelling | $65,000 | | Coverage E - Personal Liability | $300,000 | $18.00 |
| Coverage B - Other Structure | $0 | | Coverage F - Medical Payments | $1,000 | $0.00 |
| Coverage C - Personal Property | $54,000 | $2,793.00 | | | |
| Coverage D - Loss of Use | $21,600 | | | | |

NOTE:  The portion of your premium for hurricane coverage is: $415.30
The portion of your premium for all other coverages is: $1,075.70

**Section I Coverages Subject to a 2.0% of Coverage C - $1,080 Hurricane Deductible Per Calendar Year.**

Section I Coverages Subject to $500 All Other Perils  (Non-Hurricane) Deductible Per Loss.

# THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE LOSSES WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU.

Flood coverage is not provided by Universal Property & Casualty Insurance Company and is not part of this policy.

Tanenbaum-Harber of Florida

| Countersignature | Date | Chief Executive Officer |
|---|---|---|

Exhibit "J"

| Universal Property & Casualty Insurance Company, | | | | | | |
|---|---|---|---|---|---|---|

Universal Property & Casualty Insurance Company,
A Stock Company
c/o Evolution Risk Advisors, Inc.
1110 W. Commercial Blvd
Fort Lauderdale, FL 33309

**Declaration Effective**
05/14/2021


UNIVERSAL
PROPERTY
& CASUALTY INSURANCE COMPANY

Renewal Policy

| THIS IS NOT A BILL | | | | | | |
|---|---|---|---|---|---|---|
| **Policy Number** | **FROM** | **Policy Period** | **TO** | **[INSURED BILLED]** | | **Agent Code** |
| -135 | 05/14/2021 | | 05/14/2022 | 12:01 AM Standard Time | | |

**Additional Interest**

| Mortgagee/Additional Interest 01 | Mortgagee/Additional Interest 02 | Mortgagee/Additional Interest 03 |
|---|---|---|

**Policy Forms & Endorsements Applicable to This Policy**

| NUMBER EDITION | DESCRIPTION | LIMITS | PREMIUMS |
|---|---|---|---|
| UPCIC HO6 15 05 18 | Homeowners 6 Unit Owners Form | | $2,793.00 |
| UPCIC 905 15 03 18 | Outline of Your Homeowner Policy | | |
| UPCIC 801 15 12 17 | Windstorm Protective Devices | | ($2,623.00) |
| HO 23 70 05 13 | Windstorm Exterior Paint or Waterproofing Endorsement | | |
| UPCIC 402 15 05 18 | Unit Owners Coverage A - Special Coverage | | $66.00 |
| UPCIC 406 15 05 18 | Personal Property Replacement Cost | | $585.00 |
| UPCIC 802 15 12 17 | Premises Alarm or Fire Protection System | | ($145.00) |
| UPCIC 601 15 12 17 | No Coverage for Home Day Care Business | | |
| UPCIC 201 15 02 18 | Calendar Year Hurricane Deductible With Supplemental Reporting Requirement - Florida | | |
| | Year Built Surcharge | | $770.00 |
| | Personal Liability Increase Endorsement | $300,000 | $18.00 |
| | MGA Fee | | $25.00 |
| | Emergency Management Preparedness Assistance Trust Fund | | $2.00 |

| Universal Property & Casualty Insurance Company, A Stock Company<br><br>c/o Evolution Risk Advisors, Inc.<br>1110 W. Commercial Blvd<br>Fort Lauderdale, FL 33309 | **Declaration Effective**<br>05/14/2021 | <br>**UNIVERSAL PROPERTY**<br>A CASUALTY INSURANCE COMPANY<br><br>Renewal Policy |
| --- | --- | --- |

| **THIS IS NOT A BILL** |||||
| --- | --- | --- | --- | --- |
| **Policy Number** | **FROM** | **Policy Period** | **TO** | **[INSURED BILLED]** | **Agent Code** |
| ▋-135 | 05/14/2021 | | 05/14/2022 | 12:01 AM Standard Time | ▋ |

PLEASE VISIT UNIVERSALPROPERTY.COM TO VIEW YOUR APPLICABLE POLICY FORMS AND ENDORSEMENTS. LOG IN AND CLICK MY POLICIES/POLICY DETAILS OR TYPE THIS URL INTO YOUR INTERNET BROWSER: HTTPS://UNIVERSALPROPERTY.COM/ACCOUNT/LOGIN. YOU HAVE THE RIGHT TO REQUEST AND OBTAIN WITHOUT CHARGE A PAPER OR ELECTRONIC COPY OF YOUR POLICY AND ENDORSEMENTS BY CONTACTING YOUR AGENT OR CALLING CUSTOMER SERVICE AT 1-800-425-9113.

# LAW AND ORDINANCE: LAW AND ORDINANCE COVERAGE IS AN IMPORTANT COVERAGE THAT YOU MAY WISH TO PURCHASE. PLEASE DISCUSS WITH YOUR INSURANCE AGENT.

# FLOOD INSURANCE: YOU MAY ALSO NEED TO CONSIDER THE PURCHASE OF FLOOD INSURANCE. YOUR HOMEOWNER'S INSURANCE POLICY DOES NOT INCLUDE COVERAGE FOR DAMAGE RESULTING FROM FLOOD EVEN IF HURRICANE WINDS AND RAIN CAUSED THE FLOOD TO OCCUR. WITHOUT SEPARATE FLOOD INSURANCE COVERAGE, YOU MAY HAVE UNCOVERED LOSSES CAUSED BY FLOOD. PLEASE DISCUSS THE NEED TO PURCHASE SEPARATE FLOOD INSURANCE COVERAGE WITH YOUR INSURANCE AGENT.

| Universal Property & Casualty Insurance Company,<br>A Stock Company<br><br>c/o Evolution Risk Advisors, Inc.<br>1110 W. Commercial Blvd<br>Fort Lauderdale, FL 33309 | Homeowners<br>**Declaration Effective**<br>05/18/2021<br><br>Renewal Policy |  |

### THIS IS NOT A BILL

For Policy or Claims Questions  Contact Your Agent Listed Below

| Policy Number | FROM | Policy Period | TO | [INSURED BILLED] | Agent Code |
|---|---|---|---|---|---|
| ▉-9924 | 05/18/2021 | | 05/18/2022 | 12:01 AM Standard Time | ▉ |

**Named Insured and Address**
Margarita Brito

**Agent Name and Address**


**Insured Location**
8777 COLLINS AVE APARTMENT 805 SURFSIDE, FL 33154   MIAMI-DADE COUNTY

### Premium Summary

| Basic Coverages<br>Premium | Attached Endorsements<br>Premium | Assessments / Surcharges | MGA Fees/Policy Fees | Total Policy Premium<br>(Including Assessments & Surcharges) |
|---|---|---|---|---|
| $2,232.00 | ($1,730.00) | $675.00 | $27.00 | $1,204.00 |

### Rating Information

| Form | Construction | Year | Townhouse/<br>Rowhouse | Number of<br>Families | Occupied | Protection<br>Class | Territory | BCEG |
|---|---|---|---|---|---|---|---|---|
| HO6 | Superior - Fire Resistive | 1981 | N | 1 | Y | 2 | 31 | 99 |

| County | Dwelling<br>Replacement Cost | Personal Property<br>Replacement Cost | Protective Device Credits:<br>Burglar | Fire | Sprinkler |
|---|---|---|---|---|---|
| MIAMI-DADE | Y | Y | N | N | Y |

We will provide the insurance described in this policy in  return for the premium and compliance with all applicable provisions of this policy. For renewals: If we elect to continue this insurance, we will renew this policy if you pay the required renewal premium for each successive policy period subject to our premiums, rules and forms then in effect. You must pay us prior to the end of the current policy period or else this policy will expire.

Insurance is provided only with respect to the following coverages for which a limit of liability is specified, subject to all the conditions of this policy.

| COVERAGES - SECTION I | LIMITS | PREMIUMS | COVERAGES - SECTION II | LIMITS | PREMIUMS |
|---|---|---|---|---|---|
| Coverage A - Dwelling | $50,000 | | Coverage E - Personal Liability | $300,000 | $18.00 |
| Coverage B - Other Structure | $0 | | Coverage F - Medical Payments | $2,000 | $4.00 |
| Coverage C - Personal Property | $52,000 | $2,232.00 | | | |
| Coverage D - Loss of Use | $20,800 | | | | |

| NOTE: | The portion of your premium for hurricane coverage is: $318.86<br>The portion of your premium for all other coverages is: $885.14 |
|---|---|

**Section I Coverages Subject to a 2.0% of Coverage C - $1,040 Hurricane Deductible Per Calendar Year.**

Section I Coverages Subject to $1,000 All Other Perils  (Non-Hurricane) Deductible Per Loss.

# THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE LOSSES WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU.

Flood coverage is not provided by Universal Property & Casualty Insurance Company and is not part of this policy.

| Tanenbaum-Harber of Florida | | *Steph J Doty* |
|---|---|---|
| Countersignature | Date | Chief Executive Officer |

### Exhibit "K"

| Universal Property & Casualty Insurance Company,<br>A Stock Company<br><br>c/o Evolution Risk Advisors, Inc.<br>1110 W. Commercial Blvd<br>Fort Lauderdale, FL 33309 | **Declaration Effective**<br>05/18/2021 | <br><br>**Renewal Policy** |
|---|---|---|

| **THIS IS NOT A BILL** |
|---|

| Policy Number | FROM | Policy Period | TO | [INSURED BILLED] | Agent Code |
|---|---|---|---|---|---|
| ████-9924 | 05/18/2021 | | 05/18/2022 | 12:01 AM Standard Time | ████ |

**Additional Interest**

| Mortgagee/Additional Interest 01 | Mortgagee/Additional Interest 02 | Mortgagee/Additional Interest 03 |
|---|---|---|

**Policy Forms & Endorsements Applicable to This Policy**

| NUMBER EDITION | DESCRIPTION | LIMITS | PREMIUMS |
|---|---|---|---|
| UPCIC HO6 15 05 18 | Homeowners 6 Unit Owners Form | | $2,232.00 |
| UPCIC 905 15 03 18 | Outline of Your Homeowner Policy | | |
| UPCIC 801 15 12 17 | Windstorm Protective Devices | | ($2,283.00) |
| HO 23 70 05 13 | Windstorm Exterior Paint or Waterproofing Endorsement | | |
| UPCIC 402 15 05 18 | Unit Owners Coverage A - Special Coverage | | $51.00 |
| UPCIC 406 15 05 18 | Personal Property Replacement Cost | | $565.00 |
| UPCIC 802 15 12 17 | Premises Alarm or Fire Protection System | | ($110.00) |
| UPCIC 407 15 12 17 | Water Back-Up and Sump Discharge or Overflow Coverage | $5,000 | $25.00 |
| UPCIC 601 15 12 17 | No Coverage for Home Day Care Business | | |
| UPCIC 201 15 02 18 | Calendar Year Hurricane Deductible With Supplemental Reporting Requirement - Florida | | |
| | Year Built Surcharge | | $675.00 |
| | Personal Liability Increase Endorsement | $300,000 | $18.00 |
| | Medical Payment Increase Endorsement | $2,000 | $4.00 |
| | MGA Fee | | $25.00 |
| | Emergency Management Preparedness Assistance Trust Fund | | $2.00 |

UPCIC HO DEC 15 02 20                    Printed Date:  6/24/2021 1:44:03 PM                    2 of 3

| Universal Property & Casualty Insurance Company, A Stock Company c/o Evolution Risk Advisors, Inc. 1110 W. Commercial Blvd Fort Lauderdale, FL 33309 | **Declaration Effective** 05/18/2021  UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY Renewal Policy |
|---|---|

| THIS IS NOT A BILL | | | | | |
|---|---|---|---|---|---|
| **Policy Number** | **FROM** | **Policy Period** | **TO** | **[INSURED BILLED]** | **Agent Code** |
| ▉-9924 | 05/18/2021 | | 05/18/2022 | 12:01 AM Standard Time | ▉ |

**PLEASE VISIT UNIVERSALPROPERTY.COM TO VIEW YOUR APPLICABLE POLICY FORMS AND ENDORSEMENTS.  LOG IN AND CLICK MY POLICIES/POLICY DETAILS OR TYPE THIS URL INTO YOUR INTERNET BROWSER: HTTPS://UNIVERSALPROPERTY.COM/ACCOUNT/LOGIN. YOU HAVE THE RIGHT TO REQUEST AND OBTAIN WITHOUT CHARGE A PAPER OR ELECTRONIC COPY OF YOUR POLICY AND ENDORSEMENTS BY CONTACTING YOUR AGENT OR CALLING CUSTOMER SERVICE AT 1-800-425-9113.**

**LAW AND ORDINANCE: LAW AND ORDINANCE COVERAGE IS AN IMPORTANT COVERAGE THAT YOU MAY WISH TO PURCHASE.  PLEASE DISCUSS WITH YOUR INSURANCE AGENT.**

**FLOOD INSURANCE:  YOU MAY ALSO NEED TO CONSIDER THE PURCHASE OF FLOOD INSURANCE.  YOUR HOMEOWNER'S INSURANCE POLICY DOES NOT INCLUDE COVERAGE FOR DAMAGE RESULTING FROM FLOOD EVEN IF HURRICANE WINDS AND RAIN CAUSED THE FLOOD TO OCCUR.  WITHOUT SEPARATE FLOOD INSURANCE COVERAGE, YOU MAY HAVE UNCOVERED LOSSES CAUSED BY FLOOD.  PLEASE DISCUSS THE NEED TO PURCHASE SEPARATE FLOOD INSURANCE COVERAGE WITH YOUR INSURANCE AGENT.**

| Universal Property & Casualty Insurance Company,<br>A Stock Company<br><br>c/o Evolution Risk Advisors, Inc.<br>1110 W. Commercial Blvd<br>Fort Lauderdale, FL 33309 | Homeowners<br><br>**Declaration Effective**<br>05/25/2021<br><br>Renewal Policy | **UNIVERSAL<br>PROPERTY**<br>& CASUALTY INSURANCE COMPANY |
|---|---|---|

## THIS IS NOT A BILL

For Policy or Claims Questions  Contact Your Agent Listed Below

| Policy Number | FROM | Policy Period | TO | [INSURED BILLED] | | Agent Code |
|---|---|---|---|---|---|---|
| ▉▉▉-1858 | 05/25/2021 | | 05/25/2022 | 12:01 AM Standard Time | | ▉▉▉ |

**Named Insured and Address**
John Brecker and Heather Walters

**Agent Name and Address**

**Insured Location**
8777 COLLINS AVE APARTMENT 101 SURFSIDE, FL 33154   MIAMI-DADE COUNTY

### Premium Summary

| Basic Coverages Premium | Attached Endorsements Premium | Assessments / Surcharges | MGA Fees/Policy Fees | Total Policy Premium (Including Assessments & Surcharges) |
|---|---|---|---|---|
| $7,278.00 | ($5,813.00) | $1,995.00 | $27.00 | $3,487.00 |

### Rating Information

| Form | Construction | Year | Townhouse/ Rowhouse | Number of Families | Occupied | Protection Class | Territory | BCEG |
|---|---|---|---|---|---|---|---|---|
| HO6 | Superior - Fire Resistive | 1981 | N | 1 | Y | 2 | 31 | 99 |

| County | Dwelling Replacement Cost | Personal Property Replacement Cost | Protective Device Credits: | | |
|---|---|---|---|---|---|
| | | | Burglar | Fire | Sprinkler |
| Miami-Dade | Y | Y | N | N | Y |

We will provide the insurance described in this policy in  return for the premium and compliance with all applicable provisions of this policy. For renewals: If we elect to continue this insurance, we will renew this policy if you pay the required renewal premium for each successive policy period subject to our premiums, rules and forms then in effect. You must pay us prior to the end of the current policy period or else this policy will expire.

Insurance is provided only with respect to the following coverages for which a limit of liability is specified, subject to all the conditions of this policy.

| COVERAGES - SECTION I | LIMITS | PREMIUMS | COVERAGES - SECTION II | LIMITS | PREMIUMS |
|---|---|---|---|---|---|
| Coverage A - Dwelling | $250,000 | | Coverage E - Personal Liability | $300,000 | $18.00 |
| Coverage B - Other Structure | $0 | | Coverage F - Medical Payments | $3,000 | $5.00 |
| Coverage C - Personal Property | $75,000 | $7,278.00 | | | |
| Coverage D - Loss of Use | $30,000 | | | | |

NOTE:    The portion of your premium for hurricane coverage is: $927.04
The portion of your premium for all other coverages is: $2,559.96

**Section I Coverages Subject to a 2.0% of Coverage C - $1,500 Hurricane Deductible Per Calendar Year.**

Section I Coverages Subject to $1,000 All Other Perils  (Non-Hurricane) Deductible Per Loss.

# THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE LOSSES WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU.

Flood coverage is not provided by Universal Property & Casualty Insurance Company and is not part of this policy.

| Tanenbaum-Harber of Florida | | |
|---|---|---|
| Countersignature | Date | Chief Executive Officer |

## Exhibit "L"

| Universal Property & Casualty Insurance Company, A Stock Company c/o Evolution Risk Advisors, Inc. 1110 W. Commercial Blvd Fort Lauderdale, FL 33309 | **Declaration Effective** 05/25/2021 Renewal Policy |  UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY |
|---|---|---|

## THIS IS NOT A BILL

| Policy Number | FROM | Policy Period | TO | [INSURED BILLED] | Agent Code |
|---|---|---|---|---|---|
| -1858 | 05/25/2021 | | 05/25/2022 | 12:01 AM Standard Time | |

**Additional Interest**

| Mortgagee/Additional Interest 01 | Mortgagee/Additional Interest 02 | Mortgagee/Additional Interest 03 |
|---|---|---|

## Policy Forms & Endorsements Applicable to This Policy

| NUMBER EDITION | DESCRIPTION | LIMITS | PREMIUMS |
|---|---|---|---|
| UPCIC HO6 15 05 18 | Homeowners 6 Unit Owners Form | | $7,278.00 |
| UPCIC 905 15 03 18 | Outline of Your Homeowner Policy | | |
| UPCIC 801 15 12 17 | Windstorm Protective Devices | | ($6,737.00) |
| HO 23 70 05 13 | Windstorm Exterior Paint or Waterproofing Endorsement | | |
| UPCIC 402 15 05 18 | Unit Owners Coverage A - Special Coverage | | $251.00 |
| UPCIC 406 15 05 18 | Personal Property Replacement Cost | | $808.00 |
| UPCIC 802 15 12 17 | Premises Alarm or Fire Protection System | | ($183.00) |
| UPCIC 407 15 12 17 | Water Back-Up and Sump Discharge or Overflow Coverage | $5,000 | $25.00 |
| UPCIC 601 15 12 17 | No Coverage for Home Day Care Business | | |
| UPCIC 201 15 02 18 | Calendar Year Hurricane Deductible With Supplemental Reporting Requirement - Florida | | |
| | Year Built Surcharge | | $1,995.00 |
| | Personal Liability Increase Endorsement | $300,000 | $18.00 |
| | Medical Payment Increase Endorsement | $3,000 | $5.00 |
| | MGA Fee | | $25.00 |
| | Emergency Management Preparedness Assistance Trust Fund | | $2.00 |

| Universal Property & Casualty Insurance Company,<br>A Stock Company<br><br>c/o Evolution Risk Advisors, Inc.<br>1110 W. Commercial Blvd<br>Fort Lauderdale, FL 33309 | **Declaration Effective**<br>05/25/2021<br><br>Renewal Policy |  UNIVERSAL PROPERTY<br>& CASUALTY INSURANCE COMPANY |
|---|---|---|

| THIS IS NOT A BILL | | | | | |
|---|---|---|---|---|---|
| **Policy Number** | **FROM** | **Policy Period** | **TO** | **[INSURED BILLED]** | **Agent Code** |
| ▮▮-1858 | 05/25/2021 | | 05/25/2022 | 12:01 AM Standard Time | ▮▮ |

PLEASE VISIT UNIVERSALPROPERTY.COM TO VIEW YOUR APPLICABLE POLICY FORMS AND ENDORSEMENTS. LOG IN AND CLICK MY POLICIES/POLICY DETAILS OR TYPE THIS URL INTO YOUR INTERNET BROWSER:
HTTPS://UNIVERSALPROPERTY.COM/ACCOUNT/LOGIN. YOU HAVE THE RIGHT TO REQUEST AND OBTAIN WITHOUT CHARGE A PAPER OR ELECTRONIC COPY OF YOUR POLICY AND ENDORSEMENTS BY CONTACTING YOUR AGENT OR CALLING CUSTOMER SERVICE AT 1-800-425-9113.

## LAW AND ORDINANCE: LAW AND ORDINANCE COVERAGE IS AN IMPORTANT COVERAGE THAT YOU MAY WISH TO PURCHASE. PLEASE DISCUSS WITH YOUR INSURANCE AGENT.

## FLOOD INSURANCE: YOU MAY ALSO NEED TO CONSIDER THE PURCHASE OF FLOOD INSURANCE. YOUR HOMEOWNER'S INSURANCE POLICY DOES NOT INCLUDE COVERAGE FOR DAMAGE RESULTING FROM FLOOD EVEN IF HURRICANE WINDS AND RAIN CAUSED THE FLOOD TO OCCUR. WITHOUT SEPARATE FLOOD INSURANCE COVERAGE, YOU MAY HAVE UNCOVERED LOSSES CAUSED BY FLOOD. PLEASE DISCUSS THE NEED TO PURCHASE SEPARATE FLOOD INSURANCE COVERAGE WITH YOUR INSURANCE AGENT.

| Universal Property & Casualty Insurance Company, **A Stock Company** c/o Evolution Risk Advisors, Inc. 1110 W. Commercial Blvd Fort Lauderdale, FL 33309 | Homeowners **Declaration Effective** 01/03/2021 Renewal Policy |  UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY |
|---|---|---|

## THIS IS NOT A BILL

### For Policy or Claims Questions  Contact Your Agent Listed Below

| Policy Number | FROM | Policy Period | TO | [INSURED BILLED] | | Agent Code |
|---|---|---|---|---|---|---|
| -0728 | 01/03/2021 | | 01/03/2022 | 12:01 AM Standard Time | | |

**Named Insured and Address**
Camila and Gary Sterba

**Agent Name and Address**

**Insured Location**
8777 COLLINS AVE APT 1004 SURFSIDE, FL 33154   MIAMI-DADE COUNTY

### Premium Summary

| Basic Coverages Premium | Attached Endorsements Premium | Assessments / Surcharges | MGA Fees/Policy Fees | Total Policy Premium (Including Assessments & Surcharges) |
|---|---|---|---|---|
| $555.00 | $17.00 | $55.00 | $27.00 | $654.00 |

### Rating Information

| Form | Construction | Year | Townhouse/ Rowhouse | Number of Families | Occupied | Protection Class | Territory | BCEG |
|---|---|---|---|---|---|---|---|---|
| HO6 | Superior - Non-Combustible | 1981 | N | 1 | Y | 2 | 31 | 99 |

| | Dwelling Replacement Cost | Personal Property Replacement Cost | Protective Device Credits: | | |
|---|---|---|---|---|---|
| County | | | Burglar | Fire | Sprinkler |
| MIAMI-DADE | Y | N | N | Y | Y |

We will provide the insurance described in this policy in  return for the premium and compliance with all applicable provisions of this policy. For renewals: If we elect to continue this insurance, we will renew this policy if you pay the required renewal premium for each successive policy period subject to our premiums, rules and forms then in effect. You must pay us prior to the end of the current policy period or else this policy will expire.

Insurance is provided only with respect to the following coverages for which a limit of liability is specified, subject to all the conditions of this policy.

| COVERAGES - SECTION I | LIMITS | PREMIUMS | COVERAGES - SECTION II | LIMITS | PREMIUMS |
|---|---|---|---|---|---|
| Coverage A - Dwelling | $65,000 | | Coverage E - Personal Liability | $300,000 | $18.00 |
| Coverage B - Other Structure | $0 | | Coverage F - Medical Payments | $1,000 | $0.00 |
| Coverage C - Personal Property | $25,000 | $555.00 | | | |
| Coverage D - Loss of Use | $10,000 | | | | |

NOTE:    The portion of your premium for hurricane coverage is: $0.00
The portion of your premium for all other coverages is: $654.00

## THIS POLICY DOES NOT INCLUDE COVERAGE FOR WINDSTORM OR HAIL

Section I Coverages Subject to $1,000 All Other Perils  (Non-Hurricane) Deductible Per Loss.

Flood coverage is not provided by Universal Property & Casualty Insurance Company and is not part of this policy.

Miami Insurance Brokers

| Countersignature | Date | Chief Executive Officer |
|---|---|---|

## Exhibit "M"

| Universal Property & Casualty Insurance Company,<br>A Stock Company<br>c/o Evolution Risk Advisors, Inc.<br>1110 W. Commercial Blvd<br>Fort Lauderdale, FL 33309 | **Declaration Effective**<br>01/03/2021 |  UNIVERSAL PROPERTY<br>& CASUALTY INSURANCE COMPANY<br><br>Renewal Policy |
| --- | --- | --- |

| THIS IS NOT A BILL |
| --- |

| Policy Number | FROM | Policy Period | TO | [INSURED BILLED] | Agent Code |
| --- | --- | --- | --- | --- | --- |
| -0728 | 01/03/2021 | | 01/03/2022 | 12:01 AM Standard Time | |

**Additional Interest**

| Mortgagee/Additional Interest 01 | Mortgagee/Additional Interest 02 | Mortgagee/Additional Interest 03 |
| --- | --- | --- |

**Policy Forms & Endorsements Applicable to This Policy**

| NUMBER EDITION | DESCRIPTION | LIMITS | PREMIUMS |
| --- | --- | --- | --- |
| UPCIC HO6 15 05 18 | Homeowners 6 Unit Owners Form | | $555.00 |
| UPCIC 905 15 03 18 | Outline of Your Homeowner Policy | | |
| UPCIC 402 15 05 18 | Unit Owners Coverage A - Special Coverage | | $66.00 |
| UPCIC 503 15 12 17 | Windstorm or Hail Exclusion | | |
| UPCIC 802 15 12 17 | Premises Alarm or Fire Protection System | | ($92.00) |
| UPCIC 407 15 12 17 | Water Back-Up and Sump Discharge or Overflow Coverage | $5,000 | $25.00 |
| UPCIC 601 15 12 17 | No Coverage for Home Day Care Business | | |
| | Year Built Surcharge | | $55.00 |
| | Personal Liability Increase Endorsement | $300,000 | $18.00 |
| | MGA Fee | | $25.00 |
| | Emergency Management Preparedness Assistance Trust Fund | | $2.00 |

| Universal Property & Casualty Insurance Company, A Stock Company c/o Evolution Risk Advisors, Inc. 1110 W. Commercial Blvd Fort Lauderdale, FL 33309 | Declaration Effective 01/03/2021 |  UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY Renewal Policy |
|---|---|---|

| THIS IS NOT A BILL |||||
|---|---|---|---|---|
| Policy Number | FROM | Policy Period | TO | [INSURED BILLED] | Agent Code |
| 0728 | 01/03/2021 | | 01/03/2022 | 12:01 AM Standard Time | |

PLEASE VISIT UNIVERSALPROPERTY.COM TO VIEW YOUR APPLICABLE POLICY FORMS AND ENDORSEMENTS. LOG IN AND CLICK MY POLICIES/POLICY DETAILS OR TYPE THIS URL INTO YOUR INTERNET BROWSER: HTTPS://UNIVERSALPROPERTY.COM/ACCOUNT/LOGIN. YOU HAVE THE RIGHT TO REQUEST AND OBTAIN WITHOUT CHARGE A PAPER OR ELECTRONIC COPY OF YOUR POLICY AND ENDORSEMENTS BY CONTACTING YOUR AGENT OR CALLING CUSTOMER SERVICE AT 1-800-425-9113.

## LAW AND ORDINANCE: LAW AND ORDINANCE COVERAGE IS AN IMPORTANT COVERAGE THAT YOU MAY WISH TO PURCHASE.  PLEASE DISCUSS WITH YOUR INSURANCE AGENT.

## FLOOD INSURANCE:  YOU MAY ALSO NEED TO CONSIDER THE PURCHASE OF FLOOD INSURANCE.  YOUR HOMEOWNER'S INSURANCE POLICY DOES NOT INCLUDE COVERAGE FOR DAMAGE RESULTING FROM FLOOD EVEN IF HURRICANE WINDS AND RAIN CAUSED THE FLOOD TO OCCUR.  WITHOUT SEPARATE FLOOD INSURANCE COVERAGE, YOU MAY HAVE UNCOVERED LOSSES CAUSED BY FLOOD.  PLEASE DISCUSS THE NEED TO PURCHASE SEPARATE FLOOD INSURANCE COVERAGE WITH YOUR INSURANCE AGENT.

IMPORTANT: This replaces all previously issued policy declarations, if any and is subject to all forms and endorsements attached to this policy.

UPCIC HO DEC 15 02 20      Printed Date: 6/24/2021 1:50:41 PM      3 of 3

| Universal Property & Casualty Insurance Company, A Stock Company | Homeowners |  |
|---|---|---|
| c/o Evolution Risk Advisors, Inc. 1110 W. Commercial Blvd Fort Lauderdale, FL 33309 | **Declaration Effective** 04/20/2021 | UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY |
| | | Renewal Policy |

## THIS IS NOT A BILL

### For Policy or Claims Questions  Contact Your Agent Listed Below

| Policy Number | FROM | Policy Period | TO | [INSURED BILLED] | Agent Code |
|---|---|---|---|---|---|
| ▮▮▮-0589 | 04/20/2021 | | 04/20/2022 | 12:01 AM Standard Time | ▮▮▮ |

**Named Insured and Address**
Adalberto and Nieves Isabel Aguero

**Agent Name and Address**

**Insured Location**
8777 COLLINS AVE APT 1106 SURFSIDE, FL 33154   MIAMI-DADE COUNTY

### Premium Summary

| Basic Coverages Premium | Attached Endorsements Premium | Assessments / Surcharges | MGA Fees/Policy Fees | Total Policy Premium (Including Assessments & Surcharges) |
|---|---|---|---|---|
| $1,848.00 | ($1,277.00) | $459.00 | $27.00 | $1,057.00 |

### Rating Information

| Form | Construction | Year | Townhouse/ Rowhouse | Number of Families | Occupied | Protection Class | Territory | BCEG |
|---|---|---|---|---|---|---|---|---|
| HO6 | Superior - Fire Resistive | 1981 | N | 1 | Y | 2 | 31 | 99 |

| County | Dwelling Replacement Cost | Personal Property Replacement Cost | Protective Device Credits: Burglar | Fire | Sprinkler |
|---|---|---|---|---|---|
| Miami-Dade | Y | N | N | N | N |

We will provide the insurance described in this policy in  return for the premium and compliance with all applicable provisions of this policy. For renewals: If we elect to continue this insurance, we will renew this policy if you pay the required renewal premium for each successive policy period subject to our premiums, rules and forms then in effect. You must pay us prior to the end of the current policy period or else this policy will expire.

Insurance is provided only with respect to the following coverages for which a limit of liability is specified, subject to all the conditions of this policy.

| COVERAGES - SECTION I | LIMITS | PREMIUMS | COVERAGES - SECTION II | LIMITS | PREMIUMS |
|---|---|---|---|---|---|
| Coverage A - Dwelling | $60,000 | | Coverage E - Personal Liability | $300,000 | $18.00 |
| Coverage B - Other Structure | $0 | | Coverage F - Medical Payments | $3,000 | $5.00 |
| Coverage C - Personal Property | $20,000 | $1,848.00 | | | |
| Coverage D - Loss of Use | $8,000 | | | | |

NOTE:    The portion of your premium for hurricane coverage is: $357.41
The portion of your premium for all other coverages is: $699.59

### Section I Coverages Subject to a $500 Hurricane Deductible Per Calendar Year.
Section I Coverages Subject to $1,000 All Other Perils  (Non-Hurricane) Deductible Per Loss.

# THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE LOSSES WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU.

Flood coverage is not provided by Universal Property & Casualty Insurance Company and is not part of this policy.

The Hilb Group of Florida, LLC dba Regency Insurance Group, LLC

| Countersignature | Date | Chief Executive Officer |
|---|---|---|

## Exhibit "N"

| Universal Property & Casualty Insurance Company, A Stock Company<br><br>c/o Evolution Risk Advisors, Inc.<br>1110 W. Commercial Blvd<br>Fort Lauderdale, FL 33309 | **Declaration Effective**<br>04/20/2021 | <br><br>Renewal Policy |
|---|---|---|

| **THIS IS NOT A BILL** |||||
|---|---|---|---|---|

| Policy Number | FROM | Policy Period | TO | [INSURED BILLED] | Agent Code |
|---|---|---|---|---|---|
| ▬▬-0589 | 04/20/2021 | | 04/20/2022 | 12:01 AM Standard Time | ▬▬ |

**Additional Interest**

| Mortgagee/Additional Interest 01 | Mortgagee/Additional Interest 02 | Mortgagee/Additional Interest 03 |
|---|---|---|

### Policy Forms & Endorsements Applicable to This Policy

| NUMBER EDITION | DESCRIPTION | LIMITS | PREMIUMS |
|---|---|---|---|
| UPCIC HO6 15 05 18 | Homeowners 6 Unit Owners Form | | $1,848.00 |
| UPCIC 905 15 03 18 | Outline of Your Homeowner Policy | | |
| UPCIC 801 15 12 17 | Windstorm Protective Devices | | ($1,386.00) |
| HO 23 70 05 13 | Windstorm Exterior Paint or Waterproofing Endorsement | | |
| UPCIC 402 15 05 18 | Unit Owners Coverage A - Special Coverage | | $61.00 |
| UPCIC 407 15 12 17 | Water Back-Up and Sump Discharge or Overflow Coverage | $5,000 | $25.00 |
| UPCIC 601 15 12 17 | No Coverage for Home Day Care Business | | |
| UPCIC 201 15 02 18 | Calendar Year Hurricane Deductible With Supplemental Reporting Requirement - Florida | | |
| | Year Built Surcharge | | $459.00 |
| | Personal Liability Increase Endorsement | $300,000 | $18.00 |
| | Medical Payment Increase Endorsement | $3,000 | $5.00 |
| | MGA Fee | | $25.00 |
| | Emergency Management Preparedness Assistance Trust Fund | | $2.00 |

| Universal Property & Casualty Insurance Company, A Stock Company c/o Evolution Risk Advisors, Inc. 1110 W. Commercial Blvd Fort Lauderdale, FL 33309 | **Declaration Effective** 04/20/2021 |  UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY Renewal Policy |
|---|---|---|

| **THIS IS NOT A BILL** | | | | | |
|---|---|---|---|---|---|
| **Policy Number** | **FROM** | **Policy Period** | **TO** | **[INSURED BILLED]** | **Agent Code** |
| ▮-0589 | 04/20/2021 | | 04/20/2022 | 12:01 AM Standard Time | ▮ |

**PLEASE VISIT UNIVERSALPROPERTY.COM TO VIEW YOUR APPLICABLE POLICY FORMS AND ENDORSEMENTS.  LOG IN AND CLICK MY POLICIES/POLICY DETAILS OR TYPE THIS URL INTO YOUR INTERNET BROWSER: HTTPS://UNIVERSALPROPERTY.COM/ACCOUNT/LOGIN. YOU HAVE THE RIGHT TO REQUEST AND OBTAIN WITHOUT CHARGE A PAPER OR ELECTRONIC COPY OF YOUR POLICY AND ENDORSEMENTS BY CONTACTING YOUR AGENT OR CALLING CUSTOMER SERVICE AT 1-800-425-9113.**

# LAW AND ORDINANCE: LAW AND ORDINANCE COVERAGE IS AN IMPORTANT COVERAGE THAT YOU MAY WISH TO PURCHASE.  PLEASE DISCUSS WITH YOUR INSURANCE AGENT.

# FLOOD INSURANCE:  YOU MAY ALSO NEED TO CONSIDER THE PURCHASE OF FLOOD INSURANCE.  YOUR HOMEOWNER'S INSURANCE POLICY DOES NOT INCLUDE COVERAGE FOR DAMAGE RESULTING FROM FLOOD EVEN IF HURRICANE WINDS AND RAIN CAUSED THE FLOOD TO OCCUR.  WITHOUT SEPARATE FLOOD INSURANCE COVERAGE, YOU MAY HAVE UNCOVERED LOSSES CAUSED BY FLOOD.  PLEASE DISCUSS THE NEED TO PURCHASE SEPARATE FLOOD INSURANCE COVERAGE WITH YOUR INSURANCE AGENT.

| Universal Property & Casualty Insurance Company,<br>A Stock Company<br><br>c/o Evolution Risk Advisors, Inc.<br>1110 W. Commercial Blvd<br>Fort Lauderdale, FL 33309 | Homeowners<br><br>**Declaration Effective**<br><br>09/14/2020<br><br>AMENDED: Wind Mitigation | <br>UNIVERSAL<br>PROPERTY<br>& CASUALTY INSURANCE COMPANY |

### THIS IS NOT A BILL

For Policy or Claims Questions  Contact Your Agent Listed Below

| Policy Number | FROM | Policy Period | TO | [INSURED BILLED] | | Agent Code |
|---|---|---|---|---|---|---|
| ▓▓-3041 | 9/14/2020 | | 9/14/2021 | **12:01 AM Standard Time** | | ▓▓ |

**Named Insured and Address**
Mary McGraw and Steve Nixon

**Agent Name and Address**

8777 COLLINS AVE APT 505 SURFSIDE, FL 33154   MIAMI-DADE COUNTY

### Premium Summary

| Basic Coverages<br>Premium | Attached Endorsements<br>Premium | Assessments / Surcharges | MGA Fees/Policy Fees | Total Policy Premium<br>(Including Assessments & Surcharges) |
|---|---|---|---|---|
| $1,668.00 | ($1,129.00) | $431.00 | $27.00 | $997.00 |

### Rating Information

| Form | Construction | Year | Townhouse/<br>Rowhouse | Number of<br>Families | Occupied | Protection<br>Class | Territory | BCEG |
|---|---|---|---|---|---|---|---|---|
| HO6 | Superior - Fire Resistive | 1981 | N | 1 | Y | 2 | 31 | 99 |

| County | Dwelling<br>Replacement Cost | Personal Property<br>Replacement Cost | Protective Device Credits: | | |
|---|---|---|---|---|---|
| | | | Burglar | Fire | Sprinkler |
| Miami-Dade | Y | N | N | N | N |

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy. For renewals: If we elect to continue this insurance, we will renew this policy if you pay the required renewal premium for each successive policy period subject to our premiums, rules and forms then in effect. You must pay us prior to the end of the current policy period or else this policy will expire.

Insurance is provided only with respect to the following coverages for which a limit of liability is specified, subject to all the conditions of this policy.

| COVERAGES - SECTION I | LIMITS | PREMIUMS | COVERAGES - SECTION II | LIMITS | PREMIUMS |
|---|---|---|---|---|---|
| Coverage A - Dwelling | $75,000 | | Coverage E - Personal Liability | $300,000 | $18.00 |
| Coverage B - Other Structure | $0 | | Coverage F - Medical Payments | $3,000 | $5.00 |
| Coverage C - Personal Property | $6,000 | $1,668.00 | | | |
| Coverage D - Loss of Use | $2,400 | | | | |

NOTE:   The portion of your premium for hurricane coverage is: $335.37
The portion of your premium for all other coverages is: $661.63

### Section I Coverages Subject to a $500 Hurricane Deductible Per Calendar Year.
Section I Coverages Subject to $1,000 All Other Perils (Non-Hurricane) Deductible Per Loss.

# THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE LOSSES WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU.

Flood coverage is not provided by Universal Property & Casualty Insurance Company and is not part of this policy.

| Miami Insurance Brokers | | |
|---|---|---|
| Countersignature | Date | Chief Executive Officer |

Exhibit "O"

| Universal Property & Casualty Insurance Company, A Stock Company<br>c/o Evolution Risk Advisors, Inc.<br>1110 W. Commercial Blvd<br>Fort Lauderdale, FL 33309 | **Declaration Effective**<br>09/14/2020<br><br>AMENDED: Wind Mitigation | <br>UNIVERSAL<br>PROPERTY<br>& CASUALTY INSURANCE COMPANY |

## THIS IS NOT A BILL

| Policy Number | FROM | Policy Period | TO | [INSURED BILLED] | Agent Code |
|---|---|---|---|---|---|
| ████3041 | 9/14/2020 | | 9/14/2021 | 12:01 AM Standard Time | ████ |

### Additional Interest

| Mortgagee/Additional Interest 01 | Mortgagee/Additional Interest 02 | Mortgagee/Additional Interest 03 |
|---|---|---|

### Policy Forms & Endorsements Applicable to This Policy

| NUMBER EDITION | DESCRIPTION | LIMITS | PREMIUMS |
|---|---|---|---|
| UPCIC HO6 15 05 18 | Homeowners 6 Unit Owners Form | | $1,668.00 |
| UPCIC 905 15 03 18 | Outline of Your Homeowner Policy | | |
| UPCIC 801 15 12 17 | Windstorm Protective Devices | | ($1,301.00) |
| HO 23 70 05 13 | Windstorm Exterior Paint or Waterproofing Endorsement | | |
| UPCIC 404 15 12 17 | Unit Owners Rental to Others | | $48.00 |
| UPCIC 402 15 05 18 | Unit Owners Coverage A - Special Coverage | | $76.00 |
| UPCIC 407 15 12 17 | Water Back-Up and Sump Discharge or Overflow Coverage | $5,000 | $25.00 |
| UPCIC 601 15 12 17 | No Coverage for Home Day Care Business | | |
| UPCIC 201 15 02 18 | Calendar Year Hurricane Deductible With Supplemental Reporting Requirement - Florida | | |
| | Year Built Surcharge | | $431.00 |
| | Personal Liability Increase Endorsement | $300,000 | $18.00 |
| | Medical Payment Increase Endorsement | $3,000 | $5.00 |
| | MGA Fee | | $25.00 |
| | Emergency Management Preparedness Assistance Trust Fund | | $2.00 |

| Universal Property & Casualty Insurance Company,<br>A Stock Company<br>c/o Evolution Risk Advisors, Inc.<br>1110 W. Commercial Blvd<br>Fort Lauderdale, FL 33309 | Declaration Effective<br>09/14/2020  UNIVERSAL<br>PROPERTY<br>& CASUALTY INSURANCE COMPANY<br><br>AMENDED: Wind Mitigation |

### THIS IS NOT A BILL

| Policy Number | FROM | Policy Period | TO | [INSURED BILLED] | Agent Code |
|---|---|---|---|---|---|
| -3041 | 9/14/2020 | | 9/14/2021 | 12:01 AM Standard Time | |

**PLEASE VISIT UNIVERSALPROPERTY.COM TO VIEW YOUR APPLICABLE POLICY FORMS AND ENDORSEMENTS. LOG IN AND CLICK MY POLICIES/POLICY DETAILS OR TYPE THIS URL INTO YOUR INTERNET BROWSER:**
**HTTPS://UNIVERSALPROPERTY.COM/ACCOUNT/LOGIN. YOU HAVE THE RIGHT TO REQUEST AND OBTAIN WITHOUT CHARGE A PAPER OR ELECTRONIC COPY OF YOUR POLICY AND ENDORSEMENTS BY CONTACTING YOUR AGENT OR CALLING CUSTOMER SERVICE AT 1-800-425-9113.**

# LAW AND ORDINANCE: LAW AND ORDINANCE COVERAGE IS AN IMPORTANT COVERAGE THAT YOU MAY WISH TO PURCHASE. PLEASE DISCUSS WITH YOUR INSURANCE AGENT.

# FLOOD INSURANCE: YOU MAY ALSO NEED TO CONSIDER THE PURCHASE OF FLOOD INSURANCE. YOUR HOMEOWNER'S INSURANCE POLICY DOES NOT INCLUDE COVERAGE FOR DAMAGE RESULTING FROM FLOOD EVEN IF HURRICANE WINDS AND RAIN CAUSED THE FLOOD TO OCCUR. WITHOUT SEPARATE FLOOD INSURANCE COVERAGE, YOU MAY HAVE UNCOVERED LOSSES CAUSED BY FLOOD. PLEASE DISCUSS THE NEED TO PURCHASE SEPARATE FLOOD INSURANCE COVERAGE WITH YOUR INSURANCE AGENT.

| Universal Property & Casualty Insurance Company, A Stock Company c/o Evolution Risk Advisors, Inc. 1110 W. Commercial Blvd Fort Lauderdale, FL 33309 | Homeowners **Declaration Effective** 01/03/2021 |  UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY |
|---|---|---|
| | Renewal Policy | |

## THIS IS NOT A BILL

### For Policy or Claims Questions Contact Your Agent Listed Below

| Policy Number | FROM | Policy Period | TO | [MORTGAGEE BILLED] | Agent Code |
|---|---|---|---|---|---|
| -0390 | 01/03/2021 | | 01/03/2022 | 12:01 AM Standard Time | |

**Named Insured and Address**
FRANCESCO and ROSALIA CORDARO

**Agent Name and Address**

**Insured Location**
8777 COLLINS AVE APT 1003 SURFSIDE, FL 33154   MIAMI-DADE COUNTY

### Premium Summary

| Basic Coverages Premium | Attached Endorsements Premium | Assessments / Surcharges | MGA Fees/Policy Fees | Total Policy Premium (Including Assessments & Surcharges) |
|---|---|---|---|---|
| $2,448.00 | ($1,940.00) | $688.00 | $27.00 | $1,223.00 |

### Rating Information

| Form | Construction | Year | Townhouse/ Rowhouse | Number of Families | Occupied | Protection Class | Territory | BCEG |
|---|---|---|---|---|---|---|---|---|
| HO6 | Superior - Fire Resistive | 1981 | N | 1 | Y | 2 | 31 | 99 |

| County | Dwelling Replacement Cost | Personal Property Replacement Cost | Protective Device Credits: Burglar | Fire | Sprinkler |
|---|---|---|---|---|---|
| MIAMI-DADE | Y | Y | N | N | N |

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy. For renewals: If we elect to continue this insurance, we will renew this policy if you pay the required renewal premium for each successive policy period subject to our premiums, rules and forms then in effect. You must pay us prior to the end of the current policy period or else this policy will expire.

Insurance is provided only with respect to the following coverages for which a limit of liability is specified, subject to all the conditions of this policy.

| COVERAGES - SECTION I | LIMITS | PREMIUMS | COVERAGES - SECTION II | LIMITS | PREMIUMS |
|---|---|---|---|---|---|
| Coverage A - Dwelling | $105,000 | | Coverage E - Personal Liability | $300,000 | $18.00 |
| Coverage B - Other Structure | $0 | | Coverage F - Medical Payments | $1,000 | $0.00 |
| Coverage C - Personal Property | $20,000 | $2,448.00 | | | |
| Coverage D - Loss of Use | $8,000 | | | | |

NOTE:           The portion of your premium for hurricane coverage is: $293.13
The portion of your premium for all other coverages is: $929.87

### Section I Coverages Subject to a 5.0% of Coverage C - $1,000 Hurricane Deductible Per Calendar Year.

Section I Coverages Subject to $1,000 All Other Perils (Non-Hurricane) Deductible Per Loss.

# THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE LOSSES WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU.

Flood coverage is not provided by Universal Property & Casualty Insurance Company and is not part of this policy.

South Beach Insurance

| Countersignature | Date | Chief Executive Officer |
|---|---|---|

## Exhibit "P"

| Universal Property & Casualty Insurance Company,<br>A Stock Company<br>c/o Evolution Risk Advisors, Inc.<br>1110 W. Commercial Blvd<br>Fort Lauderdale, FL 33309 | **Declaration Effective**<br>01/03/2021<br><br>Renewal Policy |  UNIVERSAL<br>PROPERTY<br>& CASUALTY INSURANCE COMPANY |

| THIS IS NOT A BILL |
|---|

| Policy Number | FROM | Policy Period | TO | [MORTGAGEE BILLED] | Agent Code |
|---|---|---|---|---|---|
| -0390 | 01/03/2021 | | 01/03/2022 | 12:01 AM Standard Time | |

**Additional Interest**

| Mortgagee/Additional Interest 01 | Mortgagee/Additional Interest 02 | Mortgagee/Additional Interest 03 |
|---|---|---|

**Policy Forms & Endorsements Applicable to This Policy**

| NUMBER EDITION | DESCRIPTION | LIMITS | PREMIUMS |
|---|---|---|---|
| UPCIC HO6 15 05 18 | Homeowners 6 Unit Owners Form | | $2,448.00 |
| UPCIC 905 15 03 18 | Outline of Your Homeowner Policy | | |
| UPCIC 801 15 12 17 | Windstorm Protective Devices | | ($2,292.00) |
| HO 23 70 05 13 | Windstorm Exterior Paint or Waterproofing Endorsement | | |
| UPCIC 402 15 05 18 | Unit Owners Coverage A - Special Coverage | | $106.00 |
| UPCIC 406 15 05 18 | Personal Property Replacement Cost | | $203.00 |
| UPCIC 407 15 12 17 | Water Back-Up and Sump Discharge or Overflow Coverage | $5,000 | $25.00 |
| UPCIC 601 15 12 17 | No Coverage for Home Day Care Business | | |
| UPCIC 201 15 02 18 | Calendar Year Hurricane Deductible With Supplemental Reporting Requirement - Florida | | |
| | Year Built Surcharge | | $688.00 |
| | Personal Liability Increase Endorsement | $300,000 | $18.00 |
| | MGA Fee | | $25.00 |
| | Emergency Management Preparedness Assistance Trust Fund | | $2.00 |

| Universal Property & Casualty Insurance Company, A Stock Company<br><br>c/o Evolution Risk Advisors, Inc.<br>1110 W. Commercial Blvd<br>Fort Lauderdale, FL 33309 | **Declaration Effective**<br>01/03/2021<br><br>Renewal Policy |  UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY |
|---|---|---|

| THIS IS NOT A BILL |||||||
|---|---|---|---|---|---|---|
| **Policy Number** | **FROM** | **Policy Period** | **TO** | [MORTGAGEE BILLED] || **Agent Code** |
| ▇-0390 | 01/03/2021 | | 01/03/2022 | 12:01 AM Standard Time || ▇ |

**PLEASE VISIT UNIVERSALPROPERTY.COM TO VIEW YOUR APPLICABLE POLICY FORMS AND ENDORSEMENTS. LOG IN AND CLICK MY POLICIES/POLICY DETAILS OR TYPE THIS URL INTO YOUR INTERNET BROWSER: HTTPS://UNIVERSALPROPERTY.COM/ACCOUNT/LOGIN. YOU HAVE THE RIGHT TO REQUEST AND OBTAIN WITHOUT CHARGE A PAPER OR ELECTRONIC COPY OF YOUR POLICY AND ENDORSEMENTS BY CONTACTING YOUR AGENT OR CALLING CUSTOMER SERVICE AT 1-800-425-9113.**

**LAW AND ORDINANCE: LAW AND ORDINANCE COVERAGE IS AN IMPORTANT COVERAGE THAT YOU MAY WISH TO PURCHASE.  PLEASE DISCUSS WITH YOUR INSURANCE AGENT.**

**FLOOD INSURANCE:  YOU MAY ALSO NEED TO CONSIDER THE PURCHASE OF FLOOD INSURANCE.  YOUR HOMEOWNER'S INSURANCE POLICY DOES NOT INCLUDE COVERAGE FOR DAMAGE RESULTING FROM FLOOD EVEN IF HURRICANE WINDS AND RAIN CAUSED THE FLOOD TO OCCUR.  WITHOUT SEPARATE FLOOD INSURANCE COVERAGE, YOU MAY HAVE UNCOVERED LOSSES CAUSED BY FLOOD.  PLEASE DISCUSS THE NEED TO PURCHASE SEPARATE FLOOD INSURANCE COVERAGE WITH YOUR INSURANCE AGENT.**

IMPORTANT: This replaces all previously issued policy declarations, if any and is subject to all forms and endorsements attached to this policy.

UPCIC HO DEC 15 02 20                    Printed Date: 6/24/2021 4:23:06 PM                    3 of 3

| Universal Property & Casualty Insurance Company,<br>A Stock Company<br><br>c/o Evolution Risk Advisors, Inc.<br>1110 W. Commercial Blvd<br>Fort Lauderdale, FL 33309 | Homeowners<br>**Declaration Effective**<br>12/19/2020<br><br>Renewal Policy |  UNIVERSAL PROPERTY<br>& CASUALTY INSURANCE COMPANY |

## THIS IS NOT A BILL

For Policy or Claims Questions  Contact Your Agent Listed Below

| Policy Number | FROM | Policy Period | TO | [MORTGAGEE BILLED] | Agent Code |
|---|---|---|---|---|---|
| ████-6257 | 12/19/2020 | Policy Period | 12/19/2021 | 12:01 AM Standard Time | ████ |

**Named Insured and Address**
Susana Rodriguez
████████████

**Agent Name and Address**
████████████

**Insured Location**
8777 COLLINS AVE APARTMENT 607 SURFSIDE, FL 33154   MIAMI-DADE COUNTY

### Premium Summary

| Basic Coverages Premium | Attached Endorsements Premium | Assessments / Surcharges | MGA Fees/Policy Fees | Total Policy Premium (Including Assessments & Surcharges) |
|---|---|---|---|---|
| $1,400.00 | ($1,114.00) | $357.00 | $27.00 | $670.00 |

### Rating Information

| Form | Construction | Year | Townhouse/ Rowhouse | Number of Families | Occupied | Protection Class | Territory | BCEG |
|---|---|---|---|---|---|---|---|---|
| HO6 | Superior - Masonry Non-Combustible | 1981 | N | 1 | Y | 2 | 31 | 99 |

| County | Dwelling Replacement Cost | Personal Property Replacement Cost | Protective Device Credits: Burglar | Fire | Sprinkler |
|---|---|---|---|---|---|
| Miami-Dade | Y | N | N | Y | Y |

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy. For renewals: If we elect to continue this insurance, we will renew this policy if you pay the required renewal premium for each successive policy period subject to our premiums, rules and forms then in effect. You must pay us prior to the end of the current policy period or else this policy will expire.

Insurance is provided only with respect to the following coverages for which a limit of liability is specified, subject to all the conditions of this policy.

| COVERAGES - SECTION I | LIMITS | PREMIUMS | COVERAGES - SECTION II | LIMITS | PREMIUMS |
|---|---|---|---|---|---|
| Coverage A - Dwelling | $62,000 | | Coverage E - Personal Liability | $300,000 | $18.00 |
| Coverage B - Other Structure | $0 | | Coverage F - Medical Payments | $2,000 | $4.00 |
| Coverage C - Personal Property | $6,000 | $1,400.00 | | | |
| Coverage D - Loss of Use | $2,400 | | | | |

NOTE:  The portion of your premium for hurricane coverage is: $171.75
The portion of your premium for all other coverages is: $498.25

**Section I Coverages Subject to a $500 Hurricane Deductible Per Calendar Year.**
Section I Coverages Subject to $1,000 All Other Perils (Non-Hurricane) Deductible Per Loss.

## THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE LOSSES WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU.

Flood coverage is not provided by Universal Property & Casualty Insurance Company and is not part of this policy.

Allstar Insurance Services

| Countersignature | Date | Chief Executive Officer |
|---|---|---|

## Exhibit "Q"

| Universal Property & Casualty Insurance Company,<br>A Stock Company<br>c/o Evolution Risk Advisors, Inc.<br>1110 W. Commercial Blvd<br>Fort Lauderdale, FL 33309 | **Declaration Effective**<br>12/19/2020 | <br>**UNIVERSAL<br>PROPERTY**<br>& CASUALTY INSURANCE COMPANY<br><br>Renewal Policy |
|---|---|---|

| THIS IS NOT A BILL |
|---|

| Policy Number | FROM | Policy Period | TO | [MORTGAGEE BILLED] | Agent Code |
|---|---|---|---|---|---|
| ▮▮-6257 | 12/19/2020 | | 12/19/2021 | 12:01 AM Standard Time | ▮▮ |

**Additional Interest**

| Mortgagee/Additional Interest 01 | Mortgagee/Additional Interest 02 | Mortgagee/Additional Interest 03 |
|---|---|---|
| ███████ | | |

**Policy Forms & Endorsements Applicable to This Policy**

| NUMBER EDITION | DESCRIPTION | LIMITS | PREMIUMS |
|---|---|---|---|
| UPCIC HO6 15 05 18 | Homeowners 6 Unit Owners Form | | $1,400.00 |
| UPCIC 905 15 03 18 | Outline of Your Homeowner Policy | | |
| UPCIC 801 15 12 17 | Windstorm Protective Devices | | ($1,204.00) |
| HO 23 70 05 13 | Windstorm Exterior Paint or Waterproofing Endorsement | | |
| UPCIC 404 15 12 17 | Unit Owners Rental to Others | | $48.00 |
| UPCIC 402 15 05 18 | Unit Owners Coverage A - Special Coverage | | $63.00 |
| UPCIC 802 15 12 17 | Premises Alarm or Fire Protection System | | ($68.00) |
| UPCIC 407 15 12 17 | Water Back-Up and Sump Discharge or Overflow Coverage | $5,000 | $25.00 |
| UPCIC 601 15 12 17 | No Coverage for Home Day Care Business | | |
| UPCIC 201 15 02 18 | Calendar Year Hurricane Deductible With Supplemental Reporting Requirement - Florida | | |
| | Year Built Surcharge | | $357.00 |
| | Personal Liability Increase Endorsement | $300,000 | $18.00 |
| | Medical Payment Increase Endorsement | $2,000 | $4.00 |
| | MGA Fee | | $25.00 |
| | Emergency Management Preparedness Assistance Trust Fund | | $2.00 |

| Universal Property & Casualty Insurance Company, A Stock Company | | | |
| c/o Evolution Risk Advisors, Inc. | **Declaration Effective** 12/19/2020 |  UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY | |
| 1110 W. Commercial Blvd | | | |
| Fort Lauderdale, FL 33309 | | Renewal Policy | |

| THIS IS NOT A BILL | | | | | |
|---|---|---|---|---|---|
| **Policy Number** | **FROM** | **Policy Period** | **TO** | **[MORTGAGEE BILLED]** | **Agent Code** |
| ▉-6257 | 12/19/2020 | | 12/19/2021 | 12:01 AM Standard Time | ▉ |

**PLEASE VISIT UNIVERSALPROPERTY.COM TO VIEW YOUR APPLICABLE POLICY FORMS AND ENDORSEMENTS.  LOG IN AND CLICK MY POLICIES/POLICY DETAILS OR TYPE THIS URL INTO YOUR INTERNET BROWSER: HTTPS://UNIVERSALPROPERTY.COM/ACCOUNT/LOGIN. YOU HAVE THE RIGHT TO REQUEST AND OBTAIN WITHOUT CHARGE A PAPER OR ELECTRONIC COPY OF YOUR POLICY AND ENDORSEMENTS BY CONTACTING YOUR AGENT OR CALLING CUSTOMER SERVICE AT 1-800-425-9113.**

**LAW AND ORDINANCE: LAW AND ORDINANCE COVERAGE IS AN IMPORTANT COVERAGE THAT YOU MAY WISH TO PURCHASE.  PLEASE DISCUSS WITH YOUR INSURANCE AGENT.**

**FLOOD INSURANCE:  YOU MAY ALSO NEED TO CONSIDER THE PURCHASE OF FLOOD INSURANCE.  YOUR HOMEOWNER'S INSURANCE POLICY DOES NOT INCLUDE COVERAGE FOR DAMAGE RESULTING FROM FLOOD EVEN IF HURRICANE WINDS AND RAIN CAUSED THE FLOOD TO OCCUR.  WITHOUT SEPARATE FLOOD INSURANCE COVERAGE, YOU MAY HAVE UNCOVERED LOSSES CAUSED BY FLOOD.  PLEASE DISCUSS THE NEED TO PURCHASE SEPARATE FLOOD INSURANCE COVERAGE WITH YOUR INSURANCE AGENT.**

IMPORTANT: This replaces all previously issued policy declarations, if any and is subject to all forms and endorsements attached to this policy.

UPCIC HO DEC 15 02 20          Printed Date:  6/24/2021 5:04:46 PM                    3 of 3

| Universal Property & Casualty Insurance Company,<br>A Stock Company<br><br>c/o Evolution Risk Advisors, Inc.<br>1110 W. Commercial Blvd<br>Fort Lauderdale, FL 33309 | Homeowners<br><br>**Declaration Effective**<br>12/16/2020 | <br>**UNIVERSAL<br>PROPERTY**<br>& CASUALTY INSURANCE COMPANY<br><br>Renewal Policy |
|---|---|---|

## THIS IS NOT A BILL

### For Policy or Claims Questions  Contact Your Agent Listed Below

| Policy Number | FROM | Policy Period | TO | [INSURED BILLED] | | Agent Code |
|---|---|---|---|---|---|---|
| ▮▮-460 | 12/16/2020 | | 12/16/2021 | 12:01 AM Standard Time | | ▮▮ |

**Named Insured and Address**
Sarita Harari

▮▮▮▮

8777 COLLINS AVE APT 305 SURFSIDE, FL 33154   MIAMI-DADE COUNTY

**Agent Name and Address**

▮▮▮▮

### Premium Summary

| Basic Coverages<br>Premium | Attached Endorsements<br>Premium | Assessments / Surcharges | MGA Fees/Policy Fees | Total Policy Premium<br>(Including Assessments & Surcharges) |
|---|---|---|---|---|
| $2,184.00 | ($1,750.00) | $554.00 | $27.00 | $1,015.00 |

### Rating Information

| Form | Construction | Year | Townhouse/<br>Rowhouse | Number of<br>Families | Occupied | Protection<br>Class | Territory | BCEG |
|---|---|---|---|---|---|---|---|---|
| HO6 | Superior - Fire Resistive | 1981 | N | 1 | Y | 2 | 31 | 99 |

| County | Dwelling<br>Replacement Cost | Personal Property<br>Replacement Cost | Protective Device Credits:<br>Burglar | Fire | Sprinkler |
|---|---|---|---|---|---|
| Miami-Dade | Y | N | N | N | Y |

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy. For renewals: If we elect to continue this insurance, we will renew this policy if you pay the required renewal premium for each successive policy period subject to our premiums, rules and forms then in effect. You must pay us prior to the end of the current policy period or else this policy will expire.

Insurance is provided only with respect to the following coverages for which a limit of liability is specified, subject to all the conditions of this policy.

| COVERAGES - SECTION I | LIMITS | PREMIUMS | COVERAGES - SECTION II | LIMITS | PREMIUMS |
|---|---|---|---|---|---|
| Coverage A - Dwelling | $100,000 | | Coverage E - Personal Liability | $300,000 | $18.00 |
| Coverage B - Other Structure | $0 | | Coverage F - Medical Payments | $2,000 | $4.00 |
| Coverage C - Personal Property | $6,000 | $2,184.00 | | | |
| Coverage D - Loss of Use | $2,400 | | | | |

NOTE:   The portion of your premium for hurricane coverage is: $262.71
The portion of your premium for all other coverages is: $752.29

### Section I Coverages Subject to a $500 Hurricane Deductible Per Calendar Year.
Section I Coverages Subject to $1,000 All Other Perils  (Non-Hurricane) Deductible Per Loss.

# THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE LOSSES WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU.

Flood coverage is not provided by Universal Property & Casualty Insurance Company and is not part of this policy.

| Golden Global Insurance | | |
|---|---|---|
| Countersignature | Date | Chief Executive Officer |

## Exhibit "R"

| Universal Property & Casualty Insurance Company, | | | | | | |
|---|---|---|---|---|---|---|
| **A Stock Company** | | | **Declaration Effective** 12/16/2020 | |  UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY | |
| **c/o Evolution Risk Advisors, Inc.** | | | | | | |
| **1110 W. Commercial Blvd** | | | | | | |
| **Fort Lauderdale, FL 33309** | | | | | Renewal Policy | |

| **THIS IS NOT A BILL** | | | | | | |
|---|---|---|---|---|---|---|
| **Policy Number** | **FROM** | **Policy Period** | **TO** | **[INSURED BILLED]** | | **Agent Code** |
| -460 | 12/16/2020 | | 12/16/2021 | 12:01 AM Standard Time | | |

**Additional Interest**

**Mortgagee/Additional Interest 01**        **Mortgagee/Additional Interest 02**        **Mortgagee/Additional Interest 03**

**Policy Forms & Endorsements Applicable to This Policy**

| NUMBER EDITION | DESCRIPTION | LIMITS | PREMIUMS |
|---|---|---|---|
| UPCIC HO6 15 05 18 | Homeowners 6 Unit Owners Form | | $2,184.00 |
| UPCIC 905 15 03 18 | Outline of Your Homeowner Policy | | |
| UPCIC 801 15 12 17 | Windstorm Protective Devices | | ($1,869.00) |
| HO 23 70 05 13 | Windstorm Exterior Paint or Waterproofing Endorsement | | |
| UPCIC 404 15 12 17 | Unit Owners Rental to Others | | $48.00 |
| UPCIC 402 15 05 18 | Unit Owners Coverage A - Special Coverage | | $101.00 |
| UPCIC 802 15 12 17 | Premises Alarm or Fire Protection System | | ($52.00) |
| UPCIC 601 15 12 17 | No Coverage for Home Day Care Business | | |
| UPCIC 201 15 02 18 | Calendar Year Hurricane Deductible With Supplemental Reporting Requirement - Florida | | |
| | Year Built Surcharge | | $554.00 |
| | Personal Liability Increase Endorsement | $300,000 | $18.00 |
| | Medical Payment Increase Endorsement | $2,000 | $4.00 |
| | MGA Fee | | $25.00 |
| | Emergency Management Preparedness Assistance Trust Fund | | $2.00 |

| Universal Property & Casualty Insurance Company, A Stock Company c/o Evolution Risk Advisors, Inc. 1110 W. Commercial Blvd Fort Lauderdale, FL 33309 | **Declaration Effective** 12/16/2020 Renewal Policy |  UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY |

**THIS IS NOT A BILL**

| Policy Number | FROM | Policy Period | TO | [INSURED BILLED] | Agent Code |
|---|---|---|---|---|---|
| -460 | 12/16/2020 | | 12/16/2021 | 12:01 AM Standard Time | |

**PLEASE VISIT UNIVERSALPROPERTY.COM TO VIEW YOUR APPLICABLE POLICY FORMS AND ENDORSEMENTS. LOG IN AND CLICK MY POLICIES/POLICY DETAILS OR TYPE THIS URL INTO YOUR INTERNET BROWSER: HTTPS://UNIVERSALPROPERTY.COM/ACCOUNT/LOGIN. YOU HAVE THE RIGHT TO REQUEST AND OBTAIN WITHOUT CHARGE A PAPER OR ELECTRONIC COPY OF YOUR POLICY AND ENDORSEMENTS BY CONTACTING YOUR AGENT OR CALLING CUSTOMER SERVICE AT 1-800-425-9113.**

**LAW AND ORDINANCE: LAW AND ORDINANCE COVERAGE IS AN IMPORTANT COVERAGE THAT YOU MAY WISH TO PURCHASE. PLEASE DISCUSS WITH YOUR INSURANCE AGENT.**

**FLOOD INSURANCE: YOU MAY ALSO NEED TO CONSIDER THE PURCHASE OF FLOOD INSURANCE. YOUR HOMEOWNER'S INSURANCE POLICY DOES NOT INCLUDE COVERAGE FOR DAMAGE RESULTING FROM FLOOD EVEN IF HURRICANE WINDS AND RAIN CAUSED THE FLOOD TO OCCUR. WITHOUT SEPARATE FLOOD INSURANCE COVERAGE, YOU MAY HAVE UNCOVERED LOSSES CAUSED BY FLOOD. PLEASE DISCUSS THE NEED TO PURCHASE SEPARATE FLOOD INSURANCE COVERAGE WITH YOUR INSURANCE AGENT.**

| Universal Property & Casualty Insurance Company, A Stock Company | Homeowners | UNIVERSAL PROPERTY |
|---|---|---|
| c/o Evolution Risk Advisors, Inc. 1110 W. Commercial Blvd Fort Lauderdale, FL 33309 | **Declaration Effective** 06/18/2021 | & CASUALTY INSURANCE COMPANY |
| | | Renewal Policy |

## THIS IS NOT A BILL

### For Policy or Claims Questions Contact Your Agent Listed Below

| Policy Number | FROM | Policy Period | TO | [INSURED BILLED] | Agent Code |
|---|---|---|---|---|---|
| ████2897 | 06/18/2021 | | 06/18/2022 | 12:01 AM Standard Time | ████ |

**Named Insured and Address**
JOSEPH and ELENA BLASSER

**Agent Name and Address**
████████

**Insured Location**
8777 COLLINS AVE #PH- 11 SURFSIDE, FL 33154   MIAMI-DADE COUNTY

### Premium Summary

| Basic Coverages Premium | Attached Endorsements Premium | Assessments / Surcharges | MGA Fees/Policy Fees | Total Policy Premium (Including Assessments & Surcharges) |
|---|---|---|---|---|
| $4,994.00 | ($3,360.00) | $1,437.00 | $27.00 | $3,098.00 |

### Rating Information

| Form | Construction | Year | Townhouse/ Rowhouse | Number of Families | Occupied | Protection Class | Territory | BCEG |
|---|---|---|---|---|---|---|---|---|
| HO6 | Superior - Fire Resistive | 1981 | N | 1 | Y | 2 | 31 | 99 |

| County | Dwelling Replacement Cost | Personal Property Replacement Cost | Protective Device Credits: Burglar | Fire | Sprinkler |
|---|---|---|---|---|---|
| Miami-Dade | Y | Y | N | N | N |

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy. For renewals: If we elect to continue this insurance, we will renew this policy if you pay the required renewal premium for each successive policy period subject to our premiums, rules and forms then in effect. You must pay us prior to the end of the current policy period or else this policy will expire.

Insurance is provided only with respect to the following coverages for which a limit of liability is specified, subject to all the conditions of this policy.

| COVERAGES - SECTION I | LIMITS | PREMIUMS | COVERAGES - SECTION II | LIMITS | PREMIUMS |
|---|---|---|---|---|---|
| Coverage A - Dwelling | $150,000 | | Coverage E - Personal Liability | $300,000 | $18.00 |
| Coverage B - Other Structure | $0 | | Coverage F - Medical Payments | $3,000 | $5.00 |
| Coverage C - Personal Property | $75,000 | $4,994.00 | | | |
| Coverage D - Loss of Use | $30,000 | | | | |

NOTE:   The portion of your premium for hurricane coverage is: $1,102.77
The portion of your premium for all other coverages is: $1,995.23

### Section I Coverages Subject to a 2.0% of Coverage C - $1,500 Hurricane Deductible Per Calendar Year.

Section I Coverages Subject to $1,000 All Other Perils (Non-Hurricane) Deductible Per Loss.

# THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE LOSSES WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU.

Flood coverage is not provided by Universal Property & Casualty Insurance Company and is not part of this policy.

| The Madison Insurance & Financial Group | | _Steph J Doty_ |
|---|---|---|
| Countersignature | Date | Chief Executive Officer |

Exhibit "S"

| Universal Property & Casualty Insurance Company, | | | | | | |
|---|---|---|---|---|---|---|
| **A Stock Company** | | | | **Declaration Effective** | | UNIVERSAL PROPERTY |
| **c/o Evolution Risk Advisors, Inc.** | | | | 06/18/2021 | | & CASUALTY INSURANCE COMPANY |
| **1110 W. Commercial Blvd** | | | | | | |
| **Fort Lauderdale, FL 33309** | | | | | Renewal Policy | |



| **THIS IS NOT A BILL** | | | | | | |
|---|---|---|---|---|---|---|
| **Policy Number** | **FROM** | **Policy Period** | **TO** | **[INSURED BILLED]** | | **Agent Code** |
| -2897 | 06/18/2021 | | 06/18/2022 | 12:01 AM Standard Time | | |

---

**Additional Interest**

| **Mortgagee/Additional Interest 01** | **Mortgagee/Additional Interest 02** | **Mortgagee/Additional Interest 03** |
|---|---|---|

---

**Policy Forms & Endorsements Applicable to This Policy**

| **NUMBER EDITION** | **DESCRIPTION** | **LIMITS** | **PREMIUMS** |
|---|---|---|---|
| UPCIC HO6 15 05 18 | Homeowners 6 Unit Owners Form | | $4,994.00 |
| UPCIC 905 15 03 18 | Outline of Your Homeowner Policy | | |
| UPCIC 801 15 12 17 | Windstorm Protective Devices | | ($4,367.00) |
| HO 23 70 05 13 | Windstorm Exterior Paint or Waterproofing Endorsement | | |
| UPCIC 402 15 05 18 | Unit Owners Coverage A - Special Coverage | | $151.00 |
| UPCIC 406 15 05 18 | Personal Property Replacement Cost | | $808.00 |
| UPCIC 407 15 12 17 | Water Back-Up and Sump Discharge or Overflow Coverage | $5,000 | $25.00 |
| UPCIC 601 15 12 17 | No Coverage for Home Day Care Business | | |
| UPCIC 201 15 02 18 | Calendar Year Hurricane Deductible With Supplemental Reporting Requirement - Florida | | |
| | Year Built Surcharge | | $1,437.00 |
| | Personal Liability Increase Endorsement | $300,000 | $18.00 |
| | Medical Payment Increase Endorsement | $3,000 | $5.00 |
| | MGA Fee | | $25.00 |
| | Emergency Management Preparedness Assistance Trust Fund | | $2.00 |

| Universal Property & Casualty Insurance Company, A Stock Company<br><br>c/o Evolution Risk Advisors, Inc.<br>1110 W. Commercial Blvd<br>Fort Lauderdale, FL 33309 | Declaration Effective<br>06/18/2021 |  UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY |
|---|---|---|
| | | Renewal Policy |

| THIS IS NOT A BILL | | | | | |
|---|---|---|---|---|---|
| Policy Number | FROM | Policy Period | TO | [INSURED BILLED] | Agent Code |
| ▮▮▮-2897 | 06/18/2021 | | 06/18/2022 | 12:01 AM Standard Time | ▮▮ |

**PLEASE VISIT UNIVERSALPROPERTY.COM TO VIEW YOUR APPLICABLE POLICY FORMS AND ENDORSEMENTS. LOG IN AND CLICK MY POLICIES/POLICY DETAILS OR TYPE THIS URL INTO YOUR INTERNET BROWSER: HTTPS://UNIVERSALPROPERTY.COM/ACCOUNT/LOGIN. YOU HAVE THE RIGHT TO REQUEST AND OBTAIN WITHOUT CHARGE A PAPER OR ELECTRONIC COPY OF YOUR POLICY AND ENDORSEMENTS BY CONTACTING YOUR AGENT OR CALLING CUSTOMER SERVICE AT 1-800-425-9113.**

# LAW AND ORDINANCE: LAW AND ORDINANCE COVERAGE IS AN IMPORTANT COVERAGE THAT YOU MAY WISH TO PURCHASE. PLEASE DISCUSS WITH YOUR INSURANCE AGENT.

# FLOOD INSURANCE: YOU MAY ALSO NEED TO CONSIDER THE PURCHASE OF FLOOD INSURANCE. YOUR HOMEOWNER'S INSURANCE POLICY DOES NOT INCLUDE COVERAGE FOR DAMAGE RESULTING FROM FLOOD EVEN IF HURRICANE WINDS AND RAIN CAUSED THE FLOOD TO OCCUR. WITHOUT SEPARATE FLOOD INSURANCE COVERAGE, YOU MAY HAVE UNCOVERED LOSSES CAUSED BY FLOOD. PLEASE DISCUSS THE NEED TO PURCHASE SEPARATE FLOOD INSURANCE COVERAGE WITH YOUR INSURANCE AGENT.

**IMPORTANT: This replaces all previously issued policy declarations, if any and is subject to all forms and endorsements attached to this policy.**

UPCIC HO DEC 15 02 20          Printed Date: 6/25/2021 9:07:58 AM          3 of 3

| Universal Property & Casualty Insurance Company, A Stock Company c/o Evolution Risk Advisors, Inc. 1110 W. Commercial Blvd Fort Lauderdale, FL 33309 | Homeowners **Declaration Effective** 01/07/2021 |  **UNIVERSAL PROPERTY** & CASUALTY INSURANCE COMPANY |
|---|---|---|
| | | Renewal Policy |

| **THIS IS NOT A BILL** |
|---|
| For Policy or Claims Questions  Contact Your Agent Listed Below |

| **Policy Number** | **FROM** | **Policy Period** | **TO** | **[MORTGAGEE BILLED]** | **Agent Code** |
|---|---|---|---|---|---|
| ▮▮-176 | 01/07/2021 | | 01/07/2022 | **12:01 AM Standard Time** | ▮▮ |

**Named Insured and Address**

**Agent Name and Address**

**Insured Location**
8777 COLLINS AVE UNIT 705 SURFSIDE, FL 33154   MIAMI-DADE COUNTY

---
**Premium Summary**
---

| Basic Coverages Premium | Attached Endorsements Premium | Assessments / Surcharges | MGA Fees/Policy Fees | Total Policy Premium (Including Assessments & Surcharges) |
|---|---|---|---|---|
| $2,350.00 | ($1,697.00) | $564.00 | $27.00 | $1,244.00 |

**Rating Information**

| Form | Construction | Year | Townhouse/ Rowhouse | Number of Families | Occupied | Protection Class | Territory | BCEG |
|---|---|---|---|---|---|---|---|---|
| HO6 | Superior - Masonry Non-Combustible | 1981 | N | 1 | Y | 2 | 031 | 99 |

| | Dwelling Replacement Cost | Personal Property Replacement Cost | Protective Device Credits: | | |
|---|---|---|---|---|---|
| County | | | Burglar | Fire | Sprinkler |
| Miami-Dade | Y | N | N | N | N |

We will provide the insurance described in this policy in  return for the premium and compliance with all applicable provisions of this policy. For renewals: If we elect to continue this insurance, we will renew this policy if you pay the required renewal premium for each successive policy period subject to our premiums, rules and forms then in effect. You must pay us prior to the end of the current policy period or else this policy will expire.

Insurance is provided only with respect to the following coverages for which a limit of liability is specified, subject to all the conditions of this policy.

| **COVERAGES - SECTION I** | **LIMITS** | **PREMIUMS** | **COVERAGES - SECTION II** | **LIMITS** | **PREMIUMS** |
|---|---|---|---|---|---|
| Coverage A - Dwelling | $92,000 | | Coverage E - Personal Liability | $300,000 | $18.00 |
| Coverage B - Other Structure | $0 | | Coverage F - Medical Payments | $1,000 | $0.00 |
| Coverage C - Personal Property | $20,000 | $2,350.00 | | | |
| Coverage D - Loss of Use | $8,000 | | | | |

NOTE:  The portion of your premium for hurricane coverage is: $438.00
The portion of your premium for all other coverages is: $806.00

**Section I Coverages Subject to a $500 Hurricane Deductible Per Calendar Year.**
Section I Coverages Subject to $1,000 All Other Perils  (Non-Hurricane) Deductible Per Loss.

# THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE LOSSES WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU.

Flood coverage is not provided by Universal Property & Casualty Insurance Company and is not part of this policy.

Miami Insurance Brokers

| Countersignature | Date | Chief Executive Officer |
|---|---|---|

# Exhibit "T"

| | |
|---|---|
| **Universal Property & Casualty Insurance Company, A Stock Company**<br>**c/o Evolution Risk Advisors, Inc.**<br>**1110 W. Commercial Blvd**<br>**Fort Lauderdale, FL 33309** | **Declaration Effective** 01/07/2021<br>UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY<br>Renewal Policy |

**THIS IS NOT A BILL**

| Policy Number | FROM Policy Period | TO | [MORTGAGEE BILLED] | Agent Code |
|---|---|---|---|---|
| [redacted]-176 | 01/07/2021 | 01/07/2022 | **12:01 AM Standard Time** | [redacted] |

**Additional Interest**

| Mortgagee/Additional Interest 01 | Mortgagee/Additional Interest 02 | Mortgagee/Additional Interest 03 |
|---|---|---|
| [redacted] | | |

**Policy Forms & Endorsements Applicable to This Policy**

| NUMBER EDITION | DESCRIPTION | LIMITS | PREMIUMS |
|---|---|---|---|
| UPCIC HO6 15 05 18 | Homeowners 6 Unit Owners Form | | $2,350.00 |
| UPCIC 905 15 03 18 | Outline of Your Homeowner Policy | | |
| UPCIC 801 15 12 17 | Windstorm Protective Devices | | ($1,715.00) |
| HO 23 70 05 13 | Windstorm Exterior Paint or Waterproofing Endorsement | | |
| UPCIC 601 15 12 17 | No Coverage for Home Day Care Business | | |
| UPCIC 201 15 02 18 | Calendar Year Hurricane Deductible With Supplemental Reporting Requirement - Florida | | |
| | Year Built Surcharge | | $564.00 |
| | Personal Liability Increase Endorsement | $300,000 | $18.00 |
| | MGA Fee | | $25.00 |
| | Emergency Management Preparedness Assistance Trust Fund | | $2.00 |

| Universal Property & Casualty Insurance Company, A Stock Company c/o Evolution Risk Advisors, Inc. 1110 W. Commercial Blvd Fort Lauderdale, FL 33309 | | | | Declaration Effective 01/07/2021  UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY Renewal Policy | |

### THIS IS NOT A BILL

| Policy Number | FROM | Policy Period | TO | [MORTGAGEE BILLED] | Agent Code |
|---|---|---|---|---|---|
| -176 | 01/07/2021 | | 01/07/2022 | 12:01 AM Standard Time | |

**PLEASE VISIT UNIVERSALPROPERTY.COM TO VIEW YOUR APPLICABLE POLICY FORMS AND ENDORSEMENTS. LOG IN AND CLICK MY POLICIES/POLICY DETAILS OR TYPE THIS URL INTO YOUR INTERNET BROWSER: HTTPS://UNIVERSALPROPERTY.COM/ACCOUNT/LOGIN. YOU HAVE THE RIGHT TO REQUEST AND OBTAIN WITHOUT CHARGE A PAPER OR ELECTRONIC COPY OF YOUR POLICY AND ENDORSEMENTS BY CONTACTING YOUR AGENT OR CALLING CUSTOMER SERVICE AT 1-800-425-9113.**

## LAW AND ORDINANCE: LAW AND ORDINANCE COVERAGE IS AN IMPORTANT COVERAGE THAT YOU MAY WISH TO PURCHASE. PLEASE DISCUSS WITH YOUR INSURANCE AGENT.

## FLOOD INSURANCE: YOU MAY ALSO NEED TO CONSIDER THE PURCHASE OF FLOOD INSURANCE. YOUR HOMEOWNER'S INSURANCE POLICY DOES NOT INCLUDE COVERAGE FOR DAMAGE RESULTING FROM FLOOD EVEN IF HURRICANE WINDS AND RAIN CAUSED THE FLOOD TO OCCUR. WITHOUT SEPARATE FLOOD INSURANCE COVERAGE, YOU MAY HAVE UNCOVERED LOSSES CAUSED BY FLOOD. PLEASE DISCUSS THE NEED TO PURCHASE SEPARATE FLOOD INSURANCE COVERAGE WITH YOUR INSURANCE AGENT.

| Universal Property & Casualty Insurance Company, A Stock Company | Homeowners |  |
|---|---|---|
| c/o Evolution Risk Advisors, Inc. | **Declaration Effective** | |
| 1110 W. Commercial Blvd | 10/20/2020 | |
| Fort Lauderdale, FL 33309 | | Renewal Policy |

## THIS IS NOT A BILL

For Policy or Claims Questions  Contact Your Agent Listed Below

| Policy Number | FROM | Policy Period | TO | [INSURED BILLED] | Agent Code |
|---|---|---|---|---|---|
| ▮▮-292 | 10/20/2020 | | 10/20/2021 | 12:01 AM Standard Time | ▮▮▮ |

**Named Insured and Address**
Emilia Mattei

▮▮▮3

**Agent Name and Address**

**Insured Location**
8777 COLLINS AVE UNIT 1005 SURFSIDE, FL 33154    MIAMI-DADE COUNTY

### Premium Summary

| Basic Coverages Premium | Attached Endorsements Premium | Assessments / Surcharges | MGA Fees/Policy Fees | Total Policy Premium (Including Assessments & Surcharges) |
|---|---|---|---|---|
| $4,255.00 | ($3,495.00) | $1,730.00 | $27.00 | $2,517.00 |

### Rating Information

| Form | Construction | Year | Townhouse/ Rowhouse | Number of Families | Occupied | Protection Class | Territory | BCEG |
|---|---|---|---|---|---|---|---|---|
| HO6 | Superior - Fire Resistive | 1981 | N | 1 | Y | 2 | 31 | 99 |

| County | Dwelling Replacement Cost | Personal Property Replacement Cost | Protective Device Credits: Burglar | Fire | Sprinkler |
|---|---|---|---|---|---|
| Miami-Dade | Y | Y | N | N | Y |

We will provide the insurance described in this policy in  return for the premium and compliance with all applicable provisions of this policy. For renewals: If we elect to continue this insurance, we will renew this policy if you pay the required renewal premium for each successive policy period subject to our premiums, rules and forms then in effect. You must pay us prior to the end of the current policy period or else this policy will expire.

Insurance is provided only with respect to the following coverages for which a limit of liability is specified, subject to all the conditions of this policy.

| COVERAGES - SECTION I | LIMITS | PREMIUMS | COVERAGES - SECTION II | LIMITS | PREMIUMS |
|---|---|---|---|---|---|
| Coverage A - Dwelling | $123,000 | | Coverage E - Personal Liability | $300,000 | $18.00 |
| Coverage B - Other Structure | $0 | | Coverage F - Medical Payments | $1,000 | $0.00 |
| Coverage C - Personal Property | $75,000 | $4,255.00 | | | |
| Coverage D - Loss of Use | $30,000 | | | | |

NOTE:    The portion of your premium for hurricane coverage is: $669.14
The portion of your premium for all other coverages is: $1,847.86

**Section I Coverages Subject to a 2.0% of Coverage C - $1,500 Hurricane Deductible Per Calendar Year.**

Section I Coverages Subject to $500 All Other Perils  (Non-Hurricane) Deductible Per Loss.

# THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE LOSSES WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU.

Flood coverage is not provided by Universal Property & Casualty Insurance Company and is not part of this policy.

| Rivard Insurance Agency, Inc. | | |
|---|---|---|
| Countersignature | Date | Chief Executive Officer |

Exhibit "U"

Universal Property & Casualty Insurance Company,
**A Stock Company**
**c/o Evolution Risk Advisors, Inc.**
**1110 W. Commercial Blvd**
**Fort Lauderdale, FL 33309**

**Declaration Effective**
10/20/2020


UNIVERSAL
PROPERTY
& CASUALTY INSURANCE COMPANY

Renewal Policy

| | | | | THIS IS NOT A BILL | |
|---|---|---|---|---|---|
| **Policy Number** | **FROM** | **Policy Period** | **TO** | **[INSURED BILLED]** | **Agent Code** |
| -292 | 10/20/2020 | | 10/20/2021 | 12:01 AM Standard Time | |

**Additional Interest**

**Mortgagee/Additional Interest 01**    **Mortgagee/Additional Interest 02**    **Mortgagee/Additional Interest 03**

## Policy Forms & Endorsements Applicable to This Policy

| NUMBER EDITION | DESCRIPTION | LIMITS | PREMIUMS |
|---|---|---|---|
| UPCIC HO6 15 05 18 | Homeowners 6 Unit Owners Form | | $4,255.00 |
| UPCIC 905 15 03 18 | Outline of Your Homeowner Policy | | |
| UPCIC 801 15 12 17 | Windstorm Protective Devices | | ($4,261.00) |
| HO 23 70 05 13 | Windstorm Exterior Paint or Waterproofing Endorsement | | |
| UPCIC 402 15 05 18 | Unit Owners Coverage A - Special Coverage | | $124.00 |
| UPCIC 406 15 05 18 | Personal Property Replacement Cost | | $730.00 |
| UPCIC 802 15 12 17 | Premises Alarm or Fire Protection System | | ($106.00) |
| UPCIC 601 15 12 17 | No Coverage for Home Day Care Business | | |
| UPCIC 201 15 02 18 | Calendar Year Hurricane Deductible With Supplemental Reporting Requirement - Florida | | |
| | Year Built Surcharge | | $1,146.00 |
| | Seasonal Occupancy Surcharge | | $584.00 |
| | Personal Liability Increase Endorsement | $300,000 | $18.00 |
| | MGA Fee | | $25.00 |
| | Emergency Management Preparedness Assistance Trust Fund | | $2.00 |

| Universal Property & Casualty Insurance Company,<br>A Stock Company<br><br>c/o Evolution Risk Advisors, Inc.<br>1110 W. Commercial Blvd<br>Fort Lauderdale, FL 33309 | Declaration Effective<br>10/20/2020 |  UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY<br><br>Renewal Policy |
|---|---|---|

| THIS IS NOT A BILL | | | | | |
|---|---|---|---|---|---|
| Policy Number | FROM | Policy Period | TO | [INSURED BILLED] | Agent Code |
| ▬▬-292 | 10/20/2020 | | 10/20/2021 | 12:01 AM Standard Time | ▬▬ |

**PLEASE VISIT UNIVERSALPROPERTY.COM TO VIEW YOUR APPLICABLE POLICY FORMS AND ENDORSEMENTS. LOG IN AND CLICK MY POLICIES/POLICY DETAILS OR TYPE THIS URL INTO YOUR INTERNET BROWSER: HTTPS://UNIVERSALPROPERTY.COM/ACCOUNT/LOGIN. YOU HAVE THE RIGHT TO REQUEST AND OBTAIN WITHOUT CHARGE A PAPER OR ELECTRONIC COPY OF YOUR POLICY AND ENDORSEMENTS BY CONTACTING YOUR AGENT OR CALLING CUSTOMER SERVICE AT 1-800-425-9113.**

# LAW AND ORDINANCE: LAW AND ORDINANCE COVERAGE IS AN IMPORTANT COVERAGE THAT YOU MAY WISH TO PURCHASE. PLEASE DISCUSS WITH YOUR INSURANCE AGENT.

# FLOOD INSURANCE: YOU MAY ALSO NEED TO CONSIDER THE PURCHASE OF FLOOD INSURANCE. YOUR HOMEOWNER'S INSURANCE POLICY DOES NOT INCLUDE COVERAGE FOR DAMAGE RESULTING FROM FLOOD EVEN IF HURRICANE WINDS AND RAIN CAUSED THE FLOOD TO OCCUR. WITHOUT SEPARATE FLOOD INSURANCE COVERAGE, YOU MAY HAVE UNCOVERED LOSSES CAUSED BY FLOOD. PLEASE DISCUSS THE NEED TO PURCHASE SEPARATE FLOOD INSURANCE COVERAGE WITH YOUR INSURANCE AGENT.

| Universal Property & Casualty Insurance Company, A Stock Company<br><br>c/o Evolution Risk Advisors, Inc.<br>1110 W. Commercial Blvd<br>Fort Lauderdale, FL 33309 | Homeowners<br><br>**Declaration Effective**<br>03/21/2021 |  UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY |
|---|---|---|
| | | Renewal Policy |

### THIS IS NOT A BILL

For Policy or Claims Questions  Contact Your Agent Listed Below

| Policy Number | FROM | Policy Period | TO | [INSURED BILLED] | Agent Code |
|---|---|---|---|---|---|
| ███-0704 | 03/21/2021 | | 03/21/2022 | 12:01 AM Standard Time | ███ |

**Named Insured and Address**
Ricardo Abuawad

**Agent Name and Address**



**Insured Location**
8777 COLLINS AVE APARTMENT 612 SURFSIDE, FL 33154   MIAMI-DADE COUNTY

#### Premium Summary

| Basic Coverages Premium | Attached Endorsements Premium | Assessments / Surcharges | MGA Fees/Policy Fees | Total Policy Premium (Including Assessments & Surcharges) |
|---|---|---|---|---|
| $2,904.00 | ($2,431.00) | $846.00 | $27.00 | $1,346.00 |

#### Rating Information

| Form | Construction | Year | Townhouse/ Rowhouse | Number of Families | Occupied | Protection Class | Territory | BCEG |
|---|---|---|---|---|---|---|---|---|
| HO6 | Superior - Fire Resistive | 1981 | N | 1 | Y | 2 | 31 | 99 |

| County | Dwelling Replacement Cost | Personal Property Replacement Cost | Protective Device Credits: Burglar | Fire | Sprinkler |
|---|---|---|---|---|---|
| MIAMI-DADE | Y | Y | N | N | N |

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy. For renewals: If we elect to continue this insurance, we will renew this policy if you pay the required renewal premium for each successive policy period subject to our premiums, rules and forms then in effect. You must pay us prior to the end of the current policy period or else this policy will expire.

Insurance is provided only with respect to the following coverages for which a limit of liability is specified, subject to all the conditions of this policy.

| COVERAGES - SECTION I | LIMITS | PREMIUMS | COVERAGES - SECTION II | LIMITS | PREMIUMS |
|---|---|---|---|---|---|
| Coverage A - Dwelling | $120,000 | | Coverage E - Personal Liability | $300,000 | $18.00 |
| Coverage B - Other Structure | $0 | | Coverage F - Medical Payments | $1,000 | $0.00 |
| Coverage C - Personal Property | $20,000 | $2,904.00 | | | |
| Coverage D - Loss of Use | $8,000 | | | | |

NOTE: The portion of your premium for hurricane coverage is: $325.73
The portion of your premium for all other coverages is: $1,020.27

### Section I Coverages Subject to a 5.0% of Coverage C - $1,000 Hurricane Deductible Per Calendar Year.
Section I Coverages Subject to $2,500 All Other Perils  (Non-Hurricane) Deductible Per Loss.

# THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE LOSSES WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU.

Flood coverage is not provided by Universal Property & Casualty Insurance Company and is not part of this policy.

| NCF Insurance Associates | | |
|---|---|---|
| Countersignature | Date | Chief Executive Officer |

Exhibit "V"

| Universal Property & Casualty Insurance Company, A Stock Company<br>c/o Evolution Risk Advisors, Inc.<br>1110 W. Commercial Blvd<br>Fort Lauderdale, FL 33309 | Declaration Effective<br>03/21/2021 |  UNIVERSAL PROPERTY<br>A CASUALTY INSURANCE COMPANY<br><br>Renewal Policy |
| --- | --- | --- |

## THIS IS NOT A BILL

| Policy Number | FROM | Policy Period | TO | [INSURED BILLED] | Agent Code |
| --- | --- | --- | --- | --- | --- |
| 0704 | 03/21/2021 | | 03/21/2022 | 12:01 AM Standard Time | |

**Additional Interest**

| Mortgagee/Additional Interest 01 | Mortgagee/Additional Interest 02 | Mortgagee/Additional Interest 03 |
| --- | --- | --- |
| Olmsted Corp | | |

Additional Insured

### Policy Forms & Endorsements Applicable to This Policy

| NUMBER EDITION | DESCRIPTION | LIMITS | PREMIUMS |
| --- | --- | --- | --- |
| UPCIC HO6 15 05 18 | Homeowners 6 Unit Owners Form | | $2,904.00 |
| UPCIC 905 15 03 18 | Outline of Your Homeowner Policy | | |
| UPCIC 801 15 12 17 | Windstorm Protective Devices | | ($2,820.00) |
| HO 23 70 05 13 | Windstorm Exterior Paint or Waterproofing Endorsement | | |
| UPCIC 402 15 05 18 | Unit Owners Coverage A - Special Coverage | | $121.00 |
| UPCIC 406 15 05 18 | Personal Property Replacement Cost | | $225.00 |
| UPCIC 702 15 05 18 | Additional Insured - Residence Premises | | |
| UPCIC 407 15 12 17 | Water Back-Up and Sump Discharge or Overflow Coverage | $5,000 | $25.00 |
| UPCIC 601 15 12 17 | No Coverage for Home Day Care Business | | |
| UPCIC 201 15 02 18 | Calendar Year Hurricane Deductible With Supplemental Reporting Requirement - Florida | | |
| | Year Built Surcharge | | $846.00 |
| | Personal Liability Increase Endorsement | $300,000 | $18.00 |
| | MGA Fee | | $25.00 |
| | Emergency Management Preparedness Assistance Trust Fund | | $2.00 |

| Universal Property & Casualty Insurance Company,<br>A Stock Company<br>c/o Evolution Risk Advisors, Inc.<br>1110 W. Commercial Blvd<br>Fort Lauderdale, FL 33309 | | | | **Declaration Effective**<br>03/21/2021 |  UNIVERSAL PROPERTY<br>& CASUALTY INSURANCE COMPANY<br><br>Renewal Policy | |

| THIS IS NOT A BILL | | | | | | |
|---|---|---|---|---|---|---|
| **Policy Number** | **FROM** | **Policy Period** | **TO** | **[INSURED BILLED]** | | **Agent Code** |
| ▮▮-0704 | 03/21/2021 | | 03/21/2022 | 12:01 AM Standard Time | | ▮▮ |

PLEASE VISIT UNIVERSALPROPERTY.COM TO VIEW YOUR APPLICABLE POLICY FORMS
AND ENDORSEMENTS. LOG IN AND CLICK MY POLICIES/POLICY DETAILS OR TYPE THIS
URL INTO YOUR INTERNET BROWSER:
HTTPS://UNIVERSALPROPERTY.COM/ACCOUNT/LOGIN. YOU HAVE THE RIGHT TO
REQUEST AND OBTAIN WITHOUT CHARGE A PAPER OR ELECTRONIC COPY OF YOUR
POLICY AND ENDORSEMENTS BY CONTACTING YOUR AGENT OR CALLING CUSTOMER
SERVICE AT 1-800-425-9113.

## LAW AND ORDINANCE: LAW AND ORDINANCE COVERAGE IS AN IMPORTANT COVERAGE THAT YOU MAY WISH TO PURCHASE. PLEASE DISCUSS WITH YOUR INSURANCE AGENT.

## FLOOD INSURANCE: YOU MAY ALSO NEED TO CONSIDER THE PURCHASE OF FLOOD INSURANCE. YOUR HOMEOWNER'S INSURANCE POLICY DOES NOT INCLUDE COVERAGE FOR DAMAGE RESULTING FROM FLOOD EVEN IF HURRICANE WINDS AND RAIN CAUSED THE FLOOD TO OCCUR. WITHOUT SEPARATE FLOOD INSURANCE COVERAGE, YOU MAY HAVE UNCOVERED LOSSES CAUSED BY FLOOD. PLEASE DISCUSS THE NEED TO PURCHASE SEPARATE FLOOD INSURANCE COVERAGE WITH YOUR INSURANCE AGENT.

| | | |
|---|---|---|
| **Universal Property & Casualty Insurance Company, A Stock Company**<br><br>c/o Evolution Risk Advisors, Inc.<br>**1110 W. Commercial Blvd**<br>**Fort Lauderdale, FL 33309** | Homeowners<br><br>**Declaration Effective**<br>01/20/2021<br><br>Renewal Policy |  |

### THIS IS NOT A BILL
For Policy or Claims Questions  Contact Your Agent Listed Below

| Policy Number | FROM | Policy Period | TO | [INSURED BILLED] | Agent Code |
|---|---|---|---|---|---|
| ████-0149 | 01/20/2021 | | 01/20/2022 | **12:01 AM Standard Time** | ████ |

**Named Insured and Address**
SUSANA and HORTENSIA ALVAREZ



**Agent Name and Address**

8777 COLLINS AVE APARTMENT 1006 SURFSIDE, FL 33154   MIAMI-DADE COUNTY

### Premium Summary

| Basic Coverages Premium | Attached Endorsements Premium | Assessments / Surcharges | MGA Fees/Policy Fees | Total Policy Premium (Including Assessments & Surcharges) |
|---|---|---|---|---|
| $2,217.00 | ($1,812.00) | $660.00 | $27.00 | $1,092.00 |

### Rating Information

| Form | Construction | Year | Townhouse/ Rowhouse | Number of Families | Occupied | Protection Class | Territory | BCEG |
|---|---|---|---|---|---|---|---|---|
| HO6 | Masonry | 1981 | N | 1 | Y | 2 | 31 | 99 |

| County | Dwelling Replacement Cost | Personal Property Replacement Cost | Protective Device Credits: Burglar | Fire | Sprinkler |
|---|---|---|---|---|---|
| MIAMI-DADE | Y | Y | N | N | N |

We will provide the insurance described in this policy in  return for the premium and compliance with all applicable provisions of this policy. For renewals: If we elect to continue this insurance, we will renew this policy if you pay the required renewal premium for each successive policy period subject to our premiums, rules and forms then in effect. You must pay us prior to the end of the current policy period or else this policy will expire.

Insurance is provided only with respect to the following coverages for which a limit of liability is specified, subject to all the conditions of this policy.

| COVERAGES - SECTION I | LIMITS | PREMIUMS | COVERAGES - SECTION II | LIMITS | PREMIUMS |
|---|---|---|---|---|---|
| Coverage A - Dwelling | $50,000 | | Coverage E - Personal Liability | $300,000 | $18.00 |
| Coverage B - Other Structure | $0 | | Coverage F - Medical Payments | $1,000 | $0.00 |
| Coverage C - Personal Property | $35,000 | $2,217.00 | | | |
| Coverage D - Loss of Use | $14,000 | | | | |

NOTE: The portion of your premium for hurricane coverage is: $286.51
The portion of your premium for all other coverages is: $805.49

### Section I Coverages Subject to a 5.0% of Coverage C - $1,750 Hurricane Deductible Per Calendar Year.

Section I Coverages Subject to $1,000 All Other Perils  (Non-Hurricane) Deductible Per Loss.

# THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE LOSSES WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU.

Flood coverage is not provided by Universal Property & Casualty Insurance Company and is not part of this policy.

| Consumer Casualty Corp | | | |
|---|---|---|---|
| Countersignature | | Date | Chief Executive Officer |

## Exhibit "W"

| Universal Property & Casualty Insurance Company,<br>A Stock Company<br>c/o Evolution Risk Advisors, Inc.<br>1110 W. Commercial Blvd<br>Fort Lauderdale, FL 33309 | Declaration Effective<br>01/20/2021 | <br>Renewal Policy |
|---|---|---|

| THIS IS NOT A BILL | | | | | |
|---|---|---|---|---|---|
| **Policy Number** | **FROM** | **Policy Period** | **TO** | **[INSURED BILLED]** | **Agent Code** |
| ▮▮▮-0149 | 01/20/2021 | | 01/20/2022 | 12:01 AM Standard Time | ▮▮ |

**Additional Interest**

**Mortgagee/Additional Interest 01**          **Mortgagee/Additional Interest 02**          **Mortgagee/Additional Interest 03**

### Policy Forms & Endorsements Applicable to This Policy

| NUMBER EDITION | DESCRIPTION | LIMITS | PREMIUMS |
|---|---|---|---|
| UPCIC HO6 15 05 18 | Homeowners 6 Unit Owners Form | | $2,217.00 |
| UPCIC 905 15 03 18 | Outline of Your Homeowner Policy | | |
| UPCIC 801 15 12 17 | Windstorm Protective Devices | | ($2,228.00) |
| HO 23 70 05 13 | Windstorm Exterior Paint or Waterproofing Endorsement | | |
| UPCIC 402 15 05 18 | Unit Owners Coverage A - Special Coverage | | $51.00 |
| UPCIC 406 15 05 18 | Personal Property Replacement Cost | | $347.00 |
| UPCIC 601 15 12 17 | No Coverage for Home Day Care Business | | |
| UPCIC 201 15 02 18 | Calendar Year Hurricane Deductible With Supplemental Reporting Requirement - Florida | | |
| | Year Built Surcharge | | $660.00 |
| | Personal Liability Increase Endorsement | $300,000 | $18.00 |
| | MGA Fee | | $25.00 |
| | Emergency Management Preparedness Assistance Trust Fund | | $2.00 |

| Universal Property & Casualty Insurance Company, A Stock Company<br>c/o Evolution Risk Advisors, Inc.<br>1110 W. Commercial Blvd<br>Fort Lauderdale, FL 33309 | Declaration Effective<br>01/20/2021 |  UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY<br><br>Renewal Policy |
|---|---|---|

| THIS IS NOT A BILL | | | | | |
|---|---|---|---|---|---|
| Policy Number | FROM | Policy Period | TO | [INSURED BILLED] | Agent Code |
| ███-0149 | 01/20/2021 | | 01/20/2022 | 12:01 AM Standard Time | ███ |

**PLEASE VISIT UNIVERSALPROPERTY.COM TO VIEW YOUR APPLICABLE POLICY FORMS AND ENDORSEMENTS. LOG IN AND CLICK MY POLICIES/POLICY DETAILS OR TYPE THIS URL INTO YOUR INTERNET BROWSER: HTTPS://UNIVERSALPROPERTY.COM/ACCOUNT/LOGIN. YOU HAVE THE RIGHT TO REQUEST AND OBTAIN WITHOUT CHARGE A PAPER OR ELECTRONIC COPY OF YOUR POLICY AND ENDORSEMENTS BY CONTACTING YOUR AGENT OR CALLING CUSTOMER SERVICE AT 1-800-425-9113.**

# LAW AND ORDINANCE: LAW AND ORDINANCE COVERAGE IS AN IMPORTANT COVERAGE THAT YOU MAY WISH TO PURCHASE. PLEASE DISCUSS WITH YOUR INSURANCE AGENT.

# FLOOD INSURANCE: YOU MAY ALSO NEED TO CONSIDER THE PURCHASE OF FLOOD INSURANCE. YOUR HOMEOWNER'S INSURANCE POLICY DOES NOT INCLUDE COVERAGE FOR DAMAGE RESULTING FROM FLOOD EVEN IF HURRICANE WINDS AND RAIN CAUSED THE FLOOD TO OCCUR. WITHOUT SEPARATE FLOOD INSURANCE COVERAGE, YOU MAY HAVE UNCOVERED LOSSES CAUSED BY FLOOD. PLEASE DISCUSS THE NEED TO PURCHASE SEPARATE FLOOD INSURANCE COVERAGE WITH YOUR INSURANCE AGENT.

**IMPORTANT: This replaces all previously issued policy declarations, if any and is subject to all forms and endorsements attached to this policy.**

UPCIC HO DEC 15 02 20        Printed Date: 6/25/2021 8:37:28 PM        3 of 3

| Universal Property & Casualty Insurance Company, A Stock Company | Homeowners |  |
|---|---|---|
| c/o Evolution Risk Advisors, Inc. | **Declaration Effective** | |
| 1110 W. Commercial Blvd | 07/01/2020 | |
| Fort Lauderdale, FL 33309 | | Renewal Policy |

| THIS IS NOT A BILL |
|---|

| For Policy or Claims Questions  Contact Your Agent Listed Below |
|---|

| Policy Number | FROM | Policy Period | TO | [INSURED BILLED] | Agent Code |
|---|---|---|---|---|---|
| ████-897 | 07/01/2020 | | 07/01/2021 | **12:01 AM Standard Time** | ████ |

**Named Insured and Address**
Leon Oliwkowicz

**Agent Name and Address**

**Insured Location**
8777 COLLINS AVE APT 704 SURFSIDE, FL 33154   MIAMI-DADE COUNTY

### Premium Summary

| Basic Coverages Premium | Attached Endorsements Premium | Assessments / Surcharges | MGA Fees/Policy Fees | Total Policy Premium (Including Assessments & Surcharges) |
|---|---|---|---|---|
| $3,692.00 | ($2,828.00) | $997.00 | $27.00 | $1,888.00 |

### Rating Information

| Form | Construction | Year | Townhouse/ Rowhouse | Number of Families | Occupied | Protection Class | Territory | BCEG |
|---|---|---|---|---|---|---|---|---|
| HO6 | Superior - Masonry Non-Combustible | 1981 | N | 1 | Y | 2 | 31 | 99 |

| County | Dwelling Replacement Cost | Personal Property Replacement Cost | Protective Device Credits: Burglar | Fire | Sprinkler |
|---|---|---|---|---|---|
| Miami-Dade | Y | Y | Y | Y | Y |

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy. For renewals: If we elect to continue this insurance, we will renew this policy if you pay the required renewal premium for each successive policy period subject to our premiums, rules and forms then in effect. You must pay us prior to the end of the current policy period or else this policy will expire.

Insurance is provided only with respect to the following coverages for which a limit of liability is specified, subject to all the conditions of this policy.

| COVERAGES - SECTION I | LIMITS | PREMIUMS | COVERAGES - SECTION II | LIMITS | PREMIUMS |
|---|---|---|---|---|---|
| Coverage A - Dwelling | $125,000 | | Coverage E - Personal Liability | $300,000 | $18.00 |
| Coverage B - Other Structure | $0 | | Coverage F - Medical Payments | $2,000 | $4.00 |
| Coverage C - Personal Property | $75,000 | $3,692.00 | | | |
| Coverage D - Loss of Use | $30,000 | | | | |

NOTE:   The portion of your premium for hurricane coverage is: $538.50
The portion of your premium for all other coverages is: $1,349.50

**Section I Coverages Subject to a 2.0% of Coverage C - $1,500 Hurricane Deductible Per Calendar Year.**

Section I Coverages Subject to $500 All Other Perils  (Non-Hurricane) Deductible Per Loss.

# THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE LOSSES WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU.

Flood coverage is not provided by Universal Property & Casualty Insurance Company and is not part of this policy.

| Government Insurance Corp. | | |
|---|---|---|
| Countersignature | Date | Chief Executive Officer |

## Exhibit "X"

| Universal Property & Casualty Insurance Company, A Stock Company<br>c/o Evolution Risk Advisors, Inc.<br>1110 W. Commercial Blvd<br>Fort Lauderdale, FL 33309 | Declaration Effective<br>07/01/2020 | <br>Renewal Policy |
| --- | --- | --- |

| THIS IS NOT A BILL | | | | | |
| --- | --- | --- | --- | --- | --- |
| Policy Number | FROM | Policy Period | TO | [INSURED BILLED] | Agent Code |
| ███ 897 | 07/01/2020 | | 07/01/2021 | 12:01 AM Standard Time | ██ |

**Additional Interest**

| Mortgagee/Additional Interest 01 | Mortgagee/Additional Interest 02 | Mortgagee/Additional Interest 03 |
| --- | --- | --- |
| ████████ | | |

## Policy Forms & Endorsements Applicable to This Policy

| NUMBER EDITION | DESCRIPTION | LIMITS | PREMIUMS |
| --- | --- | --- | --- |
| UPCIC HO6 15 05 18 | Homeowners 6 Unit Owners Form | | $3,692.00 |
| UPCIC 905 15 03 18 | Outline of Your Homeowner Policy | | |
| UPCIC 801 15 12 17 | Windstorm Protective Devices | | ($3,406.00) |
| HO 23 70 05 13 | Windstorm Exterior Paint or Waterproofing Endorsement | | |
| UPCIC 402 15 05 18 | Unit Owners Coverage A - Special Coverage | | $126.00 |
| UPCIC 406 15 05 18 | Personal Property Replacement Cost | | $635.00 |
| UPCIC 802 15 12 17 | Premises Alarm or Fire Protection System | | ($205.00) |
| UPCIC 701 15 02 18 | Additional Interests - Residence Premises | | |
| UPCIC 601 15 12 17 | No Coverage for Home Day Care Business | | |
| UPCIC 201 15 02 18 | Calendar Year Hurricane Deductible With Supplemental Reporting Requirement - Florida | | |
| | Year Built Surcharge | | $997.00 |
| | Personal Liability Increase Endorsement | $300,000 | $18.00 |
| | Medical Payment Increase Endorsement | $2,000 | $4.00 |
| | MGA Fee | | $25.00 |
| | Emergency Management Preparedness Assistance Trust Fund | | $2.00 |

| Universal Property & Casualty Insurance Company,<br>A Stock Company<br>c/o Evolution Risk Advisors, Inc.<br>1110 W. Commercial Blvd<br>Fort Lauderdale, FL 33309 | Declaration Effective<br>07/01/2020 | <br>UNIVERSAL PROPERTY<br>& CASUALTY INSURANCE COMPANY<br><br>Renewal Policy |
|---|---|---|

| THIS IS NOT A BILL | | | | | |
|---|---|---|---|---|---|
| **Policy Number** | **FROM** | **Policy Period** | **TO** | **[INSURED BILLED]** | **Agent Code** |
| ███-897 | 07/01/2020 | | 07/01/2021 | **12:01 AM Standard Time** | ███ |

**PLEASE VISIT UNIVERSALPROPERTY.COM TO VIEW YOUR APPLICABLE POLICY FORMS AND ENDORSEMENTS. LOG IN AND CLICK MY POLICIES/POLICY DETAILS OR TYPE THIS URL INTO YOUR INTERNET BROWSER: HTTPS://UNIVERSALPROPERTY.COM/ACCOUNT/LOGIN. YOU HAVE THE RIGHT TO REQUEST AND OBTAIN WITHOUT CHARGE A PAPER OR ELECTRONIC COPY OF YOUR POLICY AND ENDORSEMENTS BY CONTACTING YOUR AGENT OR CALLING CUSTOMER SERVICE AT 1-800-425-9113.**

# LAW AND ORDINANCE: LAW AND ORDINANCE COVERAGE IS AN IMPORTANT COVERAGE THAT YOU MAY WISH TO PURCHASE.  PLEASE DISCUSS WITH YOUR INSURANCE AGENT.

# FLOOD INSURANCE:  YOU MAY ALSO NEED TO CONSIDER THE PURCHASE OF FLOOD INSURANCE.  YOUR HOMEOWNER'S INSURANCE POLICY DOES NOT INCLUDE COVERAGE FOR DAMAGE RESULTING FROM FLOOD EVEN IF HURRICANE WINDS AND RAIN CAUSED THE FLOOD TO OCCUR.  WITHOUT SEPARATE FLOOD INSURANCE COVERAGE, YOU MAY HAVE UNCOVERED LOSSES CAUSED BY FLOOD.  PLEASE DISCUSS THE NEED TO PURCHASE SEPARATE FLOOD INSURANCE COVERAGE WITH YOUR INSURANCE AGENT.

| Universal Property & Casualty Insurance Company,<br>A Stock Company<br><br>c/o Evolution Risk Advisors, Inc.<br>1110 W. Commercial Blvd<br>Fort Lauderdale, FL 33309 | Homeowners<br>**Declaration Effective**<br>02/12/2021 | **UNIVERSAL PROPERTY**<br>& CASUALTY INSURANCE COMPANY<br><br>Renewal Policy |
|---|---|---|

## THIS IS NOT A BILL

### For Policy or Claims Questions  Contact Your Agent Listed Below

| Policy Number | FROM | Policy Period | TO | [INSURED BILLED] | Agent Code |
|---|---|---|---|---|---|
| ■■■■-5082 | 02/12/2021 | | 02/12/2022 | 12:01 AM Standard Time | ■■ |

**Named Insured and Address**
Magaly Delgado

**Agent Name and Address**

**Insured Location**
8777 COLLINS AVE APARTMENT 911 SURFSIDE, FL 33154    MIAMI-DADE COUNTY

### Premium Summary

| Basic Coverages<br>Premium | Attached Endorsements<br>Premium | Assessments / Surcharges | MGA Fees/Policy Fees | Total Policy Premium<br>(Including Assessments & Surcharges) |
|---|---|---|---|---|
| $1,322.00 | ($91.00) | $121.00 | $27.00 | $1,379.00 |

### Rating Information

| Form | Construction | Year | Townhouse/<br>Rowhouse | Number of<br>Families | Occupied | Protection<br>Class | Territory | BCEG |
|---|---|---|---|---|---|---|---|---|
| HO6 | Superior - Fire Resistive | 1981 | N | 1 | Y | 2 | 31 | 99 |

| County | Dwelling<br>Replacement Cost | Personal Property<br>Replacement Cost | Protective Device Credits: | | |
|---|---|---|---|---|---|
| | | | Burglar | Fire | Sprinkler |
| Miami-Dade | Y | N | N | Y | Y |

We will provide the insurance described in this policy in  return for the premium and compliance with all applicable provisions of this policy. For renewals: If we elect to continue this insurance, we will renew this policy if you pay the required renewal premium for each successive policy period subject to our premiums, rules and forms then in effect. You must pay us prior to the end of the current policy period or else this policy will expire.

Insurance is provided only with respect to the following coverages for which a limit of liability is specified, subject to all the conditions of this policy.

| COVERAGES - SECTION I | LIMITS | PREMIUMS | COVERAGES - SECTION II | LIMITS | PREMIUMS |
|---|---|---|---|---|---|
| Coverage A - Dwelling | $170,000 | | Coverage E - Personal Liability | $300,000 | $18.00 |
| Coverage B - Other Structure | $0 | | Coverage F - Medical Payments | $1,000 | $0.00 |
| Coverage C - Personal Property | $50,000 | $1,322.00 | | | |
| Coverage D - Loss of Use | $20,000 | | | | |

NOTE: The portion of your premium for hurricane coverage is: $0.00
The portion of your premium for all other coverages is: $1,379.00

## THIS POLICY DOES NOT INCLUDE COVERAGE FOR WINDSTORM OR HAIL
Section I Coverages Subject to $1,000 All Other Perils  (Non-Hurricane) Deductible Per Loss.

**Flood coverage is not provided by Universal Property & Casualty Insurance Company and is not part of this policy.**

Allstar Insurance Services

_____
Countersignature

_____
Date

_____
Chief Executive Officer

Exhibit "Y"

| Universal Property & Casualty Insurance Company, A Stock Company c/o Evolution Risk Advisors, Inc. 1110 W. Commercial Blvd Fort Lauderdale, FL 33309 | Declaration Effective 02/12/2021 |  UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY Renewal Policy |
|---|---|---|

## THIS IS NOT A BILL

| Policy Number | FROM | Policy Period | TO | [INSURED BILLED] | Agent Code |
|---|---|---|---|---|---|
| ▮-5082 | 02/12/2021 | | 02/12/2022 | 12:01 AM Standard Time | ▮ |

### Additional Interest

**Mortgagee/Additional Interest 01**     **Mortgagee/Additional Interest 02**     **Mortgagee/Additional Interest 03**

### Policy Forms & Endorsements Applicable to This Policy

| NUMBER EDITION | DESCRIPTION | LIMITS | PREMIUMS |
|---|---|---|---|
| UPCIC HO6 15 05 18 | Homeowners 6 Unit Owners Form | | $1,322.00 |
| UPCIC 905 15 03 18 | Outline of Your Homeowner Policy | | |
| UPCIC 402 15 05 18 | Unit Owners Coverage A - Special Coverage | | $171.00 |
| UPCIC 503 15 12 17 | Windstorm or Hail Exclusion | | |
| UPCIC 802 15 12 17 | Premises Alarm or Fire Protection System | | ($305.00) |
| UPCIC 407 15 12 17 | Water Back-Up and Sump Discharge or Overflow Coverage | $5,000 | $25.00 |
| UPCIC 601 15 12 17 | No Coverage for Home Day Care Business | | |
| | Year Built Surcharge | | $121.00 |
| | Personal Liability Increase Endorsement | $300,000 | $18.00 |
| | MGA Fee | | $25.00 |
| | Emergency Management Preparedness Assistance Trust Fund | | $2.00 |

| Universal Property & Casualty Insurance Company, A Stock Company  c/o Evolution Risk Advisors, Inc.  1110 W. Commercial Blvd  Fort Lauderdale, FL 33309 | | | | Declaration Effective  02/12/2021  Renewal Policy |  UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY | |
|---|---|---|---|---|---|---|
| **THIS IS NOT A BILL** | | | | | | |
| **Policy Number** | **FROM** | **Policy Period** | **TO** | **[INSURED BILLED]** | | **Agent Code** |
| ███-5082 | 02/12/2021 | | 02/12/2022 | **12:01 AM Standard Time** | | ███ |

**PLEASE VISIT UNIVERSALPROPERTY.COM TO VIEW YOUR APPLICABLE POLICY FORMS AND ENDORSEMENTS. LOG IN AND CLICK MY POLICIES/POLICY DETAILS OR TYPE THIS URL INTO YOUR INTERNET BROWSER: HTTPS://UNIVERSALPROPERTY.COM/ACCOUNT/LOGIN. YOU HAVE THE RIGHT TO REQUEST AND OBTAIN WITHOUT CHARGE A PAPER OR ELECTRONIC COPY OF YOUR POLICY AND ENDORSEMENTS BY CONTACTING YOUR AGENT OR CALLING CUSTOMER SERVICE AT 1-800-425-9113.**

**LAW AND ORDINANCE: LAW AND ORDINANCE COVERAGE IS AN IMPORTANT COVERAGE THAT YOU MAY WISH TO PURCHASE. PLEASE DISCUSS WITH YOUR INSURANCE AGENT.**

**FLOOD INSURANCE: YOU MAY ALSO NEED TO CONSIDER THE PURCHASE OF FLOOD INSURANCE. YOUR HOMEOWNER'S INSURANCE POLICY DOES NOT INCLUDE COVERAGE FOR DAMAGE RESULTING FROM FLOOD EVEN IF HURRICANE WINDS AND RAIN CAUSED THE FLOOD TO OCCUR. WITHOUT SEPARATE FLOOD INSURANCE COVERAGE, YOU MAY HAVE UNCOVERED LOSSES CAUSED BY FLOOD. PLEASE DISCUSS THE NEED TO PURCHASE SEPARATE FLOOD INSURANCE COVERAGE WITH YOUR INSURANCE AGENT.**

| Universal Property & Casualty Insurance Company,<br>A Stock Company<br><br>c/o Evolution Risk Advisors, Inc.<br>1110 W. Commercial Blvd<br>Fort Lauderdale, FL 33309 | Tenant<br><br>**Declaration Effective**<br>11/01/2020<br><br>Renewal Policy | **UNIVERSAL PROPERTY**<br>& CASUALTY INSURANCE COMPANY |
|---|---|---|

## THIS IS NOT A BILL

For Policy or Claims Questions  Contact Your Agent Listed Below

| Policy Number | FROM | Policy Period | TO | [INSURED BILLED] | Agent Code |
|---|---|---|---|---|---|
| 9338 | 11/01/2020 | | 11/01/2021 | 12:01 AM Standard Time | |

**Named Insured and Address**
Marcus J Guara and Anaely Rodriguez

**Agent Name and Address**

**Insured Location**
8777 COLLINS AVE APARTMENT 802 SURFSIDE, FL 33154   MIAMI-DADE COUNTY

### Premium Summary

| Basic Coverages<br>Premium | Attached Endorsements<br>Premium | Assessments / Surcharges | MGA Fees/Policy Fees | Total Policy Premium<br>(Including Assessments & Surcharges) |
|---|---|---|---|---|
| $61.00 | $40.00 | $0.00 | $27.00 | $128.00 |

### Rating Information

| Form | Construction | Year | Townhouse/<br>Rowhouse | Number of<br>Families | Occupied | Protection<br>Class | Territory | BCEG |
|---|---|---|---|---|---|---|---|---|
| HO4 | Masonry | 1981 | N | 1 | Y | 2 | 31 | 99 |

| County | Dwelling<br>Replacement Cost | Personal Property<br>Replacement Cost | Protective Device Credits: | | |
|---|---|---|---|---|---|
| | | | Burglar | Fire | Sprinkler |
| MIAMI-DADE | N/A | Y | N | N | N |

We will provide the insurance described in this policy in  return for the premium and compliance with all applicable provisions of this policy. For renewals: If we elect to continue this insurance, we will renew this policy if you pay the required renewal premium for each successive policy period subject to our premiums, rules and forms then in effect. You must pay us prior to the end of the current policy period or else this policy will expire.

Insurance is provided only with respect to the following coverages for which a limit of liability is specified, subject to all the conditions of this policy.

| COVERAGES - SECTION I | LIMITS | PREMIUMS | COVERAGES - SECTION II | LIMITS | PREMIUMS |
|---|---|---|---|---|---|
| Coverage A - Dwelling | $0 | | Coverage E - Personal Liability | $300,000 | $18.00 |
| Coverage B - Other Structure | $0 | | Coverage F - Medical Payments | $2,000 | $4.00 |
| Coverage C - Personal Property | $20,000 | $61.00 | | | |
| Coverage D - Loss of Use | $4,000 | | | | |

NOTE:   The portion of your premium for hurricane coverage is: $0.00
The portion of your premium for all other coverages is: $128.00

## THIS POLICY DOES NOT INCLUDE COVERAGE FOR WINDSTORM OR HAIL
Section I Coverages Subject to $500 All Other Perils  (Non-Hurricane) Deductible Per Loss.

**Flood coverage is not provided by Universal Property & Casualty Insurance Company and is not part of this policy.**

Insurance Specialists of South FL, Inc.

| Countersignature | Date | Chief Executive Officer |
|---|---|---|

# Exhibit "Z"

| Universal Property & Casualty Insurance Company,<br>A Stock Company<br>c/o Evolution Risk Advisors, Inc.<br>1110 W. Commercial Blvd<br>Fort Lauderdale, FL 33309 | **Declaration Effective**<br>11/01/2020<br><br>Renewal Policy | <br>UNIVERSAL<br>PROPERTY<br>A CASUALTY INSURANCE COMPANY |

## THIS IS NOT A BILL

| Policy Number | FROM | Policy Period | TO | [INSURED BILLED] | Agent Code |
|---|---|---|---|---|---|
| 1502-1801-9338 | 11/01/2020 | | 11/01/2021 | 12:01 AM Standard Time | BW62 |

### Additional Interest

| Mortgagee/Additional Interest 01 | Mortgagee/Additional Interest 02 | Mortgagee/Additional Interest 03 |
|---|---|---|
| La Comparsita LLC | | |

Additional Interest

### Policy Forms & Endorsements Applicable to This Policy

| NUMBER EDITION | DESCRIPTION | LIMITS | PREMIUMS |
|---|---|---|---|
| UPCIC HO4 15 05 18 | Homeowners 4 Contents Broad Form | | $61.00 |
| UPCIC 905 15 03 18 | Outline of Your Homeowner Policy | | |
| UPCIC 406 15 05 18 | Personal Property Replacement Cost | | $18.00 |
| UPCIC 503 15 12 17 | Windstorm or Hail Exclusion | | |
| UPCIC 701 15 02 18 | Additional Interests - Residence Premises | | |
| UPCIC 601 15 12 17 | No Coverage for Home Day Care Business | | |
| | Personal Liability Increase Endorsement | $300,000 | $18.00 |
| | Medical Payment Increase Endorsement | $2,000 | $4.00 |
| | MGA Fee | | $25.00 |
| | Emergency Management Preparedness Assistance Trust Fund | | $2.00 |

| Universal Property & Casualty Insurance Company, A Stock Company c/o Evolution Risk Advisors, Inc. 1110 W. Commercial Blvd Fort Lauderdale, FL 33309 | Declaration Effective 11/01/2020 |  UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY |
|---|---|---|
| | | Renewal Policy |

| THIS IS NOT A BILL | | | | | |
|---|---|---|---|---|---|
| Policy Number | FROM | Policy Period | TO | [INSURED BILLED] | Agent Code |
| ▨-9338 | 11/01/2020 | | 11/01/2021 | 12:01 AM Standard Time | ▨ |

**PLEASE VISIT UNIVERSALPROPERTY.COM TO VIEW YOUR APPLICABLE POLICY FORMS AND ENDORSEMENTS. LOG IN AND CLICK MY POLICIES/POLICY DETAILS OR TYPE THIS URL INTO YOUR INTERNET BROWSER: HTTPS://UNIVERSALPROPERTY.COM/ACCOUNT/LOGIN. YOU HAVE THE RIGHT TO REQUEST AND OBTAIN WITHOUT CHARGE A PAPER OR ELECTRONIC COPY OF YOUR POLICY AND ENDORSEMENTS BY CONTACTING YOUR AGENT OR CALLING CUSTOMER SERVICE AT 1-800-425-9113.**

# LAW AND ORDINANCE: LAW AND ORDINANCE COVERAGE IS AN IMPORTANT COVERAGE THAT YOU MAY WISH TO PURCHASE. PLEASE DISCUSS WITH YOUR INSURANCE AGENT.

# FLOOD INSURANCE: YOU MAY ALSO NEED TO CONSIDER THE PURCHASE OF FLOOD INSURANCE. YOUR HOMEOWNER'S INSURANCE POLICY DOES NOT INCLUDE COVERAGE FOR DAMAGE RESULTING FROM FLOOD EVEN IF HURRICANE WINDS AND RAIN CAUSED THE FLOOD TO OCCUR. WITHOUT SEPARATE FLOOD INSURANCE COVERAGE, YOU MAY HAVE UNCOVERED LOSSES CAUSED BY FLOOD. PLEASE DISCUSS THE NEED TO PURCHASE SEPARATE FLOOD INSURANCE COVERAGE WITH YOUR INSURANCE AGENT.

IMPORTANT: This replaces all previously issued policy declarations, if any and is subject to all forms and endorsements attached to this policy.

UPCIC HO DEC 15 02 20    Printed Date: 7/7/2021 5:48:54 PM    3 of 3

| Universal Property & Casualty Insurance Company, A Stock Company c/o Evolution Risk Advisors, Inc. 1110 W. Commercial Blvd Fort Lauderdale, FL 33309 | Homeowners **Declaration Effective** 07/01/2020 |  UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY Renewal Policy |
|---|---|---|

## THIS IS NOT A BILL

### For Policy or Claims Questions  Contact Your Agent Listed Below

| Policy Number | FROM | Policy Period | TO | [INSURED BILLED] | Agent Code |
|---|---|---|---|---|---|
| ▉▉-9849 | 07/01/2020 | | 07/01/2021 | 12:01 AM Standard Time | ▉▉ |

**Named Insured and Address**
Helen Kopel
▉▉▉▉▉▉▉▉

**Agent Name and Address**


**Insured Location**
8777 COLLINS AVE APARTMENT 1002 SURFSIDE, FL 33154   MIAMI-DADE COUNTY

### Premium Summary

| Basic Coverages Premium | Attached Endorsements Premium | Assessments / Surcharges | MGA Fees/Policy Fees | Total Policy Premium (Including Assessments & Surcharges) |
|---|---|---|---|---|
| $1,413.00 | ($991.00) | $375.00 | $27.00 | $824.00 |

### Rating Information

| Form | Construction | Year | Townhouse/ Rowhouse | Number of Families | Occupied | Protection Class | Territory | BCEG |
|---|---|---|---|---|---|---|---|---|
| HO6 | Superior - Fire Resistive | 1981 | N | 1 | Y | 2 | 31 | 99 |

| County | Dwelling Replacement Cost | Personal Property Replacement Cost | Protective Device Credits: Burglar | Fire | Sprinkler |
|---|---|---|---|---|---|
| Miami-Dade | Y | Y | N | N | Y |

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy. For renewals: If we elect to continue this insurance, we will renew this policy if you pay the required renewal premium for each successive policy period subject to our premiums, rules and forms then in effect. You must pay us prior to the end of the current policy period or else this policy will expire.

Insurance is provided only with respect to the following coverages for which a limit of liability is specified, subject to all the conditions of this policy.

| COVERAGES - SECTION I | LIMITS | PREMIUMS | COVERAGES - SECTION II | LIMITS | PREMIUMS |
|---|---|---|---|---|---|
| Coverage A - Dwelling | $73,675 | | Coverage E - Personal Liability | $300,000 | $18.00 |
| Coverage B - Other Structure | $0 | | Coverage F - Medical Payments | $1,000 | $0.00 |
| Coverage C - Personal Property | $6,000 | $1,413.00 | | | |
| Coverage D - Loss of Use | $2,400 | | | | |

NOTE:   The portion of your premium for hurricane coverage is: $296.29
The portion of your premium for all other coverages is: $527.71

### Section I Coverages Subject to a $500 Hurricane Deductible Per Calendar Year.
Section I Coverages Subject to $1,000 All Other Perils  (Non-Hurricane) Deductible Per Loss.

# THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE LOSSES WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU.

Flood coverage is not provided by Universal Property & Casualty Insurance Company and is not part of this policy.

| R.A. Brandon & Co, Inc | | *Stept J Doly* |
|---|---|---|
| Countersignature | Date | Chief Executive Officer |

## Exhibit "AA"



| Universal Property & Casualty Insurance Company,<br>A Stock Company<br>c/o Evolution Risk Advisors, Inc.<br>1110 W. Commercial Blvd<br>Fort Lauderdale, FL 33309 | **Declaration Effective**<br>07/01/2020 | UNIVERSAL<br>PROPERTY<br>& CASUALTY INSURANCE COMPANY |
|---|---|---|
| | | Renewal Policy |

## THIS IS NOT A BILL

| Policy Number | FROM | Policy Period | TO | [INSURED BILLED] | Agent Code |
|---|---|---|---|---|---|
| ■■■-9849 | 07/01/2020 | | 07/01/2021 | 12:01 AM Standard Time | ■■ |

### Additional Interest

**Mortgagee/Additional Interest 01**
Cherry 1002 LLC
■■■■■■■■■■■■■■■

Additional Interest

**Mortgagee/Additional Interest 02**

**Mortgagee/Additional Interest 03**

### Policy Forms & Endorsements Applicable to This Policy

| NUMBER EDITION | DESCRIPTION | LIMITS | PREMIUMS |
|---|---|---|---|
| UPCIC HO6 15 05 18 | Homeowners 6 Unit Owners Form | | $1,413.00 |
| UPCIC 905 15 03 18 | Outline of Your Homeowner Policy | | |
| UPCIC 801 15 12 17 | Windstorm Protective Devices | | ($1,147.00) |
| HO 23 70 05 13 | Windstorm Exterior Paint or Waterproofing Endorsement | | |
| UPCIC 404 15 12 17 | Unit Owners Rental to Others | | $41.00 |
| UPCIC 402 15 05 18 | Unit Owners Coverage A - Special Coverage | | $75.00 |
| UPCIC 406 15 05 18 | Personal Property Replacement Cost | | $58.00 |
| UPCIC 802 15 12 17 | Premises Alarm or Fire Protection System | | ($36.00) |
| UPCIC 701 15 02 18 | Additional Interests - Residence Premises | | |
| UPCIC 601 15 12 17 | No Coverage for Home Day Care Business | | |
| UPCIC 201 15 02 18 | Calendar Year Hurricane Deductible With Supplemental Reporting Requirement - Florida | | |
| | Year Built Surcharge | | $375.00 |
| | Personal Liability Increase Endorsement | $300,000 | $18.00 |
| | MGA Fee | | $25.00 |
| | Emergency Management Preparedness Assistance Trust Fund | | $2.00 |

| Universal Property & Casualty Insurance Company, A Stock Company | Declaration Effective 07/01/2020 |  |
|---|---|---|
| c/o Evolution Risk Advisors, Inc. 1110 W. Commercial Blvd Fort Lauderdale, FL 33309 | | Renewal Policy |

| THIS IS NOT A BILL | | | | | |
|---|---|---|---|---|---|
| Policy Number | FROM | Policy Period | TO | [INSURED BILLED] | Agent Code |
| ▇-9849 | 07/01/2020 | | 07/01/2021 | 12:01 AM Standard Time | ▇ |

PLEASE VISIT UNIVERSALPROPERTY.COM TO VIEW YOUR APPLICABLE POLICY FORMS AND ENDORSEMENTS. LOG IN AND CLICK MY POLICIES/POLICY DETAILS OR TYPE THIS URL INTO YOUR INTERNET BROWSER: HTTPS://UNIVERSALPROPERTY.COM/ACCOUNT/LOGIN. YOU HAVE THE RIGHT TO REQUEST AND OBTAIN WITHOUT CHARGE A PAPER OR ELECTRONIC COPY OF YOUR POLICY AND ENDORSEMENTS BY CONTACTING YOUR AGENT OR CALLING CUSTOMER SERVICE AT 1-800-425-9113.

## LAW AND ORDINANCE: LAW AND ORDINANCE COVERAGE IS AN IMPORTANT COVERAGE THAT YOU MAY WISH TO PURCHASE. PLEASE DISCUSS WITH YOUR INSURANCE AGENT.

## FLOOD INSURANCE: YOU MAY ALSO NEED TO CONSIDER THE PURCHASE OF FLOOD INSURANCE. YOUR HOMEOWNER'S INSURANCE POLICY DOES NOT INCLUDE COVERAGE FOR DAMAGE RESULTING FROM FLOOD EVEN IF HURRICANE WINDS AND RAIN CAUSED THE FLOOD TO OCCUR. WITHOUT SEPARATE FLOOD INSURANCE COVERAGE, YOU MAY HAVE UNCOVERED LOSSES CAUSED BY FLOOD. PLEASE DISCUSS THE NEED TO PURCHASE SEPARATE FLOOD INSURANCE COVERAGE WITH YOUR INSURANCE AGENT.

IMPORTANT: This replaces all previously issued policy declarations, if any and is subject to all forms and endorsements attached to this policy.

UPCIC HO DEC 15 02 20    Printed Date: 6/25/2021 12:00:38 PM    3 of 3

| Universal Property & Casualty Insurance Company,<br>A Stock Company<br><br>c/o Evolution Risk Advisors, Inc.<br>1110 W. Commercial Blvd<br>Fort Lauderdale, FL 33309 | Homeowners<br>**Declaration Effective**<br>08/10/2020<br><br>Renewal Policy |  |

| **THIS IS NOT A BILL** |
|---|
| For Policy or Claims Questions  Contact Your Agent Listed Below |

| Policy Number | FROM | Policy Period | TO | [INSURED BILLED] | Agent Code |
|---|---|---|---|---|---|
| ▮▮-738 | 08/10/2020 | | 08/10/2021 | 12:01 AM Standard Time | ▮▮ |

**Named Insured and Address**

**Agent Name and Address** 

**Insured Location**
8777 COLLINS AVE SURFSIDE, FL 33154   MIAMI-DADE COUNTY

**Premium Summary**

| Basic Coverages<br>Premium | Attached Endorsements<br>Premium | Assessments / Surcharges | MGA Fees/Policy Fees | Total Policy Premium<br>(Including Assessments & Surcharges) |
|---|---|---|---|---|
| $2,711.00 | ($2,318.00) | $844.00 | $27.00 | $1,264.00 |

**Rating Information**

| Form | Construction | Year | Townhouse/<br>Rowhouse | Number of<br>Families | Occupied | Protection<br>Class | Territory | BCEG |
|---|---|---|---|---|---|---|---|---|
| HO6 | Superior - Masonry<br>Non-Combustible | 1982 | N | 1 | Y | 2 | 031 | 99 |

| County | Dwelling<br>Replacement Cost | Personal Property<br>Replacement Cost | Protective Device Credits:<br>Burglar | Fire | Sprinkler |
|---|---|---|---|---|---|
| Miami-Dade | Y | Y | N | N | Y |

We will provide the insurance described in this policy in  return for the premium and compliance with all applicable provisions of this policy. For renewals: If we elect to continue this insurance, we will renew this policy if you pay the required renewal premium for each successive policy period subject to our premiums, rules and forms then in effect. You must pay us prior to the end of the current policy period or else this policy will expire.

Insurance is provided only with respect to the following coverages for which a limit of liability is specified, subject to all the conditions of this policy.

| COVERAGES - SECTION I | LIMITS | PREMIUMS | COVERAGES - SECTION II | LIMITS | PREMIUMS |
|---|---|---|---|---|---|
| Coverage A - Dwelling | $97,500 | | Coverage E - Personal Liability | $300,000 | $18.00 |
| Coverage B - Other Structure | $0 | | Coverage F - Medical Payments | $3,000 | $5.00 |
| Coverage C - Personal Property | $50,000 | $2,711.00 | | | |
| Coverage D - Loss of Use | $20,000 | | | | |

NOTE:  The portion of your premium for hurricane coverage is: $330.94
The portion of your premium for all other coverages is: $933.06

**Section I Coverages Subject to a 5.0% of Coverage C - $2,500 Hurricane Deductible Per Calendar Year.**

Section I Coverages Subject to $2,500 All Other Perils  (Non-Hurricane) Deductible Per Loss.

# THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE LOSSES WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU.

Flood coverage is not provided by Universal Property & Casualty Insurance Company and is not part of this policy.

| Raymond Palhegyi | | *[signature]* |
|---|---|---|
| Countersignature | Date | Chief Executive Officer |

Exhibit "BB"

| Universal Property & Casualty Insurance Company,<br>A Stock Company<br>c/o Evolution Risk Advisors, Inc.<br>1110 W. Commercial Blvd<br>Fort Lauderdale, FL 33309 | **Declaration Effective**<br>08/10/2020<br><br>Renewal Policy | <br>UNIVERSAL<br>PROPERTY<br>& CASUALTY INSURANCE COMPANY |
| --- | --- | --- |

## THIS IS NOT A BILL

| Policy Number | FROM | Policy Period | TO | [INSURED BILLED] | Agent Code |
| --- | --- | --- | --- | --- | --- |
| -738 | 08/10/2020 | | 08/10/2021 | 12:01 AM Standard Time | |

### Additional Interest

| Mortgagee/Additional Interest 01 | Mortgagee/Additional Interest 02 | Mortgagee/Additional Interest 03 |
| --- | --- | --- |
| |  ZYR LLC<br><br>Additional Insured | |

### Policy Forms & Endorsements Applicable to This Policy

| NUMBER EDITION | DESCRIPTION | LIMITS | PREMIUMS |
| --- | --- | --- | --- |
| UPCIC HO6 15 05 18 | Homeowners 6 Unit Owners Form | | $2,711.00 |
| UPCIC 905 15 03 18 | Outline of Your Homeowner Policy | | |
| UPCIC 801 15 12 17 | Windstorm Protective Devices | | ($2,851.00) |
| HO 23 70 05 13 | Windstorm Exterior Paint or Waterproofing Endorsement | | |
| UPCIC 402 15 05 18 | Unit Owners Coverage A - Special Coverage | | $99.00 |
| UPCIC 406 15 05 18 | Personal Property Replacement Cost | | $490.00 |
| UPCIC 702 15 05 18 | Additional Insured - Residence Premises | | |
| UPCIC 802 15 12 17 | Premises Alarm or Fire Protection System | | ($79.00) |
| UPCIC 701 15 02 18 | Additional Interests - Residence Premises | | |
| UPCIC 601 15 12 17 | No Coverage for Home Day Care Business | | |
| UPCIC 201 15 02 18 | Calendar Year Hurricane Deductible With Supplemental Reporting Requirement - Florida | | |
| | Year Built Surcharge | | $844.00 |
| | Personal Liability Increase Endorsement | $300,000 | $18.00 |
| | Medical Payment Increase Endorsement | $3,000 | $5.00 |
| | MGA Fee | | $25.00 |
| | Emergency Management Preparedness Assistance Trust Fund | | $2.00 |

| Universal Property & Casualty Insurance Company, A Stock Company<br><br>c/o Evolution Risk Advisors, Inc.<br>1110 W. Commercial Blvd<br>Fort Lauderdale, FL 33309 | Declaration Effective<br>08/10/2020 | <br>UNIVERSAL PROPERTY<br>& CASUALTY INSURANCE COMPANY<br><br>Renewal Policy |
| --- | --- | --- |

| THIS IS NOT A BILL | | | | |
| --- | --- | --- | --- | --- |
| Policy Number | FROM   Policy Period   TO | | [INSURED BILLED] | Agent Code |
| ███-738 | 08/10/2020 | 08/10/2021 | 12:01 AM Standard Time | ████ |

PLEASE VISIT UNIVERSALPROPERTY.COM TO VIEW YOUR APPLICABLE POLICY FORMS AND ENDORSEMENTS. LOG IN AND CLICK MY POLICIES/POLICY DETAILS OR TYPE THIS URL INTO YOUR INTERNET BROWSER: HTTPS://UNIVERSALPROPERTY.COM/ACCOUNT/LOGIN. YOU HAVE THE RIGHT TO REQUEST AND OBTAIN WITHOUT CHARGE A PAPER OR ELECTRONIC COPY OF YOUR POLICY AND ENDORSEMENTS BY CONTACTING YOUR AGENT OR CALLING CUSTOMER SERVICE AT 1-800-425-9113.

## LAW AND ORDINANCE: LAW AND ORDINANCE COVERAGE IS AN IMPORTANT COVERAGE THAT YOU MAY WISH TO PURCHASE. PLEASE DISCUSS WITH YOUR INSURANCE AGENT.

## FLOOD INSURANCE: YOU MAY ALSO NEED TO CONSIDER THE PURCHASE OF FLOOD INSURANCE. YOUR HOMEOWNER'S INSURANCE POLICY DOES NOT INCLUDE COVERAGE FOR DAMAGE RESULTING FROM FLOOD EVEN IF HURRICANE WINDS AND RAIN CAUSED THE FLOOD TO OCCUR. WITHOUT SEPARATE FLOOD INSURANCE COVERAGE, YOU MAY HAVE UNCOVERED LOSSES CAUSED BY FLOOD. PLEASE DISCUSS THE NEED TO PURCHASE SEPARATE FLOOD INSURANCE COVERAGE WITH YOUR INSURANCE AGENT.

| Universal Property & Casualty Insurance Company, A Stock Company | Homeowners | UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY |
|---|---|---|
| c/o Evolution Risk Advisors, Inc. 1110 W. Commercial Blvd Fort Lauderdale, FL 33309 | **Declaration Effective** 05/09/2021 | |
| | Renewal Policy | |

## THIS IS NOT A BILL

For Policy or Claims Questions Contact Your Agent Listed Below

| Policy Number | FROM | Policy Period | TO | [INSURED BILLED] | Agent Code |
|---|---|---|---|---|---|
| ▮-2871 | 05/09/2021 | | 05/09/2022 | 12:01 AM Standard Time | ▮ |

**Named Insured and Address**
Ada Lopez

**Agent Name and Address**

**Insured Location**
8777 COLLINS AVE APT 808 SURFSIDE, FL 33154   MIAMI-DADE COUNTY

### Premium Summary

| Basic Coverages Premium | Attached Endorsements Premium | Assessments / Surcharges | MGA Fees/Policy Fees | Total Policy Premium (Including Assessments & Surcharges) |
|---|---|---|---|---|
| $2,535.00 | ($2,109.00) | $618.00 | $27.00 | $1,071.00 |

### Rating Information

| Form | Construction | Year | Townhouse/ Rowhouse | Number of Families | Occupied | Protection Class | Territory | BCEG |
|---|---|---|---|---|---|---|---|---|
| HO6 | Superior - Masonry Non-Combustible | 1981 | N | 1 | Y | 2 | 31 | 99 |

| County | Dwelling Replacement Cost | Personal Property Replacement Cost | Protective Device Credits: Burglar | Fire | Sprinkler |
|---|---|---|---|---|---|
| Miami-Dade | Y | N | N | Y | Y |

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy. For renewals: If we elect to continue this insurance, we will renew this policy if you pay the required renewal premium for each successive policy period subject to our premiums, rules and forms then in effect. You must pay us prior to the end of the current policy period or else this policy will expire.

Insurance is provided only with respect to the following coverages for which a limit of liability is specified, subject to all the conditions of this policy.

| COVERAGES - SECTION I | LIMITS | PREMIUMS | COVERAGES - SECTION II | LIMITS | PREMIUMS |
|---|---|---|---|---|---|
| Coverage A - Dwelling | $90,000 | | Coverage E - Personal Liability | $300,000 | $18.00 |
| Coverage B - Other Structure | $0 | | Coverage F - Medical Payments | $3,000 | $5.00 |
| Coverage C - Personal Property | $20,000 | $2,535.00 | | | |
| Coverage D - Loss of Use | $8,000 | | | | |

NOTE:    The portion of your premium for hurricane coverage is: $295.49
The portion of your premium for all other coverages is: $775.51

### Section I Coverages Subject to a $500 Hurricane Deductible Per Calendar Year.
Section I Coverages Subject to $1,000 All Other Perils (Non-Hurricane) Deductible Per Loss.

# THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE LOSSES WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU.

Flood coverage is not provided by Universal Property & Casualty Insurance Company and is not part of this policy.

| Clovered, Inc. | | |
|---|---|---|
| Countersignature | Date | Chief Executive Officer |

## Exhibit "CC"

UPCIC HO DEC 15 02 20          Printed Date: 6/25/2021 5:20:27 PM          1 of 3



| Universal Property & Casualty Insurance Company,<br>A Stock Company<br><br>c/o Evolution Risk Advisors, Inc.<br>1110 W. Commercial Blvd<br>Fort Lauderdale, FL 33309 | **Declaration Effective**<br>05/09/2021 | UNIVERSAL PROPERTY<br>A CASUALTY INSURANCE COMPANY<br><br>Renewal Policy |
|---|---|---|

| **THIS IS NOT A BILL** | | | | | |
|---|---|---|---|---|---|
| **Policy Number** | **FROM** | **Policy Period** | **TO** | **[INSURED BILLED]** | **Agent Code** |
| ▆▆-2871 | 05/09/2021 | | 05/09/2022 | 12:01 AM Standard Time | ▆▆▆ |

**Additional Interest**

Mortgagee/Additional Interest 01     Mortgagee/Additional Interest 02     Mortgagee/Additional Interest 03

**Policy Forms & Endorsements Applicable to This Policy**

| NUMBER EDITION | DESCRIPTION | LIMITS | PREMIUMS |
|---|---|---|---|
| UPCIC HO6 15 05 18 | Homeowners 6 Unit Owners Form | | $2,535.00 |
| UPCIC 905 15 03 18 | Outline of Your Homeowner Policy | | |
| UPCIC 801 15 12 17 | Windstorm Protective Devices | | ($2,106.00) |
| HO 23 70 05 13 | Windstorm Exterior Paint or Waterproofing Endorsement | | |
| UPCIC 402 15 05 18 | Unit Owners Coverage A - Special Coverage | | $91.00 |
| UPCIC 802 15 12 17 | Premises Alarm or Fire Protection System | | ($117.00) |
| UPCIC 601 15 12 17 | No Coverage for Home Day Care Business | | |
| UPCIC 201 15 02 18 | Calendar Year Hurricane Deductible With Supplemental Reporting Requirement - Florida | | |
| | Year Built Surcharge | | $618.00 |
| | Personal Liability Increase Endorsement | $300,000 | $18.00 |
| | Medical Payment Increase Endorsement | $3,000 | $5.00 |
| | MGA Fee | | $25.00 |
| | Emergency Management Preparedness Assistance Trust Fund | | $2.00 |

| Universal Property & Casualty Insurance Company,<br>A Stock Company<br>c/o Evolution Risk Advisors, Inc.<br>1110 W. Commercial Blvd<br>Fort Lauderdale, FL 33309 | **Declaration Effective**<br>05/09/2021 |  UNIVERSAL PROPERTY<br>& CASUALTY INSURANCE COMPANY<br><br>Renewal Policy |

| THIS IS NOT A BILL |
|---|

| Policy Number | FROM | Policy Period | TO | [INSURED BILLED] | Agent Code |
|---|---|---|---|---|---|
| -2871 | 05/09/2021 | | 05/09/2022 | 12:01 AM Standard Time | |

**PLEASE VISIT UNIVERSALPROPERTY.COM TO VIEW YOUR APPLICABLE POLICY FORMS AND ENDORSEMENTS.  LOG IN AND CLICK MY POLICIES/POLICY DETAILS OR TYPE THIS URL INTO YOUR INTERNET BROWSER: HTTPS://UNIVERSALPROPERTY.COM/ACCOUNT/LOGIN. YOU HAVE THE RIGHT TO REQUEST AND OBTAIN WITHOUT CHARGE A PAPER OR ELECTRONIC COPY OF YOUR POLICY AND ENDORSEMENTS BY CONTACTING YOUR AGENT OR CALLING CUSTOMER SERVICE AT 1-800-425-9113.**

**LAW AND ORDINANCE: LAW AND ORDINANCE COVERAGE IS AN IMPORTANT COVERAGE THAT YOU MAY WISH TO PURCHASE.  PLEASE DISCUSS WITH YOUR INSURANCE AGENT.**

**FLOOD INSURANCE:  YOU MAY ALSO NEED TO CONSIDER THE PURCHASE OF FLOOD INSURANCE.  YOUR HOMEOWNER'S INSURANCE POLICY DOES NOT INCLUDE COVERAGE FOR DAMAGE RESULTING FROM FLOOD EVEN IF HURRICANE WINDS AND RAIN CAUSED THE FLOOD TO OCCUR.  WITHOUT SEPARATE FLOOD INSURANCE COVERAGE, YOU MAY HAVE UNCOVERED LOSSES CAUSED BY FLOOD.  PLEASE DISCUSS THE NEED TO PURCHASE SEPARATE FLOOD INSURANCE COVERAGE WITH YOUR INSURANCE AGENT.**

| Universal Property & Casualty Insurance Company, A Stock Company c/o Evolution Risk Advisors, Inc. 1110 W. Commercial Blvd Fort Lauderdale, FL 33309 | Homeowners **Declaration Effective** 10/17/2020 Renewal Policy |  UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY |
|---|---|---|

### THIS IS NOT A BILL

For Policy or Claims Questions Contact Your Agent Listed Below

| Policy Number | FROM | Policy Period | TO | [INSURED BILLED] | | Agent Code |
|---|---|---|---|---|---|---|
| ▓▓▓-1247 | 10/17/2020 | | 10/17/2021 | 12:01 AM Standard Time | | ▓▓▓ |

**Named Insured and Address**
Daniela Silva and Ibrahim Issa

**Agent Name and Address**



**Insured Location**
8777 COLLINS AVE APARTMENT 408 SURFSIDE, FL 33154   MIAMI-DADE COUNTY

### Premium Summary

| Basic Coverages Premium | Attached Endorsements Premium | Assessments / Surcharges | MGA Fees/Policy Fees | Total Policy Premium (Including Assessments & Surcharges) |
|---|---|---|---|---|
| $1,978.00 | ($1,357.00) | $595.00 | $27.00 | $1,243.00 |

### Rating Information

| Form | Construction | Year | Townhouse/ Rowhouse | Number of Families | Occupied | Protection Class | Territory | BCEG |
|---|---|---|---|---|---|---|---|---|
| HO6 | Superior - Fire Resistive | 1981 | N | 1 | Y | 2 | 31 | 99 |

| County | Dwelling Replacement Cost | Personal Property Replacement Cost | Protective Device Credits: | | |
|---|---|---|---|---|---|
| | | | Burglar | Fire | Sprinkler |
| Miami-Dade | Y | Y | N | Y | Y |

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy. For renewals: If we elect to continue this insurance, we will renew this policy if you pay the required renewal premium for each successive policy period subject to our premiums, rules and forms then in effect. You must pay us prior to the end of the current policy period or else this policy will expire.

Insurance is provided only with respect to the following coverages for which a limit of liability is specified, subject to all the conditions of this policy.

| COVERAGES - SECTION I | LIMITS | PREMIUMS | COVERAGES - SECTION II | LIMITS | PREMIUMS |
|---|---|---|---|---|---|
| Coverage A - Dwelling | $50,000 | | Coverage E - Personal Liability | $300,000 | $18.00 |
| Coverage B - Other Structure | $0 | | Coverage F - Medical Payments | $3,000 | $5.00 |
| Coverage C - Personal Property | $50,000 | $1,978.00 | | | |
| Coverage D - Loss of Use | $20,000 | | | | |

NOTE:   The portion of your premium for hurricane coverage is: $469.59
The portion of your premium for all other coverages is: $773.41

### Section I Coverages Subject to a 2.0% of Coverage C - $1,000 Hurricane Deductible Per Calendar Year.

Section I Coverages Subject to $1,000 All Other Perils (Non-Hurricane) Deductible Per Loss.

# THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE LOSSES WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU.

Flood coverage is not provided by Universal Property & Casualty Insurance Company and is not part of this policy.

| Todd Associates South, LLC | | *Stuart F. Daly* |
|---|---|---|
| Countersignature | Date | Chief Executive Officer |

## Exhibit "DD"

| Universal Property & Casualty Insurance Company, A Stock Company<br>c/o Evolution Risk Advisors, Inc.<br>1110 W. Commercial Blvd<br>Fort Lauderdale, FL 33309 | Declaration Effective<br>10/17/2020 | UNIVERSAL PROPERTY<br>& CASUALTY INSURANCE COMPANY<br><br>Renewal Policy  |

## THIS IS NOT A BILL

| Policy Number | FROM | Policy Period | TO | [INSURED BILLED] | Agent Code |
|---|---|---|---|---|---|
| 1247 | 10/17/2020 | | 10/17/2021 | 12:01 AM Standard Time | |

### Additional Interest

| Mortgagee/Additional Interest 01 | Mortgagee/Additional Interest 02 | Mortgagee/Additional Interest 03 |
|---|---|---|

### Policy Forms & Endorsements Applicable to This Policy

| NUMBER EDITION | DESCRIPTION | LIMITS | PREMIUMS |
|---|---|---|---|
| UPCIC HO6 15 05 18 | Homeowners 6 Unit Owners Form | | $1,978.00 |
| UPCIC 905 15 03 18 | Outline of Your Homeowner Policy | | |
| UPCIC 801 15 12 17 | Windstorm Protective Devices | | ($1,834.00) |
| HO 23 70 05 13 | Windstorm Exterior Paint or Waterproofing Endorsement | | |
| UPCIC 402 15 05 18 | Unit Owners Coverage A - Special Coverage | | $51.00 |
| UPCIC 406 15 05 18 | Personal Property Replacement Cost | | $490.00 |
| UPCIC 802 15 12 17 | Premises Alarm or Fire Protection System | | ($112.00) |
| UPCIC 407 15 12 17 | Water Back-Up and Sump Discharge or Overflow Coverage | $5,000 | $25.00 |
| UPCIC 601 15 12 17 | No Coverage for Home Day Care Business | | |
| UPCIC 201 15 02 18 | Calendar Year Hurricane Deductible With Supplemental Reporting Requirement - Florida | | |
| | Year Built Surcharge | | $595.00 |
| | Personal Liability Increase Endorsement | $300,000 | $18.00 |
| | Medical Payment Increase Endorsement | $3,000 | $5.00 |
| | MGA Fee | | $25.00 |
| | Emergency Management Preparedness Assistance Trust Fund | | $2.00 |

| Universal Property & Casualty Insurance Company,<br>A Stock Company<br><br>c/o Evolution Risk Advisors, Inc.<br>1110 W. Commercial Blvd<br>Fort Lauderdale, FL 33309 | **Declaration Effective**<br>10/17/2020 | <br><br>Renewal Policy |
| --- | --- | --- |

| THIS IS NOT A BILL |||||
| --- | --- | --- | --- | --- |
| **Policy Number** | **FROM**    **Policy Period**    **TO** | [INSURED BILLED] | **Agent Code** |
| ▮▮▮-1247 | 10/17/2020        10/17/2021 | 12:01 AM Standard Time | ▮▮ |

**PLEASE VISIT UNIVERSALPROPERTY.COM TO VIEW YOUR APPLICABLE POLICY FORMS AND ENDORSEMENTS. LOG IN AND CLICK MY POLICIES/POLICY DETAILS OR TYPE THIS URL INTO YOUR INTERNET BROWSER: HTTPS://UNIVERSALPROPERTY.COM/ACCOUNT/LOGIN. YOU HAVE THE RIGHT TO REQUEST AND OBTAIN WITHOUT CHARGE A PAPER OR ELECTRONIC COPY OF YOUR POLICY AND ENDORSEMENTS BY CONTACTING YOUR AGENT OR CALLING CUSTOMER SERVICE AT 1-800-425-9113.**

# LAW AND ORDINANCE: LAW AND ORDINANCE COVERAGE IS AN IMPORTANT COVERAGE THAT YOU MAY WISH TO PURCHASE. PLEASE DISCUSS WITH YOUR INSURANCE AGENT.

# FLOOD INSURANCE: YOU MAY ALSO NEED TO CONSIDER THE PURCHASE OF FLOOD INSURANCE. YOUR HOMEOWNER'S INSURANCE POLICY DOES NOT INCLUDE COVERAGE FOR DAMAGE RESULTING FROM FLOOD EVEN IF HURRICANE WINDS AND RAIN CAUSED THE FLOOD TO OCCUR. WITHOUT SEPARATE FLOOD INSURANCE COVERAGE, YOU MAY HAVE UNCOVERED LOSSES CAUSED BY FLOOD. PLEASE DISCUSS THE NEED TO PURCHASE SEPARATE FLOOD INSURANCE COVERAGE WITH YOUR INSURANCE AGENT.

| Universal Property & Casualty Insurance Company,<br>A Stock Company<br><br>c/o Evolution Risk Advisors, Inc.<br>1110 W. Commercial Blvd<br>Fort Lauderdale, FL 33309 | Homeowners<br>**Declaration Effective**<br>03/25/2021<br><br>Renewal Policy |  **UNIVERSAL PROPERTY** & CASUALTY INSURANCE COMPANY |

### THIS IS NOT A BILL

For Policy or Claims Questions  Contact Your Agent Listed Below

| Policy Number | FROM | Policy Period | TO | [INSURED BILLED] | Agent Code |
|---|---|---|---|---|---|
| ▬-5906 | 03/25/2021 | | 03/25/2022 | 12:01 AM Standard Time | ▬ |

**Named Insured and Address**
Esther Gorfinkel

**Agent Name and Address**

**Insured Location**
8777 COLLINS AVE APT 509 SURFSIDE, FL 33154   MIAMI-DADE COUNTY

**Premium Summary**

| Basic Coverages<br>Premium | Attached Endorsements<br>Premium | Assessments / Surcharges | MGA Fees/Policy Fees | Total Policy Premium<br>(Including Assessments & Surcharges) |
|---|---|---|---|---|
| $3,383.00 | ($2,494.00) | $1,042.00 | $27.00 | $1,958.00 |

**Rating Information**

| Form | Construction | Year | Townhouse/<br>Rowhouse | Number of<br>Families | Occupied | Protection<br>Class | Territory | BCEG |
|---|---|---|---|---|---|---|---|---|
| HO6 | Superior - Fire Resistive | 1981 | N | 1 | Y | 2 | 31 | 99 |

| County | Dwelling<br>Replacement Cost | Personal Property<br>Replacement Cost | Protective Device Credits:<br>Burglar | Fire | Sprinkler |
|---|---|---|---|---|---|
| MIAMI-DADE | Y | Y | N | N | N |

We will provide the insurance described in this policy in  return for the premium and compliance with all applicable provisions of this policy. For renewals: If we elect to continue this insurance, we will renew this policy if you pay the required renewal premium for each successive policy period subject to our premiums, rules and forms then in effect. You must pay us prior to the end of the current policy period or else this policy will expire.

Insurance is provided only with respect to the following coverages for which a limit of liability is specified, subject to all the conditions of this policy.

| COVERAGES - SECTION I | LIMITS | PREMIUMS | COVERAGES - SECTION II | LIMITS | PREMIUMS |
|---|---|---|---|---|---|
| Coverage A - Dwelling | $75,000 | | Coverage E - Personal Liability | $300,000 | $18.00 |
| Coverage B - Other Structure | $0 | | Coverage F - Medical Payments | $3,000 | $5.00 |
| Coverage C - Personal Property | $80,000 | $3,383.00 | | | |
| Coverage D - Loss of Use | $32,000 | | | | |

NOTE:   The portion of your premium for hurricane coverage is: $481.48
The portion of your premium for all other coverages is: $1,476.52

### Section I Coverages Subject to a 2.0% of Coverage C - $1,600 Hurricane Deductible Per Calendar Year.

Section I Coverages Subject to $1,000 All Other Perils  (Non-Hurricane) Deductible Per Loss.

# THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE LOSSES WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU.

Flood coverage is not provided by Universal Property & Casualty Insurance Company and is not part of this policy.

| Presby & Company Inc | | *Stephen J Doty* |
|---|---|---|
| Countersignature | Date | Chief Executive Officer |

Exhibit "EE"

| Universal Property & Casualty Insurance Company,<br>A Stock Company<br>c/o Evolution Risk Advisors, Inc.<br>1110 W. Commercial Blvd<br>Fort Lauderdale, FL 33309 | **Declaration Effective**<br>03/25/2021<br><br>Renewal Policy |  UNIVERSAL PROPERTY<br>& CASUALTY INSURANCE COMPANY |

## THIS IS NOT A BILL

| Policy Number | FROM | Policy Period | TO | [INSURED BILLED] | Agent Code |
|---|---|---|---|---|---|
| -5906 | 03/25/2021 | | 03/25/2022 | 12:01 AM Standard Time | |

**Additional Interest**

Mortgagee/Additional Interest 01    Mortgagee/Additional Interest 02    Mortgagee/Additional Interest 03

## Policy Forms & Endorsements Applicable to This Policy

| NUMBER EDITION | DESCRIPTION | LIMITS | PREMIUMS |
|---|---|---|---|
| UPCIC HO6 15 05 18 | Homeowners 6 Unit Owners Form | | $3,383.00 |
| UPCIC 905 15 03 18 | Outline of Your Homeowner Policy | | |
| UPCIC 801 15 12 17 | Windstorm Protective Devices | | ($3,479.00) |
| HO 23 70 05 13 | Windstorm Exterior Paint or Waterproofing Endorsement | | |
| UPCIC 402 15 05 18 | Unit Owners Coverage A - Special Coverage | | $76.00 |
| UPCIC 406 15 05 18 | Personal Property Replacement Cost | | $861.00 |
| UPCIC 407 15 12 17 | Water Back-Up and Sump Discharge or Overflow Coverage | $5,000 | $25.00 |
| UPCIC 601 15 12 17 | No Coverage for Home Day Care Business | | |
| UPCIC 201 15 02 18 | Calendar Year Hurricane Deductible With Supplemental Reporting Requirement - Florida | | |
| | Year Built Surcharge | | $1,042.00 |
| | Personal Liability Increase Endorsement | $300,000 | $18.00 |
| | Medical Payment Increase Endorsement | $3,000 | $5.00 |
| | MGA Fee | | $25.00 |
| | Emergency Management Preparedness Assistance Trust Fund | | $2.00 |

| Universal Property & Casualty Insurance Company, A Stock Company<br><br>c/o Evolution Risk Advisors, Inc.<br>1110 W. Commercial Blvd<br>Fort Lauderdale, FL 33309 | **Declaration Effective**<br>03/25/2021 | <br>UNIVERSAL PROPERTY<br>& CASUALTY INSURANCE COMPANY<br><br>Renewal Policy |
|---|---|---|

| **THIS IS NOT A BILL** | | | | |
|---|---|---|---|---|
| **Policy Number** | **FROM    Policy Period    TO** | | **[INSURED BILLED]** | **Agent Code** |
| ▉-5906 | 03/25/2021 | 03/25/2022 | 12:01 AM Standard Time | ▉ |

**PLEASE VISIT UNIVERSALPROPERTY.COM TO VIEW YOUR APPLICABLE POLICY FORMS AND ENDORSEMENTS.  LOG IN AND CLICK MY POLICIES/POLICY DETAILS OR TYPE THIS URL INTO YOUR INTERNET BROWSER: HTTPS://UNIVERSALPROPERTY.COM/ACCOUNT/LOGIN. YOU HAVE THE RIGHT TO REQUEST AND OBTAIN WITHOUT CHARGE A PAPER OR ELECTRONIC COPY OF YOUR POLICY AND ENDORSEMENTS BY CONTACTING YOUR AGENT OR CALLING CUSTOMER SERVICE AT 1-800-425-9113.**

# LAW AND ORDINANCE: LAW AND ORDINANCE COVERAGE IS AN IMPORTANT COVERAGE THAT YOU MAY WISH TO PURCHASE.  PLEASE DISCUSS WITH YOUR INSURANCE AGENT.

# FLOOD INSURANCE:  YOU MAY ALSO NEED TO CONSIDER THE PURCHASE OF FLOOD INSURANCE.  YOUR HOMEOWNER'S INSURANCE POLICY DOES NOT INCLUDE COVERAGE FOR DAMAGE RESULTING FROM FLOOD EVEN IF HURRICANE WINDS AND RAIN CAUSED THE FLOOD TO OCCUR.  WITHOUT SEPARATE FLOOD INSURANCE COVERAGE, YOU MAY HAVE UNCOVERED LOSSES CAUSED BY FLOOD.  PLEASE DISCUSS THE NEED TO PURCHASE SEPARATE FLOOD INSURANCE COVERAGE WITH YOUR INSURANCE AGENT.

| Universal Property & Casualty Insurance Company, A Stock Company<br><br>c/o Evolution Risk Advisors, Inc.<br>1110 W. Commercial Blvd<br>Fort Lauderdale, FL 33309 | Homeowners<br>**Declaration Effective**<br>06/17/2021 | **UNIVERSAL PROPERTY**<br>& CASUALTY INSURANCE COMPANY<br><br>Renewal Policy |
|---|---|---|

### THIS IS NOT A BILL

For Policy or Claims Questions  Contact Your Agent Listed Below

| Policy Number | FROM | Policy Period | TO | [INSURED BILLED] | Agent Code |
|---|---|---|---|---|---|
| ███-5170 | 06/17/2021 | | 06/17/2022 | 12:01 AM Standard Time | ███ |

**Named Insured and Address**
Maggie A and Alberto  G Manrara

**Agent Name and Address**

**Insured Location**
8777 COLLINS AVE PH 1 SURFSIDE, FL 33154   MIAMI-DADE COUNTY

### Premium Summary

| Basic Coverages Premium | Attached Endorsements Premium | Assessments / Surcharges | MGA Fees/Policy Fees | Total Policy Premium (Including Assessments & Surcharges) |
|---|---|---|---|---|
| $1,096.00 | $273.00 | $197.00 | $27.00 | $1,593.00 |

### Rating Information

| Form | Construction | Year | Townhouse/ Rowhouse | Number of Families | Occupied | Protection Class | Territory | BCEG |
|---|---|---|---|---|---|---|---|---|
| HO6 | Masonry | 1981 | N | 1 | Y | 2 | 31 | 99 |

| County | Dwelling Replacement Cost | Personal Property Replacement Cost | Protective Device Credits: Burglar | Fire | Sprinkler |
|---|---|---|---|---|---|
| Miami-Dade | Y | Y | N | N | Y |

We will provide the insurance described in this policy in  return for the premium and compliance with all applicable provisions of this policy. For renewals: If we elect to continue this insurance, we will renew this policy if you pay the required renewal premium for each successive policy period subject to our premiums, rules and forms then in effect. You must pay us prior to the end of the current policy period or else this policy will expire.

Insurance is provided only with respect to the following coverages for which a limit of liability is specified, subject to all the conditions of this policy.

| COVERAGES - SECTION I | LIMITS | PREMIUMS | COVERAGES - SECTION II | LIMITS | PREMIUMS |
|---|---|---|---|---|---|
| Coverage A - Dwelling | $113,000 | | Coverage E - Personal Liability | $300,000 | $18.00 |
| Coverage B - Other Structure | $0 | | Coverage F - Medical Payments | $1,000 | $0.00 |
| Coverage C - Personal Property | $100,000 | $1,096.00 | | | |
| Coverage D - Loss of Use | $40,000 | | | | |

NOTE: The portion of your premium for hurricane coverage is: $0.00
The portion of your premium for all other coverages is: $1,593.00

### THIS POLICY DOES NOT INCLUDE COVERAGE FOR WINDSTORM OR HAIL
Section I Coverages Subject to $2,500 All Other Perils  (Non-Hurricane) Deductible Per Loss.

**Flood coverage is not provided by Universal Property & Casualty Insurance Company and is not part of this policy.**

The Roney Group

_____
Countersignature

_____
Date

_____
Chief Executive Officer

# Exhibit "FF"

**Universal Property & Casualty Insurance Company,**
**A Stock Company**
**c/o Evolution Risk Advisors, Inc.**
**1110 W. Commercial Blvd**
**Fort Lauderdale, FL 33309**

**Declaration Effective**
06/17/2021



UNIVERSAL
PROPERTY
& CASUALTY INSURANCE COMPANY

Renewal Policy

| THIS IS NOT A BILL | | | | | |
|---|---|---|---|---|---|
| **Policy Number** | **FROM** | **Policy Period** | **TO** | **[INSURED BILLED]** | **Agent Code** |
| -5170 | 06/17/2021 | | 06/17/2022 | 12:01 AM Standard Time | |

**Additional Interest**

**Mortgagee/Additional Interest 01**
The Maggie A. Manrara Declaration of Tru

**Mortgagee/Additional Interest 02**

**Mortgagee/Additional Interest 03**

Additional Insured

| Policy Forms & Endorsements Applicable to This Policy | | | |
|---|---|---|---|
| **NUMBER EDITION** | **DESCRIPTION** | **LIMITS** | **PREMIUMS** |
| UPCIC HO6 15 05 18 | Homeowners 6 Unit Owners Form | | $1,096.00 |
| UPCIC 905 15 03 18 | Outline of Your Homeowner Policy | | |
| UPCIC 402 15 05 18 | Unit Owners Coverage A - Special Coverage | | $114.00 |
| UPCIC 406 15 05 18 | Personal Property Replacement Cost | | $301.00 |
| UPCIC 503 15 12 17 | Windstorm or Hail Exclusion | | |
| UPCIC 702 15 05 18 | Additional Insured - Residence Premises | | |
| UPCIC 802 15 12 17 | Premises Alarm or Fire Protection System | . | ($160.00) |
| UPCIC 601 15 12 17 | No Coverage for Home Day Care Business | | |
| | Year Built Surcharge | | $197.00 |
| | Personal Liability Increase Endorsement | $300,000 | $18.00 |
| | MGA Fee | | $25.00 |
| | Emergency Management Preparedness Assistance Trust Fund | | $2.00 |

| Universal Property & Casualty Insurance Company, A Stock Company c/o Evolution Risk Advisors, Inc. 1110 W. Commercial Blvd Fort Lauderdale, FL 33309 | **Declaration Effective** 06/17/2021  UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY Renewal Policy |
|---|---|

| THIS IS NOT A BILL | | | | | |
|---|---|---|---|---|---|
| **Policy Number** | **FROM** | **Policy Period** | **TO** | **[INSURED BILLED]** | **Agent Code** |
| ▮▮▮-5170 | 06/17/2021 | | 06/17/2022 | 12:01 AM Standard Time | ▮▮▮ |

**PLEASE VISIT UNIVERSALPROPERTY.COM TO VIEW YOUR APPLICABLE POLICY FORMS AND ENDORSEMENTS. LOG IN AND CLICK MY POLICIES/POLICY DETAILS OR TYPE THIS URL INTO YOUR INTERNET BROWSER: HTTPS://UNIVERSALPROPERTY.COM/ACCOUNT/LOGIN. YOU HAVE THE RIGHT TO REQUEST AND OBTAIN WITHOUT CHARGE A PAPER OR ELECTRONIC COPY OF YOUR POLICY AND ENDORSEMENTS BY CONTACTING YOUR AGENT OR CALLING CUSTOMER SERVICE AT 1-800-425-9113.**

**LAW AND ORDINANCE: LAW AND ORDINANCE COVERAGE IS AN IMPORTANT COVERAGE THAT YOU MAY WISH TO PURCHASE. PLEASE DISCUSS WITH YOUR INSURANCE AGENT.**

**FLOOD INSURANCE: YOU MAY ALSO NEED TO CONSIDER THE PURCHASE OF FLOOD INSURANCE. YOUR HOMEOWNER'S INSURANCE POLICY DOES NOT INCLUDE COVERAGE FOR DAMAGE RESULTING FROM FLOOD EVEN IF HURRICANE WINDS AND RAIN CAUSED THE FLOOD TO OCCUR. WITHOUT SEPARATE FLOOD INSURANCE COVERAGE, YOU MAY HAVE UNCOVERED LOSSES CAUSED BY FLOOD. PLEASE DISCUSS THE NEED TO PURCHASE SEPARATE FLOOD INSURANCE COVERAGE WITH YOUR INSURANCE AGENT.**

| Universal Property & Casualty Insurance Company, A Stock Company c/o Evolution Risk Advisors, Inc. 1110 W. Commercial Blvd Fort Lauderdale, FL 33309 | Homeowners **Declaration Effective** 06/19/2021 Renewal Policy |  UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY |

## THIS IS NOT A BILL

For Policy or Claims Questions Contact Your Agent Listed Below

| Policy Number | FROM | Policy Period | TO | [INSURED BILLED] | Agent Code |
|---|---|---|---|---|---|
| ████-5812 | 06/19/2021 | | 06/19/2022 | 12:01 AM Standard Time | ████ |

**Named Insured and Address**
Jay K Miller

**Agent Name and Address**

**Insured Location**
8777 COLLINS AVE APARTMENT 303 SURFSIDE, FL 33154   MIAMI-DADE COUNTY

### Premium Summary

| Basic Coverages Premium | Attached Endorsements Premium | Assessments / Surcharges | MGA Fees/Policy Fees | Total Policy Premium (Including Assessments & Surcharges) |
|---|---|---|---|---|
| $2,253.00 | ($1,691.00) | $615.00 | $27.00 | $1,204.00 |

### Rating Information

| Form | Construction | Year | Townhouse/ Rowhouse | Number of Families | Occupied | Protection Class | Territory | BCEG |
|---|---|---|---|---|---|---|---|---|
| HO6 | Superior - Fire Resistive | 1981 | N | 1 | Y | 2 | 31 | 99 |

| County | Dwelling Replacement Cost | Personal Property Replacement Cost | Protective Device Credits: Burglar | Fire | Sprinkler |
|---|---|---|---|---|---|
| Miami-Dade | Y | Y | N | N | N |

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy. For renewals: If we elect to continue this insurance, we will renew this policy if you pay the required renewal premium for each successive policy period subject to our premiums, rules and forms then in effect. You must pay us prior to the end of the current policy period or else this policy will expire.

Insurance is provided only with respect to the following coverages for which a limit of liability is specified, subject to all the conditions of this policy.

| COVERAGES - SECTION I | LIMITS | PREMIUMS | COVERAGES - SECTION II | LIMITS | PREMIUMS |
|---|---|---|---|---|---|
| Coverage A - Dwelling | $80,000 | | Coverage E - Personal Liability | $300,000 | $18.00 |
| Coverage B - Other Structure | $0 | | Coverage F - Medical Payments | $3,000 | $5.00 |
| Coverage C - Personal Property | $20,000 | $2,253.00 | | | |
| Coverage D - Loss of Use | $8,000 | | | | |

NOTE:

The portion of your premium for hurricane coverage is: $286.30
The portion of your premium for all other coverages is: $917.70

**Section I Coverages Subject to a $500 Hurricane Deductible Per Calendar Year.**
Section I Coverages Subject to $1,000 All Other Perils (Non-Hurricane) Deductible Per Loss.

# THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE LOSSES WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU.

Flood coverage is not provided by Universal Property & Casualty Insurance Company and is not part of this policy.

McGriff Insurance Services, Inc

| Countersignature | Date | Chief Executive Officer |

# Exhibit "GG"

| Universal Property & Casualty Insurance Company, A Stock Company<br>c/o Evolution Risk Advisors, Inc.<br>1110 W. Commercial Blvd<br>Fort Lauderdale, FL 33309 | Declaration Effective<br>06/19/2021 | UNIVERSAL PROPERTY<br>& CASUALTY INSURANCE COMPANY<br><br>Renewal Policy |
|---|---|---|

| THIS IS NOT A BILL |
|---|

| Policy Number | FROM | Policy Period | TO | [INSURED BILLED] | Agent Code |
|---|---|---|---|---|---|
| ▮▮▮-5812 | 06/19/2021 | | 06/19/2022 | 12:01 AM Standard Time | ▮▮ |

**Additional Interest**

| Mortgagee/Additional Interest 01 | Mortgagee/Additional Interest 02 | Mortgagee/Additional Interest 03 |
|---|---|---|

## Policy Forms & Endorsements Applicable to This Policy

| NUMBER EDITION | DESCRIPTION | LIMITS | PREMIUMS |
|---|---|---|---|
| UPCIC HO6 15 05 18 | Homeowners 6 Unit Owners Form | | $2,253.00 |
| UPCIC 905 15 03 18 | Outline of Your Homeowner Policy | | |
| UPCIC 801 15 12 17 | Windstorm Protective Devices | | ($2,045.00) |
| HO 23 70 05 13 | Windstorm Exterior Paint or Waterproofing Endorsement | | |
| UPCIC 402 15 05 18 | Unit Owners Coverage A - Special Coverage | | $81.00 |
| UPCIC 406 15 05 18 | Personal Property Replacement Cost | | $225.00 |
| UPCIC 407 15 12 17 | Water Back-Up and Sump Discharge or Overflow Coverage | $5,000 | $25.00 |
| UPCIC 601 15 12 17 | No Coverage for Home Day Care Business | | |
| UPCIC 201 15 02 18 | Calendar Year Hurricane Deductible With Supplemental Reporting Requirement - Florida | | |
| | Year Built Surcharge | | $615.00 |
| | Personal Liability Increase Endorsement | $300,000 | $18.00 |
| | Medical Payment Increase Endorsement | $3,000 | $5.00 |
| | MGA Fee | | $25.00 |
| | Emergency Management Preparedness Assistance Trust Fund | | $2.00 |

| Universal Property & Casualty Insurance Company, A Stock Company c/o Evolution Risk Advisors, Inc. 1110 W. Commercial Blvd Fort Lauderdale, FL 33309 | | | | **Declaration Effective** 06/19/2021  UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY Renewal Policy | |
|---|---|---|---|---|---|

| THIS IS NOT A BILL | | | | | |
|---|---|---|---|---|---|
| **Policy Number** | **FROM** | **Policy Period** | **TO** | [INSURED BILLED] | **Agent Code** |
| -5812 | 06/19/2021 | | 06/19/2022 | 12:01 AM Standard Time | |

**PLEASE VISIT UNIVERSALPROPERTY.COM TO VIEW YOUR APPLICABLE POLICY FORMS AND ENDORSEMENTS. LOG IN AND CLICK MY POLICIES/POLICY DETAILS OR TYPE THIS URL INTO YOUR INTERNET BROWSER: HTTPS://UNIVERSALPROPERTY.COM/ACCOUNT/LOGIN. YOU HAVE THE RIGHT TO REQUEST AND OBTAIN WITHOUT CHARGE A PAPER OR ELECTRONIC COPY OF YOUR POLICY AND ENDORSEMENTS BY CONTACTING YOUR AGENT OR CALLING CUSTOMER SERVICE AT 1-800-425-9113.**

## LAW AND ORDINANCE: LAW AND ORDINANCE COVERAGE IS AN IMPORTANT COVERAGE THAT YOU MAY WISH TO PURCHASE. PLEASE DISCUSS WITH YOUR INSURANCE AGENT.

## FLOOD INSURANCE: YOU MAY ALSO NEED TO CONSIDER THE PURCHASE OF FLOOD INSURANCE. YOUR HOMEOWNER'S INSURANCE POLICY DOES NOT INCLUDE COVERAGE FOR DAMAGE RESULTING FROM FLOOD EVEN IF HURRICANE WINDS AND RAIN CAUSED THE FLOOD TO OCCUR. WITHOUT SEPARATE FLOOD INSURANCE COVERAGE, YOU MAY HAVE UNCOVERED LOSSES CAUSED BY FLOOD. PLEASE DISCUSS THE NEED TO PURCHASE SEPARATE FLOOD INSURANCE COVERAGE WITH YOUR INSURANCE AGENT.

| Universal Property & Casualty Insurance Company,<br>A Stock Company<br><br>c/o Evolution Risk Advisors, Inc.<br>1110 W. Commercial Blvd<br>Fort Lauderdale, FL 33309 | Homeowners<br><br>**Declaration Effective**<br>12/19/2020<br><br>Renewal Policy |  UNIVERSAL PROPERTY<br>& CASUALTY INSURANCE COMPANY |

## THIS IS NOT A BILL

### For Policy or Claims Questions  Contact Your Agent Listed Below

| Policy Number | FROM | Policy Period | TO | [INSURED BILLED] | Agent Code |
|---|---|---|---|---|---|
| ███-009 | 12/19/2020 | | 12/19/2021 | 12:01 AM Standard Time | ███ |

**Named Insured and Address**
Antonio and Gladys M Lozano
███

**Agent Name and Address**


**Insured Location**
8777 COLLINS AVE APT 903 MIAMI, FL 33154    MIAMI-DADE COUNTY

### Premium Summary

| Basic Coverages<br>Premium | Attached Endorsements<br>Premium | Assessments / Surcharges | MGA Fees/Policy Fees | Total Policy Premium<br>(Including Assessments & Surcharges) |
|---|---|---|---|---|
| $1,699.00 | ($1,359.00) | $482.00 | $27.00 | $849.00 |

### Rating Information

| Form | Construction | Year | Townhouse/<br>Rowhouse | Number of<br>Families | Occupied | Protection<br>Class | Territory | BCEG |
|---|---|---|---|---|---|---|---|---|
| HO6 | Masonry | 1981 | N | 1 | Y | 2 | 031 | 99 |

| County | Dwelling<br>Replacement Cost | Personal Property<br>Replacement Cost | Protective Device Credits:<br>Burglar | Fire | Sprinkler |
|---|---|---|---|---|---|
| Miami-Dade | Y | Y | N | N | Y |

We will provide the insurance described in this policy in  return for the premium and compliance with all applicable provisions of this policy. For renewals: If we elect to continue this insurance, we will renew this policy if you pay the required renewal premium for each successive policy period subject to our premiums, rules and forms then in effect. You must pay us prior to the end of the current policy period or else this policy will expire.

Insurance is provided only with respect to the following coverages for which a limit of liability is specified, subject to all the conditions of this policy.

| COVERAGES - SECTION I | LIMITS | PREMIUMS | COVERAGES - SECTION II | LIMITS | PREMIUMS |
|---|---|---|---|---|---|
| Coverage A - Dwelling | $32,500 | | Coverage E - Personal Liability | $300,000 | $18.00 |
| Coverage B - Other Structure | $0 | | Coverage F - Medical Payments | $3,000 | $5.00 |
| Coverage C - Personal Property | $30,000 | $1,699.00 | | | |
| Coverage D - Loss of Use | $12,000 | | | | |

NOTE:

The portion of your premium for hurricane coverage is: $232.48
The portion of your premium for all other coverages is: $616.52

### Section I Coverages Subject to a 2.0% of Coverage C - $600 Hurricane Deductible Per Calendar Year.

Section I Coverages Subject to $1,000 All Other Perils  (Non-Hurricane) Deductible Per Loss.

# THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE LOSSES WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU.

Flood coverage is not provided by Universal Property & Casualty Insurance Company and is not part of this policy.

| FIB Insurance | | |
|---|---|---|
| Countersignature | Date | Chief Executive Officer |

## Exhibit "HH"

| Universal Property & Casualty Insurance Company, A Stock Company c/o Evolution Risk Advisors, Inc. 1110 W. Commercial Blvd Fort Lauderdale, FL 33309 | **Declaration Effective** 12/19/2020 | UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY  Renewal Policy |
| --- | --- | --- |

**THIS IS NOT A BILL.**

| Policy Number | FROM | Policy Period | TO | [INSURED BILLED] | Agent Code |
| --- | --- | --- | --- | --- | --- |
| ▮-009 | 12/19/2020 | | 12/19/2021 | 12:01 AM Standard Time | ▮ |

**Additional Interest**

| Mortgagee/Additional Interest 01 | Mortgagee/Additional Interest 02 | Mortgagee/Additional Interest 03 |
| --- | --- | --- |

**Policy Forms & Endorsements Applicable to This Policy**

| NUMBER EDITION | DESCRIPTION | LIMITS | PREMIUMS |
| --- | --- | --- | --- |
| UPCIC HO6 15 05 18 | Homeowners 6 Unit Owners Form | | $1,699.00 |
| UPCIC 905 15 03 18 | Outline of Your Homeowner Policy | | |
| UPCIC 801 15 12 17 | Windstorm Protective Devices | | ($1,639.00) |
| HO 23 70 05 13 | Windstorm Exterior Paint or Waterproofing Endorsement | | |
| UPCIC 406 15 05 18 | Personal Property Replacement Cost | | $299.00 |
| UPCIC 702 15 05 18 | Additional Insured - Residence Premises | | |
| UPCIC 802 15 12 17 | Premises Alarm or Fire Protection System | | ($42.00) |
| UPCIC 601 15 12 17 | No Coverage for Home Day Care Business | | |
| UPCIC 201 15 02 18 | Calendar Year Hurricane Deductible With Supplemental Reporting Requirement - Florida | | |
| | Year Built Surcharge | | $482.00 |
| | Personal Liability Increase Endorsement | $300,000 | $18.00 |
| | Medical Payment Increase Endorsement | $3,000 | $5.00 |
| | MGA Fee | | $25.00 |
| | Emergency Management Preparedness Assistance Trust Fund | | $2.00 |

| Universal Property & Casualty Insurance Company,<br>A Stock Company<br>c/o Evolution Risk Advisors, Inc.<br>1110 W. Commercial Blvd<br>Fort Lauderdale, FL 33309 | Declaration Effective<br>12/19/2020 |  UNIVERSAL<br>PROPERTY<br>& CASUALTY INSURANCE COMPANY<br><br>Renewal Policy |
| --- | --- | --- |

| THIS IS NOT A BILL | | | | | |
| --- | --- | --- | --- | --- | --- |
| Policy Number | FROM | Policy Period | TO | [INSURED BILLED] | Agent Code |
| ■■■■-009 | 12/19/2020 | | 12/19/2021 | 12:01 AM Standard Time | ■■■ |

**PLEASE VISIT UNIVERSALPROPERTY.COM TO VIEW YOUR APPLICABLE POLICY FORMS AND ENDORSEMENTS. LOG IN AND CLICK MY POLICIES/POLICY DETAILS OR TYPE THIS URL INTO YOUR INTERNET BROWSER: HTTPS://UNIVERSALPROPERTY.COM/ACCOUNT/LOGIN. YOU HAVE THE RIGHT TO REQUEST AND OBTAIN WITHOUT CHARGE A PAPER OR ELECTRONIC COPY OF YOUR POLICY AND ENDORSEMENTS BY CONTACTING YOUR AGENT OR CALLING CUSTOMER SERVICE AT 1-800-425-9113.**

# LAW AND ORDINANCE: LAW AND ORDINANCE COVERAGE IS AN IMPORTANT COVERAGE THAT YOU MAY WISH TO PURCHASE. PLEASE DISCUSS WITH YOUR INSURANCE AGENT.

# FLOOD INSURANCE: YOU MAY ALSO NEED TO CONSIDER THE PURCHASE OF FLOOD INSURANCE. YOUR HOMEOWNER'S INSURANCE POLICY DOES NOT INCLUDE COVERAGE FOR DAMAGE RESULTING FROM FLOOD EVEN IF HURRICANE WINDS AND RAIN CAUSED THE FLOOD TO OCCUR. WITHOUT SEPARATE FLOOD INSURANCE COVERAGE, YOU MAY HAVE UNCOVERED LOSSES CAUSED BY FLOOD. PLEASE DISCUSS THE NEED TO PURCHASE SEPARATE FLOOD INSURANCE COVERAGE WITH YOUR INSURANCE AGENT.

| Universal Property & Casualty Insurance Company,<br>A Stock Company<br><br>c/o Evolution Risk Advisors, Inc.<br>1110 W. Commercial Blvd<br>Fort Lauderdale, FL 33309 | Homeowners<br><br>**Declaration Effective**<br>09/13/2020<br><br>Renewal Policy | <br>**UNIVERSAL PROPERTY**<br>& CASUALTY INSURANCE COMPANY |

## THIS IS NOT A BILL

For Policy or Claims Questions  Contact Your Agent Listed Below

| Policy Number | FROM | Policy Period | TO | [MORTGAGEE BILLED] | Agent Code |
|---|---|---|---|---|---|
| ▮▮▮-0554 | 09/13/2020 | | 09/13/2021 | 12:01 AM Standard Time | ▮▮▮ |

**Named Insured and Address**
Reginald Long and Lisa Love

**Agent Name and Address**

**Insured Location**
8777 COLLINS AVE APT 701 SURFSIDE, FL 33154   MIAMI-DADE COUNTY

#### Premium Summary

| Basic Coverages Premium | Attached Endorsements Premium | Assessments / Surcharges | MGA Fees/Policy Fees | Total Policy Premium (Including Assessments & Surcharges) |
|---|---|---|---|---|
| $5,707.00 | ($4,813.00) | $1,399.00 | $27.00 | $2,320.00 |

#### Rating Information

| Form | Construction | Year | Townhouse/ Rowhouse | Number of Families | Occupied | Protection Class | Territory | BCEG |
|---|---|---|---|---|---|---|---|---|
| HO6 | Superior - Non-Combustible | 1981 | N | 1 | Y | 2 | 31 | 99 |

| County | Dwelling Replacement Cost | Personal Property Replacement Cost | Protective Device Credits: | | |
|---|---|---|---|---|---|
| | | | Burglar | Fire | Sprinkler |
| Miami-Dade | Y | N | N | Y | Y |

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy. For renewals: If we elect to continue this insurance, we will renew this policy if you pay the required renewal premium for each successive policy period subject to our premiums, rules and forms then in effect. You must pay us prior to the end of the current policy period or else this policy will expire.

Insurance is provided only with respect to the following coverages for which a limit of liability is specified, subject to all the conditions of this policy.

| COVERAGES - SECTION I | LIMITS | PREMIUMS | COVERAGES - SECTION II | LIMITS | PREMIUMS |
|---|---|---|---|---|---|
| Coverage A - Dwelling | $200,000 | | Coverage E - Personal Liability | $300,000 | $18.00 |
| Coverage B - Other Structure | $0 | | Coverage F - Medical Payments | $1,000 | $0.00 |
| Coverage C - Personal Property | $75,000 | $5,707.00 | | | |
| Coverage D - Loss of Use | $30,000 | | | | |

NOTE:   The portion of your premium for hurricane coverage is: $658.18
The portion of your premium for all other coverages is: $1,661.82

**Section I Coverages Subject to a 2.0% of Coverage C - $1,500 Hurricane Deductible Per Calendar Year.**

Section I Coverages Subject to $1,000 All Other Perils  (Non-Hurricane) Deductible Per Loss.

# THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE LOSSES WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU.

Flood coverage is not provided by Universal Property & Casualty Insurance Company and is not part of this policy.

| Alltrust Insurance Group | | _signature_ |
|---|---|---|
| Countersignature | Date | Chief Executive Officer |

## Exhibit "II"

| Universal Property & Casualty Insurance Company,<br>A Stock Company<br>c/o Evolution Risk Advisors, Inc.<br>1110 W. Commercial Blvd<br>Fort Lauderdale, FL 33309 | **Declaration Effective**<br>09/13/2020 |  UNIVERSAL<br>PROPERTY<br>& CASUALTY INSURANCE COMPANY<br><br>Renewal Policy |

| THIS IS NOT A BILL |
| --- |

| Policy Number | FROM | Policy Period | TO | [MORTGAGEE BILLED] | Agent Code |
| --- | --- | --- | --- | --- | --- |
| 0554 | 09/13/2020 | | 09/13/2021 | 12:01 AM Standard Time | |

**Additional Interest**

| Mortgagee/Additional Interest 01 | Mortgagee/Additional Interest 02 | Mortgagee/Additional Interest 03 |
| --- | --- | --- |

**Policy Forms & Endorsements Applicable to This Policy**

| NUMBER EDITION | DESCRIPTION | LIMITS | PREMIUMS |
| --- | --- | --- | --- |
| UPCIC HO6 15 05 18 | Homeowners 6 Unit Owners Form | | $5,707.00 |
| UPCIC 905 15 03 18 | Outline of Your Homeowner Policy | | |
| UPCIC 801 15 12 17 | Windstorm Protective Devices | | ($4,773.00) |
| HO 23 70 05 13 | Windstorm Exterior Paint or Waterproofing Endorsement | | |
| UPCIC 402 15 05 18 | Unit Owners Coverage A - Special Coverage | | $201.00 |
| UPCIC 802 15 12 17 | Premises Alarm or Fire Protection System | | ($259.00) |
| UPCIC 601 15 12 17 | No Coverage for Home Day Care Business | | |
| UPCIC 201 15 02 18 | Calendar Year Hurricane Deductible With Supplemental Reporting Requirement - Florida | | |
| | Year Built Surcharge | | $1,399.00 |
| | Personal Liability Increase Endorsement | $300,000 | $18.00 |
| | MGA Fee | | $25.00 |
| | Emergency Management Preparedness Assistance Trust Fund | | $2.00 |

| Universal Property & Casualty Insurance Company, A Stock Company<br><br>c/o Evolution Risk Advisors, Inc.<br>1110 W. Commercial Blvd<br>Fort Lauderdale, FL 33309 | **Declaration Effective**<br>09/13/2020 |  **UNIVERSAL PROPERTY** & CASUALTY INSURANCE COMPANY<br><br>Renewal Policy |
| --- | --- | --- |

| THIS IS NOT A BILL | | | | | |
| --- | --- | --- | --- | --- | --- |
| **Policy Number** | **FROM** | **Policy Period** | **TO** | **[MORTGAGEE BILLED]** | **Agent Code** |
| ███-0554 | 09/13/2020 | | 09/13/2021 | 12:01 AM Standard Time | ███ |

**PLEASE VISIT UNIVERSALPROPERTY.COM TO VIEW YOUR APPLICABLE POLICY FORMS AND ENDORSEMENTS.  LOG IN AND CLICK MY POLICIES/POLICY DETAILS OR TYPE THIS URL INTO YOUR INTERNET BROWSER: HTTPS://UNIVERSALPROPERTY.COM/ACCOUNT/LOGIN. YOU HAVE THE RIGHT TO REQUEST AND OBTAIN WITHOUT CHARGE A PAPER OR ELECTRONIC COPY OF YOUR POLICY AND ENDORSEMENTS BY CONTACTING YOUR AGENT OR CALLING CUSTOMER SERVICE AT 1-800-425-9113.**

## LAW AND ORDINANCE: LAW AND ORDINANCE COVERAGE IS AN IMPORTANT COVERAGE THAT YOU MAY WISH TO PURCHASE.  PLEASE DISCUSS WITH YOUR INSURANCE AGENT.


## FLOOD INSURANCE:  YOU MAY ALSO NEED TO CONSIDER THE PURCHASE OF FLOOD INSURANCE.  YOUR HOMEOWNER'S INSURANCE POLICY DOES NOT INCLUDE COVERAGE FOR DAMAGE RESULTING FROM FLOOD EVEN IF HURRICANE WINDS AND RAIN CAUSED THE FLOOD TO OCCUR.  WITHOUT SEPARATE FLOOD INSURANCE COVERAGE, YOU MAY HAVE UNCOVERED LOSSES CAUSED BY FLOOD.  PLEASE DISCUSS THE NEED TO PURCHASE SEPARATE FLOOD INSURANCE COVERAGE WITH YOUR INSURANCE AGENT.

**IMPORTANT: This replaces all previously issued policy declarations, if any and is subject to all forms and endorsements attached to this policy.**

UPCIC HO DEC 15 02 20                    Printed Date:  7/2/2021 10:25:59 AM                    3 of 3

| Universal Property & Casualty Insurance Company,<br>A Stock Company<br><br>c/o Evolution Risk Advisors, Inc.<br>1110 W. Commercial Blvd<br>Fort Lauderdale, FL 33309 | Homeowners<br><br>**Declaration Effective**<br>07/07/2020<br><br>AMENDED: Coverage(s) |  |

### THIS IS NOT A BILL

For Policy or Claims Questions  Contact Your Agent Listed Below

| Policy Number | FROM | Policy Period | TO | [INSURED BILLED] | | Agent Code |
|---|---|---|---|---|---|---|
| ▮▮▮-0142 | 07/07/2020 | | 07/07/2021 | 12:01 AM Standard Time | | ▮▮ |

**Named Insured and Address**
Moises and Diana Berezdivin
▮▮▮▮▮▮▮

**Agent Name and Address**


**Insured Location**
8777 COLLINS AVE UNIT 811-812 SURFSIDE, FL 33154   MIAMI-DADE COUNTY

#### Premium Summary

| Basic Coverages<br>Premium | Attached Endorsements<br>Premium | Assessments / Surcharges | MGA Fees/Policy Fees | Total Policy Premium<br>(Including Assessments & Surcharges) |
|---|---|---|---|---|
| $5,521.00 | ($4,222.00) | $1,494.00 | $27.00 | $2,820.00 |

#### Rating Information

| Form | Construction | Year | Townhouse/<br>Rowhouse | Number of<br>Families | Occupied | Protection<br>Class | Territory | BCEG |
|---|---|---|---|---|---|---|---|---|
| HO6 | Superior - Masonry<br>Non-Combustible | 1981 | N | 1 | Y | 2 | 31 | 99 |

| County | Dwelling<br>Replacement Cost | Personal Property<br>Replacement Cost | Protective Device Credits: | | |
|---|---|---|---|---|---|
| | | | Burglar | Fire | Sprinkler |
| Miami-Dade | Y | Y | N | Y | Y |

We will provide the insurance described in this policy in  return for the premium and compliance with all applicable provisions of this policy. For renewals: If we elect to continue this insurance, we will renew this policy if you pay the required renewal premium for each successive policy period subject to our premiums, rules and forms then in effect. You must pay us prior to the end of the current policy period or else this policy will expire.

Insurance is provided only with respect to the following coverages for which a limit of liability is specified, subject to all the conditions of this policy.

| COVERAGES - SECTION I | LIMITS | PREMIUMS | COVERAGES - SECTION II | LIMITS | PREMIUMS |
|---|---|---|---|---|---|
| Coverage A - Dwelling | $160,000 | | Coverage E - Personal Liability | $300,000 | $18.00 |
| Coverage B - Other Structure | $0 | | Coverage F - Medical Payments | $3,000 | $5.00 |
| Coverage C - Personal Property | $100,000 | $5,521.00 | | | |
| Coverage D - Loss of Use | $40,000 | | | | |

NOTE:    The portion of your premium for hurricane coverage is: $800.80
The portion of your premium for all other coverages is: $2,019.20

### Section I Coverages Subject to a 2.0% of Coverage C - $2,000 Hurricane Deductible Per Calendar Year.

Section I Coverages Subject to $500 All Other Perils  (Non-Hurricane) Deductible Per Loss.

# THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE LOSSES WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU.

Flood coverage is not provided by Universal Property & Casualty Insurance Company and is not part of this policy.

| Sprezzatura Insurance Group | | |
|---|---|---|
| Countersignature | Date | Chief Executive Officer |

Exhibit "JJ"

| Universal Property & Casualty Insurance Company,<br>A Stock Company<br>c/o Evolution Risk Advisors, Inc.<br>1110 W. Commercial Blvd<br>Fort Lauderdale, FL 33309 | **Declaration Effective**<br>07/07/2020<br><br>AMENDED: Coverage(s) | UNIVERSAL PROPERTY<br>& CASUALTY INSURANCE COMPANY |
| --- | --- | --- |

### THIS IS NOT A BILL

| Policy Number | FROM | Policy Period | TO | [INSURED BILLED] | Agent Code |
| --- | --- | --- | --- | --- | --- |
| -0142 | 07/07/2020 | | 07/07/2021 | 12:01 AM Standard Time | |

**Additional Interest**

Mortgagee/Additional Interest 01        Mortgagee/Additional Interest 02        Mortgagee/Additional Interest 03

## Policy Forms & Endorsements Applicable to This Policy

| NUMBER EDITION | DESCRIPTION | LIMITS | PREMIUMS |
| --- | --- | --- | --- |
| UPCIC HO6 15 05 18 | Homeowners 6 Unit Owners Form | | $5,521.00 |
| UPCIC 905 15 03 18 | Outline of Your Homeowner Policy | | |
| UPCIC 801 15 12 17 | Windstorm Protective Devices | | ($5,098.00) |
| HO 23 70 05 13 | Windstorm Exterior Paint or Waterproofing Endorsement | | |
| UPCIC 402 15 05 18 | Unit Owners Coverage A - Special Coverage | | $161.00 |
| UPCIC 406 15 05 18 | Personal Property Replacement Cost | | $969.00 |
| UPCIC 802 15 12 17 | Premises Alarm or Fire Protection System | | ($277.00) |
| UPCIC 601 15 12 17 | No Coverage for Home Day Care Business | | |
| UPCIC 201 15 02 18 | Calendar Year Hurricane Deductible With Supplemental Reporting<br>Requirement - Florida<br>Year Built Surcharge | | $1,494.00 |
| | Personal Liability Increase Endorsement | $300,000 | $18.00 |
| | Medical Payment Increase Endorsement | $3,000 | $5.00 |
| | MGA Fee | | $25.00 |
| | Emergency Management Preparedness Assistance Trust Fund | | $2.00 |

| Universal Property & Casualty Insurance Company, A Stock Company c/o Evolution Risk Advisors, Inc. 1110 W. Commercial Blvd Fort Lauderdale, FL 33309 | Declaration Effective 07/07/2020 AMENDED: Coverage(s) |  |
| --- | --- | --- |

| THIS IS NOT A BILL | | | | | |
| --- | --- | --- | --- | --- | --- |
| Policy Number | FROM | Policy Period | TO | [INSURED BILLED] | Agent Code |
| ███-0142 | 07/07/2020 | | 07/07/2021 | 12:01 AM Standard Time | ███ |

PLEASE VISIT UNIVERSALPROPERTY.COM TO VIEW YOUR APPLICABLE POLICY FORMS AND ENDORSEMENTS. LOG IN AND CLICK MY POLICIES/POLICY DETAILS OR TYPE THIS URL INTO YOUR INTERNET BROWSER: HTTPS://UNIVERSALPROPERTY.COM/ACCOUNT/LOGIN. YOU HAVE THE RIGHT TO REQUEST AND OBTAIN WITHOUT CHARGE A PAPER OR ELECTRONIC COPY OF YOUR POLICY AND ENDORSEMENTS BY CONTACTING YOUR AGENT OR CALLING CUSTOMER SERVICE AT 1-800-425-9113.

## LAW AND ORDINANCE: LAW AND ORDINANCE COVERAGE IS AN IMPORTANT COVERAGE THAT YOU MAY WISH TO PURCHASE. PLEASE DISCUSS WITH YOUR INSURANCE AGENT.

## FLOOD INSURANCE: YOU MAY ALSO NEED TO CONSIDER THE PURCHASE OF FLOOD INSURANCE. YOUR HOMEOWNER'S INSURANCE POLICY DOES NOT INCLUDE COVERAGE FOR DAMAGE RESULTING FROM FLOOD EVEN IF HURRICANE WINDS AND RAIN CAUSED THE FLOOD TO OCCUR. WITHOUT SEPARATE FLOOD INSURANCE COVERAGE, YOU MAY HAVE UNCOVERED LOSSES CAUSED BY FLOOD. PLEASE DISCUSS THE NEED TO PURCHASE SEPARATE FLOOD INSURANCE COVERAGE WITH YOUR INSURANCE AGENT.

| Universal Property & Casualty Insurance Company, A Stock Company | Homeowners |  |
|---|---|---|
| c/o Evolution Risk Advisors, Inc. | **Declaration Effective** | |
| 1110 W. Commercial Blvd | 06/17/2021 | |
| Fort Lauderdale, FL 33309 | | Renewal Policy |



### THIS IS NOT A BILL

For Policy or Claims Questions  Contact Your Agent Listed Below

| Policy Number | FROM | Policy Period | TO | [INSURED BILLED] | | Agent Code |
|---|---|---|---|---|---|---|
| ▉▉▉-8932 | 06/17/2021 | | 06/17/2022 | 12:01 AM Standard Time | | ▉▉▉ |

**Named Insured and Address**
Susana Brief
▉▉▉▉▉▉

**Agent Name and Address**
▉▉▉▉▉▉

**Insured Location**
8777 COLLINS AVE APT 403 SURFSIDE, FL 33154   MIAMI-DADE COUNTY

### Premium Summary

| Basic Coverages Premium | Attached Endorsements Premium | Assessments / Surcharges | MGA Fees/Policy Fees | Total Policy Premium (Including Assessments & Surcharges) |
|---|---|---|---|---|
| $2,710.00 | ($2,058.00) | $731.00 | $27.00 | $1,410.00 |

### Rating Information

| Form | Construction | Year | Townhouse/ Rowhouse | Number of Families | Occupied | Protection Class | Territory | BCEG |
|---|---|---|---|---|---|---|---|---|
| HO6 | Superior - Non-Combustible | 1981 | N | 1 | Y | 2 | 31 | 99 |

| County | Dwelling Replacement Cost | Personal Property Replacement Cost | Protective Device Credits: Burglar | Fire | Sprinkler |
|---|---|---|---|---|---|
| Miami-Dade | Y | Y | N | N | N |

We will provide the insurance described in this policy in  return for the premium and compliance with all applicable provisions of this policy. For renewals: If we elect to continue this insurance, we will renew this policy if you pay the required renewal premium for each successive policy period subject to our premiums, rules and forms then in effect. You must pay us prior to the end of the current policy period or else this policy will expire.

Insurance is provided only with respect to the following coverages for which a limit of liability is specified, subject to all the conditions of this policy.

| COVERAGES - SECTION I | LIMITS | PREMIUMS | COVERAGES - SECTION II | LIMITS | PREMIUMS |
|---|---|---|---|---|---|
| Coverage A - Dwelling | $100,000 | | Coverage E - Personal Liability | $300,000 | $18.00 |
| Coverage B - Other Structure | $0 | | Coverage F - Medical Payments | $3,000 | $5.00 |
| Coverage C - Personal Property | $20,000 | $2,710.00 | | | |
| Coverage D - Loss of Use | $8,000 | | | | |

NOTE: The portion of your premium for hurricane coverage is: $339.36
The portion of your premium for all other coverages is: $1,070.64

### Section I Coverages Subject to a $500 Hurricane Deductible Per Calendar Year.
Section I Coverages Subject to $1,000 All Other Perils  (Non-Hurricane) Deductible Per Loss.

# THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE LOSSES WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU.

Flood coverage is not provided by Universal Property & Casualty Insurance Company and is not part of this policy.

| Alliance Insurance Center | | *Steph g. Dgly* |
|---|---|---|
| Countersignature | Date | Chief Executive Officer |

# Exhibit "KK"

| Universal Property & Casualty Insurance Company, A Stock Company<br>c/o Evolution Risk Advisors, Inc.<br>1110 W. Commercial Blvd<br>Fort Lauderdale, FL 33309 | **Declaration Effective**<br>06/17/2021<br><br>Renewal Policy |  |
|---|---|---|

## THIS IS NOT A BILL

| Policy Number | FROM | Policy Period | TO | [INSURED BILLED] | Agent Code |
|---|---|---|---|---|---|
| -8932 | 06/17/2021 | | 06/17/2022 | 12:01 AM Standard Time | |

**Additional Interest**

| Mortgagee/Additional Interest 01 | Mortgagee/Additional Interest 02 | Mortgagee/Additional Interest 03 |
|---|---|---|
| Difasu USA Inc. | | |

Additional Insured

### Policy Forms & Endorsements Applicable to This Policy

| NUMBER EDITION | DESCRIPTION | LIMITS | PREMIUMS |
|---|---|---|---|
| UPCIC HO6 15 05 18 | Homeowners 6 Unit Owners Form | | $2,710.00 |
| UPCIC 905 15 03 18 | Outline of Your Homeowner Policy | | |
| UPCIC 801 15 12 17 | Windstorm Protective Devices | | ($2,432.00) |
| HO 23 70 05 13 | Windstorm Exterior Paint or Waterproofing Endorsement | | |
| UPCIC 402 15 05 18 | Unit Owners Coverage A - Special Coverage | | $101.00 |
| UPCIC 406 15 05 18 | Personal Property Replacement Cost | | $225.00 |
| UPCIC 702 15 05 18 | Additional Insured - Residence Premises | | |
| UPCIC 407 15 12 17 | Water Back-Up and Sump Discharge or Overflow Coverage | $5,000 | $25.00 |
| UPCIC 601 15 12 17 | No Coverage for Home Day Care Business | | |
| UPCIC 201 15 02 18 | Calendar Year Hurricane Deductible With Supplemental Reporting Requirement - Florida | | |
| | Year Built Surcharge | | $731.00 |
| | Personal Liability Increase Endorsement | $300,000 | $18.00 |
| | Medical Payment Increase Endorsement | $3,000 | $5.00 |
| | MGA Fee | | $25.00 |
| | Emergency Management Preparedness Assistance Trust Fund | | $2.00 |

| Universal Property & Casualty Insurance Company, A Stock Company c/o Evolution Risk Advisors, Inc. 1110 W. Commercial Blvd Fort Lauderdale, FL 33309 | **Declaration Effective** 06/17/2021 |  **UNIVERSAL PROPERTY** & CASUALTY INSURANCE COMPANY Renewal Policy |
| --- | --- | --- |

| **THIS IS NOT A BILL** |
| --- |

| **Policy Number** | **FROM** | **Policy Period** | **TO** | **[INSURED BILLED]** | **Agent Code** |
| --- | --- | --- | --- | --- | --- |
| ▮-8932 | 06/17/2021 | | 06/17/2022 | 12:01 AM Standard Time | ▮ |

**PLEASE VISIT UNIVERSALPROPERTY.COM TO VIEW YOUR APPLICABLE POLICY FORMS AND ENDORSEMENTS. LOG IN AND CLICK MY POLICIES/POLICY DETAILS OR TYPE THIS URL INTO YOUR INTERNET BROWSER: HTTPS://UNIVERSALPROPERTY.COM/ACCOUNT/LOGIN. YOU HAVE THE RIGHT TO REQUEST AND OBTAIN WITHOUT CHARGE A PAPER OR ELECTRONIC COPY OF YOUR POLICY AND ENDORSEMENTS BY CONTACTING YOUR AGENT OR CALLING CUSTOMER SERVICE AT 1-800-425-9113.**

**LAW AND ORDINANCE: LAW AND ORDINANCE COVERAGE IS AN IMPORTANT COVERAGE THAT YOU MAY WISH TO PURCHASE. PLEASE DISCUSS WITH YOUR INSURANCE AGENT.**

**FLOOD INSURANCE: YOU MAY ALSO NEED TO CONSIDER THE PURCHASE OF FLOOD INSURANCE. YOUR HOMEOWNER'S INSURANCE POLICY DOES NOT INCLUDE COVERAGE FOR DAMAGE RESULTING FROM FLOOD EVEN IF HURRICANE WINDS AND RAIN CAUSED THE FLOOD TO OCCUR. WITHOUT SEPARATE FLOOD INSURANCE COVERAGE, YOU MAY HAVE UNCOVERED LOSSES CAUSED BY FLOOD. PLEASE DISCUSS THE NEED TO PURCHASE SEPARATE FLOOD INSURANCE COVERAGE WITH YOUR INSURANCE AGENT.**

| Universal Property & Casualty Insurance Company, A Stock Company<br><br>c/o Evolution Risk Advisors, Inc.<br>1110 W. Commercial Blvd<br>Fort Lauderdale, FL 33309 | Homeowners<br><br>**Declaration Effective**<br>06/06/2021<br><br>Renewal Policy |  UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY |
|---|---|---|

### THIS IS NOT A BILL

For Policy or Claims Questions  Contact Your Agent Listed Below

| Policy Number | FROM | Policy Period | TO | [INSURED BILLED] | Agent Code |
|---|---|---|---|---|---|
| ████-9827 | 06/06/2021 | | 06/06/2022 | 12:01 AM Standard Time | ████ |

**Named Insured and Address**
JUAN A and ANA C MORA

**Agent Name and Address**


**Insured Location**
8777 COLLINS AVE APARTMENT 1011 SURFSIDE, FL 33154   MIAMI-DADE COUNTY

#### Premium Summary

| Basic Coverages Premium | Attached Endorsements Premium | Assessments / Surcharges | MGA Fees/Policy Fees | Total Policy Premium (Including Assessments & Surcharges) |
|---|---|---|---|---|
| $2,704.00 | ($1,998.00) | $675.00 | $27.00 | $1,408.00 |

#### Rating Information

| Form | Construction | Year | Townhouse/ Rowhouse | Number of Families | Occupied | Protection Class | Territory | BCEG |
|---|---|---|---|---|---|---|---|---|
| HO6 | Masonry | 1981 | N | 1 | Y | 2 | 31 | 99 |

| County | Dwelling Replacement Cost | Personal Property Replacement Cost | Protective Device Credits: Burglar | Fire | Sprinkler |
|---|---|---|---|---|---|
| MIAMI-DADE | Y | N | N | N | N |

We will provide the insurance described in this policy in  return for the premium and compliance with all applicable provisions of this policy. For renewals: If we elect to continue this insurance, we will renew this policy if you pay the required renewal premium for each successive policy period subject to our premiums, rules and forms then in effect. You must pay us prior to the end of the current policy period or else this policy will expire.

Insurance is provided only with respect to the following coverages for which a limit of liability is specified, subject to all the conditions of this policy.

| COVERAGES - SECTION I | LIMITS | PREMIUMS | COVERAGES - SECTION II | LIMITS | PREMIUMS |
|---|---|---|---|---|---|
| Coverage A - Dwelling | $60,000 | | Coverage E - Personal Liability | $300,000 | $18.00 |
| Coverage B - Other Structure | $0 | | Coverage F - Medical Payments | $1,000 | $0.00 |
| Coverage C - Personal Property | $30,000 | $2,704.00 | | | |
| Coverage D - Loss of Use | $12,000 | | | | |

NOTE:   The portion of your premium for hurricane coverage is: $528.57
The portion of your premium for all other coverages is: $879.43

#### Section I Coverages Subject to a 2.0% of Coverage C - $600 Hurricane Deductible Per Calendar Year.
Section I Coverages Subject to $1,000 All Other Perils  (Non-Hurricane) Deductible Per Loss.

# THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE LOSSES WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU.

Flood coverage is not provided by Universal Property & Casualty Insurance Company and is not part of this policy.

| PTL Insurance Associates, Inc. | | _Stephy J. Duty_ |
|---|---|---|
| Countersignature | Date | Chief Executive Officer |

## Exhibit "LL"

| Universal Property & Casualty Insurance Company, A Stock Company c/o Evolution Risk Advisors, Inc. 1110 W. Commercial Blvd Fort Lauderdale, FL 33309 | **Declaration Effective** 06/06/2021 |  UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY Renewal Policy |
|---|---|---|

## THIS IS NOT A BILL

| Policy Number | FROM | Policy Period | TO | [INSURED BILLED] | Agent Code |
|---|---|---|---|---|---|
| -9827 | 06/06/2021 | | 06/06/2022 | 12:01 AM Standard Time | |

### Additional Interest

| Mortgagee/Additional Interest 01 | Mortgagee/Additional Interest 02 | Mortgagee/Additional Interest 03 |
|---|---|---|

### Policy Forms & Endorsements Applicable to This Policy

| NUMBER EDITION | DESCRIPTION | LIMITS | PREMIUMS |
|---|---|---|---|
| UPCIC HO6 15 05 18 | Homeowners 6 Unit Owners Form | | $2,704.00 |
| UPCIC 905 15 03 18 | Outline of Your Homeowner Policy | | |
| UPCIC 801 15 12 17 | Windstorm Protective Devices | | ($2,077.00) |
| HO 23 70 05 13 | Windstorm Exterior Paint or Waterproofing Endorsement | | |
| UPCIC 402 15 05 18 | Unit Owners Coverage A - Special Coverage | | $61.00 |
| UPCIC 601 15 12 17 | No Coverage for Home Day Care Business | | |
| UPCIC 201 15 02 18 | Calendar Year Hurricane Deductible With Supplemental Reporting Requirement - Florida | | |
| | Year Built Surcharge | | $675.00 |
| | Personal Liability Increase Endorsement | $300,000 | $18.00 |
| | MGA Fee | | $25.00 |
| | Emergency Management Preparedness Assistance Trust Fund | | $2.00 |

| Universal Property & Casualty Insurance Company, A Stock Company c/o Evolution Risk Advisors, Inc. 1110 W. Commercial Blvd Fort Lauderdale, FL 33309 | Declaration Effective 06/06/2021 |  UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY |
|---|---|---|
| | | Renewal Policy |

**THIS IS NOT A BILL**

| Policy Number | FROM | Policy Period | TO | [INSURED BILLED] | Agent Code |
|---|---|---|---|---|---|
| ████-9827 | 06/06/2021 | | 06/06/2022 | 12:01 AM Standard Time | ████ |

**PLEASE VISIT UNIVERSALPROPERTY.COM TO VIEW YOUR APPLICABLE POLICY FORMS AND ENDORSEMENTS. LOG IN AND CLICK MY POLICIES/POLICY DETAILS OR TYPE THIS URL INTO YOUR INTERNET BROWSER: HTTPS://UNIVERSALPROPERTY.COM/ACCOUNT/LOGIN. YOU HAVE THE RIGHT TO REQUEST AND OBTAIN WITHOUT CHARGE A PAPER OR ELECTRONIC COPY OF YOUR POLICY AND ENDORSEMENTS BY CONTACTING YOUR AGENT OR CALLING CUSTOMER SERVICE AT 1-800-425-9113.**

# LAW AND ORDINANCE: LAW AND ORDINANCE COVERAGE IS AN IMPORTANT COVERAGE THAT YOU MAY WISH TO PURCHASE. PLEASE DISCUSS WITH YOUR INSURANCE AGENT.

# FLOOD INSURANCE: YOU MAY ALSO NEED TO CONSIDER THE PURCHASE OF FLOOD INSURANCE. YOUR HOMEOWNER'S INSURANCE POLICY DOES NOT INCLUDE COVERAGE FOR DAMAGE RESULTING FROM FLOOD EVEN IF HURRICANE WINDS AND RAIN CAUSED THE FLOOD TO OCCUR. WITHOUT SEPARATE FLOOD INSURANCE COVERAGE, YOU MAY HAVE UNCOVERED LOSSES CAUSED BY FLOOD. PLEASE DISCUSS THE NEED TO PURCHASE SEPARATE FLOOD INSURANCE COVERAGE WITH YOUR INSURANCE AGENT.

---

**IMPORTANT: This replaces all previously issued policy declarations, if any and is subject to all forms and endorsements attached to this policy.**

UPCIC HO DEC 15 02 20                 Printed Date: 7/7/2021 5:58:28 PM                 3 of 3

**Universal Property & Casualty Insurance Company,**
**A Stock Company**

**c/o Evolution Risk Advisors, Inc.**
**1110 W. Commercial Blvd**
**Fort Lauderdale, FL 33309**

Homeowners

**Declaration Effective**
09/25/2020


UNIVERSAL
PROPERTY
& CASUALTY INSURANCE COMPANY

Renewal Policy

### THIS IS NOT A BILL

For Policy or Claims Questions  Contact Your Agent Listed Below

| Policy Number | FROM | Policy Period | TO | [INSURED BILLED] | Agent Code |
|---|---|---|---|---|---|
| ▮▮▮-724 | 09/25/2020 | | 09/25/2021 | **12:01 AM Standard Time** | ▮▮ |

**Named Insured and Address**

**Agent Name and Address**

**Insured Location**

8777 COLLINS AVE APT 1203 SURFSIDE, FL 33154   MIAMI-DADE COUNTY

### Premium Summary

| Basic Coverages Premium | Attached Endorsements Premium | Assessments / Surcharges | MGA Fees/Policy Fees | Total Policy Premium (Including Assessments & Surcharges) |
|---|---|---|---|---|
| $365.00 | ($19.00) | $23.00 | $27.00 | $396.00 |

### Rating Information

| Form | Construction | Year | Townhouse/ Rowhouse | Number of Families | Occupied | Protection Class | Territory | BCEG |
|---|---|---|---|---|---|---|---|---|
| HO6 | Masonry | 1981 | N | 1 | Y | 2 | 031 | 99 |

| County | Dwelling Replacement Cost | Personal Property Replacement Cost | Protective Device Credits: Burglar | Fire | Sprinkler |
|---|---|---|---|---|---|
| Miami-Dade | Y | N | Y | Y | Y |

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy. For renewals: If we elect to continue this insurance, we will renew this policy if you pay the required renewal premium for each successive policy period subject to our premiums, rules and forms then in effect. You must pay us prior to the end of the current policy period or else this policy will expire.

Insurance is provided only with respect to the following coverages for which a limit of liability is specified, subject to all the conditions of this policy.

| COVERAGES - SECTION I | LIMITS | PREMIUMS | COVERAGES - SECTION II | LIMITS | PREMIUMS |
|---|---|---|---|---|---|
| Coverage A - Dwelling | $15,000 | | Coverage E - Personal Liability | $300,000 | $18.00 |
| Coverage B - Other Structure | $0 | | Coverage F - Medical Payments | $2,000 | $4.00 |
| Coverage C - Personal Property | $20,000 | $365.00 | | | |
| Coverage D - Loss of Use | $8,000 | | | | |

NOTE:       The portion of your premium for hurricane coverage is: $0.00
The portion of your premium for all other coverages is: $396.00

### THIS POLICY DOES NOT INCLUDE COVERAGE FOR WINDSTORM OR HAIL

Section I Coverages Subject to $500 All Other Perils (Non-Hurricane) Deductible Per Loss.

**Flood coverage is not provided by Universal Property & Casualty Insurance Company and is not part of this policy.**

Fortun Insurance, Inc.

_____
Countersignature

_____
Date

_____
Chief Executive Officer

Exhibit "MM"

| Universal Property & Casualty Insurance Company, A Stock Company c/o Evolution Risk Advisors, Inc. 1110 W. Commercial Blvd Fort Lauderdale, FL 33309 | **Declaration Effective** 09/25/2020 | UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY Renewal Policy |
|---|---|---|

| THIS IS NOT A BILL | | | | | |
|---|---|---|---|---|---|
| **Policy Number** | **FROM** | **Policy Period** | **TO** | [INSURED BILLED] | **Agent Code** |
| -724 | 09/25/2020 | | 09/25/2021 | 12:01 AM Standard Time | |

**Additional Interest**

| Mortgagee/Additional Interest 01 | Mortgagee/Additional Interest 02 | Mortgagee/Additional Interest 03 |
|---|---|---|

**Policy Forms & Endorsements Applicable to This Policy**

| NUMBER EDITION | DESCRIPTION | LIMITS | PREMIUMS |
|---|---|---|---|
| UPCIC HO6 15 05 18 | Homeowners 6 Unit Owners Form | | $365.00 |
| UPCIC 905 15 03 18 | Outline of Your Homeowner Policy | | |
| UPCIC 503 15 12 17 | Windstorm or Hail Exclusion | | |
| UPCIC 802 15 12 17 | Premises Alarm or Fire Protection System | | ($41.00) |
| UPCIC 601 15 12 17 | No Coverage for Home Day Care Business | | |
| | Year Built Surcharge | | $23.00 |
| | Personal Liability Increase Endorsement | $300,000 | $18.00 |
| | Medical Payment Increase Endorsement | $2,000 | $4.00 |
| | MGA Fee | | $25.00 |
| | Emergency Management Preparedness Assistance Trust Fund | | $2.00 |

| Property & Casualty Insurance Company, Company
Evolution Risk Advisors, Inc.
110 W. Commercial Blvd
Fort Lauderdale, FL 33309 | **Declaration Effective**
09/25/2020 |  UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY
Renewal Policy |

| THIS IS NOT A BILL | | | | | |
|---|---|---|---|---|---|
| **Policy Number** | **FROM** | **Policy Period** | **TO** | **[INSURED BILLED]** | **Agent Code** |
| ■■724 | 09/25/2020 | | 09/25/2021 | 12:01 AM Standard Time | ■■ |

PLEASE VISIT UNIVERSALPROPERTY.COM TO VIEW YOUR APPLICABLE POLICY FORMS AND ENDORSEMENTS. LOG IN AND CLICK MY POLICIES/POLICY DETAILS OR TYPE THIS URL INTO YOUR INTERNET BROWSER: HTTPS://UNIVERSALPROPERTY.COM/ACCOUNT/LOGIN. YOU HAVE THE RIGHT TO REQUEST AND OBTAIN WITHOUT CHARGE A PAPER OR ELECTRONIC COPY OF YOUR POLICY AND ENDORSEMENTS BY CONTACTING YOUR AGENT OR CALLING CUSTOMER SERVICE AT 1-800-425-9113.

## LAW AND ORDINANCE: LAW AND ORDINANCE COVERAGE IS AN IMPORTANT COVERAGE THAT YOU MAY WISH TO PURCHASE. PLEASE DISCUSS WITH YOUR INSURANCE AGENT.

## FLOOD INSURANCE: YOU MAY ALSO NEED TO CONSIDER THE PURCHASE OF FLOOD INSURANCE. YOUR HOMEOWNER'S INSURANCE POLICY DOES NOT INCLUDE COVERAGE FOR DAMAGE RESULTING FROM FLOOD EVEN IF HURRICANE WINDS AND RAIN CAUSED THE FLOOD TO OCCUR. WITHOUT SEPARATE FLOOD INSURANCE COVERAGE, YOU MAY HAVE UNCOVERED LOSSES CAUSED BY FLOOD. PLEASE DISCUSS THE NEED TO PURCHASE SEPARATE FLOOD INSURANCE COVERAGE WITH YOUR INSURANCE AGENT.

| ...versal Property & Casualty Insurance Company, **A Stock Company** <br><br> **c/o Evolution Risk Advisors, Inc.** <br> **1110 W. Commercial Blvd** <br> **Fort Lauderdale, FL 33309** | Homeowners <br><br> **Declaration Effective** <br> 02/24/2021 <br><br> Renewal Policy |  UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY |
|---|---|---|

### THIS IS NOT A BILL
For Policy or Claims Questions  Contact Your Agent Listed Below

| Policy Number | FROM | Policy Period | TO | [INSURED BILLED] | Agent Code |
|---|---|---|---|---|---|
| ████-049 | 02/24/2021 | | 02/24/2022 | 12:01 AM Standard Time | ████ |

**Named Insured and Address**
Joseph Noreiga and Hilda Noriega

**Agent Name and Address**

**Insured Location**
8777 COLLINS AVE APT 602 SURFSIDE, FL 33154   MIAMI-DADE COUNTY

### Premium Summary

| Basic Coverages Premium | Attached Endorsements Premium | Assessments / Surcharges | MGA Fees/Policy Fees | Total Policy Premium (Including Assessments & Surcharges) |
|---|---|---|---|---|
| $761.00 | $119.00 | $86.00 | $27.00 | $993.00 |

### Rating Information

| Form | Construction | Year | Townhouse/ Rowhouse | Number of Families | Occupied | Protection Class | Territory | BCEG |
|---|---|---|---|---|---|---|---|---|
| HO6 | Superior - Masonry Non-Combustible | 1981 | N | 1 | Y | 2 | 031 | 99 |

| County | Dwelling Replacement Cost | Personal Property Replacement Cost | Protective Device Credits: Burglar | Fire | Sprinkler |
|---|---|---|---|---|---|
| Miami-Dade | Y | N | N | N | N |

We will provide the insurance described in this policy in  return for the premium and compliance with all applicable provisions of this policy. For renewals: If we elect to continue this insurance, we will renew this policy if you pay the required renewal premium for each successive policy period subject to our premiums, rules and forms then in effect. You must pay us prior to the end of the current policy period or else this policy will expire.

Insurance is provided only with respect to the following coverages for which a limit of liability is specified, subject to all the conditions of this policy.

| COVERAGES - SECTION I | LIMITS | PREMIUMS | COVERAGES - SECTION II | LIMITS | PREMIUMS |
|---|---|---|---|---|---|
| Coverage A - Dwelling | $100,000 | | Coverage E - Personal Liability | $300,000 | $18.00 |
| Coverage B - Other Structure | $0 | | Coverage F - Medical Payments | $1,000 | $0.00 |
| Coverage C - Personal Property | $25,000 | $761.00 | | | |
| Coverage D - Loss of Use | $10,000 | | | | |

NOTE:   The portion of your premium for hurricane coverage is: $0.00
The portion of your premium for all other coverages is: $993.00

### THIS POLICY DOES NOT INCLUDE COVERAGE FOR WINDSTORM OR HAIL
Section I Coverages Subject to $1,000 All Other Perils  (Non-Hurricane) Deductible Per Loss.

**Flood coverage is not provided by Universal Property & Casualty Insurance Company and is not part of this policy.**

| Allstar Insurance Services | | *Step J. Doty* |
|---|---|---|
| Countersignature | Date | Chief Executive Officer |

Exhibit "NN"

| Universal Property & Casualty Insurance Company,<br>A Stock Company<br>c/o Evolution Risk Advisors, Inc.<br>1110 W. Commercial Blvd<br>Fort Lauderdale, FL 33309 | **Declaration Effective**<br>02/24/2021<br><br>Renewal Policy |  UNIVERSAL<br>PROPERTY<br>& CASUALTY INSURANCE COMPANY |

## THIS IS NOT A BILL

| Policy Number | FROM | Policy Period | TO | [INSURED BILLED] | Agent Code |
|---|---|---|---|---|---|
| -049 | 02/24/2021 | | 02/24/2022 | 12:01 AM Standard Time | |

**Additional Interest**

Mortgagee/Additional Interest 01     Mortgagee/Additional Interest 02     Mortgagee/Additional Interest 03

### Policy Forms & Endorsements Applicable to This Policy

| NUMBER EDITION | DESCRIPTION | LIMITS | PREMIUMS |
|---|---|---|---|
| UPCIC HO6 15 05 18 | Homeowners 6 Unit Owners Form | | $761.00 |
| UPCIC 905 15 03 18 | Outline of Your Homeowner Policy | | |
| UPCIC 402 15 05 18 | Unit Owners Coverage A - Special Coverage | | $101.00 |
| UPCIC 503 15 12 17 | Windstorm or Hail Exclusion | | |
| UPCIC 701 15 02 18 | Additional Interests - Residence Premises | | |
| UPCIC 601 15 12 17 | No Coverage for Home Day Care Business | | |
| | Year Built Surcharge | | $86.00 |
| | Personal Liability Increase Endorsement | $300,000 | $18.00 |
| | MGA Fee | | $25.00 |
| | Emergency Management Preparedness Assistance Trust Fund | | $2.00 |

| Universal Property & Casualty Insurance Company, A Stock Company<br><br>c/o Evolution Risk Advisors, Inc.<br>1110 W. Commercial Blvd<br>Fort Lauderdale, FL 33309 | Declaration Effective<br>02/24/2021 | <br>UNIVERSAL PROPERTY<br>A CASUALTY INSURANCE COMPANY<br><br>Renewal Policy |
|---|---|---|

| THIS IS NOT A BILL | | | | |
|---|---|---|---|---|

| Policy Number | FROM | Policy Period | TO | [INSURED BILLED] | Agent Code |
|---|---|---|---|---|---|
| ███-049 | 02/24/2021 | | 02/24/2022 | 12:01 AM Standard Time | ███ |

PLEASE VISIT UNIVERSALPROPERTY.COM TO VIEW YOUR APPLICABLE POLICY FORMS AND ENDORSEMENTS. LOG IN AND CLICK MY POLICIES/POLICY DETAILS OR TYPE THIS URL INTO YOUR INTERNET BROWSER: HTTPS://UNIVERSALPROPERTY.COM/ACCOUNT/LOGIN. YOU HAVE THE RIGHT TO REQUEST AND OBTAIN WITHOUT CHARGE A PAPER OR ELECTRONIC COPY OF YOUR POLICY AND ENDORSEMENTS BY CONTACTING YOUR AGENT OR CALLING CUSTOMER SERVICE AT 1-800-425-9113.

## LAW AND ORDINANCE: LAW AND ORDINANCE COVERAGE IS AN IMPORTANT COVERAGE THAT YOU MAY WISH TO PURCHASE. PLEASE DISCUSS WITH YOUR INSURANCE AGENT.

## FLOOD INSURANCE: YOU MAY ALSO NEED TO CONSIDER THE PURCHASE OF FLOOD INSURANCE. YOUR HOMEOWNER'S INSURANCE POLICY DOES NOT INCLUDE COVERAGE FOR DAMAGE RESULTING FROM FLOOD EVEN IF HURRICANE WINDS AND RAIN CAUSED THE FLOOD TO OCCUR. WITHOUT SEPARATE FLOOD INSURANCE COVERAGE, YOU MAY HAVE UNCOVERED LOSSES CAUSED BY FLOOD. PLEASE DISCUSS THE NEED TO PURCHASE SEPARATE FLOOD INSURANCE COVERAGE WITH YOUR INSURANCE AGENT.

| Universal Property & Casualty Insurance Company, A Stock Company | Homeowners |  |
|---|---|---|
| c/o Evolution Risk Advisors, Inc. 1110 W. Commercial Blvd Fort Lauderdale, FL 33309 | **Declaration Effective** 03/05/2021 | |
| | Renewal Policy | |

### THIS IS NOT A BILL

For Policy or Claims Questions Contact Your Agent Listed Below

| Policy Number | FROM Policy Period TO | [INSURED BILLED] | Agent Code |
|---|---|---|---|
| ▮▮▮-125 | 03/05/2021 | 03/05/2022 | 12:01 AM Standard Time | ▮▮▮ |

**Named Insured and Address**
David Epstein

**Agent Name and Address**


**Insured Location**
8777 COLLINS AVE APT 901 SURFSIDE, FL 33154   MIAMI-DADE COUNTY

#### Premium Summary

| Basic Coverages Premium | Attached Endorsements Premium | Assessments / Surcharges | MGA Fees/Policy Fees | Total Policy Premium (Including Assessments & Surcharges) |
|---|---|---|---|---|
| $4,538.00 | ($3,371.00) | $1,190.00 | $27.00 | $2,384.00 |

#### Rating Information

| Form | Construction | Year | Townhouse/ Rowhouse | Number of Families | Occupied | Protection Class | Territory | BCEG |
|---|---|---|---|---|---|---|---|---|
| HO6 | Superior - Fire Resistive | 1980 | N | 1 | Y | 2 | 031 | 99 |

| County | Dwelling Replacement Cost | Personal Property Replacement Cost | Burglar | Fire | Sprinkler |
|---|---|---|---|---|---|
| | | | Protective Device Credits: | | |
| Miami-Dade | Y | Y | N | N | N |

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy. For renewals: If we elect to continue this insurance, we will renew this policy if you pay the required renewal premium for each successive policy period subject to our premiums, rules and forms then in effect. You must pay us prior to the end of the current policy period or else this policy will expire.

Insurance is provided only with respect to the following coverages for which a limit of liability is specified, subject to all the conditions of this policy.

| COVERAGES - SECTION I | LIMITS | PREMIUMS | COVERAGES - SECTION II | LIMITS | PREMIUMS |
|---|---|---|---|---|---|
| Coverage A – Dwelling | $180,000 | | Coverage E - Personal Liability | $300,000 | $18.00 |
| Coverage B – Other Structure | $0 | | Coverage F - Medical Payments | $3,000 | $5.00 |
| Coverage C – Personal Property | $20,000 | $4,538.00 | | | |
| Coverage D – Loss of Use | $8,000 | | | | |

NOTE: The portion of your premium for hurricane coverage is: $733.33
The portion of your premium for all other coverages is: $1,650.67

**Section I Coverages Subject to a $500 Hurricane Deductible Per Calendar Year.**
Section I Coverages Subject to $1,000 All Other Perils (Non-Hurricane) Deductible Per Loss.

## THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE LOSSES WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU.

Flood coverage is not provided by Universal Property & Casualty Insurance Company and is not part of this policy.

| Setnor Byer Bogdanoff, Inc. | | *Sign* |
|---|---|---|
| Countersignature | Date | Chief Executive Officer |

Exhibit "OO"

| Universal Property & Casualty Insurance Company,<br>A Stock Company<br>c/o Evolution Risk Advisors, Inc.<br>1110 W. Commercial Blvd<br>Fort Lauderdale, FL 33309 | **Declaration Effective**<br>03/05/2021 |  UNIVERSAL<br>PROPERTY<br>& CASUALTY INSURANCE COMPANY<br><br>Renewal Policy |

## THIS IS NOT A BILL

| Policy Number | FROM | Policy Period | TO | [INSURED BILLED] | Agent Code |
|---|---|---|---|---|---|
| -125 | 03/05/2021 | | 03/05/2022 | 12:01 AM Standard Time | |

**Additional Interest**

| Mortgagee/Additional Interest 01 | Mortgagee/Additional Interest 02 | Mortgagee/Additional Interest 03 |
|---|---|---|

**Policy Forms & Endorsements Applicable to This Policy**

| NUMBER EDITION | DESCRIPTION | LIMITS | PREMIUMS |
|---|---|---|---|
| UPCIC HO6 15 05 18 | Homeowners 6 Unit Owners Form | | $4,538.00 |
| UPCIC 905 15 03 18 | Outline of Your Homeowner Policy | | |
| UPCIC 801 15 12 17 | Windstorm Protective Devices | | ($3,800.00) |
| HO 23 70 05 13 | Windstorm Exterior Paint or Waterproofing Endorsement | | |
| UPCIC 402 15 05 18 | Unit Owners Coverage A - Special Coverage | | $181.00 |
| UPCIC 406 15 05 18 | Personal Property Replacement Cost | | $225.00 |
| UPCIC 601 15 12 17 | No Coverage for Home Day Care Business | | |
| UPCIC 201 15 02 18 | Calendar Year Hurricane Deductible With Supplemental Reporting Requirement - Florida | | |
| | Year Built Surcharge | | $1,190.00 |
| | Personal Liability Increase Endorsement | $300,000 | $18.00 |
| | Medical Payment Increase Endorsement | $3,000 | $5.00 |
| | MGA Fee | | $25.00 |
| | Emergency Management Preparedness Assistance Trust Fund | | $2.00 |

| Universal Property & Casualty Insurance Company, A Stock Company<br><br>c/o Evolution Risk Advisors, Inc.<br>1110 W. Commercial Blvd<br>Fort Lauderdale, FL 33309 | Declaration Effective<br>03/05/2021 |  UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY<br><br>Renewal Policy |
|---|---|---|

| THIS IS NOT A BILL | | | | |
|---|---|---|---|---|

| Policy Number | FROM | Policy Period | TO | [INSURED BILLED] | Agent Code |
|---|---|---|---|---|---|
| ■■■-125 | 03/05/2021 | | 03/05/2022 | 12:01 AM Standard Time | ■■ |

**PLEASE VISIT UNIVERSALPROPERTY.COM TO VIEW YOUR APPLICABLE POLICY FORMS AND ENDORSEMENTS. LOG IN AND CLICK MY POLICIES/POLICY DETAILS OR TYPE THIS URL INTO YOUR INTERNET BROWSER: HTTPS://UNIVERSALPROPERTY.COM/ACCOUNT/LOGIN. YOU HAVE THE RIGHT TO REQUEST AND OBTAIN WITHOUT CHARGE A PAPER OR ELECTRONIC COPY OF YOUR POLICY AND ENDORSEMENTS BY CONTACTING YOUR AGENT OR CALLING CUSTOMER SERVICE AT 1-800-425-9113.**

**LAW AND ORDINANCE: LAW AND ORDINANCE COVERAGE IS AN IMPORTANT COVERAGE THAT YOU MAY WISH TO PURCHASE. PLEASE DISCUSS WITH YOUR INSURANCE AGENT.**

**FLOOD INSURANCE: YOU MAY ALSO NEED TO CONSIDER THE PURCHASE OF FLOOD INSURANCE. YOUR HOMEOWNER'S INSURANCE POLICY DOES NOT INCLUDE COVERAGE FOR DAMAGE RESULTING FROM FLOOD EVEN IF HURRICANE WINDS AND RAIN CAUSED THE FLOOD TO OCCUR. WITHOUT SEPARATE FLOOD INSURANCE COVERAGE, YOU MAY HAVE UNCOVERED LOSSES CAUSED BY FLOOD. PLEASE DISCUSS THE NEED TO PURCHASE SEPARATE FLOOD INSURANCE COVERAGE WITH YOUR INSURANCE AGENT.**

IMPORTANT: This replaces all previously issued policy declarations, if any and is subject to all forms and endorsements attached to this policy.

UPCIC HO DEC 15 02 20          Printed Date: 7/7/2021 6:13:54 PM          3 of 3

| Universal Property & Casualty Insurance Company, A Stock Company | Homeowners | |
|---|---|---|
| c/o Evolution Risk Advisors, Inc. 1110 W. Commercial Blvd Fort Lauderdale, FL 33309 | **Declaration Effective** 07/22/2020 |  UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY |
| | Renewal Policy | |

## THIS IS NOT A BILL

### For Policy or Claims Questions  Contact Your Agent Listed Below

| Policy Number | FROM | Policy Period | TO | [INSURED BILLED] | Agent Code |
|---|---|---|---|---|---|
| ▉▉-071 | 07/22/2020 | | 07/22/2021 | 12:01 AM Standard Time | ▉ |

**Named Insured and Address**
Richard and Carole Augustine

**Agent Name and Address**

**Insured Location**
8777 COLLINS AVENUE SURFSIDE, FL 33154   MIAMI-DADE COUNTY

### Premium Summary

| Basic Coverages Premium | Attached Endorsements Premium | Assessments / Surcharges | MGA Fees/Policy Fees | Total Policy Premium (Including Assessments & Surcharges) |
|---|---|---|---|---|
| $3,724.00 | ($3,167.00) | $994.00 | $27.00 | $1,578.00 |

### Rating Information

| Form | Construction | Year | Townhouse/ Rowhouse | Number of Families | Occupied | Protection Class | Territory | BCEG |
|---|---|---|---|---|---|---|---|---|
| HO6 | Masonry | 1981 | N | 1 | Y | 2 | 031 | 99 |

| County | Dwelling Replacement Cost | Personal Property Replacement Cost | Protective Device Credits: Burglar | Fire | Sprinkler |
|---|---|---|---|---|---|
| Miami-Dade | Y | Y | N | N | Y |

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy. For renewals: If we elect to continue this insurance, we will renew this policy if you pay the required renewal premium for each successive policy period subject to our premiums, rules and forms then in effect. You must pay us prior to the end of the current policy period or else this policy will expire.

Insurance is provided only with respect to the following coverages for which a limit of liability is specified, subject to all the conditions of this policy.

| COVERAGES - SECTION I | LIMITS | PREMIUMS | COVERAGES - SECTION II | LIMITS | PREMIUMS |
|---|---|---|---|---|---|
| Coverage A - Dwelling | $97,500 | | Coverage E - Personal Liability | $100,000 | $0.00 |
| Coverage B - Other Structure | $0 | | Coverage F - Medical Payments | $1,000 | $0.00 |
| Coverage C - Personal Property | $40,000 | $3,724.00 | | | |
| Coverage D - Loss of Use | $16,000 | | | | |

NOTE:   The portion of your premium for hurricane coverage is: $468.11
The portion of your premium for all other coverages is: $1,109.89

**Section I Coverages Subject to a 2.0% of Coverage C - $800 Hurricane Deductible Per Calendar Year.**

Section I Coverages Subject to $1,000 All Other Perils (Non-Hurricane) Deductible Per Loss.

# THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE LOSSES WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU.

Flood coverage is not provided by Universal Property & Casualty Insurance Company and is not part of this policy.

Gil & Associates Insurance Consultants

| Countersignature | Date | Chief Executive Officer |
|---|---|---|

Exhibit "PP"

| Universal Property & Casualty Insurance Company,<br>A Stock Company<br>c/o Evolution Risk Advisors, Inc.<br>1110 W. Commercial Blvd<br>Fort Lauderdale, FL 33309 | Declaration Effective<br>07/22/2020<br><br>Renewal Policy |  UNIVERSAL<br>PROPERTY<br>& CASUALTY INSURANCE COMPANY |
|---|---|---|

## THIS IS NOT A BILL

| Policy Number | FROM | Policy Period | TO | [INSURED BILLED] | Agent Code |
|---|---|---|---|---|---|
| -071 | 07/22/2020 | | 07/22/2021 | 12:01 AM Standard Time | |

**Additional Interest**

Mortgagee/Additional Interest 01     Mortgagee/Additional Interest 02     Mortgagee/Additional Interest 03

## Policy Forms & Endorsements Applicable to This Policy

| NUMBER EDITION | DESCRIPTION | LIMITS | PREMIUMS |
|---|---|---|---|
| UPCIC HO6 15 05 18 | Homeowners 6 Unit Owners Form | | $3,724.00 |
| UPCIC 905 15 03 18 | Outline of Your Homeowner Policy | | |
| UPCIC 801 15 12 17 | Windstorm Protective Devices | | ($3,415.00) |
| HO 23 70 05 13 | Windstorm Exterior Paint or Waterproofing Endorsement | | |
| UPCIC 406 15 05 18 | Personal Property Replacement Cost | | $394.00 |
| UPCIC 802 15 12 17 | Premises Alarm or Fire Protection System | | ($146.00) |
| UPCIC 601 15 12 17 | No Coverage for Home Day Care Business | | |
| UPCIC 201 15 02 18 | Calendar Year Hurricane Deductible With Supplemental Reporting Requirement - Florida | | |
| | Year Built Surcharge | | $994.00 |
| | MGA Fee | | $25.00 |
| | Emergency Management Preparedness Assistance Trust Fund | | $2.00 |

| Universal Property & Casualty Insurance Company, A Stock Company c/o Evolution Risk Advisors, Inc. 1110 W. Commercial Blvd Fort Lauderdale, FL 33309 | Declaration Effective 07/22/2020 |  UNIVERSAL PROPERTY A CASUALTY INSURANCE COMPANY Renewal Policy |
|---|---|---|

| THIS IS NOT A BILL | | | | | |
|---|---|---|---|---|---|
| **Policy Number** | **FROM** | **Policy Period** | **TO** | **[INSURED BILLED]** | **Agent Code** |
| -071 | 07/22/2020 | | 07/22/2021 | 12:01 AM Standard Time | |

**PLEASE VISIT UNIVERSALPROPERTY.COM TO VIEW YOUR APPLICABLE POLICY FORMS AND ENDORSEMENTS. LOG IN AND CLICK MY POLICIES/POLICY DETAILS OR TYPE THIS URL INTO YOUR INTERNET BROWSER: HTTPS://UNIVERSALPROPERTY.COM/ACCOUNT/LOGIN. YOU HAVE THE RIGHT TO REQUEST AND OBTAIN WITHOUT CHARGE A PAPER OR ELECTRONIC COPY OF YOUR POLICY AND ENDORSEMENTS BY CONTACTING YOUR AGENT OR CALLING CUSTOMER SERVICE AT 1-800-425-9113.**

# LAW AND ORDINANCE: LAW AND ORDINANCE COVERAGE IS AN IMPORTANT COVERAGE THAT YOU MAY WISH TO PURCHASE. PLEASE DISCUSS WITH YOUR INSURANCE AGENT.

# FLOOD INSURANCE: YOU MAY ALSO NEED TO CONSIDER THE PURCHASE OF FLOOD INSURANCE. YOUR HOMEOWNER'S INSURANCE POLICY DOES NOT INCLUDE COVERAGE FOR DAMAGE RESULTING FROM FLOOD EVEN IF HURRICANE WINDS AND RAIN CAUSED THE FLOOD TO OCCUR. WITHOUT SEPARATE FLOOD INSURANCE COVERAGE, YOU MAY HAVE UNCOVERED LOSSES CAUSED BY FLOOD. PLEASE DISCUSS THE NEED TO PURCHASE SEPARATE FLOOD INSURANCE COVERAGE WITH YOUR INSURANCE AGENT.