# EXHIBIT 19



December 7, 2021

**Via Fedex**

JOHN MORIARTY & ASSOCIATES OF FLORIDA, INC.
c/o The Prentice-Hall Corporation System, as R.A.
1201 Hays Street, Suite 105
Tallahassee, FL 32301

| | |
|---|---|
| **Re:** | **Notice of Representation and Subrogation Demand** |
| | **Demand to Retain and Preserve Evidence** |
| | **Demand for Insurance Information (Fla. Stat. § 627.4137)** |
| **Insurer:** | St. Johns Insurance Company, Inc. |
| **Claim Nos.:** | **ST21204646; ST21204566; ST21204570; ST21204696; ST21204698** |
| **Insureds:** | **Drezner; Rodriguez; Lopez; Spiegel; Pelaez** |
| **DOL:** | **6/24/2021** |
| **Property:** | **8777 Collins Ave Units 1009, 907, 605, 603, and 610 Miami Beach, FL 33154-3400** |
| **Combined Loss:** | **$846,475** |

Dear Officer or Agent:

Please be advised I've been retained by St. Johns Insurance Company, Inc., as subrogee of the above Insureds, to represent its subrogation interests in the above referenced claim. Pursuant to Florida law my client seeks to enforce the rights and priorities of its Insured to the extent of its payments.[1]

This loss was related to the collapse of the above listed Property and your providing general contracting services for the construction project at "Eighty-Seven Park," which may be contributed to the collapse. Please review this demand and send a proposed release to my office for the full value of the claim.

In addition, please ensure all evidence related to this loss is maintained and preserved. It may be material and discoverable in a civil lawsuit.

---

[1] In Florida, an insurer "upon paying to the assured the amount of a loss on the property insured, is subrogated in a corresponding amount to the assured's right of action against any other person responsible for the loss." *Dantzler Lumber & Export Co. v. Columbia Cas. Co.*, 156 So. 116, 120 (Fla. 1934).

December 7, 2021
ST21204646
Page 2 | 2

Finally, pursuant to Fla. Stat. § 627.4137, you are required to provide a copy of this demand to each insurer which does or may provide coverage for this loss within 30 days of the date you receive this demand. Each insurer must provide, at a minimum, a statement, under oath, of a corporate officer or the insurer's claims manager or superintendent setting forth the following information with regard to each known policy of insurance, including excess or umbrella insurance:

(a)   The name of the insurer.
(b)   The name of each insured.
(c)   The limits of the liability coverage.
(d)   A statement of any policy or coverage defense which such insurer reasonably believes is available to such insurer at the time of filing such statement.
(e)   A copy of the policy.


Finest regards,


/s/ Tyler Brown
Tyler Brown, Esq.
TBrown@BLFFL.com