# EXHIBIT 21

# FLORIDA SURPLUS LINES NOTICE

**THIS INSURANCE IS ISSUED PURSUANT TO THE FLORIDA SURPLUS LINES LAW. PERSONS INSURED BY SURPLUS LINES CARRIERS DO NOT HAVE THE PROTECTION OF THE FLORIDA INSURANCE GUARANTY ACT TO THE EXTENT OF ANY RIGHT OF RECOVERY FOR THE OBLIGATION OF AN INSOLVENT UNLICENSED INSURER.**

**SURPLUS LINES INSURERS' POLICY RATES AND FORMS ARE NOT APPROVED BY ANY FLORIDA REGULATORY AGENCY.**

# ASPEN
EXCESS LIABILITY INSURANCE POLICY DECLARATIONS

**ASPEN**

### ASPEN SPECIALTY INSURANCE COMPANY
### 590 MADISON AVENUE, 7TH FLOOR
### NEW YORK, NY 10022

(A stock insurance company incorporated under the laws of North Dakota hereinafter called the "Company")

**Policy Number:** CX006MW17

**PRODUCER'S NAME AND MAILING ADDRESS:**
>AmWINS Brokerage of New York, Inc.
>Wall Street Plaza
>88 Pine Street
>New York, NY 10005

**ITEM 1.** **NAMED INSURED AND MAILING ADDRESS:**
>John Moriarty & Associates of Florida, Inc.
>1942 Tyler Street
>Hollywood, FL 33020

**ITEM 2.** **POLICY PERIOD:**
>(A) Inception Date: 09/01/2017
>
>(B) Expiration Date: 03/01/2020
>
>Inception Date shown shall be at 12:01 A.M. (Local Time) to Expiration Date shown above at 12:01 A.M. (Local Time) at the Address set forth in **ITEM 1.**

**ITEM 3.** **POLICY PREMIUM $277,783**      **POLICY MINIMUM PREMIUM 25%**

| | |
|---|---|
| TRIA Premium: | $11,111 |
| Total: | $288,894 |
| Premium Basis (Check only one): | Flat  [X]        Auditable  [ ] |

**ITEM 4.** **LIMITS OF LIABILITY:**
The Company's liability under this Policy will not exceed the following limit: 100 percent of "loss" excess of the Underlying Insurance set forth in **ITEM 5.** of the Declarations, but for no greater than:

>$5,000,000      Each Occurrence
>
>$5,000,000      Aggregate (where applicable)

**ITEM 5.** **SCHEDULE OF UNDERLYING INSURANCE:**
First Underlying Insurance Policy

**"Refer to Schedule Of Underlying Insurance Endorsement"**

Other Underlying Insurance

(Excess of First Underlying Insurance Policy)

**"Refer to Schedule Of Underlying Insurance Endorsement"**

**ITEM 6.** **FORMS & ENDORSEMENTS:**
Forms and Endorsements made a part of this Policy at time of issue:

**"SEE FORMS AND ENDORSEMENT SCHEDULE"**

 2015 ©Aspen Insurance U.S. Services Inc. All rights reserved.      Page 1 of 2
Includes copyrighted material of ISO Properties, Inc. used with permission

This Declarations page, together with the attached Policy form and all Endorsements and Schedules thereto, shall constitute the contract between the Company and the Insured. The Policy is valid only if signed below by a duly authorized representative of the Company.

In witness whereof, the Company issuing this Policy has caused this Policy to be signed by its authorized officers, but it shall not be valid unless also signed by a duly authorized representative of the Company.

Dated Issued: 09/18/2017

_____
Authorized Representative

Surplus Lines Agent's Name: _____ Thomas Cesare _____
Surplus Lines Agent's Address: __ 88 Pine St. Wall Street Plaza _____
_____ New York, NY 10005 _____
Surplus Lines Agent's License #: ___ W029794 _____
Producing Agent's Name: Mary Beth Matsko - License No. P232270
Producing Agent's Address: _ 9891 Broken Land Parkway, Suite 205 _____
_____ Columbia, MD 21046 _____

This insurance is issued pursuant to the Florida Surplus Lines Law. Persons insured by surplus lines carriers do not have the protection of the Florida Insurance Guaranty Act to the extent of any right of recovery for the obligation of an insolvent unlicensed insurer.

Premium: $288,894.00     Tax: $14,444.70     Service Fee: $288.89
EMPA Surcharge: _____ Broker Fee: _____
Inspection Fee: _____ Policy Fee: _____
Surplus Lines Agent's Countersignature: _____

# ASPEN
## EXCESS LIABILITY INSURANCE POLICY



**ASPEN**

### ASPEN SPECIALTY INSURANCE COMPANY
### 590 MADISON AVENUE, 7TH FLOOR
### NEW YORK, NY 10022

(A stock insurance company incorporated under the laws of North Dakota hereinafter called the "Company")

There are provisions in this Policy that restrict coverage. Read the entire policy carefully to determine rights, duties, and what is and is not covered.

Throughout this Policy the words "you" and "your" refer to the Named Insured set forth in the Declarations, and any other person or organization qualifying as a Named Insured under this Policy. The term Company refers to the Company providing this insurance.

Words and phrases in quotation marks have special meaning and can be found in the Definitions or the specific policy provision where they appear.

In consideration of the payment of the premium and in reliance upon the statements in the Declarations, and subject to all terms of this Policy, the Company agrees with you to provide coverage as follows:

## INSURING AGREEMENTS

### I. COVERAGE

The Company will pay on behalf of the Insured "loss" resulting from an occurrence during the "policy period". The Company will pay such "loss" in excess of the Underlying Insurance set forth in **ITEM 5.** of the Declarations, but only up to an amount not exceeding the Limits of Liability set forth in **ITEM 4.** of the Declarations for this Policy. Except for any definitions, terms, conditions and exclusions of this Policy, the coverage provided by this Policy is subject to the terms and conditions of the First Underlying Insurance Policy, as set forth in **ITEM 5.** of the Declarations for this Policy.

The inclusion or addition hereunder of more than one Insured shall not operate to increase the Limits of Liability beyond that set forth in **ITEM 4.** of the Declarations for this Policy.

The Company will be furnished a complete copy of the First Underlying Insurance Policy set forth in **ITEM 5.** of the Declarations for this Policy.

### II. LIMITS OF LIABILITY

**A.** The Limits of Liability set forth in **ITEM 4.** of the Declarations for this Policy and the rules below describe the most the Company will pay regardless of the number of:

  1. Insureds;

  2. Claims made or suits brought; or

  3. Persons or organizations making claims or bringing suits.

**B.** The Limits of Liability of this Policy will apply as follows:

  1. This Policy applies only in excess of the Underlying Insurance set forth in **ITEM 5.** of the Declarations for this Policy.

  2. The aggregate limit set forth in **ITEM 4.** of the Declarations for this Policy is the most the Company will pay for all "loss" that is subject to an aggregate limit provided by the First Underlying Insurance Policy. The aggregate limit applies separately and in the same manner as the aggregate limits provided by the First Underlying Insurance Policy.

  3. Subject to Paragraph **B.2.** above, the occurrence limit set forth in **ITEM 4.** of the Declarations for this Policy is the most the Company will pay for all "loss" arising out of any one occurrence to which this Policy applies.

  4. Subject to Paragraphs **B.2.** and **B.3.** above, if the limits of liability of the Underlying Insurance set forth in **ITEM 5.** of the Declarations for this Policy are reduced or exhausted solely by payment of "loss", such insurance provided by this Policy will apply in excess of the reduced Underlying Insurance, or if all such Underlying Insurance is exhausted, will apply as underlying insurance subject to the same terms, conditions, definitions and exclusions of the First Underlying Insurance Policy, except for any definitions, terms, conditions and exclusions of this Policy.

 2015 ©Aspen Insurance U.S. Services Inc. All rights reserved. Page 1 of 4
Includes copyrighted material of ISO Properties, Inc. used with permission

# ASPEN
## EXCESS LIABILITY INSURANCE POLICY



**ASPEN**

5.  The Limits of Liability of this Policy apply separately to each consecutive annual period and to any remaining period of less than twelve (12) months, starting with the beginning of the "policy period" set forth in the Declarations for this Policy, unless the "policy period" is extended after issuance for an additional period of less than twelve (12) months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Liability.

## III. DEFENSE

A.  The Company will not be required to assume charge of the investigation of any claim or defense of any suit against you.

B.  The Company will have the right, but not the duty, to be associated with you or your underlying insurer or both in the investigation of any claim or defense of any suit which in the Company's opinion may create liability on the Company for "loss" under this Policy. If the Company exercises such right, the Company will do so at its own expense.

C.  If the limits of liability of the Underlying Insurance set forth in **ITEM 5.** of the Declarations for this Policy are exhausted solely by payment of "loss", the Company shall have the right but not the duty to investigate and settle any claim or assume the defense of any suit which, in the Company's opinion, may give rise to a "loss" under this Policy. Such investigation or defense shall be at the Company's own expense. The Company may, however, withdraw from the defense of such suit and tender the continued defense to you if the Company's applicable Limits of Liability set forth in **ITEM 4.** of the Declarations for this Policy are exhausted by payment of "loss."

## IV. DEFINITIONS

"Loss" means those sums paid to settle a claim or suit, or satisfy a judgment, for which an Insured is legally liable and for which such amounts are covered by the First Underlying Insurance Policy. The amounts that are payable by the Company are subject to deductions for subrogation, salvages, and any other recoveries made or that are available to an Insured.

"Policy period" means the period beginning with the Inception Date of this Policy to the Expiration Date set forth in the Declarations for this Policy, or any earlier date of cancellation or termination.

## V. CONDITIONS

### A. Appeals

In the event you or the insurer(s) of the Underlying Insurance set forth in **ITEM 5.** of the Declarations for this Policy elects not to appeal a judgment in excess of the amount of the Underlying Insurance, the Company may elect to appeal at the Company's expense. If the Company does so elect, the Company will be liable for the costs and additional interest accruing during this appeal. In no event will this provision increase the Company's liability beyond the applicable Limits of Liability as set forth in Section II. of this Policy and as set forth in **ITEM 4.** of the Declarations for this Policy.

### B. Bankruptcy or Insolvency

The bankruptcy, insolvency or inability to pay of any Insured will not relieve the Company from its obligation to pay "loss" covered by this Policy.

In the event of bankruptcy, insolvency or refusal or inability to pay, of the insurer(s) of the Underlying Insurance set forth in **ITEM 5.** of the Declarations for this Policy, the insurance afforded by this Policy will not replace such Underlying Insurance, but will apply as if the Underlying Insurance was fully available and collectible.

### C. Cancellation

1.  You may cancel this Policy. You must mail or deliver advance written notice to the Company stating when the cancellation is to take effect

2.  The Company may cancel this Policy. If the Company cancels because of non-payment of premium, the Company will mail or deliver to you not less than ten (10) days advance written notice stating when the cancellation is to take effect. If the Company cancels for any other reason, the Company will mail or deliver to you not less than thirty (30) days advance written notice stating when the cancellation is to take effect. Mailing that notice to you at your mailing address set forth in **ITEM 1.** of the Declarations for this Policy will be sufficient to prove notice.

# ASPEN
EXCESS LIABILITY INSURANCE POLICY



**ASPEN**

3. The "policy period" will end on the day and hour set forth in the cancellation notice.

4. If the Company cancels, final premium will be calculated pro rata based on the time this Policy was in force.

5. If you cancel, final premium will be more than pro rata; it will be based on the time this Policy was in force and increased by the Company's short rate cancellation table and procedure.

6. Premium adjustment may be made at the time of cancellation or as soon as practicable thereafter, but the cancellation will be effective even if the Company has not made or offered any refund due you. The Company's check or its representative's check, mailed or delivered, will be sufficient tender of any refund due you.

7. The Named Insured set forth in **ITEM 1.** of the Declarations for this Policy will act on behalf of all other Insureds with respect to the giving and receiving of notice of cancellation and the receipt of any refund that may become payable under this Policy.

8. Any of these provision that conflict with a law that controls the cancellation of the insurance in this Policy is changed by this statement to comply with the law.

## D. Maintenance of Underlying Insurance

During the "policy period", you agree:

1. To keep the policies listed in the Schedule of Underlying Insurance as set forth in **ITEM 5.** of the Declarations for this Policy in full force and effect;

2. That the Limits of Liability of the policies listed in the Schedule of Underlying Insurance as set forth in **ITEM 5.** of the Declarations for this Policy will be maintained except for any reduction or exhaustion of aggregate limits by payment of "loss" in claims or suits covered by the Underlying Insurance.

If you fail to comply with these requirements, the Company will only be liable to the same extent that the Company would have been had you fully complied with these requirements.

## E. Notice of Occurrence

1. You must see to it that the Company is notified as soon as practicable of an occurrence which may result in a "loss" covered under this Policy. To the extent possible, notice will include:

   a) How, when and where the occurrence took place;

   b) The names and addresses of any injured persons and witnesses;

   c) The nature and location of any injury or damage arising out of the occurrence.

2. If a claim or suit against any Insured is reasonably likely to involve this Policy, you must notify the Company, in writing, as soon as practicable.

3. You and any other involved Insured must:

   a) Immediately send the Company copies of any demands, notices, summonses or legal documentation received in connection with a claim or suit;

   b) Authorize the Company to obtain records and other information;

   c) Cooperate with the Company in the investigation, settlement or defense of the claim or suit; and

   d) Assist the Company, upon its request, in the enforcement of any right against any person or organization which may be liable to the Insured because of injury or damage to which this insurance may also apply.

4. The Insureds will not, except at their own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without the Company's consent.

## F. Other Insurance

If other insurance applies to a "loss" that is also covered by this Policy, this Policy will apply excess of such other insurance. Nothing herein will be construed to make this Policy subject to the definitions, terms, conditions and exclusions of such other insurance. However, this provision will not apply if the other insurance is specifically written to be excess of this Policy.

# ASPEN
## EXCESS LIABILITY INSURANCE POLICY



ASPEN

Other insurance includes any type of self-insurance, indemnification or other mechanism by which an Insured arranges for funding of legal liabilities.

### G. Terms Conformed to Statute

The terms of this Policy which are in conflict with the statutes of the state where this Policy is issued are amended to conform to such statutes. If the Company is prevented by law or statute from paying on behalf of the Insured, then the Company will, where permitted by law or statute, indemnify the Insured.

### H. When "Loss" is Payable

Coverage under this Policy will not apply unless and until you or the insurer(s) of the Underlying Insurance set forth in **ITEM 5.** of the Declarations for this Policy has paid or is obligated to pay the full amount of such Limits of Liability.

When the amount of "loss" has finally been determined, the Company will promptly pay on your behalf the amount of "loss" covered under this Policy.


IN WITNESS WHEREOF, the Company has caused this Policy to be executed and attested, but this Policy shall not be valid unless countersigned on the Declarations by a duly authorized representative of the Company.


PRESIDENT

SECRETARY

Aspen Specialty Insurance Company

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## SCHEDULE OF UNDERLYING INSURANCE ENDORSEMENT

This endorsement modifies insurance provided under the following:
**ASPEN EXCESS LIABILITY INSURANCE POLICY**

This Policy is amended as follows:

| Carrier, Policy Number and Policy Period | Type of Coverage | Limits of Insurance | |
|---|---|---|---|
| | **FIRST UNDERLYING INSURANCE** | | |
| Aspen Specialty Insurance Company CR006N817 09/01/2017 to 03/01/2020 | **Commercial General Liability** | $1,000,000 $2,000,000 | Each Occurrence Products - Completed Operations Aggregate |
| | | $2,000,000 | General  Aggregate Personal and Advertising Injury |
| | | $1,000,000 | |

### OTHER UNDERLYING INSURANCE

#### Not Applicable

**ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.**

THIS ENDORSEMENT FORMS A PART OF POLICY NUMBER: CX006MW17

Issued by: Aspen Specialty Insurance Company

Issued to: John Moriarty & Associates of Florida, Inc.

Effective date: 09/01/2017

Aspen Specialty Insurance Company

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## FORMS AND ENDORSEMENTS SCHEDULE

This endorsement modifies insurance provided under the following:
**ASPEN EXCESS LIABILITY INSURANCE POLICY**

This Policy is amended as follows:

The following forms are attached to and are a part of this Policy:

| Form and Edition | Form Description |
|---|---|
| SNFL 0314 | FLORIDA SURPLUS LINES NOTICE |
| ASPEX322 1215 | EXCESS LIABILITY INSURANCE POLICY DECLARATIONS |
| ASPEX323 1215 | EXCESS LIABILITY INSURANCE POLICY |
| ASPEX157 0317 | SCHEDULE OF UNDERLYING INSURANCE ENDORSEMENT |
| ASPEX239 1215 | FORMS AND ENDORSEMENTS SCHEDULE |
| ASPEX158 1215 | CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM |
| ASPEX123 1215 | COMPLIANCE WITH TRADE OR ECONOMIC SANCTIONS ENDORSEMENT |
| ASPEX215 1215 | DEFENSE IN LIMIT ENDORSEMENT |
| ASPEX301FL 0216 | FLORIDA STATE AMENDATORY ENDORSEMENT |
| ASPEX130 0116 | FOLLOWING FORM ENDORSEMENT |
| ASPEX296 1215 | LIMITS OF LIABILITY AMENDED ENDORSEMENT |
| ASPCO1126 0416 | POLICYHOLDER'S GUIDE TO REPORTING A CASUALTY CLAIM |
| ASPEX161 1215 | UNDERLYING COVERAGE FOR CERTIFIED ACTS OF TERRORISM |
| ASPCO0002 0715 | GENERAL SERVICE OF SUIT NOTICE |
| ASPCO1127 0516 | DISCLOSURE OF PREMIUM PURSUANT TO TERRORISM RISK INSURANCE ACT |

**ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.**

THIS ENDORSEMENT FORMS A PART OF POLICY NUMBER: CX006MW17

Issued by: Aspen Specialty Insurance Company

Issued to: John Moriarty & Associates of Florida, Inc.

Effective date: 09/01/2017

Aspen Specialty Insurance Company

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

**ASPEN EXCESS LIABILITY INSURANCE POLICY**

A. If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and the Company has met its insurer deductible under the Terrorism Risk Insurance Act, the Company shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

B. The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any "loss", cost or expense which would otherwise be excluded under this Policy.

**ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.**

THIS ENDORSEMENT FORMS A PART OF POLICY NUMBER: CX006MW17

Issued by: Aspen Specialty Insurance Company

Issued to: John Moriarty & Associates of Florida, Inc.

Effective date: 09/01/2017

Aspen Specialty Insurance Company

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## COMPLIANCE WITH TRADE OR ECONOMIC SANCTIONS ENDORSEMENT

This endorsement modifies insurance provided under the following:
**ASPEN EXCESS LIABILITY INSURANCE POLICY**

This Policy is amended as follows:

A. Notwithstanding anything to the contrary provided within this Policy, and as a condition precedent to the obligations of the Insurer under this Policy, the following condition is added:

This insurance does not apply to the extent that trade or economic sanctions or other similar laws or regulations prohibit the Company from providing insurance.

**ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.**

THIS ENDORSEMENT FORMS A PART OF POLICY NUMBER: CX006MW17

Issued by: Aspen Specialty Insurance Company

Issued to: John Moriarty & Associates of Florida, Inc.

Effective date: 09/01/2017

2015 ©Aspen Insurance U.S. Services Inc. All rights reserved.
Includes copyrighted material of ISO Properties, Inc. used with permission

Aspen Specialty Insurance Company

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## DEFENSE IN LIMIT ENDORSEMENT

This endorsement modifies insurance provided under the following:
**ASPEN EXCESS LIABILITY INSURANCE POLICY**

This Policy is amended as follows:

A.  Section **III, DEFENSE,** Paragraphs **B.** and **C.** are hereby deleted in their entirety and replaced by the following:

**B.**  The Company will have the right, but not the duty, to be associated with you or your underlying insurer or both in the investigation of any claim or defense of any suit which in the Company's opinion may create liability on the Company for "loss" under this Policy. All expenses the Company incurs in the investigation and/or defense of any suit or claim are included within our limits of liability.

**C.**  The Company will not be obligated to assume charge of the investigation, settlement or defense of any claim made, suit brought or proceeding instituted against the Insured.  The Company will, however, have the right and shall be given the opportunity to participate in the defense and trial of any claims, suits or proceedings relative to any occurrence which, in the Company's opinion, may create liability on the Company's part under terms of this Policy.  If the Company exercises such right, any expenses the Company incurs in the investigation or defense of any suit or claim shall be included within the Company's limits of liability. The Company may, however, withdraw from the defense of such suit or claim and tender the continued defense to you if the Company's applicable limits of liability set forth in **ITEM 4.** of the Declarations are exhausted by payment of "loss" and/or expenses incurred in the investigation and/or defense of any suit or claim.

**ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.**

THIS ENDORSEMENT FORMS A PART OF POLICY NUMBER: CX006MW17

Issued by: Aspen Specialty Insurance Company

Issued to: John Moriarty & Associates of Florida, Inc.

Effective date: 09/01/2017

Aspen Specialty Insurance Company

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## <u>FLORIDA STATE AMENDATORY ENDORSEMENT</u>

This endorsement modifies insurance provided under the following:
**ASPEN EXCESS LIABILITY INSURANCE POLICY**

A. Section **V. CONDITIONS**, Paragraph **C. Cancellation**, Subparagraph **2.** is replaced by the following:

   **2.** The Company may cancel this Policy as follows:

   a) **Policies In Effect For Ninety (90) Days or Less**

   If this Policy has been in effect for ninety (90) days or less, the Company may cancel this Policy by mailing or delivering to you written notice of cancellation, accompanied by the reasons for cancellation, at least:

   **(1)** ten (10) days before the effective date of cancellation if cancellation is for nonpayment of premium; or

   **(2)** thirty (30) days before the effective date of cancellation if cancellation is for any other reason.

   b) **Policies In Effect For More Than Ninety (90) Days**

   If this Policy has been in effect for more than ninety (90) days, the Company may cancel this Policy only for one or more of the following reasons:

   **(1)** Nonpayment of premium;

   **(2)** The policy was obtained by a material misstatement;

   **(3)** Failure to comply with underwriting requirements established by the Company within ninety (90) days of the effective date of coverage;

   **(4)** A substantial change in the risk covered by this Policy; or

   **(5)** The cancellation is for all Insureds under such policies for a given class of Insureds.

   If the Company cancels this Policy for any of these reasons, the Company will mail or deliver to you written notice of cancellation, accompanied by the reasons for cancellation, at least:

   **(a)** ten (10) days before the effective date of cancellation if cancellation is for nonpayment of premium; or

   **(b)** forty-five (45) days before the effective date of cancellation if cancellation is for any of the other reasons stated in Paragraph **2.b)**.

   c) **Mailing of Notices**

   The Company will mail or deliver written notice of cancellation to you at your mailing address set forth in **ITEM 1.** of the Declarations. If notice is mailed, proof of mailing will be sufficient proof of notice.

B. Section **V. CONDITIONS**, Paragraph **C. Cancellation**, Subparagraphs **4,**, **5.** and **6.** are replaced by the following:

   **4.** If the Company cancels, final premium will be calculated pro rata based on the time this Policy was in force. Final premium will not be less than the Minimum Premium as set forth in **ITEM 3.** of the Declarations.

   **5.** If you cancel, final premium will be more than pro rata; it will be based on the time this Policy was in force and increased by the Company's short rate cancellation table and procedure. Any premium refund due to you will not be less than ninety percent (90%) of the pro rata unearned premium nor less than the Minimum Premium as set forth in **ITEM 3.** of the Declarations.

   **6.** Cancellation will be effective even if the Company has not made or offered any refund due you; however, any refund due shall be mailed within fifteen (15) working days after the effective date of cancellation. The Company's check or its representative's check, mailed or delivered, will be sufficient tender of any refund due you.

C. The following are added to Section **V. CONDITIONS**:

   **Company Contact Information**

Answers to questions about your insurance, coverage information, or assistance in resolving complaints can be obtained by calling the Company at 1-877-245-3510.

**Nonrenewal**

If the Company decides not to renew this Policy, the Company will mail or deliver to the first Named Insured, at the mailing address set forth in **ITEM 1.** of the Declarations, written notice of nonrenewal, accompanied by the reason for nonrenewal, at least forty-five (45) days prior to the expiration date of this Policy. If notice is mailed, proof of mailing will be sufficient proof of notice.

**ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.**

THIS ENDORSEMENT FORMS A PART OF POLICY NUMBER: CX006MW17

Issued by: Aspen Specialty Insurance Company

Issued to: John Moriarty & Associates of Florida, Inc.

Effective date: 09/01/2017

Aspen Specialty Insurance Company

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## FOLLOWING FORM ENDORSEMENT

This endorsement modifies insurance provided under the following:
**ASPEN EXCESS LIABILITY INSURANCE POLICY**

This Policy is amended as follows:

A. This Policy is following the exact terms and conditions of the Aspen Specialty Insurance Company, Policy Number: CR006N817, except with respect to the:

1. Limit of Liability or Limits of Insurance;

2. Premium;

3. Definitions;

4. And any coverage modification endorsements attached hereto;

5. Duties in the event of an occurrence, claim or suit:  If a claim, suit or demand is brought against any Insured which is reasonably likely to involve this Policy, the Insured must notify the Company in writing as soon as soon as practicable. Written notice should be mailed, delivered or emailed to:

    **Aspen Specialty Insurance Company**
    590 Madison Avenue, 7th Floor
    ATT: Excess Casualty Claims
    New York, NY 10022
    Casualty.claims@aspen-insurance.com

6. The first paragraph of the **INSURING AGREEMENTS**, Section **I. COVERAGE**, is deleted in its entirety and replaced by the following:

    Subject to the provisions set forth in this Endorsement, the Company will pay on behalf of the Insured "loss" resulting from an occurrence during the "policy period", provided that:

    A. Such "loss" is covered under the definitions, terms, conditions, limitations and exclusions of the First Underlying Insurance Policy in effect at the Inception Date of this Policy; and

    B. Such payments of "loss" shall only be made after all of the applicable limits of liability of the Underlying Insurance policies listed in Schedule of Underlying Insurance as set forth in **ITEM 5.** of the Declarations, have been exhausted by the actual payment of damages, whether or not payment of such limits is made by:

        a. The underlying insurers; or

        b. The Insured,

        For any loss(es) covered by this Policy; and

    C. The amount the Company will pay for "loss" shall be limited as provided under the Limits of Liability as set forth in **ITEM 4.** of the Declarations for this Policy.

       2016 © Aspen Insurance U.S. Services Inc. All rights reserved.        Page 1 of 2
Includes copyrighted material of ISO Properties, Inc. used with permission

B. All pre-printed terms and conditions of form are deleted to the extent that they vary from or are inconsistent with the terms and conditions of the Aspen Specialty Insurance Company, Policy Number: CR006N817.

C. Nothing contained in this Endorsement will obligate the Company to pay a claim or provide a duty to defend or investigate any claim or suit before the underlying insurance set forth in **ITEM 5.** is exhausted by payment of a claim or claims.

**ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.**

THIS ENDORSEMENT FORMS A PART OF POLICY NUMBER: CX006MW17

Issued by: Aspen Specialty Insurance Company

Issued to: John Moriarty & Associates of Florida, Inc.

Effective date: 09/01/2017

Aspen Specialty Insurance Company

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## LIMITS OF LIABILITY AMENDED ENDORSEMENT

This endorsement modifies insurance provided under the following:
**ASPEN EXCESS LIABILITY INSURANCE POLICY**

This Policy is amended as follows:

A.  Section **II. LIMITS OF LIABILITY**, Paragraph **B.5.** is deleted in its entirety.

**ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.**

THIS ENDORSEMENT FORMS A PART OF POLICY NUMBER: CX006MW17

Issued by: Aspen Specialty Insurance Company

Issued to: John Moriarty & Associates of Florida, Inc.

Effective date: 09/01/2017

# POLICYHOLDER'S GUIDE TO REPORTING A CASUALTY CLAIM

**A.** As soon as you are aware of an event that will give rise to a claim being made against you (3rd Party Liability Claims), please be sure to quickly report the matter to both your agent/broker and Aspen Specialty Insurance Management Company. Be sure to include your policy number and the name of the insured as it is stated on the policy.

**B. New claims can be reported to Aspen Specialty Insurance Company as follows:**

| | | |
|---|---|---|
| **1. By Mail:** | Aspen Specialty Insurance Company | |
| | c/o Aspen Specialty Insurance Management Company | |
| | Claims Department | |
| | 590 Madison Ave. | |
| | New York, NY 10022 | |
| | Main Telephone No: 646-502-1000 | |
| | | |
| **2. By Fax:** | 646-502-1020 | |
| | | |
| **3. By Dedicated Email:** | 3rd Party Liability Claims: | casualty.claims@aspen-insurance.com |
| | Claim Status Requests: | casualty.claims@aspen-insurance.com |

Aspen Specialty Insurance Company

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## UNDERLYING COVERAGE FOR CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

**ASPEN EXCESS LIABILITY INSURANCE POLICY**

With respect to any one or more "Certified Acts of Terrorism" the Company will be liable only for that portion of damages, subject to Each Occurrence Limit stated in the Declarations, in excess of the total amounts stated as applicable limits of the underlying policies listed in the Schedule of Underlying Insurance and the applicable limits of any other insurance providing coverage to the Insured during the Policy Period.

If the Insured fails to comply with the Underlying Coverage for Certified Acts of Terrorism and the Insured does not maintain your underlying limits as scheduled, the Company will only be liable to the same extent that the Company would have been had the Insured fully complied with the Underlying Coverage for Certified Acts of Terrorism.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

This exclusion does not apply to the extent that insurance is provided by a policy listed in the Schedule of Underlying Insurance, and for no broader coverage than is provided by such policy.

**ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.**

THIS ENDORSEMENT FORMS A PART OF POLICY NUMBER: CX006MW17

Issued by: Aspen Specialty Insurance Company

Issued to: John Moriarty & Associates of Florida, Inc.

Effective date: 09/01/2017

Aspen Specialty Insurance Company

# GENERAL SERVICE OF SUIT NOTICE

In the event of failure of the Company to pay any amount claimed to be due under the terms of this policy, the Company, at the request of the **Insured,** will submit to the jurisdiction of a court of competent jurisdiction within the United States. Nothing in this condition constitutes or should be understood to constitute a waiver of the Company's rights to commence an action in any court of competent jurisdiction in the United States to remove an action to a United States District Court or to seek a transfer of a case to another court as permitted by the laws of the United States or of any state in the United States. In any suit instituted against the Company upon this policy, the Company will abide by the final decision of such court or of any appellate court in the event of appeal.

It is further agreed that service of process in such suit may be made upon: Aspen Specialty Insurance Management, Inc., c/o General Counsel, 175 Capital Blvd., Rocky Hill, CT 06067; (877) 245-3510; Questions can be directed to: Compliance.us@aspenspecialty.com

Further, pursuant to any statute of any state, territory, or district of the United States which makes provision therefore, the Company hereby designates the Superintendent, Commissioner or Director of Insurance, Secretary of State, or other officer specified for that purpose in the statute, as its true and lawful attorney upon whom service may be made of any lawful process in any action, suit, or proceeding instituted by or on behalf of the **Insured** or any beneficiary hereunder arising out of this policy of insurance and hereby designates the above named General Counsel as the person to whom the said officer is authorized to mail such process or a true copy thereof.

This notice does not change any other provision of the policy.

Aspen Specialty Insurance Company

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DISCLOSURE OF PREMIUM PURSUANT TO
# TERRORISM RISK INSURANCE ACT

### SCHEDULE

**SCHEDULE – PART I**

Terrorism Premium (Certified Acts) $11,111

This premium is the total Certified Acts of Terrorism premium attributable to the ASPEX323 1215 EXCESS LIABILITY INSURANCE POLICY (ASIC)

Additional information, if any, concerning the terrorism premium:

**SCHEDULE – PART II**

The United States Government generally reimburses 85% through 2015; 84% beginning on January 1, 2016; 83% beginning on January 1, 2017; 82% beginning on January 1, 2018; 81% beginning on January 1, 2019 and 80% beginning on January 1, 2020 of covered terrorism losses exceeding the statutorily established deductible paid by the insurance company providing the coverage.

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

### A. Disclosure Of Premium

In accordance with the federal Terrorism Risk Insurance Act, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to coverage for terrorist acts certified under that Act. The portion of your premium attributable to such coverage is shown in the Schedule of this endorsement or in the policy Declarations.

### B. Disclosure Of Federal Participation In Payment Of Terrorism Losses

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals a percentage (as shown in Part II of the Schedule of this endorsement or in the policy Declarations) of that portion of the amount of such insured losses that exceeds the applicable insurer retention. However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year, the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

### C. Cap On Insurer Participation In Payment Of Terrorism Losses

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

### D. Possibility Of Additional Premium

The premium for certified acts of terrorism coverage is calculated based in part on the federal participation in payment of terrorism losses as set forth in the Terrorism Risk Insurance Act. The federal program established by the Act is scheduled to terminate at the end of the year specified in Part I of the Schedule of this endorsement, unless extended by the federal government. Continuation of coverage for certified acts of terrorism, or termination of such coverage, will be determined upon disposition of the federal program, subject to the terms and conditions of the Conditional Exclusion on this policy. If coverage continues past the end of the year specified in Part I of the Schedule of this endorsement, we will calculate the premium for such period of time and charge additional premium if indicated.

If we notify you of an additional premium charge, the additional premium will be due as specified in such notice.

THIS DISCLOSURE FORMS A PART OF POLICY NUMBER: CX006MW17

Issued by: Aspen Specialty Insurance Company

Issued to: John Moriarty & Associates of Florida, Inc.

Effective date: 09/01/2017

Aspen Specialty Insurance Company

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## <u>GENERAL CHANGE ENDORSEMENT</u>

This endorsement modifies insurance provided under the following:
**ASPEN EXCESS LIABILITY INSURANCE POLICY**

This Policy is amended as follows:

It is agreed the following Endorsement is added to the policy:

ASPEX436 0218 – PRODUCTS-COMPLETED OPERATIONS HAZARD EXTENSION ENDORSEMENT (SEE ATTACHMENT)

**ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.**

THIS ENDORSEMENT FORMS A PART OF POLICY NUMBER: CX006MW17

Issued by:  Aspen Specialty Insurance Company

Issued to:  John Moriarty & Associates of Florida, Inc.

Effective date: 09/01/2017

ASPEN SPECIALTY INSURANCE COMPANY

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY**

## <u>PRODUCTS-COMPLETED OPERATIONS HAZARD EXTENSION ENDORSEMENT</u>

This endorsement modifies insurance provided under the following:
**ASPEN EXCESS LIABILITY INSURANCE POLICY**

This Policy is amended as follows:

**A.** Any coverage provided under this Policy for liability for any "loss" arising out of the "Products-Completed Operations Hazard" is modified as set forth below:

**1.** Notwithstanding anything to the contrary in **INSURING AGREEMENTS**, Section **I. COVERAGE**, coverage under this Policy is extended to cover any "loss" arising out of the "Products-Completed Operations Hazard" caused by an occurrence and in which the "bodily injury" or "property damage" occurs during the "policy period" or extended products-completed operations period if provided by the First Underlying Insurance Policy.  The extended products-completed operations period is limited to term provided by the First Underlying Insurance.

**B.** Solely for the purposes of this Endorsement:

**1.** "Products-Completed Operations Hazard" means the products-completed operations hazard as defined by the First Underlying Insurance Policy as set forth in **ITEM 5.** of the Declarations for this Policy; and

**2.** "Suit" shall have the meaning set forth in the First Underlying Insurance Policy listed in **ITEM 5.** of the Declarations for this Policy.

**ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.**

THIS ENDORSEMENT FORMS A PART OF POLICY NUMBER:  CX006MW17

Issued by: Aspen Specialty Insurance Company

Issued to: John Moriarty & Associates of Florida, Inc.

Effective date: 09-01-2017

Aspen Specialty Insurance Company

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## <u>POLICY CHANGES</u>

This endorsement modifies insurance provided under the following:
**FOLLOWING FORM EXCESS LIABILITY POLICY**

In consideration of the premium charged, it is agreed that:

The following item(s):

☐ Named Insured's Name ☐ Named Insured's Mailing Address

☐ Policy Number ☐ Company

☒ Effective/Expiration Date ☐ Insured's Legal Status/Business of Insured

☐ Payment Plan ☐ Premium Determination

☐ Additional Interested Parties: ☐ Coverage Forms and Endorsements

☐ Limits/Exposures ☐ Self-Insured Retention

☐ Covered Property/Located Description ☐ Classification/Class Codes

☐ Rates ☐ Underlying Insurance

is (are) changed to read **{See Additional Page(s)}**:

The above amendments result in a change in the premium as follows:

| ☐ NO CHANGES | ☐ TO BE ADJUSTED AT AUDIT | ADDITIONAL PREMIUM | RETURN PREMIUM |
|---|---|---|---|
| | | $10,000.00 | $ |

Countersigned By:

(Authorized Agent)

2016 ©Aspen Insurance U.S. Services Inc. All rights reserved.
Includes copyrighted material of ISO Properties, Inc. used with permission

| POLICY CHANGES ENDORSEMENT DESCRIPTION |
|---|

In consideration of an additional premium of $10,000.00, it is hereby understood and agreed the Policy has been extended to expire 04/01/2020.

Surplus Lines Agent's Nam e:_____ V@{ æ/Ô^•æ^ _____

Surplus Lines Agent's Address:___ 88 Pine St. Wall Street Plaza _____

_____ New York, NY 10005 _____

Surplus Lines Agent's License #:_____Y €GJï JI _____

Producing Agent's Name: Mary Beth Matsko - License No. P232270 _____

Producing Agent's Address: 9891 Broken Land Parkway, Suite 205 _____

_____ Columbia, MD 21046 _____

This insurance is issued pursuant to the Florida Surplus Lines Law. Persons insured by surplus lines carriers do not have the protection of the Florida Insurance Guaranty Act to the extent of any right of recovery for the obligation of an insolvent unlicensed insurer.

Premium:__$10,000.00_____ Tax:__$500.00_____ Service Fee: __$10.00_____

EMPA Surcharge:_____ Broker Fee:_____

Inspection Fee: _____    Policy Fee: _____

Surplus Lines Agent's Countersignature:_____

**ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.**

THIS ENDORSEMENT FORMS A PART OF POLICY NUMBER: CX006MW17

Issued by: Aspen Specialty Insurance Company

Issued to: John Moriarty & Associates of Florida, Inc.

Effective date: 09/01/2017