# EXHIBIT 22

Prepare. Protect. Prevail.



**THE HARTFORD**

Business Insurance

Employee Benefits

Auto

Home

February 17, 2022

Re:     Insured: John Moriarty & Associates of Florida, Inc.
        Policy Number: NY17FXS905191IC
        Policy Term: 09/01/2017 - 04/01/2020
        Writing Company: Navigators Specialty Insurance Company

This will verify that, to the best of the undersigned's knowledge, the attached is a complete and accurate representation of insurance policy referenced above. Documents and/or information produced herewith are kept and maintained in the ordinary course of business.



Anna Tan - Sr. Managing Director – Navigators Excess Casualty Wholesale



2017 POLICY

# Thank you
## for being
### our policyholder





## POLICYHOLDER DISCLOSURE
## NOTICE OF TERRORISM
## INSURANCE COVERAGE

Coverage for acts of terrorism is included in your policy. You are hereby notified that under the Terrorism Risk Insurance Act, as amended in 2015, the definition of act of terrorism has changed. As defined in Section 102(1) of the Act: The term "act of terrorism" means any act that is certified by the Secretary of the Treasury—in consultation with the Secretary of Homeland Security, and the Attorney General of the United States—to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion. Under your coverage, any losses resulting from certified acts of terrorism may be partially reimbursed by the United States Government under a formula established by the Terrorism Risk Insurance Act, as amended. However, your policy may contain other exclusions which might affect your coverage, such as an exclusion for nuclear events. Under the formula, the United States Government generally reimburses 85% through 2015; 84% beginning on January 1, 2016; 83% beginning on January 1, 2017; 82% beginning on January 1, 2018; 81% beginning on January 1, 2019 and 80% beginning on January 1, 2020, of covered terrorism losses exceeding the statutorily established deductible paid by the insurance company providing the coverage. The Terrorism Risk Insurance Act, as amended, contains a $100 billion cap that limits U.S. Government reimbursement as well as insurers' liability for losses resulting from certified acts of terrorism when the amount of such losses exceeds $100 billion in any one calendar year. If the aggregate insured losses for all insurers exceed $100 billion, your coverage may be reduced.

The portion of your annual premium that is attributable to coverage for acts of terrorism is  $0.00 , and does not include any charges for the portion of losses covered by the United States government under the Act.

YOU SHOULD ALSO KNOW THAT UNDER THE TERRORISM RISK INSURANCE ACT, AS AMENDED, ANY LOSSES RESULTING FROM CERTIFIED ACTS OF TERRORISM UNDER YOUR POLICY COVERAGE MAY BE PARTIALLY REIMBURSED BY THE UNITED STATES GOVERNMENT AND MAY BE SUBJECT TO A $100 BILLION CAP THAT MAY REDUCE YOUR COVERAGE. THE PORTION OF YOUR PREMIUM ATTRIBUTABLE TO SUCH COVERAGE IS SHOWN ABOVE.

 If you have any questions about this notice, please contact your agent or Broker.

NAV-ML-TERRA (02/15)

Contains copyrighted material of the National Association of Insurance Commissioners



# FOLLOW FORM EXCESS LIABILITY POLICY DECLARATIONS

| | | | |
|---|---|---|---|
| Policy Number: | **NY17FXS905191IC**<br>**New** | Producer Number: | **AMWI0010** |

| | | | |
|---|---|---|---|
| Insuring Company: | **Navigators Specialty**<br>**Insurance Company**<br>**One Penn Plaza, 32nd Floor**<br>**New York, NY 10119** | Producer: | **AmWins Brokerage of New York,**<br>**Inc.**<br>**88 Pine St Fl 6**<br>**New York, NY 10005-1899** |

1. Named Insured:   **John Moriarty & Associates of Florida, Inc.**
   Address:   **1942 Tyler Street**
   **Hollywood, FL 33020**

2. Policy Period:   From **09/01/2017** to **03/01/2020**
   (At 12:01 A.M. Standard Time at your mailing address shown above.)

3. Limits of Insurance:

| | |
|---|---|
| Each Event | **$10,000,000** |
| General Aggregate | **$10,000,000** |
| Products-Completed Operations Aggregate | **$10,000,000** |

4. Controlling Underlying Insurance:

| Coverage/Carrier | Policy Term | Policy Number |
|---|---|---|
| **Excess Liability / Aspen Specialty Insurance Company** | 9/1/2017 - 3/1/2020 | **CX006MW17** |

5. Underlying Limits:

| | |
|---|---|
| Each Event: | **$6,000,000** |
| General Aggregate: | **$7,000,000** |
| Products-Completed Operations Aggregate: | **$7,000,000** |

6. Premium:

| | | |
|---|---|---|
| a. | Policy Premium: | **$208,700** (including Terrorism Premium) |
| b. | Minimum Earned Premium: | **$52,175** |
| c. | Terrorism Premium: | **$0** |

7. Endorsements Attached to this Policy

| | |
|---|---|
| POLICYHOLDER DISCLOSURE NOTICE OF TERRORISM<br>INSURANCE COVERAGE | NAV-ML-TERRA (02/15) |
| Follow Form Excess Liability Policy | NAV-FXS-001 (04/10) |
| CLAIM REPORTING PROCEDURES | NAV-PHN-200 (10/13) |
| OFAC ENDORSEMENT | NAV-ML-002 (11/12) |
| Limitation - Exterior Insulation and Finish System | NAV-ECD-311A (02/16) |
| Florida Changes | NAV-ECD-200-FL (09/10) |
| Exclusion - Cyber Injury | NAV-FXS-5041 (01/15) |
| Construction Project Endorsement Completed Operations And<br>Repair Work Extension | NAV-FXS-504 (08/12) |



Contains copyrighted material of the
Insurance Services Office, Inc. with its permission.



| Amendment of Conditions – Other Insurance Non-Contributing (Wrap Up and Project Policies) | NAV-ECD-6043 (01/15) |
| Service of Suit Endorsement | NAV-ECD-300 (04/05) |
| Exclusion - Rejected Coverage | NAV-FXS-321 (04/10) |
| Cap on Losses from Certified Acts of Terrorism | NAV-ECD-400 (02/15) |

Signed at: _____ by_____
                                        Authorized Representative

This day of:  _____

Contains copyrighted material of the
Insurance Services Office, Inc. with its permission.



**Following Form Excess Liability Policy**

Various provisions of this policy restrict coverage. Read the entire policy carefully to determine your rights, duties and what is and is not covered.

Throughout the policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we," "us" and "our" refer to the company providing this insurance. Other words and phrases that appear in quotations in this policy have the meanings given them in SECTION V – DEFINITIONS of this policy.  Words and phrases defined in "underlying insurance" have the meanings given them in that policy.

## SECTION I – COVERAGE

1. Insuring Agreement
   a. We will pay those sums the insured becomes legally obligated to pay as damages for "loss" to which this insurance applies.  This insurance only applies to:
      1. "loss" to which the "controlling underlying insurance" applies, or would apply but for the exhaustion of an Aggregate Limit; and
      2. Damages that exceed the "underlying limits" paid by "underlying insurance" with our consent;
   b. This insurance is subject to the provisions of the "controlling underlying insurance" in effect at the beginning of this policy period unless a conflicting provision is contained in, or endorsed to, this policy;
   c. We have the right but not the duty to associate with the insured or any other insurer in the investigation of claims or defense of suits to which this insurance could be reasonably expected to apply.  We will have the duty to investigate such claims or defend such suits only if the "controlling underlying insurance's" expressed duty to investigate or defend ends because it has paid the full limit of insurance in judgments or settlement of claims.
   We have the right, at our discretion, to settle any claim to which this insurance applies. Expenses we incur to investigate any claim or defend any suit will be paid in addition to the Limits of Insurance except when such costs reduce the limits of any "underlying insurance," in which case they will reduce our Limits of Insurance;
   d. The amount we pay is limited. See SECTION III – LIMITS OF INSURANCE.

2. Exclusions

   This insurance does not apply to any liability for "loss:"
   a. arising out of the actual, alleged, suspected or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of "asbestos;"

## SECTION II – WHO IS AN INSURED

Any person or organization that is an insured in "controlling underlying insurance" is an insured in this insurance to the same extent.

## SECTION III – LIMITS OF INSURANCE

Contains copyrighted material of the
Insurance Services Office, Inc. with its permission.



The Limits of Insurance shown in item 3 of the Declarations and the rules below fix the most we will pay regardless of the number of insureds, claims made or suits brought, or persons or organizations making claims or bringing suits.

1. The General Aggregate Limit is the most we will pay for all damages under this policy, except damages because of bodily injury or property damage included with the Products-Completed Operations Aggregate if applicable. The General Aggregate Limit will apply to the same Coverages and in the same manner as Aggregate Limits apply to the "controlling underlying insurance;"

2. The Product-Completed Operations Aggregate Limit is the most we will pay for all damages because of bodily injury or property damage included within any applicable products-completed operations hazard;

3. Subject to paragraphs 1. and 2. above, the Each Event Limit  is the most we will pay for all damages arising out of any one "event."

## SECTION IV – CONDITIONS

Conditions applicable to the "controlling underlying insurance" apply to this insurance unless contrary to the following:

1. Appeals

   We may appeal any judgment which could result in a payment under this policy. We will pay all costs associated with such appeal in addition to our Limits of Insurance. Any such appeal will not increase our Limits of Insurance.

2. Duties When There is a Claim or Suit

   You must see to it that we are notified as soon as practicable of any claim reported to the "controlling underlying insurance."  Notice may be sent to our address shown in the Declarations.

3. Legal Action Against Us

   No person or organization has a right under this insurance:

   a. to join us as a party or otherwise bring us into a suit asking for damages from an insured; or

   b. to sue us on this insurance unless all of its terms have been fully complied with.

4. Maintenance of Underlying Insurance

   During this policy period you will maintain "underlying insurance" with the same coverage and limits that were in effect at the beginning of this policy period. If changes are made to the "underlying insurance" that increase our exposure under this policy, you must notify us of such changes.  We have the right to decline to follow such changes or make an additional premium charge.

   If you fail to comply with any part of this Condition we will only be liable to the extent to which we would have been liable had you complied.

   Reduction of "underlying limits" by the payment of judgments or settlements because of "loss," during this policy period and to which this insurance applies, or would apply but for the amount of the damages, will not be considered a failure to maintain "underlying insurance."

5. Other Insurance

   This insurance is excess over any valid and collectable insurance available to the insured except insurance purchased specifically to apply in excess of this policy. Nothing in this

Contains copyrighted material of the
Insurance Services Office, Inc. with its permission.



condition will reduce the amount of "underlying limits."

6. Payment of Damages

   When the amount of damages payable under this policy has been determined by final judgment or a written settlement agreement to which we agree, we will pay that amount, up to our applicable Limits of Insurance, after the insured or the "controlling underlying insurance" has paid, or agreed to pay, the full amount of the "underlying limits."

7. Cancellation

   We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation, at least 10 days before the effective date of cancellation for non-payment of premium, or 30 days before the effective date of cancellation for any other reason. If we cancel, return premium, if any, will be calculated on a pro rate basis, subject to any Minimum Earned Premium shown in the Declarations.

   You may cancel this policy at any time after returning it to us or the Producer shown in the Declarations. If you cancel, return premium, if any, will be calculated on a short rate basis, subject to any Minimum Earned Premium shown in the Declarations.

8. Non-Renewal

   We may non-renew this policy by mailing or delivering to the first Named Insured written notice of Non-Renewal at least 30 days before the expiration date.

9. Premium

   The Premium shown in item 6.a. of the Declarations is the premium for the Coverage we provide. The Premium shown in item 6.b. of the Declarations is the minimum amount that we will retain in the event the policy is cancelled at any time for any reason.
   The first Named Insured is responsible for the payment of premium when due under this policy and will be the recipient of all return premiums, if any.

10. Representations

    By accepting this policy you agree:
    a. the statements in the applications for this policy and the "underlying insurance," and the Declarations are accurate and complete;
    b. we have issued this policy in reliance upon those statements; and
    c. misrepresentation of, or concealment of, material information will void coverage under this policy.

## SECTION V – DEFINITIONS

Words and phrases defined by the "controlling underlying insurance" have the same meanings in this policy, except for the following:

1. "Asbestos" means the mineral in any form.
2. "Controlling underlying insurance" means the policy listed in item 4 of the Declarations, or its renewal or replacement.
3. "Event" means an accident, incident, occurrence, offense, wrongful act or other "loss" causing event defined by and to which the "controlling underlying insurance" applies.
4. "Loss" means bodily injury, property damage, personal and advertising injury or other loss defined by and to which the "underlying insurance" applies.

Contains copyrighted material of the
Insurance Services Office, Inc. with its permission.



5. "Underlying insurance" means the "controlling underlying insurance" and its underlying insurance policies, if any, including their renewals or replacements.
6. "Underlying limits" means the amount shown in item 5 of the Declarations. This is the minimum amount which must be paid by "underlying insurance" before we pay anything.

**In Witness whereof, the issuing Company has caused this policy to be signed below and countersigned by a duly authorized representative of such Company.**

Stanley A. Galanski, President

Jeff L. Saunders, Vice President

Contains copyrighted material of the
Insurance Services Office, Inc. with its permission.

# Policyholder Notice

## CLAIM REPORTING PROCEDURES

Conditions of the policy require that in the event of a claim, you notify us as soon as practicable. All claim notifications are to be reported to the Schaumburg Claims Office by electronic mail to RBClaims@navg.com.

In the alternative, claim notices may also be:

- Mailed to the Schaumburg Claims Office at:

    Navigators Management Co., Inc.
    Claims Division
    1375 E. Woodfield Road, Suite 720
    Schaumburg, IL 60173

- Or faxed to 203-658-1824

- Or telephone 855-444-4796

All claims notifications must be accompanied by an ACORD loss form and should contain current contact information for the insured and claimant(s) as well as a detailed description of the loss.

If the insured files a claim with the agent, it is the agent's responsibility to forward the claim to the Schaumburg Claims Office.

# OFAC ENDORSEMENT

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT
CAREFULLY.

### U.S. ECONOMIC AND TRADE SANCTIONS LIMITATIONS CLAUSE

No insurer shall be deemed to provide cover and no insurer shall be liable to pay any claim or provide any benefit hereunder to the extent that the provision of such cover, payment of such claim or provision of such benefit would expose that insurer to any sanction, prohibition or restriction under the trade or economic sanctions, laws or regulations of the United States of America.

The United States of America trade or economic sanctions, laws or regulations shall include, but not be limited to, those sanctions administered and enforced by the U.S. Treasury Department's Office of Foreign Assets Control (OFAC).

All other terms, conditions and exclusions of this Policy remain unchanged.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# LIMITATION - EXTERIOR INSULATION AND FINISH SYSTEM

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE PART
FOLLOW FORM EXCESS POLICY

A. The following is added to SECTION I – COVERAGE, 2. Exclusions:

This insurance does not apply to any liability:

1. arising out of:

   a. the design, manufacture, construction, fabrication, preparation, distribution, sale, installation, application, maintenance or repair, including remodeling, service, correction or replacement of any "exterior insulation and finish system" or any part thereof, or any substantially similar system or any part thereof, including the application or use of conditioners, primers, accessories, flashings, coatings, caulking or sealants in connection with such a system; or

   b. "your product" or "your work" with respect to any exterior component, fixture or feature of any structure if an "exterior insulation and finish system," or any substantially similar system, is used on the part of that structure containing that component, fixture or feature;

   However, to the extent "controlling underlying insurance" applies this exclusion only applies to bodily injury and property damage included within an applicable products-completed operations hazard.

B. The following is added to the SECTION V – DEFINITIONS:

"Exterior insulation and finish system" means an exterior cladding or finish system, and all component parts thereof, used on any part of any structure and consisting of:

   a. an insulation board;

   b. adhesive or mechanical fasteners used to attach the insulation board to a substrate;

   c. a base coat;

   d. a finish coat providing surface texture to which color may be added; and

   e. any flashing, caulking or sealant used with the system for any purpose.

All other terms of the policy remain unchanged.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FLORIDA CHANGES

A. The following is added to the Cancellation Condition:

Cancellation Of Policies In Effect

a. For 90 Days Or Less

If this policy has been in effect for 90 days or less, we may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation, accompanied by the reasons for cancellation, at least:

(1) 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

(2) 45 days before the effective date of cancellation if we cancel for any other reason, except we may cancel immediately if there has been:

(a) A material misstatement or misrepresentation; or

(b) A failure to comply with the underwriting requirements established by the insurer.

b. For More Than 90 Days

If this policy has been in effect for more than 90 days, we may cancel this policy only for one or more of the following reasons:

(1) Nonpayment of premium;

(2) The policy was obtained by a material misstatement;

(3) Failure to comply with underwriting requirements established by the insurer within 90 days of the effective date of coverage;

(4) A substantial change in the risk covered by the policy; or

(5) The cancellation is for all insureds under such policies for a given class of insureds.

If we cancel this policy for any of these reasons, we will mail or deliver to the first Named Insured written notice of cancellation, accompanied by the reasons for cancellation, at least:

(a) 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

(b) 45 days before the effective date of cancellation if we cancel for any of the other reasons stated in Paragraph b.

B. The following replaces the Non-Renewal Condition:

1. If we decide not to renew this policy we will mail or deliver to the first Named Insured written notice of nonrenewal, accompanied by the reason for nonrenewal, at least 45 days prior to the expiration of this policy.

2. Any notice of nonrenewal will be mailed or delivered to the first Named Insured's last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

All other terms of the policy remain unchanged.

Contains copyrighted material of the
Insurance Services Office, Inc. with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – CYBER INJURY

A.  The following is added to SECTION I – COVERAGE, 2. Exclusions:

This insurance does not apply to any liability for "loss:"

1.  arising out of "cyber injury;" or

2.  any loss, cost or expense arising out of any:

    a.  request, demand, order or statutory or regulatory requirement that any insured or others monitor, notify or in any way respond to an actual or alleged "cyber injury;" or
    b.  claim or suit by or on behalf of a governmental authority for damages because of monitoring, notifying or in any way responding to a "cyber injury;"

incurred by you or others.

B.  The following are added to SECTION V – DEFINITIONS:

1.  "Cyber injury" means any actual or suspected, intentional or unintentional breach of any data, software or hardware, wherever located, that results in:

    a.  loss; destruction; disclosure; disruption; inspection; modification; recording; release; review; or use of "personal information;"
    b.  inability to access any website or any electronic system;
    c.  release, introduction or facilitation of any "malicious code;"
    d.  forensic or investigative expenses;
    e.  extortion or terrorism acts or threats;
    f.  monitoring or notification costs or expenses;
    g.  crisis management or public relations expenses;
    h.  data or system recovery, repair, replacement or restoration expenses; or
    i.  business interruption expenses.

2.  "Malicious code" includes, but is not limited to any virus, Trojan horse, worm, spyware, logic bomb, adware, malware or other similar software program.

3.  "Personal information" means any personal, or personally, identifiable, or identifying, information, as defined by federal, state or local laws, statutes or regulations.

All other terms and conditions of the policy remain unchanged.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY**.

# CONSTRUCTION PROJECT ENDORSEMENT COMPLETED OPERATIONS AND REPAIR WORK EXTENSION

**SCHEDULE**

| | |
|---|---|
| **Covered Project:** | 87 Collins Avenue Condominium |
| **Project Address:** | 8701 Collins Avenue, Surfside FL 33154 |
| **Project Description:** | Contractor controlled insurance program for the new construction of a 20 story commercial grade condo building. Total of 68 units. Scope to include $4M of sitework for piling, temporary sheet piles and well drilling completed prior to inception. |

A.   SECTION I – COVERAGE, 1. Insuring Agreement, paragraph a. is deleted and replaced by the following:

    a.   We will pay those sums the insured becomes legally obligated to pay as damages for bodily injury or property damage to which this insurance applies. This insurance only applies to:

        1.   bodily injury or property damage to which the "controlling underlying insurance" applies, or would apply but for the exhaustion of a Limit of Insurance, caused by an occurrence or offense, that takes place at the "covered project;"

        2.   damages that exceed the "underlying limits" paid by "underlying insurance" with our consent; and

        3.   bodily injury or property damage that occurs during this policy period;

    Bodily injury or property damage occurring after the end of this policy period will be deemed to have occurred during this policy period when:

        a.   the bodily injury or property damage occurs within 120 months after the expiration date of this policy and arises out of your operations to correct or repair a defect or deficiency in your work that was completed during this policy period; or

        b.   the bodily injury or property damage is included within the applicable products-completed operations hazard and arises out of your work that was completed during the policy period, occurs and a claim is made or a suit is brought during any applicable statute of limitations or repose, but not more than 10 years after the end of this policy period;

    and each of the following apply:

        i.   the policy period was not shortened by any cancellation; and

Contains copyrighted material of the
Insurance Services Office, Inc. with its permission.

      ii.     you have paid all premiums, including any audit premiums billed after the end of the policy period;

B.    The following are added to SECTION I – COVERAGE, 2. Exclusions:

    a.    any liability arising out of the actual, alleged, suspected or threatened discharge, dispersal, seepage, migration, escape or release of "pollutants." If "controlling underlying insurance" applies, this exclusion does not apply to bodily injury caused by smoke, fumes, vapor or soot produced by equipment used to heat, cool or dehumidify a building or equipment used to heat water for personal use by the building's occupants; or bodily injury or property damage arising out of heat, smoke or fumes from a hostile fire;

    b.    Property damage to:

        1.    Property loaned to or personal property in the care, custody or control of any insured;

        2.    your work arising out of it or any part of it. If "controlling underlying insurance" applies, this exclusion does not apply to property damage included within the applicable products-completed operations hazard;

        3.    premises you sell, give away or abandon.  If "controlling underlying insurance" applies, this exclusion does not apply if the premises are your work and were never occupied, rented or held for rental by you;

C.    SECTION IV – CONDITIONS, paragraph 9., Premium, is deleted and replaced by the following:

    9.    Premium and Minimum Earned Premium

The first Named insured shown in the Declarations is responsible for the payment of all premiums under this policy and will be payee of any return premiums we pay.

        a.    Flat Premium

If no Rate is shown below in paragraph 9.b. the premium shown in item 6. a. of the Declarations is the premium for the Coverage we provide.

The premium is the minimum amount we will retain in the event you cancel this policy after it has been in effect for n/a months.

        b.    Adjustable Premium

Rate: $1.82 per 1000 of CV that exceeds $114,786,485 (premium basis).

If a Rate is shown:

            1.    the premium shown in item 6.a of the Declarations is a deposit premium. The deposit premium is the minimum amount we will retain in the event you cancel this policy after it has been in effect for 12 months. The deposit premium will be credited toward the amount of earned premium for the policy period;

            2.    We may examine your books and records as they relate to this policy at any time during the policy period or within three years of the expiration of this policy. Final premium for this policy will be determined by multiplying the rate by the units of premium basis. If an additional premium is due, you will promptly pay our invoice.

Contains copyrighted material of the
Insurance Services Office, Inc. with its permission.

D.      The following are added to SECTION V – DEFINITIONS:

"Covered project" means the project described in the Schedule of this endorsement.
"Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

All other terms and conditions of the policy remain unchanged.

NAV-FXS-504 (08/12)            Navigators Specialty Insurance Company                    Page 3 of 3

Contains copyrighted material of the
Insurance Services Office, Inc. with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# AMENDMENT OF CONDITIONS – OTHER INSURANCE NON - CONTRIBUTING (WRAP UP AND PROJECT POLICIES)

The following is added to SECTION IV – CONDITIONS, Other Insurance:

When "controlling underlying insurance" is not entitled to contribution from other insurance available to you we will not seek contribution from that other insurance.

All other terms and conditions of the policy remain unchanged.

**COMMERCIAL UMBRELLA/EXCESS LIABILITY**
**NAV-ECD-300 (4/05)**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# SERVICE OF SUIT ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL UMBRELLA LIABILITY COVERAGE PART
COMMERCIAL EXCESS LIABILITY COVERAGE PART
EXECUTIVE PERSONAL EXCESS PROTECTION

In the event we fail to pay any amount due under this insurance, we will, at your request, submit to the jurisdiction of a court of competent jurisdiction within the United States of America. This does not constitute a waiver of our right to remove, remand, or transfer any such suit to any other court of competent jurisdiction in accordance with the applicable statutes of the state of United States. In any suit instituted against us, we will abide by the final decision of such court or of any appellate court in the event of an appeal.

Service of process in such suit may be made upon the Superintendent, Commissioner or Director of Insurance or his successor or successors in office as their true and lawful attorney upon whom may be served any lawful process in any action, suit, or proceeding instituted by you or on your behalf.

We designate the President of NIC Insurance Company, One Penn Plaza, 32nd Floor, New York, NY 10119, as the person to whom the Superintendent, Commissioner or Director of Insurance is authorized to mail such process, or a true copy thereof, in compliance with the applicable statutes governing said service of process in the state or jurisdiction in which a cause of action under this policy arises.

All other terms of the policy remain unchanged.

Contains copyrighted material of the
Insurance Services Office, Inc. with its permission.

**FOLLOW FORM EXCESS LIABILITY**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION - REJECTED COVERAGE

This endorsement modifies insurance provided under the following:

FOLLOW FORM EXCESS LIABILITY COVERAGE PART

**A**. The following is added to SECTION I – COVERAGE, 2. Exclusions:

This insurance does not apply to any liability:

1. for which coverage was available on the "controlling underlying insurance" but which you did not purchase.

All other terms of the policy remain unchanged.

Contains copyrighted material of the
Insurance Services Office, Inc. with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

    COMMERCIAL UMBRELLA LIABILITY COVERAGE PART
    COMMERCIAL EXCESS LIABILITY COVERAGE PART
    COMMERCIAL FOLLOW FORM EXCESS LIABILITY POLICY

If aggregate insured losses attributable to "certified acts of terrorism" exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

"Certified act of terrorism" means an act that is certified under the federal Terrorism Risk Insurance Act by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

Any other terms of the policy that conflict with this endorsement are deleted.

POLICY NUMBER: NY17FXS905191IC                    **COMMERCIAL EXCESS/UMBRELLA LIABILITY**
ENDORSEMENT NUMBER: 01

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# AMENDMENT - FORMS AND ENDORSEMENTS

Effective 09/01/2017, and in consideration of an additional premium of $0.00, the following is  amended:

CONSTRUCTION PROJECT ENDORSEMENT
COMPLETED OPERATIONS AND
REPAIR WORK EXTENSION                                        NAV-FXS-504 (08/12)

All other terms of the policy remain unchanged.

Contains copyrighted material of the
Insurance Services Office, Inc. with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY**.

# CONSTRUCTION PROJECT ENDORSEMENT
# COMPLETED OPERATIONS AND
# REPAIR WORK EXTENSION

**SCHEDULE**

| | |
|---|---|
| **Covered Project:** | 87 Collins Avenue Condominium |
| **Project Address:** | 8701 Collins Avenue, Surfside FL 33154 |
| **Project Description:** | Contractor controlled insurance program for the new construction of a 20 story commercial grade condo building. Total of 68 units. Scope to include $4M of sitework for piling, temporary sheet piles and well drilling completed prior to inception. |

A.   SECTION I – COVERAGE, 1. Insuring Agreement, paragraph a. is deleted and replaced by the following:

    a.   We will pay those sums the insured becomes legally obligated to pay as damages for bodily injury or property damage to which this insurance applies.  This insurance only applies to:

        1.   bodily injury or property damage to which the "controlling underlying insurance" applies, or would apply but for the exhaustion of a Limit of Insurance, caused by an occurrence or offense, that takes place at the "covered project;"

        2.   damages that exceed the "underlying limits" paid by "underlying insurance" with our consent; and

        3.   bodily injury or property damage that occurs during this policy period;

Bodily injury or property damage occurring after the end of this policy period will be deemed to have occurred during this policy period when:

        a.   the bodily injury or property damage occurs within 120 months after the expiration date of this policy and arises out of your operations to correct or repair a defect or deficiency in your work that was completed during this policy period; or

        b.   the bodily injury or property damage is included within the applicable products-completed operations hazard and arises out of your work that was completed during the policy period, occurs and a claim is made or a suit is brought during any applicable statute of limitations or repose, but not more than 10 years after the end of this policy period;

and each of the following apply:

        i.   the policy period was not shortened by any cancellation; and

Contains copyrighted material of the
Insurance Services Office, Inc. with its permission.

      ii.    you have paid all premiums, including any audit premiums billed after the end of the policy period;

B.    The following are added to SECTION I – COVERAGE, 2. Exclusions:

    a.    any liability arising out of the actual, alleged, suspected or threatened discharge, dispersal, seepage, migration, escape or release of "pollutants." If "controlling underlying insurance" applies, this exclusion does not apply to bodily injury caused by smoke, fumes, vapor or soot produced by equipment used to heat, cool or dehumidify a building or equipment used to heat water for personal use by the building's occupants; or bodily injury or property damage arising out of heat, smoke or fumes from a hostile fire;

    b.    Property damage to:

        1.    Property loaned to or personal property in the care, custody or control of any insured;

        2.    your work arising out of it or any part of it. If "controlling underlying insurance" applies, this exclusion does not apply to property damage included within the applicable products-completed operations hazard;

        3.    premises you sell, give away or abandon. If "controlling underlying insurance" applies, this exclusion does not apply if the premises are your work and were never occupied, rented or held for rental by you;

C.    SECTION IV – CONDITIONS, paragraph 9., Premium, is deleted and replaced by the following:

    9.    Premium and Minimum Earned Premium

        The first Named insured shown in the Declarations is responsible for the payment of all premiums under this policy and will be payee of any return premiums we pay.

        a.    Flat Premium

            If no Rate is shown below in paragraph 9.b. the premium shown in item 6. a. of the Declarations is the premium for the Coverage we provide.

            The premium is the minimum amount we will retain in the event you cancel this policy after it has been in effect for n/a months.

        b.    Adjustable Premium

            Rate: N/A per N/A of N/A (premium basis).

            If a Rate is shown:

            1.    the premium shown in item 6.a of the Declarations is a deposit premium. The deposit premium is the minimum amount we will retain in the event you cancel this policy after it has been in effect for 12 months. The deposit premium will be credited toward the amount of earned premium for the policy period;

            2.    We may examine your books and records as they relate to this policy at any time during the policy period or within three years of the expiration of this policy. Final premium for this policy will be determined by multiplying the rate by the units of premium basis. If an additional premium is due, you will promptly pay our invoice.

Contains copyrighted material of the
Insurance Services Office, Inc. with its permission.

D.    The following are added to SECTION V – DEFINITIONS:

"Covered project" means the project described in the Schedule of this endorsement.
"Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

All other terms and conditions of the policy remain unchanged.

Contains copyrighted material of the
Insurance Services Office, Inc. with its permission.

POLICY NUMBER: NY17FXS905191IC          **COMMERCIAL EXCESS/UMBRELLA LIABILITY**
ENDORSEMENT NUMBER: 02

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# AMENDMENT - FORMS AND ENDORSEMENTS

Effective 03/01/2020, and in consideration of an additional premium of  $1,000.00, the following are added:

AMENDMENT - SCHEDULE OF UNDERLYING          NAV-ECD-104 (02/11)
AMENDMENT - POLICY TERM                     NAV-ECD-106 (02/11)

All other terms of the policy remain unchanged.

NAV-ECD-101 (05/10)          Navigators Specialty Insurance Company          Page 1 of 1

Contains copyrighted material of the
Insurance Services Office, Inc. with its permission.

POLICY NUMBER: NY17FXS905191IC      **COMMERCIAL EXCESS/UMBRELLA LIABILITY**
ENDORSEMENT NUMBER: 02

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# AMENDMENT - SCHEDULE OF UNDERLYING

Effective 03/01/2020, Item 4. of the Declarations is amended as follows:

The following is ○ Added ⦿ Amended ○ Deleted

4. Underlying Insurance:

| Coverage/Carrier/Policy Number | Policy Term | Limits |
|---|---|---|
| Excess Liability | ☒ Occurrence ☐ Claims Made | |
| Aspen Specialty Insurance Company | 09/01/2017 to 04/01/2020 | $5,000,000 Each Occurrence |
| CX006MW17 | | $5,000,000 Aggregate |
| | | $5,000,000 Products Completed Operations Aggregate |
| | Which is in excess of at least | $1,000,000 Each Occurrence |
| | | $2,000,000 Aggregate |
| | | $2,000,000 Products Completed Operations Aggregate |

All other terms of the policy remain unchanged.

Contains copyrighted material of the
Insurance Services Office, Inc. with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# AMENDMENT - POLICY TERM

Item 2. of the Declarations is amended as follows:

2.  Policy Period:      From  9/1/2017   To  4/1/2020
                                        (At 12:01 A.M. Standard Time at your mailing address shown above.)

All other terms of the policy remain unchanged.

NAV-ECD-106 (02/11)            Navigators Specialty Insurance Company            Page 1 of 1

Contains copyrighted material of the
Insurance Services Office, Inc. with its permission.