# EXHIBIT 23

# SURPLUS LINES NOTICE

THIS INSURANCE IS ISSUED PURSUANT TO THE FLORIDA SURPLUS LINES LAW.
PERSONS INSURED BY SURPLUS LINES CARRIERS DO NOT HAVE THE PROTECTION
OF THE FLORIDA INSURANCE GUARANTY ACT TO THE EXTENT OF ANY RIGHT OF
RECOVERY FOR THE OBLIGATION OF AN INSOLVENT UNLICENSED INSURER.

Surplus Lines Agent's Name: _____

Surplus Lines Agent's Address: ___88 Pine St. Wall Street Plaza_____
_____New York, NY 10005_____

Surplus Lines Agent's License #: _____

Producing Agent's Name: __Mary Beth Matsko - License No. P232270____

Producing Agent's Address: _9891 Broken Land Parkway, Suite 205_____
_____Columbia, MD 21046_____

This insurance is issued pursuant to the Florida Surplus Lines Law. Persons insured by
surplus lines carriers do not have the protection of the Florida Insurance Guaranty Act
to the extent of any right of recovery for the obligation of an insolvent unlicensed
insurer.

Premium:__$102,870.00____ Tax:__$5,143.50____ Service Fee:____$102.87_____

EMPA Surcharge:_____ Broker Fee:_____

Inspection Fee: _____   Policy Fee: _____

Surplus Lines Agent's Countersignature:_____

**Gemini Insurance Company**
475 Steamboat Rd
Greenwich, CT 06830
(herein called the company)

**Policy Number:** CEX09602849-00     **Renewal/Rewrite of:**

# EXCESS LIABILITY POLICY DECLARATIONS

1. **NAMED INSURED AND ADDRESS:**

   JOHN MORIARTY & ASSOCIATES OF FLORIDA, INC.
   (PER UNDERLYING INSURANCE)
   1942 TYLER ST
   HOLLYWOOD, FL 33020

   **PRODUCER'S NAME AND ADDRESS:**

   AMWINS BROKERAGE OF NEW YORK
   WALL STREET PLAZA; 88 PINE ST.
   6TH FLOOR
   NEW YORK, NY 10005

2. **POLICY TERM:   From:** 09-01-2017          **To:** 03-01-2020
   (12:01 a.m. Standard Time at on both dates, at the address of the Named Insured noted above.)

In consideration of the payment of premium, in reliance upon the statements herein or attached hereto, and subject to all of the terms of this policy, the company agrees with the Named Insured as follows:

3. **PREMIUM**:

   | | |
   |---|---|
   | Deposit Premium: | $102,870.00 |
   | Minimum Annual Premium: | $102,870.00 |
   | Total: | **$102,870.00** |

   **RATING BASIS**     ( ) Auditable          (X) Non-Auditable

In the event of cancellation by the Named Insured, the company will receive and retain no less than $25,718 as a policy minimum premium.

4. **LIMITS OF INSURANCE**:

   | | |
   |---|---|
   | $10,000,000 | Each Occurrence |
   | $10,000,000 | Aggregate Limit (Where Applicable) |

These Limits of Insurance apply in excess of the "controlling underlying limits of insurance" indicated in Item 5. of the Declarations.

5. **UNDERLYING INSURANCE**: See schedule of underlying policies

6. **FORMS AND ENDORSEMENTS** applicable to all Coverage Forms and made part of this policy at time of issue are listed on the attached Forms and Endorsements Schedule.

| | | |
|---|---|---|
| 9/25/2017 | NEW YORK OFFICE<br>NEW YORK, NY | |
| **ISSUED DATE** | **ISSUING OFFICE** | **AUTHORIZED REPRESENTATIVE** |

**NOTE – SEE ENCLOSED NOTICE FOR "SURPLUS LINES NOTIFICATION"**

**Policy Number:** CEX09602849-00      **Company**: Gemini Insurance Company
**Coverage Parts Affected:** Excess Liability Occurrence      **Effective Date:** 09/01/2017

# FORMS AND ENDORSEMENTS SCHEDULE

It is hereby understood and agreed the following forms and endorsements are attached to and are a part of this policy:

| # | Form Number | Form Name |
|---|---|---|
| 1 | SN-FL 0912 | Florida Surplus Lines Notice |
| 2 | CEX0001 0413 | Excess Liability Policy Declarations |
| 3 | BCIM0000 0513 | Forms and Endorsement Schedule |
| 4 | BCIM0001 0613 | Claim Notice |
| 5 | BCIM0003 0513 | Service of Suit Endorsement |
| 6 | BCIM0002 0513 | Schedule of Underlying Policies |
| 7 | BCIM0007 0513 | Asbestos Exclusion |
| 8 | BCIM0063 0513 | War Exclusion |
| 9 | CX 21 01 09 08 | Nuclear Energy Liability Exclusion Endorsement |
| 10 | BCIM0044 0513 | Restrictive as Underlying Endorsement |
| 11 | BCIM0062 0513 | Sub-Limited Coverage Exclusion |
| 12 | BCIM0021 0513 | Defense Expense Included in the Company's Limits of Insurance |
| 13 | BCIM0024 0513 | Designated Project / Location Endorsement |
| 14 | BCIM0043 0513 | Following Form Coverage Endorsement |
| 15 | BCIM0400 0315 | Nuclear, Biological, Chemical, or Radiological Terrorism Exclusion |
| 16 | BCIM0401 0315 | Products-Completed Operations Extension (Aggregate Limits Endorsement) |
| 17 | BCIM0708 0516 | Following Form Underlying Aggregates |



| 18 | BCIM0719 0516 | Primary and Noncontributory - Other Insurance Condition |
| 19 | BCIM0500 0415 | TRIA Premium Disclosure Notice |
| 20 | CX 21 30 01 15 | Cap on Losses from Certified Acts of Terrorism |
| 21 | IL 00 17 11 98 | Common Policy Conditions |
| 22 | CX 00 01 04 13 | Commercial Excess Liability Coverage Form |
| 23 | BCIM0008 0513 | Signature Page |
| 24 | IL P 001 01 04 | U.S. Treasury Department's Office of Foreign Assets Control ("OFAC") Advisory Notice to Policyholders |

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.**

Authorized Representative:



**Policy Number:** CEX09602849-00

**Company:** Gemini Insurance Company

**Coverage Parts Affected:** Commercial Excess Liability

**Effective Date:** 09/01/2017

# CLAIM NOTICE

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

In the event of claim to which this policy may apply, please give immediate notice to:

Claims Department
Gemini Insurance Company
C/O Berkley Custom Insurance Managers (A Berkley Company)
3 Stamford Plaza
301 Tresser Blvd., 6th Floor
Stamford, CT 06901
Claims@Berkleycustom.com
Toll Free:  855-597-7616
Fax  (855) 999-0776

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.**

Authorized Representative:



| | | | |
|---|---|---|---|
| **Policy Number:** | CEX09602849-00 | **Company**: | Gemini Insurance Company |
| **Coverage Parts Affected:** | Commercial Excess Liability | **Effective Date:** | 09/01/2017 |

# SERVICE OF SUIT ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

In the event of failure of the Company to pay any amount claimed to be due under the terms of this policy, the Company, at the request of the Insured, will submit to the jurisdiction of a court of competent jurisdiction within the United States. Nothing in this condition constitutes or should be understood to constitute a waiver of the Company's rights to commence an action in any court of competent jurisdiction in the United States to remove an action to a United States District Court or to seek a transfer of a case to another court as permitted by the laws of the United States or of any state in the United States. In any suit instituted against the Company upon this policy, the Company will abide by the final decision of such court or of any appellate court in the event of appeal.

It is further agreed that service of process in such suit may be made upon the Claims Department Gemini Insurance Company  3 Stamford Plaza  301 Tresser Blvd., 6th Floor   Stamford, CT 06901.

Further, pursuant to any statute of any state, territory, or district of the United States which makes provision therefore, the Company hereby designates the Superintendent, Commissioner or Director of Insurance, or other officer specified for that purpose in the statute, as its true and lawful attorney upon whom service may be made of any lawful process in any action, suit, or proceeding instituted by or on behalf of the Insured or any beneficiary hereunder arising out of this policy of insurance and hereby designated a Claims officer as the person to whom the said officer is authorized to mail such process or a true copy thereof.

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.**

Authorized Representative:

| **Policy Number:** | CEX09602849-00 | **Company:** | Gemini Insurance Company |
|---|---|---|---|
| **Coverage Parts Affected:** | Excess Liability Occurrence | **Effective Date:** | 09/01/2017 |

## SCHEDULE OF UNDERLYING POLICIES

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

| Carrier, Policy Number, & Period | Type of Coverage | Limits of Insurance |
|---|---|---|
| **CONTROLLING UNDERLYING POLIC(IES)**<br>1.<br>Aspen Specialty Insurance Company<br>CX006MW17<br>09/01/2017 - 03/01/2020 | Excess Liability | $5,000,000 Each Occurrence<br>$5,000,000 Aggregate Limit (Where Applicable)<br>In Excess of Primary Insurance |
| **OTHER UNDERLYING POLICY**<br>2.<br>Navigators Specialty Insurance Company<br>NY17FXS905191IC<br>09/01/2017 - 03/01/2020 | Excess Liability | $10,000,000 Each Occurrence<br>$10,000,000 Aggregate Limit (Where Applicable)<br>In Excess of Item 1. |

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.**

Authorized Representative:



| **Policy Number:** | CEX09602849-00 | **Company**: | Gemini Insurance Company |
| **Coverage Parts Affected:** | Commercial Excess Liability | **Effective Date:** | 09/01/2017 |

# ASBESTOS EXCLUSION

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies Insurance provided under the following coverage part:
COMMERCIAL EXCESS LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverages:**

**2. Exclusions**

   Insurance provided under this coverage part does not apply to:

A.  "Injury or Damage" including, but not limited to settlements, judgments, costs charges, expenses, costs of investigations, or the fees of attorneys, experts, or consultants arising out of or related in any way, either directly or indirectly, to:

   1.  asbestos, asbestos products, asbestos-containing materials or products, asbestos fibers or asbestos dust, including, but not limited to, manufacture, mining, use, sale, installation, removal, or distribution activities;

   2.  exposure to, testing for, monitoring of, cleaning up, removing, containing or treating of asbestos, asbestos products, asbestos-containing materials or products, asbestos fibers or asbestos dust; or

   3.  any obligation to investigate, settle or defend, or indemnify any person against any claim or  suit  arising out of or related in any way, either directly or indirectly, to asbestos, asbestos products, asbestos-containing materials or products, asbestos fibers or asbestos dust.

### ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.

Authorized Representative:

| | | | |
|---|---|---|---|
| **Policy Number:** | CEX09602849-00 | **Company**: | Gemini Insurance Company |
| **Coverage Parts Affected:** | Commercial Excess Liability | **Effective Date:** | 09/01/2017 |

# WAR EXCLUSION

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies Insurance provided under the following coverage part:

COMMERCIAL EXCESS LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverages**:

**2. Exclusions**

Insurance provided under this coverage part does not apply to:

"injury or "damage" arising out of any war, invasion, acts of foreign or domestic enemies, hostilities, (whether war be declared or not), civil war, rebellion, revolution, insurrection, military or usurped power or confiscation or  nationalization or requisition or destruction of or damage to property including loss of access, by or under the order of any government, local authority or risks of contraband, illegal transportation or trade.

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.**

Authorized Representative:

COMMERCIAL EXCESS LIABILITY
CX 21 01 09 08

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY
# EXCLUSION ENDORSEMENT
## (BROAD FORM)

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2., Exclusions:**

**2. Exclusions**

**NUCLEAR ENERGY LIABILITY**

**a.** Under any Liability Coverage, to "injury or damage":

**(1)** With respect to which an insured under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

**(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the insured is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

**b.** Under any Liability Coverage, to "injury or damage" resulting from the "hazardous properties" of "nuclear material", if:

**(1)** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an insured or **(b)** has been discharged or dispersed therefrom;

**(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an insured; or

**(3)** The "injury or damage" arises out of the furnishing by an insured of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this Exclusion **(3)** applies only to property damage to such "nuclear facility" and any property thereat.

**c.** As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties.

"Nuclear material" means "source material", "special nuclear material" or "by-product material".

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

 © Insurance Services Office, Inc., 2013

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Injury or damage" includes all forms of radioactive contamination of property.

| | | | |
|---|---|---|---|
| **Policy Number:** | CEX09602849-00 | **Company**: | Gemini Insurance Company |
| **Coverage Parts Affected:** | Commercial Excess Liability | **Effective Date:** | 09/01/2017 |

# RESTRICTIVE AS UNDERLYING ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies Insurance provided under the following coverage part:

COMMERCIAL EXCESS LIABILITY COVERAGE PART

Notwithstanding any provision to the contrary in this policy, including, without limitation, the Coverage provisions in Section I of this policy, if any Underlying Policy with limits in excess of the Followed Policy but underlying to this policy (the "Intervening Policy") contains warranties, terms, conditions, exclusions or limitations more restrictive than the Followed Policy, whether on the effective date of this policy or at any time during the policy period of this policy, then this policy shall be deemed to follow those more restrictive warranties, terms, conditions, exclusions or limitations of the Intervening Policy.

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.**

Authorized Representative:

| | | | |
|---|---|---|---|
| **Policy Number:** | CEX09602849-00 | **Company:** | Gemini Insurance Company |
| **Coverage Parts Affected:** | Commercial Excess Liability | **Effective Date:** | 09/01/2017 |

# SUB-LIMITED COVERAGE EXCLUSION

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies Insurance provided under the following coverage part:

COMMERCIAL EXCESS LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2.Exclusions** of **Section I – Coverages:**

**2. Exclusions**

Insurance provided under this coverage part does not apply:

In excess of any "sub-limited" coverage(s) that are included within, or are a part of, any "controlling underlying insurance" scheduled in this policy. "Sub-limited" coverage(s) are defined as any coverage(s) having limits of insurance less than the limit(s) of any underlying insurance included in the schedule of underlying policies

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.**

Authorized Representative:

BCIM0062 0513                                                                 Page **1** of **2**





**Policy Number:** CEX09602849-00

**Coverage Parts Affected:** Commercial Excess Liability

**Company:** Gemini Insurance Company

**Effective Date:** 09/01/2017

# DEFENSE EXPENSE INCLUDED IN THE COMPANY'S LIMITS OF INSURANCE

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies Insurance provided under the following coverage part:
COMMERCIAL EXCESS LIABILITY COVERAGE PART

If we elect to assume charge of the settlement or defense of any claim, suit or proceeding against you, loss

expense and legal expense, including court costs and interest shall be included in our Limits of Insurance.

We shall not be obligated to pay any claim, "suit" or proceeding after our liability has been exhausted by

payment of judgments or settlements.

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.**

Authorized Representative:



| | | | |
|---|---|---|---|
| **Policy Number:** | CEX09602849-00 | **Company**: | Gemini Insurance Company |
| **Coverage Parts Affected:** | Commercial Excess Liability | **Effective Date:** | 09/01/2017 |

# DESIGNATED PROJECT/LOCATION ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies Insurance provided under the following coverage part:
COMMERCIAL EXCESS LIABILITY COVERAGE PART

Insurance provided under this coverage part applies only to:
 "Injury or damage" arising out of the ownership, maintenance or use of the project(s) and/or location(s) scheduled on this policy by endorsement.

Contractor Controlled Insurance Program for the ground up construction of a 20 story concrete and steel condominium tower consisting of 68 units. Project Location: 8701 Collins Avenue Surfside FL 33154.

It is further agreed that this insurance shall not become excess of any reduced or exhausted underlying insurance to the extent that such reduction or exhaustion is the result of claims, damage, loss or expense arising out of or in any way related to work or operations which are not specifically covered in the schedule above.

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.**

Authorized Representative:



| | | | |
|---|---|---|---|
| **Policy Number:** | CEX09602849-00 | **Company**: | Gemini Insurance Company |
| **Coverage Parts Affected:** | Commercial Excess Liability | **Effective Date:** | 09/01/2017 |

# FOLLOWING FORM COVERAGE ENDORSEMENT
### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies Insurance provided under the following coverage part:

COMMERCIAL EXCESS LIABILITY COVERAGE PART

It is agreed that this insurance is subject to the same Insuring Agreements, Exclusions, Definitions and

Conditions as contained in the following described policy:

**COMPANY:**          **Aspen Specialty Insurance**
**POLICY NUMBER:**     **CX006MW17**

The foregoing shall not apply to the following stated in this policy:

1.   Limits of Insurance

2.   Policy Period

3.   Premium

4.   Schedule of Underlying Insurance

5.   Pollution Exclusion

6.   Asbestos Exclusion

7.   Nuclear Energy Liability Exclusion

8.   Any Exclusion specifically added to this Policy by Endorsement

9.   Cancellation Provision.

### ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.

Authorized Representative:



BCIM0043 0513                                                         Page **1** of **2**





| | | | |
|---|---|---|---|
| **Policy Number:** | CEX09602849-00 | **Company**: | Gemini Insurance Company |
| **Coverage Parts Affected:** | Excess Liability Occurrence | **Effective Date:** | 09/01/2017 |

# NUCLEAR, BIOLOGICAL, CHEMICAL, OR RADIOLOGICAL TERRORISM EXCLUSION

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies Insurance provided under the following coverage part:
COMMERCIAL EXCESS LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverages:**

**2. Exclusions**
**Nuclear, Biological, Chemical, or Radiological Terrorism Exclusion**

Insurance provided under this coverage part does not apply to:
"Injury or damage" arising out of **Nuclear, Biological, Chemical, or Radiological Terrorism**.
No coverage will be available under this insurance for any loss, cost, damage, expense, injury, claim or
suit, caused by, arising out of, or resulting directly or indirectly, in whole or in part from any act of
**Nuclear, Biological, Chemical, or Radiological Terrorism**, regardless of any other cause or event that
contributes concurrently or in any other sequence to the act of **Nuclear, Biological, Chemical, or
Radiological Terrorism**.

For the purpose of this Endorsement the following Definitions are added to the Policy:
**Biological Agent** means any pathogenic (disease producing) micro-organism(s) and/or biological
produced toxin(s), including genetically modified organisms and chemically synthesized toxin(s) which
caused illness, damage, injury or death in humans, animals, or plants.

**Chemical Agent** means any compound which, when disseminated, produces incapacitating illness, or
damaging and/or lethal effects on people, animals, plants, or property.

**Nuclear, Biological, Chemical, or Radiological Terrorism** means the:
**a.** Dispersal, application, or release of radioactive material;
**b.** Use of any nuclear weapon or devise that involves or produces a nuclear reaction, nuclear radiation, or
radioactive contamination; or
**c.** Emission, discharge, dispersal, release, or escape of any solid, liquid or gaseous biological agent and/or
chemical agent;

by any person or group(s) of persons, whether acting alone, or on behalf of or in connection with my
organization(s) or governments(s), committed for political, religious, ideological purposes or reasons,
including the intention to influence any government and/or to put the public, or any section of the public,
in fear.

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.**

Authorized Representative:



| | | | |
|---|---|---|---|
| **Policy Number:** | CEX09602849-00 | **Company**: | Gemini Insurance Company |
| **Coverage Parts Affected:** | Excess Liability Occurrence | **Effective Date:** | 09/01/2017 |

# PRODUCTS-COMPLETED OPERATIONS EXTENSION (AGGREGATE LIMITS ENDORSEMENT)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies Insurance provided under the following coverage part:
COMMERCIAL EXCESS LIABILITY COVERAGE PART

It is agreed that the insurance provided by this policy, as respects the products-completed operations hazard shall continue in force for each designated project(s) that is endorsed to this policy for 10 years after the completion of the project or the applicable statute of repose, whichever is less, and shall only apply to the products-completed operations hazard as long as such coverage is also provided by the underlying insurance as listed in the Schedule of Underlying Policies, for the full limit shown therein, and then only for such hazards for which coverage is afforded under said underlying insurance. This limit applies to the entire term shown above and is not reinstated annually.

The Extended Completed Operations Period will commence at the earliest of the following:

i.    When that portion of a designated project is put to its intended use by any person or organization other than another contractor; or
ii.   The date on which the First Named Insured indicated to us, in writing, that a designated project has been completed; or
iii.  A temporary or permanent certificate of occupancy is issued for a designated project.

However, should this policy be cancelled for any reason other than early completion of the designated project(s) prior to the expiration of the policy, no products-completed operations hazard extension shall apply with respect to the insurance provided by such policy

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.**

Authorized Representative:



| | | | |
|---|---|---|---|
| **Policy Number:** | CEX09602849-00 | **Company:** | Gemini Insurance Company |
| **Coverage Parts Affected:** | Commercial Excess Liability | **Effective Date:** | 09/01/2017 |

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FOLLOWING FORM UNDERLYING AGGREGATES

This endorsement modifies Insurance provided under the following coverage part:

COMMERCIAL EXCESS LIABILITY COVERAGE PART

**Section II – Limits Of Insurance** is replaced by the following:

1. The Limits of Insurance shown in the Declarations, and the following rules fix the most we will pay regardless of the number of:

    **a.** Insureds;

    **b.** Claims made or suits brought, or number of vehicles involved;

    **c.** Persons or organizations making claims or bringing suits; or

    **d.** Limits available under any "controlling underlying insurance".

2. The Limits of Insurance of this Coverage Part will apply as follows:

    **a.** This insurance only applies in excess of the "retained limit".

    **b.** The Aggregate Limit is the most we will pay for the sum of all "ultimate net loss", for all "injury or damage" covered under this Coverage Part, and shall apply in the same manner as the aggregate limits shown in the Schedule of "Controlling Underlying Insurance".

    **c.** Subject to Paragraph **2.b.** of this endorsement, the Each Occurrence Limit is the most we will pay for the sum of all "ultimate net loss" under this insurance because of all "injury or damage" arising out of any one "event".

    **d.** If the Limits of Insurance of the "controlling underlying insurance" are reduced by defense expenses by the terms of that policy, any payments for defense expenses we make will reduce our applicable Limits of Insurance in the same manner.

3. If any "controlling underlying insurance" has a policy period that is different from the policy period of this Coverage Part then, for the purposes of this insurance, the "retained limit" will only be reduced or exhausted by payments made for "injury or damage" covered under this insurance.


This endorsement does not change any other provision of the policy.



**Policy Number:** CEX09602849-00      **Company**: Gemini Insurance Company
**Coverage Parts Affected:** Commercial Excess Liability      **Effective Date:** 09/01/2017

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PRIMARY AND NONCONTRIBUTORY – OTHER INSURANCE CONDITION

This endorsement modifies Insurance provided under the following coverage part:

COMMERCIAL EXCESS LIABILITY COVERAGE PART

| SCHEDULE |
|---|
| **Policy(s):** On file with the company. |
| **Additional Insured(s):** On file with the company. |
| If no entry appears above, information shown in the Schedule of "Underlying Insurance" is applicable to this endorsement. |

**Section III – Conditions** - Item 8. Other Insurance is deleted and replaced by the following:

**8.   Other Insurance**

   **a.**   This insurance is excess over, and shall not contribute with any of the other insurance, whether primary, excess, contingent or on any other basis.  This condition will not apply to insurance specifically written as excess over this Coverage Part.

   **b.**   When this insurance is excess over other insurance, we will pay only our share of the "ultimate net loss" that exceeds the sum of:

      **(1)**   The total amount that all such other insurance would pay for the loss in the absence of this insurance provided under this Coverage Part; and

      **(2)**   The total of all deductible and self-insured amounts under all that other insurance.

   However, this insurance provided under this Coverage Part is primary to and will not seek contribution from any other valid and collectible insurance available to an additional insured under any policy shown in the Schedule of this endorsement provided that:

      **(a)**   The additional insured is a Named Insured under such other insurance; and

      **(b)**   You have agreed in writing in a contract or agreement that both this insurance provided under this Coverage Part and the "controlling underlying insurance" would be primary and would not seek contribution from any other insurance available to the additional insured.

This endorsement does not change any other provision of the policy.



**THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT. THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

**POLICYHOLDER DISCLOSURE**
**NOTICE OF TERRORISM**
**INSURANCE COVERAGE**

Coverage for acts of terrorism, as defined in the Terrorism Risk Insurance Act, as amended, (the "Act"), is included in your policy. As defined in Section 102(1) of the Act: The term "act of terrorism" means any act that is certified by the Secretary of the Treasury—in consultation with the Secretary of Homeland Security, and the Attorney General of the United States—to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion. Under your coverage, any losses resulting from certified acts of terrorism may be partially reimbursed by the United States Government under a formula established by the Act. However, your policy may contain other exclusions which might affect your coverage, such as an exclusion for nuclear events. Under the formula, the United States Government generally reimburses 85% through 2015; 84% beginning January 1, 2016; 83% beginning on January 1, 2017; 82% beginning on January 1, 2018; 81% beginning on January 1, 2019 and 80% beginning on January 1, 2020 of covered terrorism losses exceeding the statutorily established deductible paid by the insurance company providing the coverage. The Act contains a $100 billion cap that limits U.S. Government reimbursement as well as insurers' liability for losses resulting from certified acts of terrorism when the amount of such losses exceeds $100 billion in any one calendar year. If the aggregate insured losses for all insurers exceed $100 billion, your coverage may be reduced.

The portion of your annual premium that is attributable to coverage for acts of terrorism as defined in the Act, is $1,019     , and does not include any charges for the portion of losses covered by the United States government under the Act.

Name of Insurer:  Gemini Insurance Company
Policy Number: CEX09602849-00

                                            © 2015 National Association of Insurance Commissioners

**COMMERCIAL EXCESS LIABILITY**
**CX 21 30 01 15**

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE PART

**A.** Any endorsement addressing acts of terrorism (however defined) in any "controlling underlying insurance" does not apply to this excess insurance. The following provisions addressing acts of terrorism apply with respect to this excess insurance:

If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**B.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for "injury or damage" that is otherwise excluded under this Coverage Part.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE PART

**A.** The following definitions are added and apply under this endorsement wherever the term terrorism, or the phrase any injury or damage, are enclosed in quotation marks:

**1.** "Terrorism" means activities against persons, organizations or property of any nature:

   **a.** That involve the following or preparation for the following:

   (1) Use or threat of force or violence; or

   (2) Commission or threat of a dangerous act; or

   (3) Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

   **b.** When one or both of the following applies:

   (1) The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

   (2) It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

**2.** "Any injury or damage" means any injury or damage covered under any Coverage Part or underlying insurance to which this endorsement is applicable, and includes but is not limited to "injury", "damage", "personal and advertising injury" or "environmental damage" as may be defined in any applicable Coverage Part or underlying insurance.

**B.** The following exclusion is added:

**EXCLUSION OF TERRORISM**

We will not pay for "any injury or damage" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". "Any injury or damage" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such injury or damage. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

1. The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

2. Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

3. The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

4. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials; or

5. The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

6. Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

   a. Physical injury that involves a substantial risk of death; or

   b. Protracted and obvious physical disfigurement; or

   c. Protracted loss of or impairment of the function of a bodily member or organ.

Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the thresholds in Paragraphs B.5. or B.6. are exceeded.

With respect to this Exclusion, Paragraphs B.5. and B.6. describe the threshold used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this Exclusion will apply to that incident. When the Exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Part or policy.

In the event of any incident of "terrorism" that is not subject to this Exclusion, coverage does not apply to "any injury or damage" that is otherwise excluded under this Coverage Part or policy.



IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

**A. Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. Inspections And Surveys**

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**E. Premiums**

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

**F. Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

# COMMERCIAL EXCESS LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance. The word "insured" means any person or organization qualifying as such under the "controlling underlying insurance".

Other words and phrases that appear in quotation marks in this Coverage Part have special meaning. Refer to Section **IV** – Definitions. Other words and phrases that are not defined under this Coverage Part but defined in the "controlling underlying insurance" will have the meaning described in the policy of "controlling underlying insurance".

The insurance provided under this Coverage Part will follow the same provisions, exclusions and limitations that are contained in the applicable "controlling underlying insurance", unless otherwise directed by this insurance. To the extent such provisions differ or conflict, the provisions of this Coverage Part will apply. However, the coverage provided under this Coverage Part will not be broader than that provided by the applicable "controlling underlying insurance".

There may be more than one "controlling underlying insurance" listed in the Declarations and provisions in those policies conflict, and which are not superseded by the provisions of this Coverage Part. In such a case, the provisions, exclusions and limitations of the "controlling underlying insurance" applicable to the particular "event" for which a claim is made or suit is brought will apply.

## SECTION I – COVERAGES

**1. Insuring Agreement**

    **a.** We will pay on behalf of the insured the "ultimate net loss" in excess of the "retained limit" because of "injury or damage" to which insurance provided under this Coverage Part applies.

    We will have the right and duty to defend the insured against any suit seeking damages for such "injury or damage" when the applicable limits of "controlling underlying insurance" have been exhausted in accordance with the provisions of such "controlling underlying insurance".

When we have no duty to defend, we will have the right to defend, or to participate in the defense of, the insured against any other suit seeking damages for "injury or damage".

However, we will have no duty to defend the insured against any suit seeking damages for which insurance under this policy does not apply.

At our discretion, we may investigate any "event" that may involve this insurance and settle any resultant claim or suit, for which we have the duty to defend.

But:

**(1)** The amount we will pay for "ultimate net loss" is limited as described in Section **II** – Limits Of Insurance; and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under this Coverage Part. However, if the policy of "controlling underlying insurance" specifies that limits are reduced by defense expenses, our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of defense expenses, judgments or settlements under this Coverage Part.

    **b.** This insurance applies to "injury or damage" that is subject to an applicable "retained limit". If any other limit, such as, a sublimit, is specified in the "controlling underlying insurance", this insurance does not apply to "injury or damage" arising out of that exposure unless that limit is specified in the Declarations under the Schedule of "controlling underlying insurance".

    **c.** If the "controlling underlying insurance" requires, for a particular claim, that the "injury or damage" occur during its policy period in order for that coverage to apply, then this insurance will only apply to that "injury or damage" if it occurs during the policy period of this Coverage Part. If the "controlling underlying insurance" requires that the "event" causing the particular "injury or damage" takes place during its policy period in order for that coverage to apply, then this insurance will apply to the claim only if the "event" causing that "injury or damage" takes place during the policy period of this Coverage Part.

 © Insurance Services Office, Inc., 2012

**d.** Any additional insured under any policy of "controlling underlying insurance" will automatically be an additional insured under this insurance. If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance required by the contract, less any amounts payable by any "controlling underlying insurance".

Additional insured coverage provided by this insurance will not be broader than coverage provided by the "controlling underlying insurance".

**2. Exclusions**

The following exclusions, and any other exclusions added by endorsement, apply to this Coverage Part. In addition, the exclusions applicable to any "controlling underlying insurance" apply to this insurance unless superseded by the following exclusions, or superseded by any other exclusions added by endorsement to this Coverage Part.

Insurance provided under this Coverage Part does not apply to:

**a. Medical Payments**

Medical payments coverage or expenses that are provided without regard to fault, whether or not provided by the applicable "controlling underlying insurance".

**b. Auto**

Any loss, cost or expense payable under or resulting from any of the following auto coverages:

**(1)** First-party physical damage coverage;

**(2)** No-fault coverage;

**(3)** Personal injury protection or auto medical payments coverage; or

**(4)** Uninsured or underinsured motorists coverage.

**c. Pollution**

**(1)** "Injury or damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants at any time.

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, pollutants; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, pollutants.

This exclusion does not apply to the extent that valid "controlling underlying insurance" for the pollution liability risks described above exists or would have existed but for the exhaustion of underlying limits for "injury or damage".

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**SECTION II – LIMITS OF INSURANCE**

**1.** The Limits of Insurance shown in the Declarations, and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or suits brought, or number of vehicles involved;

**c.** Persons or organizations making claims or bringing suits; or

**d.** Limits available under any "controlling underlying insurance".

**2.** The Limits of Insurance of this Coverage Part will apply as follows:

**a.** This insurance only applies in excess of the "retained limit".

**b.** The Aggregate Limit is the most we will pay for the sum of all "ultimate net loss", for all "injury or damage" covered under this Coverage Part.

However, this Aggregate Limit only applies to "injury or damage" that is subject to an aggregate limit of insurance under the "controlling underlying insurance".

**c.** Subject to Paragraph **2.b.** above, the Each Occurrence Limit is the most we will pay for the sum of all "ultimate net loss" under this insurance because of all "injury or damage" arising out of any one "event".

**d.** If the Limits of Insurance of the "controlling underlying insurance" are reduced by defense expenses by the terms of that policy, any payments for defense expenses we make will reduce our applicable Limits of Insurance in the same manner.

© Insurance Services Office, Inc., 2012

**3.** If any "controlling underlying insurance" has a policy period that is different from the policy period of this Coverage Part then, for the purposes of this insurance, the "retained limit" will only be reduced or exhausted by payments made for "injury or damage" covered under this insurance.

The Aggregate Limit of this Coverage Part applies separately to each consecutive annual period of this Coverage Part and to any remaining period of this Coverage Part of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION III – CONDITIONS

The following conditions apply. In addition, the conditions applicable to any "controlling underlying insurance" are also applicable to the coverage provided under this insurance unless superseded by the following conditions.

**1. Appeals**

If the "controlling underlying insurer" or insured elects not to appeal a judgment in excess of the amount of the "retained limit", we may do so at our own expense. We will also pay for taxable court costs, pre- and postjudgment interest and disbursements associated with such appeal. In no event will this provision increase our liability beyond the applicable Limits of Insurance described in Section **II** – Limits Of Insurance.

**2. Bankruptcy**

**a. Bankruptcy Of Insured**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

**b. Bankruptcy Of Controlling Underlying Insurer**

Bankruptcy or insolvency of the "controlling underlying insurer" will not relieve us of our obligations under this Coverage Part.

However, insurance provided under this Coverage Part will not replace any "controlling underlying insurance" in the event of bankruptcy or insolvency of the "controlling underlying insurer". The insurance provided under this Coverage Part will apply as if the "controlling underlying insurance" were in full effect and recoverable.

**3. Duties In The Event Of An Event, Claim Or Suit**

**a.** You must see to it that we are notified as soon as practicable of an "event", regardless of the amount, which may result in a claim under this insurance. To the extent possible, notice should include:

**(1)** How, when and where the "event" took place;

**(2)** The names and addresses of any injured persons and witnesses; and

**(3)** The nature and location of any "injury or damage" arising out of the "event".

**b.** If a claim is made or suit is brought against any insured, you must:

**(1)** Immediately record the specifics of the claim or suit and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or suit as soon as practicable.

**c.** You and any other insured involved must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or suit;

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the suit; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of "injury or damage" to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**4. First Named Insured Duties**

The first Named Insured is the person or organization first named in the Declarations and is responsible for the payment of all premiums. The first Named Insured will act on behalf of all other Named Insureds for giving and receiving of notice of cancellation or the receipt of any return premium that may become payable.

At our request, the first Named Insured will furnish us, as soon as practicable, with a complete copy of any "controlling underlying insurance" and any subsequently issued endorsements or policies which may in any way affect the insurance provided under this Coverage Part.

**5. Cancellation**

**a.** The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

**b.** We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

**(1)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**c.** We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

**d.** Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

**e.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

**f.** If notice is mailed, proof of mailing will be sufficient proof of notice.

**6. Changes**

This Coverage Part contains all the agreements between you and us concerning the insurance afforded. The first Named Insured is authorized by all other insureds to make changes in the terms of this Coverage Part with our consent. This Coverage Part's terms can be amended or waived only by endorsement.

**7. Maintenance Of/Changes To Controlling Underlying Insurance**

Any "controlling underlying insurance" must be maintained in full effect without reduction of coverage or limits except for the reduction of aggregate limits in accordance with the provisions of such "controlling underlying insurance" that results from "injury or damage" to which this insurance applies.

Such exhaustion or reduction is not a failure to maintain "controlling underlying insurance". Failure to maintain "controlling underlying insurance" will not invalidate insurance provided under this Coverage Part, but insurance provided under this Coverage Part will apply as if the "controlling underlying insurance" were in full effect.

The first Named Insured must notify us in writing, as soon as practicable, if any "controlling underlying insurance" is cancelled, not renewed, replaced or otherwise terminated, or if the limits or scope of coverage of any "controlling underlying insurance" is changed.

**8. Other Insurance**

**a.** This insurance is excess over, and shall not contribute with any of the other insurance, whether primary, excess, contingent or on any other basis. This condition will not apply to insurance specifically written as excess over this Coverage Part.

When this insurance is excess, if no other insurer defends, we may undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**b.** When this insurance is excess over other insurance, we will pay only our share of the "ultimate net loss" that exceeds the sum of:

**(1)** The total amount that all such other insurance would pay for the loss in the absence of the insurance provided under this Coverage Part; and

**(2)** The total of all deductible and self-insured amounts under all that other insurance.

**9. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** If this policy is auditable, the premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period, we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit premium is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

© Insurance Services Office, Inc., 2012

10. **Loss Payable**

Liability under this Coverage Part does not apply to a given claim unless and until:

a. The insured or insured's "controlling underlying insurer" has become obligated to pay the "retained limit"; and

b. The obligation of the insured to pay the "ultimate net loss" in excess of the "retained limit" has been determined by a final settlement or judgment or written agreement among the insured, claimant, "controlling underlying insurer" (or a representative of one or more of these) and us.

11. **Legal Action Against Us**

No person or organization has a right under this Coverage Part:

a. To join us as a party or otherwise bring us into a suit asking for damages from an insured; or

b. To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured, "controlling underlying insurer" and the claimant or the claimant's legal representative.

12. **Transfer Of Defense**

a. **Defense Transferred To Us**

When the limits of "controlling underlying insurance" have been exhausted, in accordance with the provisions of "controlling underlying insurance", we may elect to have the defense transferred to us. We will cooperate in the transfer of control to us of any outstanding claims or suits seeking damages to which this insurance applies and which would have been covered by the "controlling underlying insurance" had the applicable limit not been exhausted.

b. **Defense Transferred By Us**

When our limits of insurance have been exhausted our duty to provide a defense will cease.

We will cooperate in the transfer of control of defense to any insurer specifically written as excess over this Coverage Part of any outstanding claims or suits seeking damages to which this insurance applies and which would have been covered by the "controlling underlying insurance" had the applicable limit not been exhausted.

In the event that there is no insurance written as excess over this Coverage Part, we will cooperate in the transfer of control to the insured and its designated representative.

13. **When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

## SECTION IV – DEFINITIONS

The definitions applicable to any "controlling underlying insurance" also apply to this insurance. In addition, the following definitions apply.

1. "Controlling underlying insurance" means any policy of insurance or self-insurance listed in the Declarations under the Schedule of "controlling underlying insurance".

2. "Controlling underlying insurer" means any insurer who provides any policy of insurance listed in the Declarations under the Schedule of "controlling underlying insurance".

3. "Event" means an occurrence, offense, accident, act, or other event, to which the applicable "controlling underlying insurance" applies.

4. "Injury or damage" means any injury or damage, covered in the applicable "controlling underlying insurance" arising from an "event".

5. "Retained limit" means the available limits of "controlling underlying insurance" applicable to the claim.

6. "Ultimate net loss" means the total sum, after reduction for recoveries, or salvages collectible, that the insured becomes legally obligated to pay as damages by reason of:

a. Settlements, judgments, binding arbitration; or

b. Other binding alternate dispute resolution proceeding entered into with our consent.

"Ultimate net loss" includes defense expenses if the "controlling underlying insurance" specifies that limits are reduced by defense expenses.

## Gemini Insurance Company
475 Steamboat Rd
Greenwich, CT  06830

IN WITNESS WHEREOF, we have caused this policy to be executed and attested, but the policy will not

be valid unless countersigned by one of our duly authorized representatives, where required by law.



Secretary

President

BCIM0008 0513

IL P 001 01 04

# U.S. TREASURY DEPARTMENT'S OFFICE OF FOREIGN ASSETS CONTROL ("OFAC")
# ADVISORY NOTICE TO POLICYHOLDERS

No coverage is provided by this Policyholder Notice nor can it be construed to replace any provisions of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided.

This Notice provides information concerning possible impact on your insurance coverage due to directives issued by OFAC. **Please read this Notice carefully.**

The Office of Foreign Assets Control (OFAC) administers and enforces sanctions policy, based on Presidential declarations of "national emergency". OFAC has identified and listed numerous:

- Foreign agents;
- Front organizations;
- Terrorists;
- Terrorist organizations; and
- Narcotics traffickers;

as "Specially Designated Nationals and Blocked Persons". This list can be located on the United States Treasury's web site – http//www.treas.gov/ofac.

In accordance with OFAC regulations, if it is determined that you or any other insured, or any person or entity claiming the benefits of this insurance has violated U.S. sanctions law or is a Specially Designated National and Blocked Person, as identified by OFAC, this insurance will be considered a blocked or frozen contract and all provisions of this insurance are immediately subject to OFAC. When an insurance policy is considered to be such a blocked or frozen contract, no payments nor premium refunds may be made without authorization from OFAC. Other limitations on the premiums and payments also apply.

POLICY NUMBER: CEX09602849-00

**COMMERCIAL LIABILITY EXCESS**
**BCIM0300 1113**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# POLICY CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY EXCESS COVERAGE PART

Effective Date of Change:    03/01/2020
Change Endorsement No.:   1
Named Insured: John Moriarty & Associates of Florida, Inc.

The following item(s):

| | |
|---|---|
| ☐ Insured's Name | ☐ Insured's Mailing Address |
| ☐ Policy Number | ☐ Company |
| ☒ Effective/Expiration Date | ☐ Insured's Legal Status/Business of Insured |
| ☐ Payment Plan | ☐ Premium Determination |
| ☐ Additional Interested Parties: | ☐ Coverage Forms and Endorsements |
| ☐ Limits/Exposures | ☐ Self-Insured Retention |
| ☐ Covered Property/Located Description | ☐ Classification/Class Codes |
| ☐ Rates | ☐ Underlying Insurance |

is (are) changed to read {See Additional Page(s)}:

The above amendments result in a change in the premium as follows:

| ☐ **NO CHANGES** | ☐ **TO BE ADJUSTED AT AUDIT** | **ADDITIONAL PREMIUM**<br>$  1,000.00 | **RETURN PREMIUM**<br>$ |
|---|---|---|---|

Endorsement Effective: 3/1/2020

Countersigned By: (Authorized Representative)

Named Insured: John Moriarty & Associates of Florida, Inc.

---

**POLICY CHANGES ENDORSEMENT DESCRIPTION**

---

In consideration of an additional premium of **$1,000**., it is hereby understood and agreed that item 2. Policy Term of the **Excess Liability Policy Declarations** is amended to read as follows:

**2. Policy Term:**     **From:** 09/01/2017          **TO:** 04/01/2020
(12:01 a.m. Standard Time at on both dates, at the address of the Named Insured noted above.)

Surplus Lines Agent's Name:_____ V@{ æ Ô^•æ^_____
Surplus Lines Agent's Address:___ 88 Pine St. Wall Street Plaza _____
_____ New York, NY 10005 _____
Surplus Lines Agent's License #:____ Y €GJÏ JI _____
Producing Agent's Name:_ Mary Beth Matsko - License No. P232270 _____
Producing Agent's Address:_ 9891 Broken Land Parkway, Suite 205 _____
_____ Columbia, MD 21046 _____

This insurance is issued pursuant to the Florida Surplus Lines Law. Persons insured by surplus lines carriers do not have the protection of the Florida Insurance Guaranty Act to the extent of any right of recovery for the obligation of an insolvent unlicensed insurer.

Premium:_ $1,000.00 _____ Tax:__ $50.00 ___ Service Fee: ___ $1.00 ____
EMPA Surcharge:_____ Broker Fee:_____
Inspection Fee: _____     Policy Fee: _____

Surplus Lines Agent's Countersignature:_____