# EXHIBIT 26



# Endurance Assurance Corporation
### (Wilmington, Delaware)

**Policy No.**    EXC30000449300
**Renewal of:**   New

# COMMERCIAL EXCESS LIABILITY DECLARATIONS PAGE

| | |
|---|---|
| **1. NAMED INSURED AND ADDRESS:**<br>John Moriarty & Associates of Florida, Inc.<br>Per Underlying Insurance<br>1942 Tyler Street<br>Hollywood, FL 33020 | **2. POLICY PERIOD:**<br>12:01 a.m. Standard Time at the address of the<br>Insured shown at the left<br>**From:** 09/01/2017      **To:** 03/01/2020 |
| **IN RETURN FOR PAYMENT OF THE PREMIUM AND SUBJECT TO ALL TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.** | **PRODUCER'S NAME AND ADDRESS:**<br>AmWINS Brokerage<br>Wall Street PLaza<br>88 Pine Street<br>New York, New York 10005 |

**3. PREMIUM:**

| | |
|---|---|
| Total Advance Premium | $ 84,941 |
| Service Charge | N/A |
| Taxes | N/A |
| Surcharge | N/A |
| Total | $ 84,941 |

**BASIS OF PREMIUM:** Non-Auditable  (X)     Auditable   ()

**4. LIMITS OF INSURANCE:**

| | |
|---|---|
| $ 25,000,000 | Each Occurrence Limit |
| $ 25,000,000 | Aggregate Limit (Where Applicable) |

These Limits of Insurance apply in excess of the "underlying limits of insurance" indicated in Item 5. of the Declarations.

**5. UNDERLYING INSURANCE:**          See attached schedule

**6. FORMS AND ENDORSEMENTS** applicable to all Coverage Forms and made part of this policy at time of issue are listed on the attached Forms and Endorsements Schedule EXL 0101.

_____
Authorized Representative

**ISSUING OFFICE:**
3780 Mansell Road, Suite 400
Alpharetta, Georgia 30022

## DECLARATIONS ADDENDUM

## FLORIDA ADDENDUM TO THE DECLARATIONS

If you have questions about your insurance policy, or questions about claims relating to your insurance policy, please contact your insurer at the following:

ENDURANCE INSURANCE

750 Third Avenue

New York, NY 10017

(212) 471-2800

# FORMS AND ENDORSEMENT SCHEDULE

It is hereby understood and agreed the following forms and endorsements are attached to and are a part of this policy:

| Form Number | Form Name |
|---|---|
| EXL 0001 0615 | Commercial Excess Liability Declarations Page |
| IL 0001 0114 FL | Florida Addendum to the Declarations |
| EXL 1302 0214 | Claim Notice with Eclaim Notice |
| EXL 0102 0214 | Schedule of Underlying Policies |
| EXL 6001 0214 | Absolute Asbestos Exclusion |
| EXL 0516 0214 | Exclusion-Violation of Information Statutes |
| EXL 6066 0214 | Nuclear Energy Liability Exclusion |
| EXL 0537 0214 | Uninsured/Underinsured Motorist Exclusion |
| EXL 0562 0214 | War Liability Exclusion |
| IL 1202 0115 | Exclusion of Other Acts Outside US Cap on Losses |
| EXL 0962 0214 | Florida Changes - Cancellation Nonrenewal |
| EXL 6056 0214 | Limitation Of Coverage To Designated Premises Or Project |
| EXL 1351 0214 | Primary Non-Contributory Endorsement |
| EXL 1347 0214 | Products-Completed Operations Extension (Aggregate Limits Endorsement) |
| IL 1214 0115 | TRIA Disclosure - US |
| EXL 6092 0214 | Waiver Of Subrogation |
| EXL 0203 0214 | Excess Liability Coverage Follow Form (Short Form) |
| IL 1007 0114 | Signature Page |
| PN 0001 0110 | U.S. Treasury Department's Office of Foreign Assets Control (OFAC) |

# CLAIM NOTICE

**THIS ENDORSEMENT CHANGES THE POLICY, PLEASE READ IT CAREFULLY.**

In the event of claim to which this policy may apply, please give immediate notice in any of the following ways, to:

U.S. Insurance - Claims
750 Third Avenue
New York, NY 10017
E-Mail addressed to: insuranceclaims@sompo-intl.com

E-mail is the preferred method of receiving claim notice information, but any of the above methods of notification will generate an acknowledgement of receipt of claim with a claim number and all of the claim adjusters' contact information.

# SCHEDULE OF UNDERLYING POLICIES

| Carrier, Policy Number and Period | Type of Coverage | Limits of Insurance |
|---|---|---|
| Aspen Specialty Insurance Company<br>On File with Company<br>09/01/2017 - 03/01/2020 | Excess | $ 5,000,000 Each Occurrence<br>$ 5,000,000 Aggregate<br>Excess of Primary |
| | | |
| Navigators Specialty Insurance Company<br>On File with Company<br>09/01/2017 - 03/01/2020 | Excess | $ 10,000,000 Each Occurrence<br>$ 10,000,000 Aggregate<br>Excess of $ 5,000,000 |
| | | |
| Gemini Insurance Company<br>On File with Company<br>09/01/2017 - 03/01/2020 | Excess | $ 10,000,000 Each Occurrence<br>$ 10,000,000 Aggregate<br>Excess of $ 15,000,000 |
| | | |
| Starr Surplus Lines Insurance Company<br>On File with Company<br>09/01/2017 - 03/01/2020 | Excess | $ 25,000,000 Each Occurrence<br>$ 25,000,000 Aggregate<br>Excess of $ 25,000,000 |
| | | |
| Great American Assurance Company<br>On File with Company<br>09/01/2017 - 03/01/2020 | Excess | $ 25,000,000 Each Occurrence<br>$ 25,000,000 Aggregate<br>Excess of $ 50,000,000 |
| | | |

# ABSOLUTE ASBESTOS EXCLUSION

**THIS ENDORSEMENT CHANGES THE POLICY, PLEASE READ IT CAREFULLY.**

This insurance does not apply to:

Any liability, including, but not limited to "property damage", "bodily injury", settlements, judgments, costs, charges, expenses, costs of investigations, or the fees of attorneys, experts, or consultants arising out of or related in any way, either directly or indirectly, to:

1. asbestos, asbestos products, asbestos-containing materials or products, asbestos fibers or asbestos dust, including, but not limited to, manufacture, mining, use, sale, installation, removal, or distribution activities;

2. exposure to, testing for, monitoring of, cleaning up, removing, containing or treating of asbestos, asbestos products, asbestos-containing materials or products, asbestos fibers or asbestos dust; or

3. any obligation to investigate, settle or defend, or indemnify any person against any claim or "suit" arising out of or related in any way, either directly or indirectly, to asbestos, asbestos products, asbestos-containing materials or products, asbestos fibers or asbestos dust.

This endorsement does not change any other provision of the policy.

# EXCLUSION-VIOLATION OF INFORMATION STATUTES

**THIS ENDORSEMENT CHANGES THE POLICY, PLEASE READ IT CAREFULLY.**

This insurance does not apply to:

**DISTRIBUTION OF MATERIAL IN VIOLATION OF STATUTES**

"Bodily injury" or "property damage" or "personal and advertising injury" arising directly or indirectly out of any act or omission that violates or is alleged to violate:

    A.  The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

    B.  The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

    C.  The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

    D.  Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

This endorsement does not change any other provision of the policy.

Includes copyrighted material of Insurance Services Office, Inc. with its permission

# NUCLEAR ENERGY LIABILITY EXCLUSION

**THIS ENDORSEMENT CHANGES THE POLICY, PLEASE READ IT CAREFULLY.**

This policy does not apply to:

A.  Any liability, injury or damage:

1.  with respect to which any insured under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its Limits of Insurance; or

2.  resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) a person or organization is required to maintain financial protection pursuant to the Atomic energy Act of 1954, or any law amendatory thereof, or (b) any insured is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

B.  Any injury or "nuclear property damage" resulting from the "hazardous properties" of "nuclear material", if:

1.  the "nuclear material" (a) is at any "nuclear facility" owned by, or operated by or on behalf of, any insured or (b) has been discharged or dispersed therefrom;

2.  the "nuclear material" is contained in "spent fuel" or "nuclear waste" at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf of any insured; or

3.  the injury or "nuclear property damage" arises out of the furnishing by any insured of services, materials, parts of equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this Exclusion C.3. applies only to "nuclear property damage" to such "nuclear facility" and any property therein.

C.  As used in this exclusion:

1.  "Hazardous properties" includes radioactive, toxic or explosive properties.

2.  "Nuclear facility" means:

(a)  any "nuclear reactor";

(b)   any equipment or device designed or used for:

    (1)  separating the isotopes of uranium or plutonium;

    (2)  processing or utilizing "spent fuel"; or

    (3)  handling processing or packaging "nuclear waste";

(c)   any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of any insured at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235; or

(d)   any structure, basin, excavation, premises or place prepared or used for the storage or disposal of, "nuclear waste", and includes the site on which any of the foregoing is located, all operations considered on such site and all premises used for such operations.

3.   "Nuclear material" means "source material", "special nuclear material" or by-product material.

4.   "Nuclear property damage" includes all forms of radioactive contamination of property.

5.   "Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

6.   "Nuclear waste" means any "nuclear waste" material (a) containing "by-product material" other than the tailings of "nuclear waste" produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and (b) resulting from the operation by any person or organization of any "nuclear facility" included within the definition of "nuclear facility" under Paragraph C.2.

7.   "Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

8.   "Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor."

This endorsement does not change any other provision of the policy.

# UNINSURED / UNDERINSURED MOTORIST EXCLUSION

**THIS ENDORSEMENT CHANGES THE POLICY,  PLEASE READ IT CAREFULLY.**

This insurance does not apply to any obligation of the insured under a No Fault, Uninsured Motorist or Supplementary Uninsured/Underinsured Motorist Law, or under any similar law, regulation or ordinance.

This endorsement does not change any other provision of the policy.

# WAR LIABILITY EXCLUSION

**THIS ENDORSEMENT CHANGES THE POLICY, PLEASE READ IT CAREFULLY.**

This insurance does not apply to any liability arising out of any war, invasion, acts of foreign or domestic enemies, hostilities, (whether war be declared or not), civil war, rebellion, revolution, insurrection, military or usurped power or confiscation or nationalization or requisition or destruction of or damage to property including loss of access, by or under the order of any government, local authority or risks of contraband, illegal transportation or trade.

This endorsement does not change any other provisions of the policy.

# ENDORSEMENT

| | | | |
|---|---|---|---|
| **Named Insured:** | John Moriarty & Associates of Florida, Inc. | Policy Number: | EXC30000449300 |

| | | | |
|---|---|---|---|
| Endorsement Effective Date: | September 01, 2017<br>(12:01 AM  Standard Time at the address of the Named **Insured** as shown in the Declarations) | Endorsement Number: | N/A |

## EXCLUSION OF OTHER ACTS OF TERRORISM COMMITTED OUTSIDE THE UNITED STATES; CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

It is agreed that:

A.   The following exclusion is added:

This insurance does not apply to:

TERRORISM

"Any injury or damage" arising, directly or indirectly, out of an "other act of terrorism" that is committed outside of the United States (including its territories and possessions and Puerto Rico), but within the "coverage territory". However, this exclusion applies only when one or more of the following are attributed to such act:

1.   The total of insured damage to all types of property exceeds $ 25,000,000 (valued in US dollars). In determining whether the $ 25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the terrorism and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

2.   Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

a.   Physical injury that involves a substantial risk of death; or

b.   Protracted and obvious physical disfigurement; or

c.   Protracted loss of or impairment of the function of a bodily member or organ; or

3.   The terrorism involves the use, release or escape of nuclear materials, or directly or indirectly results in nuclear reaction or radiation or radioactive contamination; or

4.   The terrorism is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

5.   Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the terrorism was to release such materials.

# E N D O R S E M E N T

With respect to this exclusion, Paragraphs 1. and 2. describe the thresholds used to measure the magnitude of an incident of an "other act of terrorism" and the circumstances in which the threshold will apply for the purpose of determining whether this exclusion will apply to that incident.

B.  The following definitions are added:

1.  For the purposes of this endorsement, "any injury or damage" means any injury or damage covered under this policy or "underlying insurance" to which this endorsement is applicable, and includes but is not limited to any Loss, Claim or injury" as may be defined by this policy or "underlying insurance".

2.  "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

    a.  The act resulted in insured losses in excess of $ 5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act;

    b.  The act resulted in damage:

        i.  Within the United States (including its territories and possessions and Puerto Rico); or

        ii.  Outside of the United States in the case of:

            (a)  An air carrier (as defined in Section 40102 of title 49, United States Code) or United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States), regardless of where the loss occurs; or

            (b)  The premises of any United States mission; and

    c.  The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

3.  "Other act of terrorism" means a violent act or an act that is dangerous to human life, property or infrastructure that is committed by an individual or individuals and that appears to be part of an effort to coerce a civilian population or to influence the policy or affect the conduct of any government by coercion, and the act is not a "certified act of terrorism". Multiple incidents of an "other act of terrorism" which occur within a seventy-two hour period and appear to be carried out in concert or to have a related purpose or common leadership shall be considered to be one incident.

C.  In the event of an "other act of terrorism" that is not subject to this exclusion, coverage does not apply to any loss or damage that is otherwise excluded under this Policy.

# E N D O R S E M E N T

D.  If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $ 100 billion in a calendar year and we have met out insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $ 100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of Treasury.

E.  Additional Definition applicable to this endorsement:

1.  "Coverage territory" means anywhere in the world with the exception of any country or jurisdiction which is subject to trade or other economic sanctions or embargo by the United States of America.



_____

Authorized Representative

This endorsement does not change any other provision of the Policy. The title and any headings in this endorsement are solely for convenience and do not affect its meaning.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

# FLORIDA CHANGES -
# CANCELLATION AND NONRENEWAL

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

The following is added to the policy:

1.  The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2.  Cancellation Of Policies In Effect

    a.  For 90 Days Or Less

    If this policy has been in effect for 90 days or less, we may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation, accompanied by the reasons for cancellation, at least:

    (1)  10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

    (2)  45 days before the effective date of cancellation if we cancel for any other reason, except we may cancel immediately if there has been:

        (a)  A material misstatement or misrepresentation; or

        (b)  A failure to comply with the underwriting requirements established by the insurer.

    b.  For More Than 90 Days

    If this policy has been in effect for more than 90 days, we may cancel this policy only for one or more of the following reasons:

    (1)  Nonpayment of premium;

    (2)  The policy was obtained by a material misstatement;

    (3)  Failure to comply with underwriting requirements established by the insurer within 90 days of the effective date of coverage;

    (4)  A substantial change in the risk covered by the policy; or

    (5)  The cancellation is for all insureds under such policies for a given class of insureds. If we cancel this policy for any of these reasons, we will mail or deliver to the first Named Insured written notice of cancellation, accompanied by the reasons for cancellation, at least:

        (a) 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

        (b) 45 days before the effective date of cancellation if we cancel for any of the other reasons stated in Paragraph 2.b.

3   We will mail or deliver our notice to the first Named Insured at the last mailing address known to us.

4.  Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5.   If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will mail the refund within 15 working days after the date cancellation takes effect, unless this is an audit policy.

If this is an audit policy, then, subject to your full cooperation with us or our agent in securing the necessary data for audit, we will return any premium refund due within 90 days of the date cancellation takes effect. If our audit is not completed within this time limitation, then we shall accept your own audit, and any premium refund due shall be mailed within 10 working days of receipt of your audit.

The cancellation will be effective even if we have not made or offered a refund.

6   If notice is mailed, proof of mailing will be sufficient proof of notice.

7.   When We Do Not Renew
   a.   If we decide not to renew this policy we will mail or deliver to the first Named Insured written notice of nonrenewal, accompanied by the reason for nonrenewal, at least 45 days prior to the expiration of this policy.
   b.   Any notice of nonrenewal will be mailed or delivered to the first Named Insured at the last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

This endorsement does not change any other provision of the policy.

Includes copyrighted material of Insurance Services Office, Inc. with its permission

# LIMITATION OF COVERAGE TO DESIGNATED PREMISES OR PROJECT

**THIS ENDORSEMENT CHANGES THE POLICY, PLEASE READ IT CAREFULLY.**

### SCHEDULE

**Premises:**

**Project:**    87 Collins Avenue Condominium

8701 Collins Ave, Miami, FL

Ground up construction of 20 story concrete and steel condominium tower consisting of 68 units.

This insurance applies only to liability arising out of:

1.  The ownership, maintenance or use of the premises shown in the Schedule above and operations necessary or incidental to those premises; or

2.  The project shown in the Schedule above.

This endorsement does not change any other provision of the policy.

**This Endorsement Changes The Policy, Please Read it Carefully.**

# PRIMARY NON-CONTRIBUTORY ENDORSEMENT

Under **CONDITIONS**, the **Other Insurance** Condition is amended to include the following additional provision:

When required by written contract or agreement, the insurance provided by this policy is primary insurance and we will not seek contribution from any other insurance available to the person or organization covered as additional insured hereunder unless the other insurance is provided by a contractor, other than you, for the same operations and job location.

This endorsement does not change any other provision of the policy.

# PRODUCTS-COMPLETED OPERATIONS EXTENSION
# (AGGREGATE LIMITS ENDORSEMENT)

**THIS ENDORSEMENT CHANGES THE POLICY, PLEASE READ IT CAREFULLY.**

It is agreed that the insurance provided by this policy, as respects "products-completed operations hazard" shall continue in force from 03/01/2020 to 03/01/2030, or the applicable statute of repose, whichever is less, and shall only apply to the "products-completed operations hazard" as long as such coverage is also provided by the "underlying insurance" as listed in the Schedule of Underlying Policies, for the full limit shown therein, and then only for such hazards for which coverage is afforded under said "underlying insurance". This limit applies to the entire term showed above and is not reinstated annually.

However, should this policy be canceled for any reason prior to 03/01/2020, no "products-completed operations hazard" extension shall apply with respect to the insurance provided by such policy.

This endorsement does not change any other provision of the policy.

# ENDORSEMENT

**Named Insured**: John Moriarty & Associates of Florida, Inc.

Policy Number:   EXC30000449300

Endorsement
Effective Date:   September 01, 2017
12:01 AM Standard Time at the address of the **Named Insured** as shown in the Declarations.

Endorsement
Number:   N/A

## DISCLOSURE PURSUANT TO THE TERRORISM RISK INSURANCE ACT

**THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT. THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

It is agreed that:

**SCHEDULE:   Terrorism Premium (Certified Acts): $ 841**

**A. Disclosure of Premium**
In accordance with the federal Terrorism Risk Insurance Act, we are required to provide you with a notice disclosing the portion of your premium (shown in the Schedule above), if any, attributable to coverage for terrorist acts certified under the Terrorism Risk Insurance Act as amended and reauthorized. The portion of your premium attributable to such coverage is shown in the Schedule of this endorsement.

**B. Disclosure of Federal Participation in Payment of Terrorism Losses**
The United States government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals 85% in 2015 and decreases its share 1% each calendar year to a total of 80% in 2020 of that portion of the amount of such insured losses that exceeds the applicable insurer retention. However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year, the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

**C. Cap On Insurer Participation In Payment Of Terrorism Losses**
If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year) and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

# ENDORSEMENT

_____
Authorized Representative

This endorsement does not change any other provision of the Policy.  The title and any headings in this endorsement are solely for convenience and do not affect its meaning.

Notice includes copyrighted material of Insurance Services Office, Inc. with its permission.

# WAIVER OF SUBROGATION

**THIS ENDORSEMENT CHANGES THE POLICY, PLEASE READ IT CAREFULLY.**

We agree to waive our right of subrogation against any person or organization to whom or to which you are obligated, prior to any loss, by an "insured contract" to provide such a waiver, but only with respect to "your work", "your product" or facilities owned or used by you.

This endorsement does not change any other provision of the policy.

# EXCESS LIABILITY COVERAGE FOLLOW FORM
# (SHORT FORM)

Read the entire policy carefully to determine rights, duties and what is and is not covered. Throughout this policy the words "you" and "your" refer to the Named Insured. The words "we", "us" and "our" refer to the Company providing this insurance. The word "insured" means any person or organization qualifying as such in the "first underlying insurance" which is the controlling policy listed in Item 5 of the Declarations, unless designated otherwise in the Declarations. Other words and phrases that appear in quotation marks have special meaning and can be found in the **DEFINITIONS** Section or the specific policy provision where they appear.

In consideration of the payment of the premium and in reliance upon the statements in the Declarations, we agree with you to provide coverage as follows:

## INSURING AGREEMENTS

### I.   COVERAGE

We will pay on behalf of the insured the amount of "loss" covered by this insurance in excess of the "underlying limits of insurance" subject to the **LIMITS OF INSURANCE** Section. This policy will follow form to the terms, conditions, definitions, and exclusions of the "first underlying insurance" in effect the first day of the Policy Period, <u>except</u> to the extent that the terms, conditions, definitions, and exclusions of this policy differ from the "first underlying insurance." In no event shall this policy provide broader coverage than is provided by any policy in the "underlying insurance" shown in Item 5. of the Declarations, except if specifically provided otherwise by endorsement.

### II.   LIMITS OF INSURANCE

A.   The Each Occurrence limit stated in Item 4. of the Declarations is the most we will pay for all "loss" arising out of any one occurrence to which this policy applies.

B.   The aggregate limit shown in Item 4. of the Declarations is the most we will pay for all "loss" that is subject to an aggregate limit provided by the "first underlying insurance" and shall apply in the same manner as the aggregate limits provided by the "first underlying insurance".

C.   This policy applies only in excess of the "underlying limits of insurance" and only after the "underlying limits of insurance" have been exhausted.

### III.   DEFENSE

We will follow the Defense provisions of the "first underlying insurance".  In the event there are no Defense provisions contained in the "first underlying insurance", we will have the right, but not the duty to be associated with you or your underlying insurer or both in the investigation of any claim or defense of any suit which in our opinion may create liability to our policy for "loss." If we exercise such right, we will do so at our own expense, but we will have no such expense obligation or liability once the Limits of Insurance are exhausted.

### IV.   PREMIUM

If any additional premium charge is made to the "underlying insurance" during the Policy Period or if there is an increase in the risk assumed by us, our premium may be adjusted.

### V.   DEFINITIONS

A.   "Loss" means those sums actually paid in the settlement or satisfaction of a claim which you are legally obligated to pay as damages, including but not limited to "bodily injury" and "property damage", after making proper deductions for all recoveries and salvage.

B. "Underlying limits of insurance" means the sum of the limits of all applicable "underlying insurance" listed in Item 5. of the Declarations, including self-insured retentions (SIRs), deductibles or other forms of insurance or self-insurance applicable to a given claim or occurrence.

## VI. CONDITIONS

### A. Changes

This policy can only be changed by a written endorsement signed by one of our authorized representatives that becomes a part of this policy.

### B. First Named Insured Duties

The person or organization first named in Item 1. of the Declarations is responsible for the payment of all premiums. The first Named Insured will act on behalf of all other Named Insureds for the giving and receiving of notice of cancellation or the receipt of any return premium that become payable.

### C. Maintenance of "Underlying Insurance"

During the period of this policy, you agree to keep all "underlying insurance" in full force and effect and that the "underlying limits of insurance" will be maintained, except to the extent such limits may be reduced or exhausted by payment for "loss" covered by "underlying insurance." If you fail to comply with these requirements, we will only be liable to the same extent that we would have been had you fully complied with these requirements.

### D. Notice of Occurrence

You must see to it that we are notified as soon as practicable of an occurrence which may result in a claim or suit which may involve this policy. If a claim or suit against any insured is reasonably likely to involve this policy you must notify us in writing as soon as practicable.

If the "underlying limits of insurance" are exhausted solely by payment of "loss", no insured will, except at their own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our written consent.

### E. Other Insurance

If other insurance applies to a "loss" that is also covered by this policy, this policy will apply excess of the other insurance. However, this provision will not apply if the other insurance is specifically written to be excess of this policy. Other insurance includes any type of self-insurance or other mechanism by which an insured arranges for funding of legal liabilities.

### F. Conformity to Statute

Any terms of this policy which are in conflict with the terms of any applicable law or regulation governing this policy are hereby amended to conform to such laws and regulations.

### G. When "Loss" is Payable

Coverage under this policy will not apply unless and until the insured or the insured's "underlying insurance" is obligated to pay the full amount of the "underlying limits of insurance."

When the amount of "loss" has finally been determined, we will promptly pay on behalf of the insured the amount of "loss" falling within the terms of this policy.

If the insured has rights to recover all or part of any payment we have made under this policy, then those rights are transferred to us and the insured must do nothing to impair those rights. At our request the insured will bring suit or transfer those rights to us to enforce them.



## Endurance Assurance Corporation
## 750 3rd Avenue
## New York,  NY  10017

IN WITNESS WHEREOF, the Insurer has caused this Policy to be signed by its President and Senior Vice President and countersigned where required by law on the Declarations page by its duly authorized representative.

**Senior Vice President**                    **President**

# U. S. TREASURY DEPARTMENT'S OFFICE OF FOREIGN ASSETS CONTROL ("OFAC")
# NOTICE TO POLICYHOLDERS

No coverage is provided by this Policyholder Notice nor can it be construed to replace any provisions of your policy.  You should read your policy and review your Declarations page for complete information on the coverages you are provided.

This Notice provides information concerning possible impact on your insurance coverage due to directives issued by OFAC.  **Please read this Notice carefully.**

The Office of Foreign Assets Control (OFAC) administers and enforces sanctions policy, based on Presidential declarations of "national emergency".  OFAC has identified and listed numerous:

- Foreign agents;

- Front organizations;

- Terrorists;

- Terrorist organizations; and

- Narcotics traffickers;

as "Specially Designated Nationals and Blocked Persons".  This list can be located on the United States Treasury's website - http//www.treas.gov/ofac.

In accordance with OFAC regulations, if it is determined that you or any other insured, or any person or entity claiming the benefits of this insurance has violated U.S. sanctions law or is a Specially Designated National and Blocked Person, as identified by OFAC, this insurance will be considered a blocked or frozen contract and all provisions of this insurance are immediately subject to OFAC.  When an insurance policy is considered to be such a blocked or frozen contract, no payments nor premium refunds may be made without authorization from OFAC.  Other limitations on the premiums and payments also apply.

Endurance Assurance Corporation                                                                    PN 0001 0110

Copyright, Insurance Services, Inc., 2004

# GENERAL CHANGE ENDORSEMENT

| Named Insured: | John Moriarty & Associates of Florida, Inc. | | | |
|---|---|---|---|---|
| Policy No.: | EXC30000449300 | Endorsement Effective Date: | 03/01/2020 | |
| Issued By: | Endurance Assurance Corporation | | Endorsement No.: | 1 |

### AMENDMENT OF POLICY TERM

**THIS ENDORSEMENT CHANGES THIS POLICY, PLEASE READ IT CAREFULLY.**

It is understood and agreed that the following change has been made to the above captioned policy:

Effective March 01, 2020, the policy expiration date has been extended to April 01, 2020.

Additionally, the following forms have been amended per the attached:
EXL 0102 0606 Schedule of Underlying Policies
EXL 1347 1211Products-Completed Operations Extension Endorsement

This change results in an additional premium of $1,000.

Nothing herein contained shall vary, alter, waive, or extend any of the terms, representations, conditions or agreements of the policy other than as above stated.

_____
Authorized Representative

# SCHEDULE OF UNDERLYING POLICIES

| Carrier, Policy Number and Period | Type of Coverage | Limits of Insurance |
|---|---|---|
| Aspen Specialty Insurance Company<br>On File with Company<br>09/01/2017 - 04/01/2020 | Excess | $ 5,000,000 Each Occurrence<br>$ 5,000,000 Aggregate<br>Excess of Primary |
| | | |
| Navigators Specialty Insurance Company<br>On File with Company<br>09/01/2017 - 04/01/2020 | Excess | $ 10,000,000 Each Occurrence<br>$ 10,000,000 Aggregate<br>Excess of $ 5,000,000 |
| | | |
| Gemini Insurance Company<br>On File with Company<br>09/01/2017 - 04/01/2020 | Excess | $ 10,000,000 Each Occurrence<br>$ 10,000,000 Aggregate<br>Excess of $ 15,000,000 |
| | | |
| Starr Surplus Lines Insurance Company<br>On File with Company<br>09/01/2017 - 04/01/2020 | Excess | $ 25,000,000 Each Occurrence<br>$ 25,000,000 Aggregate<br>Excess of $ 25,000,000 |
| | | |
| Great American Assurance Co. (ACIS)<br>On File with Company<br>09/01/2017 - 04/01/2020 | Excess | $ 25,000,000 Each Occurrence<br>$ 25,000,000 Aggregate<br>Excess of $ 50,000,000 |
| | | |

# PRODUCTS-COMPLETED OPERATIONS EXTENSION (AGGREGATE LIMITS ENDORSEMENT)

**THIS ENDORSEMENT CHANGES THE POLICY, PLEASE READ IT CAREFULLY.**

It is agreed that the insurance provided by this policy, as respects "products-completed operations hazard" shall continue in force from 04/01/2020 to 04/01/2030, or the applicable statute of repose, whichever is less, and shall only apply to the "products-completed operations hazard" as long as such coverage is also provided by the "underlying insurance" as listed in the Schedule of Underlying Policies, for the full limit shown therein, and then only for such hazards for which coverage is afforded under said "underlying insurance". This limit applies to the entire term showed above and is not reinstated annually.

However, should this policy be canceled for any reason prior to 04/01/2020, no "products-completed operations hazard" extension shall apply with respect to the insurance provided by such policy.

This endorsement does not change any other provision of the policy.