# EXHIBIT 30

**Certification**

DANIEL CONWAY, being of full age, duly certifies as follows:

1.  I am the Chief Underwriting Officer of Starr Indemnity & Liability Company, a Texas Corporation.

2.  I certify that to the best of my knowledge, the attached Excess Liability Policy and the attached endorsements, are true, complete and accurate copies for the following insured:

|  |  |
|---|---|
| Named Insured: | John Moriarty & Associates, Inc.<br>3 Church Street<br>Winchester MA 01890 |
| Policy Number: | 1000586652201 |
| Policy Period: | 10/31/2020-10/31/2021 |
| Policy Type: | Excess Liability Policy |

DocuSigned by:

_____
D819F52D843E497...

Daniel Conway

Dated:   August     , 2021   10 August 2021
         New York, New York

Notarized Remotely

The State of New York
County of New York

Before me on this day personally appeared  Daniel Conway
, known to me to be the person whose name is
subscribed to the foregoing instrument, and
acknowledged to me that he executed the same for the
purposes and consideration therein expressed.

Given under my hand and seal of office this 10th day of August
, 2021


Lina Donskaya, Commissioner of Deeds



**Starr Indemnity & Liability Company**

Dallas, TX 1-866-519-2522

# POLICYHOLDER NOTICE
# COMMUNICABLE DISEASE EXCLUSION

This Notice does **NOT** form a part of your insurance contract. The Notice is designed to alert you to coverage changes when the exclusion for communicable disease is attached to this policy. If there is any conflict between this Notice and the policy (including its endorsements), the provisions of the policy (including its endorsements) apply. Please read your policy, and the endorsements attached to your policy, carefully.

This Notice contains a brief synopsis of the following endorsement:

- **XS - 395 (11-14) – Communicable Disease Exclusion**

  When the above referenced endorsement is attached to your policy, coverage is excluded for ultimate net loss arising out of the actual or alleged transmission of a communicable disease

Copyright © Starr Indemnity & Liability Company.  All rights reserved.
Includes copyrighted material of ISO Properties, Inc., used with its permission.

**Starr Indemnity & Liability Company**

---

### Starr Indemnity & Liability Company Excess Commercial Construction Impairment
### Liability Program
### Claim Reporting Guidelines

---

**Please Send All Excess Commercial Construction Impairment Loss Notices To:**

**Sedgwick**
**PO Box 14155**
**Lexington, KY 40512-4155**

**Claims E-mail:**   StarrNewLoss@sedgwick.com
**Claims Fax:**      833-784-2350
**After hours emergency call service:**
                     877-869-0226

Our preferred method of reporting is by email but Loss Notices may be submitted via certified mail or faxed. If immediate attention is needed, e-mailing or faxing the Loss Notice and/or Claim or Litigation information is strongly recommended. If you have a claim related question and need to contact Sedgwick by telephone, please do so at 877-869-0226.

**Consult Your Policy For Loss Reporting Requirements**

Your policy states when to report a loss and details the information to be submitted with a First Notice of Loss. This is often found in the General Conditions section, although it may be changed by an endorsement. Additionally, the following information/documentation will always be helpful in assisting us with our evaluation.

- Citing Starr Indemnity & Liability Company policy, or claim number, in all correspondence.
- Providing a copy of any suit, demand for arbitration or mediation, a governmental agency notice, claim letter or any similar notice.
- Sending a copy of any internal reports related to the loss.
- Forwarding copies of status reports prepared by your defense counsel and/or your claim handler, if the case has been pending for a period of time.

Our claim's administrator will always acknowledge each First Notice of Loss, initiate contact to open lines of communication, and will request any additional information that may be needed. Our formal claims acknowledgment will identify the person responsible for handling your reported Claim, and their specific contact information.

If you have questions or would like to discuss a specific loss with one of our Claims Team members, please feel free to contact us. Thank you.

# EXCESS LIABILITY DECLARATIONS

## Starr Indemnity & Liability Company
### Dallas, Texas
**Administrative Office: 399 Park Avenue 8th Floor New York, NY 10022**

**POLICY NUMBER:** 1000586652201      **RENEWAL OF:** New

**PRODUCER NAME:** AmWINS Brokerage of New York
**ADDRESS:** Wall Street Plaza  88 Pine St. 6th Floor
New York  NY  10005

**ITEM 1.**    **NAMED INSURED:**   John Moriarty & Associates, Inc.
           **ADDRESS:**         3 Church St
                              Winchester  MA  01890

**ITEM 2:**   **POLICY PERIOD:  FROM**         October 31, 2020     **TO**      October 31, 2021
           12:01 A.M. STANDARD TIME AT THE ADDRESS OF THE NAMED INSURED SHOWN ABOVE.

**ITEM 3.**     **COVERAGE:**   Commercial Excess Liability

**ITEM 4.**    **LIMITS OF INSURANCE:**
           The Limits of Insurance, subject to all the terms of this Policy, are:
           **A.**   $         25,000,000   Each Occurrence
           **B.**   $         25,000,000   Other Aggregate(s), Where Applicable
           **C.**   $         25,000,000   Products-Completed Operations Aggregate

**ITEM 5.**     **"UNDERLYING INSURANCE"**

           **A.**   <u>First Underlying Insurance Policy(ies)</u>
                <u>Insurer</u>                             <u>Policy No.</u>         <u>Policy Period</u>
                See attached Schedule of Underlying
                Insurance

           **B.**   <u>Additional Underlying Insurance Policy(ies)</u>
                <u>Insurer</u>                             <u>Policy No.</u>         <u>Policy Period</u>
                See attached Schedule of Underlying
                Insurance

Copyright © C. V. Starr & Company and Starr Indemnity & Liability Company.  All rights reserved.
Includes copyrighted material of ISO Properties, Inc., used with its permission.

**ITEM 6.     POLICY PREMIUM:**

| <u>Advanced Premium</u> | <u>Minimum Premium</u> | <u>Minimum Earned Premium</u> |
|---|---|---|
| redacted | | |

| <u>Estimated Exposure</u> | <u>Rate Per</u> | <u>Audit Period</u> |
|---|---|---|
| N/A | N/A | N/A |

**ITEM 7.     NOTICES**

In the event of an accident, occurrence, wrongful act, claim or suit, that is reasonably likely to involve this Policy, send all pertinent facts to:

**Sedgwick**
PO Box 14155
Lexington  KY  40512-4155
StarrNewLoss@sedgwick.com
Fax: 833-784-2350
Phone : 877-869-0226
**After hours emergency call service:**
877-869-0226

**ITEM 8.     ENDORSEMENTS ATTACHED:**

| Title | Form Number |
|---|---|
| Claim Reporting Guidelines | CLAIMS RPT (00/00) |
| Excess Liability Declarations | XS 101 D (10/08) |
| Disclosure Pursuant to Terrorism Risk Insurance Act | SIIL-0001 (0115) |
| U.S. Treasury Department's Office Of Foreign Assets Control (OFAC) Advisory Notice To Policyholders | IL P 001 01 04 |
| Excess Liability Policy Schedule Of Underlying Insurance | XS 102 (10/08) |
| Excess Liability Policy Form | XS 100 (10/08) |
| Anti-Stacking Endorsement | XS 107 (04/11) |
| Defense Condition Amendment | XS 143 (10/08) |
| Waiver Of Transfer Of Rights Of Recovery Against Others To Us | XS 233 (10/08) |
| Auto Coverage - Exclusion Of Terrorism | XS 341 (10/08) |
| Cap On Losses From Certified Acts Of Terrorism | XS 342 (01/15) |
| Certified Acts Of Terrorism Coverage Excess Of Retained Amount With Cap On Losses | XS 343 (01/15) |
| Other Insurance-Primary and Noncontributory for Additional Insured Amendatory Endorsement | XS 373 (0219) |
| Issuance of Excess Liability Policy Prior To Receipt of First Underlying Insurance Policy(ies) Amendatory Endorsement | XS 374 (0219) |
| Communicable Disease Exclusion | XS 395 (11/14) |
| Cannabis Exclusion | XS-416 (0120) |

The foregoing discloses all hazards insured hereunder known to exist at the inception date of this Policy, unless otherwise stated herein by endorsement on this Policy.

Copyright © C. V. Starr & Company and Starr Indemnity & Liability Company.  All rights reserved.
Includes copyrighted material of ISO Properties, Inc., used with its permission.

COUNTERSIGNED _____November 05, 2020_____ BY _____

DATE                                                    AUTHORIZED REPRESENTATIVE

Copyright © C. V. Starr & Company and Starr Indemnity & Liability Company.  All rights reserved.
Includes copyrighted material of ISO Properties, Inc., used with its permission.

**Starr Indemnity & Liability Company**

INTERLINE
SIIL-0001 (0115)

**THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT.  THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

# DISCLOSURE PURSUANT TO
# TERRORISM RISK INSURANCE ACT

[x] This policy **includes** coverage for Certified Acts of Terrorism.   Please refer to the applicable charge(s) below.

[ ] This policy **excludes** coverage for Certified Acts of Terrorism.

### Note:  Applicable to Commercial Property and Commercial Inland Marine

Standard fire policy states mandate coverage for ensuing fire losses.  If this policy is issued in a standard fire policy state, coverage for fire losses resulting from an act of terrorism is provided for Commercial Property and in some states for Commercial Inland Marine. The additional premium for such fire coverage is mandatory in these states and is shown below.

### SCHEDULE

| This Policy Consists Of The Following Charges For Certified Acts of Terrorism | PREMIUM |
|---|---|
| Terrorism (Fire Following) – Commercial Property | $  redacted |
| Terrorism (Fire Following) – Commercial Inland Marine | $ |
| Terrorism (Other than Fire Following) | $ |
| **TOTAL TERRORISM PREMIUM (CERTIFIED ACTS):** | $ |

**This premium is the total Certified Acts premium attributable to the following Coverage Part(s), Coverage Form(s) and/or Policy(ies):**
Excess Liability Policy

**Additional information, if any, concerning the terrorism premium:**

**NOTE:  The premium above is for certain losses resulting from certified acts of terrorism as covered pursuant to coverage provisions, limitations and exclusions in this policy.  You should read the definition in your policy carefully, but generally speaking, "certified" acts of terrorism are acts that exceed $5 million in aggregate losses to the insurance industry and which are subsequently declared by the U.S. Secretary of the Treasury as a certified terrorist act under the Terrorism Risk Insurance Act.  Some losses resulting from certified acts of terrorism are not covered.  Read your policy and endorsements carefully.**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**Starr Indemnity & Liability Company**

INTERLINE
SIIL-0001 (0115)

**A. Disclosure of Premium**

In accordance with the federal Terrorism Risk Insurance Act, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to coverage for terrorist acts certified under the Terrorism Risk Insurance Act. The portion of your premium attributable to such coverage is shown in the Schedule of this endorsement or in the policy Declarations.

**B. Disclosure of Federal Participation In Payment Of Terrorism Losses**

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals a percentage of that portion of the amount of such insured losses that exceeds the applicable insurer deductible. That percentage is 85% through 2015; 84% beginning on January 1, 2016; 83% beginning on January 1, 2017; 82% beginning on January 1, 2018; 81% beginning on January 1, 2019 and 80% beginning on January 1, 2020, However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year, the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

**C. Cap On Insurer Participation In Payment Of Terrorism Losses**

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portions of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

IL P 001 01 04

# U.S. TREASURY DEPARTMENT'S OFFICE OF FOREIGN ASSETS CONTROL ("OFAC")
# ADVISORY NOTICE TO POLICYHOLDERS

No coverage is provided by this Policyholder Notice nor can it be construed to replace any provisions of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided.

This Notice provides information concerning possible impact on your insurance coverage due to directives issued by OFAC. **Please read this Notice carefully.**

The Office of Foreign Assets Control (OFAC) administers and enforces sanctions policy, based on Presidential declarations of "national emergency". OFAC has identified and listed numerous:

- Foreign agents;
- Front organizations;
- Terrorists;
- Terrorist organizations; and
- Narcotics traffickers;

as "Specially Designated Nationals and Blocked Persons". This list can be located on the United States Treasury's web site – http//www.treas.gov/ofac.

In accordance with OFAC regulations, if it is determined that you or any other insured, or any person or entity claiming the benefits of this insurance has violated U.S. sanctions law or is a Specially Designated National and Blocked Person, as identified by OFAC, this insurance will be considered a blocked or frozen contract and all provisions of this insurance are immediately subject to OFAC. When an insurance policy is considered to be such a blocked or frozen contract, no payments nor premium refunds may be made without authorization from OFAC. Other limitations on the premiums and payments also apply.

© ISO Properties, Inc., 2004



**Starr Indemnity & Liability Company**

Dallas, TX 1-866-519-2522

# Excess Liability Policy
## Schedule of Underlying Insurance

| Policy Number: | 1000586652201 | Effective Date: | October 31, 2020 |
|---|---|---|---|
| Named Insured: | John Moriarty & Associates, Inc. | Issuing Company: | **Starr Indemnity & Liability Company** |

The Declarations, Schedule(s), and all terms and conditions complete this insurance Policy.

**Type of Policy or Coverage**
**and**
**Insurer, Policy Number and Policy**                          **Limits of Insurance**

**A.    First Underlying Insurance Policy(ies)**

Coverage:   General Liability
Carrier:   Arch Insurance Co.
Policy No.:   11PKG8931805
Policy Period:   10/31/2020 - 10/31/2021

$2,000,000  Each Occurrence Limit
$4,000,000  Other Aggregate Limit
$4,000,000  Products-Completed Operations
            Aggregate Limit

Coverage:   Automobile Liability
Carrier:   Arch Insurance Co.
Policy No.:   11PKG8931805, 11CAB8931905
Policy Period:   10/31/2020 - 10/31/2021

$1,000,000  Combined Single Limit

Coverage:   Employers Liability
Carrier:   Arch Insurance Co.
Policy No.:   11WCI8931705
Policy Period:   10/31/2020 - 10/31/2021

$1,000,000  Each Accident
$1,000,000  Disease - Each Employee Limit
$1,000,000  Disease - Policy Limit

Coverage:   Excess Liability
Carrier:   XL Insurance America Inc.
Policy No.:   US00068515LI20A
Policy Period:   10/31/2020 - 10/31/2021

$10,000,000  Each Occurrence Limit
$10,000,000  Other Aggregate Limit
$10,000,000  Products-Completed Operations
             Aggregate Limit

Coverage:   Excess Liability
Carrier:   Zurich American Insurance Co.
Policy No.:   AEC 9826955-09
Policy Period:   10/31/2020 - 10/31/2021

$25,000,000  Each Occurrence Limit
$25,000,000  Other Aggregate Limit
$25,000,000  Products-Completed Operations
             Aggregate Limit

**B.    Additional Underlying Insurance Policy(ies)**

XS 102 (10/08)                                                                                        Page 1 of 2

Copyright © C. V. Starr & Company and Starr Indemnity & Liability Company.  All rights reserved.
Includes copyrighted material of ISO Properties, Inc., used with its permission.



**Starr Indemnity & Liability Company**

Dallas, TX 1-866-519-2522

**Date of Issue:**   November 05, 2020       **Authorized Representative:**

XS 102 (10/08)                                                                                           Page 2 of 2

Copyright © C. V. Starr & Company and Starr Indemnity & Liability Company.  All rights reserved.
Includes copyrighted material of ISO Properties, Inc., used with its permission.



**Starr Indemnity & Liability Company**

Dallas, TX 1-866-519-2522

# Starr Indemnity & Liability Company
## Dallas, Texas
### Administrative Office: 399 Park Avenue 8th Floor New York, NY 10022

**Excess Liability Policy**

| | |
|---|---|
| **Named Insured:** | John Moriarty & Associates, Inc. |
| **Policy Number:** | 1000586652201 |
| **Effective Date:** | October 31, 2020 at 12:01 A.M. |

This Policy is a legal contract between the Named Insured and Starr Indemnity & Liability Company (herein referenced as "the Company"). The Company agrees to provide insurance to the Named Insured, in exchange for the payment of the required premium. Coverage is subject to the terms and conditions described in this Policy.

This Policy and the coverage provided by it become effective at 12:01 A.M. at the address of the Named Insured on the Policy Effective Date shown above. It continues in effect in accordance with the provisions set forth in this Policy.

This Policy is governed by the laws of the state where it was delivered.

All other terms and conditions of this Policy remain unchanged.

Signed for the Company as of the Effective Date above:

_____
**Steve Blakey, President**

_____
**Nehemiah E. Ginsburg, General Counsel**

Copyright © C. V. Starr & Company and Starr Indemnity & Liability Company.  All rights reserved.
Includes copyrighted material of ISO Properties, Inc., used with its permission.



## Starr Indemnity & Liability Company

Dallas, TX 1-866-519-2522

## TABLE OF CONTENTS

**Title**                                            **Page**

**SECTION I. COVERAGE**…...……………………………………………..[3]

**SECTION II. LIMITS OF  INSURANCE**…………………………………………..[3]

**SECTION III. DEFINITIONS**…………………………………………………...[4]

**SECTION IV. CONDITIONS**…………………………………………………[5]

**SECTION V. EXCLUSIONS**………………………………..………………...……… .[8]

Copyright © C. V. Starr & Company and Starr Indemnity & Liability Company.  All rights reserved.
Includes copyrighted material of ISO Properties, Inc., used with its permission.

**Starr Indemnity & Liability Company**

Dallas, TX 1-866-519-2522

# EXCESS LIABILITY POLICY FORM

Various provisions in this Policy restrict coverage.  Read the entire Policy carefully to determine rights, duties and what is and is not covered.

Throughout this Policy, the words you and your refer to the Named Insured as shown in **ITEM 1.** of the Declarations. The words we, us and our refer to the Company shown in the Declaration providing this insurance.

The word Insured means the Named Insured and any person or organization qualifying as an Insured in the First Underlying Insurance Policy(ies), but only to the extent to which such person(s) or organization(s) qualify as an Insured in the First Underlying Insurance Policy(ies) at the inception date of this Policy. Newly acquired or formed organizations must comply with **SECTION IV. CONDITIONS, D. Changes** in order to qualify for coverage.

Words and phrases that appear in quotation marks have special meaning. Refer to **SECTION III. DEFINITIONS**, or to the specific section, of this Policy where such words appear.

## SECTION I. COVERAGE

**A.**  We will pay on behalf of the Insured, the "Ultimate Net Loss" in excess of the "Underlying Insurance" as shown in **ITEM 5.** of the Declarations, that the Insured becomes legally obligated to pay for loss or damage to which this insurance applies and that takes place in the Coverage Territory. Except for the terms, definitions, conditions and exclusions of this Policy, the coverage provided by this Policy shall follow the terms, definitions, conditions and exclusions of the applicable First Underlying Insurance Policy(ies) shown in **ITEM 5.A.** of the Declarations.

**B.**  Regardless of any other warranties, terms, conditions, exclusions or limitations of this Policy, if any applicable Underlying Insurance Policy(ies) does not cover "Ultimate Net Loss" for reasons other than exhaustion of its limit of liability by payment of claims or suits, then this Policy will not cover such "Ultimate Net Loss".

**C.**  The amount we will pay for the "Ultimate Net Loss" is limited as described in **SECTION II. LIMITS OF INSURANCE.**

## SECTION II. LIMITS OF INSURANCE

**A.**  The Limits of Insurance shown in the Declarations and the rules below describe the most we will pay regardless of the number of:

    **1.**    Insureds;
    **2.**    Claims made or suits brought; or
    **3.**    Persons or organizations making claims or bringing suits.

**B.**  The Limits of Insurance of this Policy will apply as follows:

    **1.**    This Policy applies only in excess of the "Underlying Insurance" scheduled in **ITEM 5.** of the Declarations.

    **3.**    If our Limits of Insurance stated in **ITEM 4.** of the Declarations are less than the total Limits of Insurance stated in **ITEM 4.** of the Declarations, then our Limits of Insurance shall be that proportion of the "Ultimate Net Loss" to which our Limits of Insurance apply to the total Limits of Insurance stated in

Copyright © C. V. Starr & Company and Starr Indemnity & Liability Company.  All rights reserved.
Includes copyrighted material of ISO Properties, Inc., used with its permission.

# Starr Indemnity & Liability Company

Dallas, TX 1-866-519-2522

**ITEM 4.** of the Declarations and apply only in excess of the total Limits of "Underlying Insurance" scheduled in **ITEM 5.** of the Declarations.

4. Subject to Paragraph **B.2.** above, the Each Occurrence limit stated in **ITEM 4.A.** of the Declarations is the most we will pay for the "Ultimate Net Loss" for loss or damages arising out of any one occurrence to which this insurance applies.

5. Subject to Paragraphs **B.2.** and **B.3.** above, the limit stated in **Item 4.C.** of the Declarations for the Products-Completed Operations Aggregate is the most we will pay for all "Ultimate Net Loss" under the products-completed operations hazard**.**

6. Subject to Paragraphs **B.2.** and **B.3.** above, the Other Aggregate Limit stated in Item **4.B.** of the Declarations is the most we will pay for all "Ultimate Net Loss" except "Ultimate Net Loss" covered under the products-completed operations hazard, that is subject to an aggregate limit provided by the First Underlying Insurance Policy(ies). The Other Aggregate Limit stated in **ITEM 4.B.** applies separately and in the same manner as the aggregate limits provided by the First Underlying Insurance Policy(ies)**.**

7. Subject to Paragraphs **B.2., B.3., B.4.** and **B.5**. above, if the total applicable Limits of Insurance of "Underlying Insurance" scheduled in **ITEM 5.** of the Declarations are:

   a. Exhausted by payment of "Ultimate Net Loss" arising solely out of a claim first made, or occurrence(s) which first took place, during the Policy Period shown in the Declarations and would be covered under the provisions of this Policy, this insurance applies in excess of such exhausted limit(s); or

   b. Reduced or exhausted by payment of "Ultimate Net Loss" arising out of a claim which was not first made during the Policy Period shown in the Declarations, or occurrence(s) which took place before or after the Policy Period shown in the Declarations or would not be covered under the provisions of this Policy, this insurance applies as if such payments had not been made.

7. The Limits of Insurance shown in **ITEM 4**. of the Declarations apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the Policy Period shown in the Declarations, unless the Policy Period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the preceding period for purposes of determining the Limits of Insurance.

## SECTION III. DEFINITIONS

A. "Ultimate Net Loss"

"Ultimate Net Loss" means the total sum, after reduction for all recoveries including other valid and collectible insurance, excepting only the "Underlying Insurance" scheduled under **ITEM 5.** of the Declarations, actually paid or payable due to a claim or suit for which you or an Insured are liable either by a settlement to which we agreed or a final judgment.

The term "Ultimate Net Loss" shall also include defense costs when such defense costs are included within the limits of insurance of any applicable "Underlying Insurance".

B. "Underlying Insurance"

"Underlying Insurance" means the Policy(ies) and/or self-insured retention identified in **ITEM 5.** of the Declarations. "Underlying Insurance" shall include:

Copyright © C. V. Starr & Company and Starr Indemnity & Liability Company.  All rights reserved.
Includes copyrighted material of ISO Properties, Inc., used with its permission.

# Starr Indemnity & Liability Company

Dallas, TX 1-866-519-2522

1. The First Underlying Insurance Policy(ies) scheduled in **ITEM 5.A.** of the Declarations;

2. Any Additional Underlying Insurance Policy(ies) scheduled in **ITEM 5.B.** of the Declarations; and

3. Any renewal or replacement of such Policy(ies).

## SECTION IV. CONDITIONS

### A.   Appeals

If the Insured or underlying insurer elects not to appeal a judgment or award in excess of the limits of the "Underlying Insurance," we may do so at our expense. We will not be liable for any judgment or award that exceeds the Limits of Insurance stated in **ITEM 4**. of the Declarations.

### B.   Bankruptcy or Insolvency

Your or an Insured's bankruptcy, insolvency or inability to pay will not relieve us from our obligations under this Policy.

In the event of bankruptcy, insolvency or refusal or inability to pay, of any underlying insurer or insurer providing other insurance, the insurance afforded by this Policy will not drop down or replace such "Underlying Insurance" or other insurance, but will apply as if all limits of any "Underlying Insurance" or other insurance are fully available and collectible.

### C.   Cancellation

1. You may cancel this Policy.  You must mail or deliver advance written notice to us stating when the cancellation is to take effect.

2. We may cancel this Policy.  If we cancel because of non-payment of premium, we must mail or deliver to you not less than ten (10) days advance written notice stating when the cancellation is to take effect. If we cancel for any other reason, we must mail or deliver to you not less than thirty (30) days advance written notice stating when the cancellation is to take effect.  Mailing that notice to you at your mailing address shown in **ITEM 1**. of the Declarations will be sufficient to prove notice.

3. The Policy Period will end on the day and hour stated in the cancellation notice.

4. If we cancel, earned premium will be calculated pro rata based on the time this Policy was in force.

5. If you cancel, earned premium will be more than a pro rata of the Advanced Premium as shown on **ITEM 6.** of the Declarations; it will be based on the time this Policy was in force and increased by the applicable short rate cancellation table and procedure.

6. Premium adjustment may be made at the time of cancellation or as soon as practicable thereafter but the cancellation will be effective even if we have not made or offered any refund due you.  Our check or our representative's check, mailed or delivered, shall be sufficient tender of any refund due you.

7. The first Named Insured in **ITEM 1**. of the Declarations shall act on behalf of all other Insured(s) with respect to the giving and receiving of notice of cancellation and the receipt of any refund that may become payable under this Policy.

8. Any of these provisions that conflict with a law that controls the cancellation of the insurance in this Policy is changed by this statement to comply with that law.

### D.   Changes

Copyright © C. V. Starr & Company and Starr Indemnity & Liability Company.  All rights reserved.
Includes copyrighted material of ISO Properties, Inc., used with its permission.

**Starr Indemnity & Liability Company**

Dallas, TX 1-866-519-2522

You must promptly notify us of any newly acquired or formed organizations, or coverage or limit changes made after the inception date of this Policy to the First Underlying Insurance Policy(ies) as scheduled in **ITEM 5.A.** of the Declarations.

Coverage under this Policy will apply to newly acquired or formed organizations only if we endorse the organization as an Insured onto this Policy. Any newly acquired or formed organizations endorsed onto this Policy may be subject to an additional premium and to a premium audit.

### E.    Coverage Territory

Any claim or suit for loss or damage occurring within the Coverage Territory must be brought within the United States of America.

Coverage Territory shall be deemed to be anywhere in the world with the exception of any country or jurisdiction which is subject to trade or other economic sanction or embargo by the United States of America.

Payments under this Policy shall only be made in full compliance with all United States of America economic or trade sanction laws or regulations, including, but not limited to, sanctions, laws and regulations administered and enforced by the U.S. Treasury Department's Office of Foreign Assets Control ("OFAC").

### F.    Defense

We have no duty to defend any claim or suit and will not be obligated to assume charge of the investigation, settlement or defense of any claim, suit or proceeding instituted against you or any Insured for loss or damages to which this insurance may apply.  We will have the right and opportunity to participate or associate in the investigation, settlement or defense of any claim, suit or proceeding against you or an Insured for loss or damage to which this insurance may apply. If we exercise such right, which is at our sole discretion, we will do so at our own expense.

### G.    Maintenance of "Underlying Insurance"

You agree to maintain all "Underlying Insurance" in full force and effect during our Policy Period stated in **ITEM 2.** of the Declarations, except for the reduction of the aggregate limits of the "Underlying Insurance" due to payment of claim(s) or suit(s) for loss or damage to which this insurance may apply. If you fail to comply with this condition precedent, then the insurance provided by this Policy shall only apply as though such "Underlying Insurance" had been in full force and effect by you.

### H.    Notification of Accidents or Occurrences

**1.**  You or an Insured must see to it that we are notified as soon as practicable of an accident, occurrence or wrongful act which is reasonably likely to result in a claim or suit to which this insurance may apply.

To the extent possible, notice will include:

**a.**  How, when and where the accident, occurrence or wrongful act took place;

**b.**  The names and addresses of any injured persons and witnesses;

**c.**  The nature and location of any loss, injury or damage arising out of the accident, occurrence or wrongful act.

Copyright © C. V. Starr & Company and Starr Indemnity & Liability Company.  All rights reserved.
Includes copyrighted material of ISO Properties, Inc., used with its permission.

# Starr Indemnity & Liability Company

Dallas, TX 1-866-519-2522

**2.** If a claim is made or a suit is brought against an Insured that is reasonably likely to involve this Policy, you or an Insured must notify us in writing as soon as practicable.

**3.** You and an Insured must:

**a.** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or suit;.

**b.** Authorize us to obtain records and other information;

**c.** Cooperate with us in the investigation, settlement or defense of the claim or suit; and

**d.** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the Insured because of loss or damage to which this insurance may also apply.

**4.** No Insured will, except at their own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

## I.  Other Insurance

If other insurance applies to "Ultimate Net Loss" that is also covered by this Policy, this Policy will apply excess of, and will not contribute to, the other insurance. Nothing herein will be construed to make this Policy subject to the terms, conditions and limitations of such other insurance. However, other insurance does not include:

**1.** "Underlying Insurance";

**2.** Insurance that is specifically written as excess over this Policy; or

**3.** Insurance held by a person(s) or organization(s) qualifying as an additional insured in "Underlying Insurance"**,** but only when the written contract or agreement between you and the additional insured requires a specific limit of insurance that is in excess of the Underlying Limits of Insurance. However, the Limits of Insurance afforded the additional insured in this paragraph shall be the lesser of the following:

**a.** The minimum limits of insurance required in the contract or agreement between you and the additional insured; or

**b.** The Limits of Insurance shown in the Declarations of this Policy.

Other insurance includes any type of self-insurance or other mechanism by which an Insured arranges for the funding of legal liabilities.

## J.  Premium

The first Named Insured shown in **ITEM 1.** of the Declarations shall be responsible for payment of all premiums when due.

The Advanced Premium shown in **ITEM 6.** of the Declarations is a flat premium for this Policy Period, unless Estimated Exposure, Rate Per and Audit Period are completed on the Declarations. In that case a Premium Audit Endorsement will be attached to the Policy.

Earned Premium in a Policy Period shall be subject to the Minimum Premium and the Minimum Earned Premium as stated in the Declarations, if applicable.

Copyright © C. V. Starr & Company and Starr Indemnity & Liability Company.  All rights reserved.
Includes copyrighted material of ISO Properties, Inc., used with its permission.

**Starr Indemnity & Liability Company**

Dallas, TX 1-866-519-2522

**K.     Transfer of Rights of Recovery Against Others to Us**

If the Insured has rights to recover all or part of any payment we have made under this Policy, those rights are transferred to us. The Insured must do nothing after loss to impair them. At our request, the Insured will bring suit or transfer those rights to us and help us enforce them. Reimbursement of recovery(ies), minus expenses incurred by us in the process of recovery, will be first made to any interest (including the Insured) who has paid any amounts in excess of the limits of this Policy; then next to us; and then finally to all other interests (including the Insured and the underlying insurer) with respect to the remaining amounts, if any.

**L.     Unintentional Errors or Omissions**

Your failure to disclose all hazards existing as of the inception date of this Policy shall not prejudice you with respect to the coverage afforded by this Policy provided such failure or any omission is not intentional.

**M.     When "Ultimate Net Loss" is Payable**

Coverage under this Policy will not apply unless and until the Insured or the Insured's "Underlying Insurance" has paid or is obligated to pay the full amount of the limits of the "Underlying Insurance" scheduled in **ITEM 5.** of the Declarations.  If other insurance applies, coverage under this Policy will not apply until the other insurance has paid or is obligated to pay the full amount of its limit of insurance.

When the "Ultimate Net Loss" is determined, we will pay on behalf of the Insured the amount of "Ultimate Net Loss" to which this insurance applies.

**SECTION V. EXCLUSIONS**

This insurance shall not apply to:

**A.     Asbestos**

   **1.**     "Ultimate Net Loss" arising out of the manufacture of, mining of, use of, sale of, installation of, removal of, distribution of or exposure to asbestos, asbestos products, asbestos fibers or asbestos dust;

   **2.**     Any obligation of the Insured to indemnify any party because of damages arising out of such "Ultimate Net Loss" as a result of the manufacture of, mining of, use of, sale of, installation of, removal of, distribution of or exposure to asbestos, asbestos products, asbestos fibers or asbestos dust; or

   **3.**     Any obligation to defend any suit or claim against the Insured seeking damages, if such suit or claim arises from "Ultimate Net Loss" as a result of the manufacture of, mining of, use of, sales of, installation of, removal of, distribution of or exposure to asbestos, asbestos products, asbestos fibers or asbestos dust.

**B.     Auto Coverages**

"Ultimate Net Loss" arising out of or resulting from any first party physical damage coverage; no-fault law; personal injury protection or auto medical payments coverage; or uninsured or underinsured motorist law.

**C.     Nuclear**

"Ultimate Net Loss":

Copyright © C. V. Starr & Company and Starr Indemnity & Liability Company.  All rights reserved.
Includes copyrighted material of ISO Properties, Inc., used with its permission.

# Starr Indemnity & Liability Company

Dallas, TX 1-866-519-2522

1.  **a.** With respect to which the Insured is also an Insured under a nuclear energy liability policy issued by Nuclear Energy Liability-Property Insurance Assoc., Mutual Atomic Energy Liability Underwriters or Nuclear Insurance Association of Canada, or would be an Insured under any such policy but for its termination upon exhaustion of its limit of liability; or

   **b.** Resulting from the "hazardous properties" of "Nuclear Material" and with respect to which **(1)** any person or any organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(2)** the Insured is, or had this Policy not been available would be, entitled to indemnity from the United States of America or any agency thereof, under any agreement entered into by the United States of America or any agency thereof, with any person or organization.

2.  "Ultimate Net Loss"" resulting from the hazardous properties of "Nuclear Material", if:

   **a.** The "Nuclear Material" **(1)** is at any "nuclear facility" owned by the Insured or operated by the Insured or on the Insured's behalf, or **(2)** has been discharged or dispensed therefrom;

   **b.** The "Nuclear Material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of by the Insured or on the Insured's behalf; or

   **c.** The "Ultimate Net Loss" arises out of the furnishing by the Insured of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "Nuclear Facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion c. applies only to property damage to such "Nuclear Facility" and any property thereat.

3.  As used in this exclusion:

   **a.** "Hazardous Properties" includes radioactive, toxic or explosive properties;

   **b.** "Nuclear Material" means "Source Material", "Special Nuclear Material" or "By-Product Material;"

   **c.** "Source Material", "Special Nuclear Material" and "By-product Material" have the meanings given them in the Atomic Energy Act of 1954 or any law amendatory thereof;

   **d.** "Spent Fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a nuclear reactor;

   **e.** "Waste" means any waste material **(1)** containing "By-Product Material" and **(2)** resulting from the operation by any person or organization of a "Nuclear Facility" included within the definition of "Nuclear Facility" below;

   **f.** "Nuclear Facility" means:

      **(1)** Any nuclear reactor;

      **(2)** Any equipment or device designed or used for **(i)** separating the isotopes of uranium or plutonium, **(ii)** processing or utilizing "Spent Fuel", or **(iii)** handling, processing or packaging wastes;

      **(3)** Any equipment or device used for the processing, fabricating, or alloying of "Special Nuclear Material" if at any time the total amount of such material in the Insured's custody at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

Copyright © C. V. Starr & Company and Starr Indemnity & Liability Company.  All rights reserved.
Includes copyrighted material of ISO Properties, Inc., used with its permission.

**Starr Indemnity & Liability Company**

Dallas, TX 1-866-519-2522

(4)   Any structure, basin, excavation, premises or place prepared or used for storage or disposal of waste, and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

**g.** "Nuclear Reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

**h.** "Ultimate Net Loss" includes all forms of radioactive contamination of property.

**D.     Pollution**

**1.**   "Ultimate Net Loss" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants at any time.

**2.**   Loss, cost or expense arising out of any:

**a.**   Request, demand, order or statutory or regulatory requirement that any Insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of pollutants; or

**b.**   Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of pollutants.

This exclusion does not apply if valid "Underlying Insurance" for the pollution liability risks described above exists or would have existed but for the exhaustion of the applicable limits of the Underlying Insurance. Coverage provided under this Policy will follow the terms, definitions, conditions, exclusions and limitations of the First Underlying Insurance Policy(ies).

**E.     Workers Compensation and Similar Laws**

"Ultimate Net Loss" for any obligation of the Insured under any worker's compensation, disability benefits or unemployment compensation law or any similar law.

Copyright © C. V. Starr & Company and Starr Indemnity & Liability Company.  All rights reserved.
Includes copyrighted material of ISO Properties, Inc., used with its permission.



**Starr Indemnity & Liability Company**

Dallas, TX 1-866-519-2522

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## Anti-Stacking Endorsement

**Policy Number:** 1000586652201          **Effective Date:** October 31, 2020 at 12:01 A.M.
**Named Insured:** John Moriarty & Associates, Inc.

This endorsement modifies insurance provided under the following:

**EXCESS LIABILITY POLICY FORM**

If this insurance and any other insurance issued to the Insured by the Company or any of its affiliated companies shall apply to the same Claim or Suit, the maximum limit of insurance under all insurance available shall not exceed the highest applicable limit of insurance available under any one policy. This condition does not apply to any other insurance issued by the Company or any of its affiliated companies specifically to apply as excess insurance of over this policy.

All other terms and conditions of this Policy remain unchanged.

Signed for the Company as of the Effective Date above:

_____
**Steve Blakey, President**

_____
**Nehemiah E. Ginsburg, General Counsel**

Copyright © C. V. Starr & Company and Starr Indemnity & Liability Company.  All rights reserved.
Includes copyrighted material of ISO Properties, Inc., used with its permission.

**Starr Indemnity & Liability Company**

Dallas, TX 1-866-519-2522

# Defense Condition Amendment

**Policy Number:** 1000586652201          **Effective Date:** October 31, 2020 at 12:01 A.M.
**Named Insured:** John Moriarty & Associates, Inc.

**SECTION IV.  CONDITIONS,** condition **F. Defense** is deleted in its entirety and replaced with the following:

**F.  Defense**

1.  At our discretion, we may:
    **a.**  Investigate any occurrence, claim or suit;
    **b.**  Settle any claim or suit of which we assume control of the settlement or defense.

2.  We have the right, but not the duty, to associate with any underlying insurer or other insurers in the defense and control of any claim or suit seeking damages to which this insurance may apply.

3.  We have the right and duty to defend any claim or suit against any Insured seeking damages to which this insurance applies when "Underlying Insurance" ceases to apply because of exhaustion of its limits of insurance solely by payment of claims, settlements, judgments, or defense costs subject to such limits, for damages to which this insurance also applies.

4.  We will pay, with respect to any claim we investigate or settle, or any suit against an Insured we defend, when the duty to defend exists:

    **a.**  All expenses we incur.
    **b.**  Up to $2000 for cost of bail bonds (including bonds for related traffic law violations) required because of an occurrence we cover. We do not have to furnish these bonds.
    **c.**  The cost of bonds to release attachments, but only for bond amounts within the applicable Limit of Insurance. We do not have to furnish these bonds.
    **d.**  All reasonable expenses incurred by the Insured at our request to assist us in the investigation or defense of the claim or suit, including actual loss of earnings up to $250 a day because of time off from work.
    **e.**  All court costs taxed against the Insured in the suit. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the Insured.
    **f.**  Prejudgment interest awarded against the Insured on that part of the judgment we pay. If we make an offer to pay the applicable Limit of Insurance, we will not pay any prejudgment interest based on that period of time after the offer.
    **g.**  All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable Limit of Insurance.

5.  If we exercise our rights or duties as stated in paragraphs **2.** and **3.** above, any expense related to such right or duty will be defense costs under this Policy.

6.  After the Limits of Insurance of this policy are used up in the payment of:

    **a.**  Judgments;
    **b.**  Settlements; or

Copyright © C. V. Starr & Company and Starr Indemnity & Liability Company.  All rights reserved.
Includes copyrighted material of ISO Properties, Inc., used with its permission.



# Starr Indemnity & Liability Company

Dallas, TX 1-866-519-2522

**c.** Defense costs,  if defense costs are included within and erode the limits of insurance of the applicable "Underlying Insurance", we will not provide any defense under this Policy.

All other terms and conditions of this Policy remain unchanged.

Signed for the Company as of the Effective Date above:

_____
**Steve Blakey, President**

_____
**Nehemiah E. Ginsburg, General Counsel**

Copyright © C. V. Starr & Company and Starr Indemnity & Liability Company.  All rights reserved.
Includes copyrighted material of ISO Properties, Inc., used with its permission.



# Starr Indemnity & Liability Company

Dallas, TX 1-866-519-2522

# Waiver of Transfer of Rights of Recovery Against Others to Us

**Policy Number:** 1000586652201         **Effective Date:** October 31, 2020 at 12:01 A.M.
**Named Insured:** John Moriarty & Associates, Inc.

**SCHEDULE**

| Name Of Person Or Organization: |
|---|
| All as required by written contract executed prior to loss. |

**SECTION IV. CONDITIONS**, condition **K. Transfer of Rights of Recovery Against Others to Us** is amended to include the following:

> We waive any right of recovery we may have against the person or organization shown in the Schedule of this endorsement because of payments we make for injury or damage arising out of your ongoing operations or your work done under a contract with that person or organization and included in the products-completed operations hazard. This waiver applies only to the person or organization shown in the Schedule of this endorsement.

All other terms and conditions of this Policy remain unchanged.

Signed for the Company as of the Effective Date above:

_____
**Steve Blakey, President**

_____
**Nehemiah E. Ginsburg, General Counsel**

Copyright © C. V. Starr & Company and Starr Indemnity & Liability Company.  All rights reserved.
Includes copyrighted material of ISO Properties, Inc., used with its permission.

## Starr Indemnity & Liability Company

Dallas, TX 1-866-519-2522

# Auto Coverage –
# Exclusion of Terrorism

**Policy Number:** 1000586652201 **Effective Date:** October 31, 2020 at 12:01 A.M.
**Named Insured:** John Moriarty & Associates, Inc.

Any endorsement addressing acts of terrorism (however defined) in any "Underlying Insurance" does not apply to this Policy.

**A.** The provisions of this endorsement:

**1.** Apply only to loss or damage arising out of the ownership, maintenance or use of any auto that is a covered auto under this Policy; and

**2.** Supersede the provisions of any other endorsement addressing terrorism attached to this Policy only with respect to injury or damage arising out of the ownership, maintenance or use of any auto that is a covered auto.

**B.** The following definition is added to **SECTION III. DEFINITIONS** and applies under this endorsement wherever the term terrorism is enclosed in quotation marks:

**1.** "Terrorism" means activities against persons, organizations or property of any nature:

    **a.** That involve the following or preparation for the following:

        **(1)** Use or threat of force or violence; or

        **(2)** Commission or threat of a dangerous act; or

        **(3)** Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

    **b.** When one or both of the following applies:

        **(1)** The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

        **(2)** It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

Copyright © C. V. Starr & Company and Starr Indemnity & Liability Company. All rights reserved.
Includes copyrighted material of ISO Properties, Inc., used with its permission.

# Starr Indemnity & Liability Company

Dallas, TX 1-866-519-2522

**C.** The following exclusion is added to **SECTION V. EXCLUSIONS:**

**Exclusion of Terrorism**

This insurance shall not apply to loss or damage caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". Any loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such

injury or damage. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

**1.** The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

**2.** Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

**3.** The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**4.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials; or

**5.** The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

**6.** Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

    **a.** Physical injury that involves a substantial risk of death; or

    **b.** Protracted and obvious physical disfigurement; or

    **c.** Protracted loss of or impairment of the function of a bodily member or organ.

Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the thresholds in Paragraph **C.5.** or **C.6.** above are exceeded.

With respect to this exclusion, Paragraphs **C.5.** and **C.6.** above describe the threshold used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this exclusion will apply to that incident. When the exclusion applies to an incident of "terrorism", there is no coverage under this Policy.

XS 341 (10/08)                                                                                                       Page 2 of 3

Copyright © C. V. Starr & Company and Starr Indemnity & Liability Company.  All rights reserved.
Includes copyrighted material of ISO Properties, Inc., used with its permission.



### Starr Indemnity & Liability Company

Dallas, TX 1-866-519-2522

In the event of any incident of "terrorism" that is not subject to this exclusion, coverage does not apply to any loss or damage that is otherwise excluded under this Policy.

All other terms and conditions of this Policy remain unchanged.

Signed for the Company as of the Effective Date above:

**Steve Blakey, President**                    **Nehemiah E. Ginsburg, General Counsel**

XS 341 (10/08)                                                                                    Page 3 of 3

Copyright © C. V. Starr & Company and Starr Indemnity & Liability Company.  All rights reserved.
Includes copyrighted material of ISO Properties, Inc., used with its permission.



**Starr Indemnity & Liability Company**

Dallas, TX 1-866-519-2522

# Cap on Losses From Certified Acts of Terrorism

**Policy Number:** 1000586652201 **Effective Date:** October 31, 2020 at 12:01 A.M.
**Named Insured:** John Moriarty & Associates, Inc.

This endorsement modifies insurance provided under the following:

EXCESS LIABILITY POLICY

**A.** If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $100 billion in a calendar year  and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to  such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include  the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**B.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss or damage that is otherwise excluded under this Policy.

All other terms and conditions of this Policy remain unchanged.

Signed for the Company as of the Effective Date above:

**Steve Blakey, President**

**Nehemiah E. Ginsburg, General Counsel**

Copyright © C. V. Starr & Company and Starr Indemnity & Liability Company.  All rights reserved.
Includes copyrighted material of ISO Properties, Inc., used with its permission.

# Starr Indemnity & Liability Company

Dallas, TX 1-866-519-2522

# Certified Acts of Terrorism Coverage
# Excess of Retained Amount With Cap on Losses

**Policy Number:** 1000586652201          **Effective Date:** October 31, 2020 at 12:01 A.M.

**Named Insured:** John Moriarty & Associates, Inc.

This endorsement modifies insurance provided under the following:

> EXCESS LIABILITY POLICY

SCHEDULE

| |
|---|
| **Certified Acts of Terrorism Retained  $37,000,000 Amount** |

**A. Coverage provided by this Policy for "Ultimate Net Loss" arising out of a "certified act of terrorism" applies in excess of the Certified Acts of Terrorism Retained Amount described in paragraph B. below.**

**B. SECTION II. LIMITS OF INSURANCE is amended to include the following:**

The Certified Acts of Terrorism Retained Amount refers to the amount stated in the Schedule of this endorsement.  This amount may consist of a self-insured retention, "Underlying Insurance" or a combination thereof.

The Certified Acts of Terrorism Retained Amount applies:

**1. Only to "Ultimate Net Loss" arising out of a "certified act of terrorism" covered under this Policy; and**

**2. Separately to each "certified act of terrorism".**

> We will pay those sums covered under this Policy only after your Certified Acts of Terrorism Retained Amount has been exhausted by means of payments for judgments or settlements. Defense expenses shall not erode the Certified Acts of Terrorism Retained Amount.

**C. SECTION IV. CONDITIONS,** is amended to include the following condition:

**Cap on Losses From Certified Acts of Terrorism**

> If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**D. SECTION III. DEFINITIONS, is amended to include the following definition:**

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

Copyright © C. V. Starr & Company and Starr Indemnity & Liability Company.  All rights reserved.
Includes copyrighted material of ISO Properties, Inc., used with its permission.



# Starr Indemnity & Liability Company

Dallas, TX 1-866-519-2522

**E.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss or damage that is otherwise excluded under this Policy.

All other terms and conditions of this Policy remain unchanged.

Signed for the Company as of the Effective Date above:

<div style="display:flex; justify-content:space-between;">

**Steve Blakey, President**

**Nehemiah E. Ginsburg, General Counsel**

</div>

Copyright © C. V. Starr & Company and Starr Indemnity & Liability Company.  All rights reserved.
Includes copyrighted material of ISO Properties, Inc., used with its permission.

**Starr Indemnity & Liability Company**

# Other Insurance – Primary and Noncontributory for Additional Insured Amendatory Endorsement

**Policy Number:** 1000586652201          **Effective Date:** October 31, 2020 at 12:01 A.M.

**Named Insured:** John Moriarty & Associates, Inc.

This endorsement modifies insurance provided under the following:

**EXCESS LIABILITY POLICY**

It is hereby agreed that **SECTION IV. CONDITIONS**, **I. Other Insurance** is deleted in its entirety and replaced by the following:

**I.   Other Insurance**

If other insurance applies to "Ultimate Net Loss" that is also covered by this Policy, this Policy will apply excess of, and will not contribute to, the other insurance. Nothing herein will be construed to make this Policy subject to the terms, conditions and limitations of such other insurance. However, other insurance does not include:

1.   "Underlying Insurance";

2.   Insurance that is specifically written as excess over this Policy; or

3.   Insurance held by a person(s) or organization(s) qualifying as an additional insured in "Underlying Insurance," but only when the written contract or agreement that mandates such additional insured status:

   **a.**   Requires a specific limit of insurance that is in excess of the Underlying Limits of Insurance;
   **b.**   Requires that your insurance be primary and not contribute with that of the additional insured; and
   **c.**   Is executed prior to the loss.

In such case as described in subparagraph **3.** above, we shall not seek contribution from the additional insured's primary or excess insurance for which they are a named insured for amounts payable under this insurance.

The Limits of Insurance afforded the additional insured pursuant to subparagraph **3.** above shall be the lesser of the following:

   **a.**   The minimum limits of insurance required in the contract or agreement; or
   **b.**   The Limits of Insurance shown in the Declarations of this Policy.

Other insurance includes any type of self-insurance or other mechanism by which an Insured arranges for the funding of legal liabilities.

All other terms and conditions of this Policy remain unchanged.

XS 373 (0219)                                                                                                    **Page 1 of 1**

Copyright © Starr Indemnity & Liability Company.  All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**Starr Indemnity & Liability Company**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ISSUANCE OF EXCESS LIABILITY POLICY PRIOR TO RECEIPT OF FIRST UNDERLYING INSURANCE POLICY(IES) AMENDATORY ENDORSEMENT

**Policy Number:** 1000586652201      **Effective Date:** October 31, 2020 at 12:01 A.M.
**Named Insured:** John Moriarty & Associates, Inc.

This endorsement modifies the insurance coverage form(s) listed below that have been purchased by you and evidenced as such on the Declarations page.  Please read the endorsement and respective policy(ies) carefully.

**EXCESS LIABILITY POLICY**

It is hereby agreed that **SECTION I. COVERAGE**, paragraph **A**. is amended to include the following:

The First Underlying Insurance Policy(ies) should reflect bound coverage consistent with the warranties, terms, conditions, exclusions and limitations contained in the binder(s) for the First Underlying Insurance Policy(ies), dated 10/31/2020.

Following the issuance of the First Underlying Insurance Policy(ies), you shall forward a copy of such policy(ies) to us for review.  If, upon review, we conclude that there are any differences in coverage between the binder(s) and the First Underlying Insurance Policy(ies), such differences will not be binding upon us unless (1) we agree to such differences in writing and (2) you agree to any additional premium and/or amendment to the Policy required by us and related to such differences in coverage.

ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.

Copyright © Starr Indemnity & Liability Company.  All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

# Starr Indemnity & Liability Company

Dallas, TX 1-866-519-2522

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# Communicable Disease Exclusion

**Policy Number:** 1000586652201 **Effective Date:** October 31, 2020 at 12:01 A.M.

**Named Insured:** John Moriarty & Associates, Inc.

This endorsement modifies insurance provided under the following:

**EXCESS LIABILITY POLICY**

It is hereby agreed that **SECTION V. EXCLUSIONS** is amended to include the following:

**Communicable Disease**

"Ultimate Net Loss" arising out of the actual or alleged transmission of a communicable disease.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the:

1. Supervising, hiring, employing, training or monitoring of others that may be infected with and spread a communicable disease;

2. Testing for a communicable disease;

3. Failure to prevent the spread of the disease; or

4. Failure to report the disease to authorities.

All other terms, definitions, conditions and exclusions of this policy remain unchanged.

Signed for the Company as of the Effective Date above:

_____
**Steve Blakey, President**

_____
**Nehemiah E. Ginsburg, General Counsel**

Copyright © C. V. Starr & Company and Starr Indemnity & Liability Company.  All rights reserved.
Includes copyrighted material of ISO Properties, Inc., used with its permission.

**Starr Indemnity & Liability Company**

EXCESS LIABILITY
XS-416 (0120)

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# CANNABIS EXCLUSION

**Policy Number:** 1000586652201          **Effective Date:** October 31, 2020 at 12:01 A.M.
**Named Insured:** John Moriarty & Associates, Inc.

This endorsement modifies the insurance coverage form(s) listed below that have been purchased by you and evidenced as such on the Declarations page.  Please read the endorsement and respective policy(ies) carefully.

EXCESS LIABILITY POLICY

**A.** The following exclusion is added to **SECTION V. EXCLUSIONS**:

This insurance does not apply to:

**Cannabis**

**1.** "Ultimate Net Loss" arising out of:

   **a.** The design, cultivation, manufacture, storage, processing, packaging, handling, testing, distribution, sale, serving, furnishing, possession or disposal of "cannabis"; or

   **b.** The actual, alleged, threatened or suspected inhalation, ingestion, absorption or consumption of, contact with, exposure to, existence of, or presence of "cannabis"; or

**2.** Property damage to "cannabis".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured.

However, Paragraph **A.1.b.** does not apply to bodily injury or property damage arising out of the actual, alleged, threatened or suspected inhalation, ingestion, absorption or consumption of, or contact with, "cannabis" by:

   **(1)** An insured; or

   **(2)** Any other person for whom you are legally responsible

but only if the bodily injury or property damage does not arise out of your selling, serving or furnishing of "cannabis" to any person described above.

**B.** If the applicable First Underlying Insurance Policy(ies) provides coverage for personal and advertising injury caused by:

**1.** False arrest, detention or imprisonment; or

**2.** The wrongful eviction from, wrongful entry into, or invasion of the right or private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

then the exclusion in Paragraph **A.** does not apply to "Ultimate Net Loss" that is personal and advertising injury caused by such offenses.

**C.** The following definition is added to **SECTION III. DEFINITIONS**:

"Cannabis":

**1.** Means any good or product that consists of or contains any amount of Tetrahydrocannabinol (THC) or any other cannabinoid, regardless of whether any such THC or cannabinoid is natural or synthetic.

Copyright © Starr Indemnity & Liability Company.  All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**2.** Paragraph **C.1.** above includes, but is not limited to, any of the following containing such THC or cannabinoid:

    **a.** Any plant of the genus Cannabis L., or any part thereof, such as seeds, stems, flowers, stalks and roots; or

    **b.** Any compound, byproduct, extract, derivative, mixture or combination, such as:

        **(1)** Resin, oil or wax;

        **(2)** Hash or hemp; or

        **(3)** Infused liquid or edible cannabis;

    whether or not derived from any plant or part of any plant set forth in Paragraph **C.2.a.**

All other terms and conditions of this Policy remain unchanged.

Copyright © Starr Indemnity & Liability Company.  All rights reserved.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.



# Starr Indemnity & Liability Company

Dallas, TX 1-866-519-2522

POLICY NUMBER:1000586652201                                    **EXCESS LIABILITY POLICY**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# POLICY CHANGES

This endorsement modifies insurance provided under the following:

**EXCESS LIABILITY POLICY FORM**

---

Effective Date of Change:    10/31/2020
Change Endorsement No.:    1
Named Insured:   John Moriarty & Associates, Inc.

The following item(s):

| | |
|---|---|
| ☐ Insured's Name | ☐ Insured's Mailing Address |
| ☐ Policy Number | ☐ Company |
| ☐ Effective/Expiration Date | ☐ Insured's Legal Status/Business of Insured |
| ☐ Payment Plan | ☐ Premium Determination |
| ☐ Additional Interested Parties: | ☐ Coverage Forms and Endorsements |
| ☐ Limits/Exposures | ☐ Self-Insured Retention |
| ☐ Covered Property/Located Description | ☐ Classification/Class Codes |
| ☐ Rates | ☐ Underlying Insurance |

---

is (are) changed to read **{See Additional Page(s)}:**


The above amendments result in a change in the premium as follows:

☒   NO CHANGES      ☐   TO BE ADJUSTED      ADDITIONAL PREMIUM      RETURN PREMIUM
                          AT AUDIT

---

Copyright © C. V. Starr & Company and Starr Indemnity & Liability Company.  All rights reserved.
Includes copyrighted material of ISO Properties, Inc., used with its permission.



## Starr Indemnity & Liability Company

Dallas, TX 1-866-519-2522

| | |
|---|---|
| Endorsement Effective: 10/31/2020 | Countersigned By: |
| Named Insured:   John Moriarty & Associates, Inc. | <br><br>(Authorized Representative) |

### POLICY CHANGES ENDORSEMENT DESCRIPTION

The Excess Liability Policy Schedule of Underlying insurance is amended per the attached schedule.
ITEM 1.MAILING ADDRESS, as shown on the declarations, is amended to read as follows:
    3 Church St Suite 2
    Winchester MA 01890

All other terms and conditions of this Policy remain unchanged.

Signed for the Company as of the Effective Date above:

**Steve Blakey, President**                    **Nehemiah E. Ginsburg, General Counsel**

Copyright © C. V. Starr & Company and Starr Indemnity & Liability Company.  All rights reserved.
Includes copyrighted material of ISO Properties, Inc., used with its permission.



## Starr Indemnity & Liability Company

Dallas, TX 1-866-519-2522

# Excess Liability Policy
# Schedule of Underlying Insurance

| Policy Number: | 1000586652201 | Effective Date: | October 31, 2020 |
|---|---|---|---|
| Named Insured: | John Moriarty & Associates, Inc. | Issuing Company: | **Starr Indemnity & Liability Company** |

The Declarations, Schedule(s), and all terms and conditions complete this insurance Policy.

| Type of Policy or Coverage<br>and<br>Insurer, Policy Number and Policy | Limits of Insurance |
|---|---|
| **A.   First Underlying Insurance Policy(ies)** | |
| Coverage:   General Liability<br>Carrier:  Arch Insurance Co.<br>Policy No.:  11PKG8931805<br>Policy Period:   10/31/2020 - 10/31/2021 | $2,000,000  Each Occurrence Limit<br>$4,000,000  Other Aggregate Limit<br>$4,000,000  Products-Completed Operations<br>Aggregate Limit |
| Coverage:   Automobile Liability<br>Carrier:  Arch Insurance Co.<br>Policy No.:  11PKG8931805, 11CAB8931905<br>Policy Period:  10/31/2020 - 10/31/2021 | $2,000,000  Combined Single Limit |
| Coverage:   Employers Liability<br>Carrier:  Arch Insurance Co.<br>Policy No.:  11WCI8931705<br>Policy Period:  10/31/2020 - 10/31/2021 | $1,000,000  Each Accident<br>$1,000,000  Disease - Each Employee Limit<br>$1,000,000  Disease - Policy Limit |
| Coverage:   Excess Liability<br>Carrier:  XL Specialty Insurance Co.<br>Policy No.:  US00068515LI20A<br>Policy Period:  10/31/2020 - 10/31/2021 | $10,000,000  Each Occurrence Limit<br>$10,000,000  Other Aggregate Limit<br>$10,000,000  Products-Completed Operations<br>Aggregate Limit |
| Coverage:   Excess Liability<br>Carrier: American Guarantee and Liability Insurance Company<br>Policy No.:  AEC 9826955-09<br>Policy Period:  10/31/2020 - 10/31/2021 | $25,000,000  Each Occurrence Limit<br>$25,000,000  Other Aggregate Limit<br>$25,000,000  Products-Completed Operations<br>Aggregate Limit |
| Coverage:   General Liability<br>Carrier:  Arch Insurance Co.<br>Policy No.:  11GPP8932305<br>Policy Period:  10/31/2020 - 10/31/2021 | $2,000,000  Each Occurrence Limit<br>$4,000,000  Other Aggregate Limit<br>$4,000,000  Products-Completed Operations<br>Aggregate Limit<br>$2,000,000  Personal and Advertising Injury<br>Limit |

Copyright © C. V. Starr & Company and Starr Indemnity & Liability Company.  All rights reserved.
Includes copyrighted material of ISO Properties, Inc., used with its permission.



**Starr Indemnity & Liability Company**

Dallas, TX 1-866-519-2522

| | |
|---|---|
| Coverage:   Employee Benefits Liability<br>Carrier:  Arch Insurance Co.<br>Policy No.:   11PKG8931805<br>Policy Period:   10/31/2020 - 10/31/2021 | $1,000,000   Each Occurrence Limit<br>$2,000,000   Aggregate Limit |

---

**B.    Additional Underlying Insurance Policy(ies)**

---

**Date of Issue:**    January 28, 2021          **Authorized Representative:**

---

Copyright © C. V. Starr & Company and Starr Indemnity & Liability Company.  All rights reserved.
Includes copyrighted material of ISO Properties, Inc., used with its permission.