UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CASE NO.: 1:22-cv-10502

| | |
|---|---|
| STARR INDEMNITY & LIABILITY COMPANY, a Texas corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN MORIARTY & ASSOCIATES OF FLORIDA, INC., a Massachusetts corporation,<br><br>Defendant. | |

NOTICE OF APPEARANCE

Please enter the appearance of Lincoln A. Rose of the law firm of Peabody & Arnold LLP as counsel for the Plaintiff, Starr Indemnity & Liability Company.

Respectfully submitted,

STARR INDEMNITY & LIABILITY COMPANY

By their attorneys,

*/s/ Lincoln A. Rose*
Michael P. Duffy, #137325
Lincoln A. Rose, BBO#691797
Peabody & Arnold LLP
Federal Reserve Plaza
600 Atlantic Avenue, 6th Floor
Boston, MA  02210
(617) 951-2100
mduffy@peabodyarnold.com
lrose@peabodyarnold.com

Dated: April 6, 2022

1

## **CERTIFICATE OF SERVICE**

I, Lincoln A. Rose, hereby certify that I have, on April 6, 2022, served a copy of the foregoing document, by causing a copy thereof, to be sent electronically, through the ECF system, to the registered participants in this case, as identified on the Notice of Electronic Filing (NEF). Participants in this case not registered on the ECF system, if any, will receive service through regular first-class mail.

*/s/ Lincoln A. Rose*_____
Lincoln A. Rose

2317921