UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
<u>CASE NO.:  1:22-cv-10502</u>

| | |
|---|---|
| STARR INDEMNITY & LIABILITY COMPANY, a Texas corporation,<br><br>      Plaintiff,<br><br>v.<br><br>JOHN MORIARTY & ASSOCIATES OF FLORIDA, INC., a Massachusetts corporation,<br><br>      Defendant. | |

NOTICE OF APPEARANCE OF MICHAEL P. DUFFY
AS COUNSEL FOR PLAINTIFF

Please enter the appearance of Michael P. Duffy of the law firm of Peabody & Arnold LLP as counsel for the Plaintiff, Starr Indemnity & Liability Company.

    Respectfully Submitted,

    By the Plaintiff
    Starr Indemnity & Liability Company,

    By its Attorney,

    <u>*/s/ Michael P. Duffy*</u>
    Michael P. Duffy, #137325
    Lincoln A. Rose, BBO#691797
    Peabody & Arnold LLP
    Federal Reserve Plaza
    600 Atlantic Avenue, 6th Floor
    Boston, MA  02210
    (617) 951-2100
    mduffy@peabodyarnold.com
    lrose@peabodyarnold.com

Dated: April 6,  2022

**CERTIFICATE OF SERVICE**

  I, Michael P. Duffy, hereby certify that I have, on April 6, 2022, served a copy of the foregoing document, by causing a copy thereof, to be sent electronically, through the ECF system, to the registered participants in this case, as identified on the Notice of Electronic Filing (NEF). Participants in this case not registered on the ECF system, if any, will receive service through regular first-class mail.

              */s/ Michael P. Duffy*
              Michael P. Duffy