Civil Action No.: **1:22−CV−10502−RGS**

PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) __John Moriarty + Assoc of Florida Inc.__
was received by me on (date) __4-13-22__.

☐ I personally served the summons on the individual at (place) _____
_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____
_____, a person of suitable age and discretion who resides there,
on (date) _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on (name of individual) __Jackie Reil, Company admin__, who is
designated by law to accept service of process on behalf of (name of organization) _____
__John Moriarty__ at 12:15 pm at 3 Church St. Winch. MA. on (date) __4-13-22__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify) :

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

__4-13-22__
Date

Server's Signature

__Jon Pollack, Process Sur__
Printed name and title

JON POLLACK & ASSOC.
279 E. CENTRAL ST, #222
Server's Address   FRANKLIN, MA 02038

Additional information regarding attempted service, etc: