UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STARR INDEMNITY & LIABILITY COMPANY,<br><br>                Plaintiff<br><br>v.<br><br>JOHN MORIARTY & ASSOCIATES OF FLORIDA, INC.,<br><br>                Defendant | CIVIL ACTION NO.   1:22-cv-10502-RGS |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

      Pursuant to Fed. R. Civ. P. 41(a)(1)(A), no answer or motion for summary judgment having been served by the Defendant in this Action, the Plaintiff Starr Indemnity & Liability Company ("Starr") files this Notice of Voluntary Dismissal Without Prejudice and hereby notifies the Court that Starr is voluntarily dismissing without prejudice its claims against the Defendant in this action.

Respectfully submitted,

STARR INDEMNITY & LIABILITY COMPANY

By its attorneys,

*/s/ Lincoln A. Rose*
Michael P. Duffy, BBO# 137325
Lincoln A. Rose BBO# 691797
Peabody & Arnold LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210-2261
617-951-2100
mduffy@peabodyarnold.com
lrose@peabodyarnold.com

Dated: April 21, 2022

**CERTIFICATE OF SERVICE**

I, Lincoln A. Rose, hereby certify that I have on April 21, 2022 served a copy of the foregoing document, by causing a copy thereof, to be sent electronically, through the ECF system, to the registered participants in this case, as identified on the Notice of Electronic Filing (NEF). Participants in this case not registered on the ECF system, if any, will receive service through regular first-class mail.

*/s/ Lincoln A. Rose*
Lincoln A. Rose